# Exhibit B

## Specification of July 2022
## Cocrystal Ubiquinol to Tishcon

# PRODUCT SPECIFICATION

| **PRODUCT NAME** | **Coenzyme Q10 (Reduced form) Powder** | |
|---|---|---|
| **Revision Date: 2022-9-1** | | |
| **Item** | **Method** | **Specification** |
| 1. Appearance | Visual | light yellow to yellow powder |
| 2. Ubiquinol | USP-NF-Ubiquinol | ≥ 83.0 % |
| 3. Water | USP <921> method Ic | ≤ 1.0 % |
| 4. Heavy metals | USP <231> | ≤ 10 ppm |
| 5. Partical Size | Go through the sieve of 60 mesh | ≥ 90.0 % |
| 6. Microbial Limits Test | | |
| *(1)* Total Plate Count, cfu/g | USP <2021> | ≤ $10^3$ |
| *(2)* Molds & Yeasts, cfu/g | USP <2021> | ≤ $10^2$ |
| *(3)* Escherichia coli | USP <2022> | Negative |
| *(4)* Salmonella | USP <2022> | Negative / 25 g |

| | |
|---|---|
| SHELF LIFE | 24 months |
| PACKAGE | 20 KG packed in an Alu-PET compound film bag in a fiber drum |
| STORAGE | Keep dry and store in tight containers in the refrigerator (4 °C). |

**NUTRITIONAL INFORMATION**
(PER 100G OF RAW MATERIAL)

| **Item** | Unit | Value | NRV% |
|---|---|---|---|
| Energy | KL | 0 | 0 |
| Protein | g | 0 | 0 |
| Total Fat | g | 0 | 0 |
| Carbohydrates | g | 0 | 0 |
| Sodium | mg | 0 | 0 |
| Item | Assay | Source | Origin |
| Coenzyme Q10 (Reduced form) | ≥ 83.0% | Chemical Reaction | China |
| Nicotinamide | 10.0~15.0% | Chemical Reaction | China |

Manufacturing Process



# Coenzyme Q10 (reduced form) powder

## 1. ASSAY (USP - NF - Ubiquinol)

**PROCEDURE**

**Mobile phase:** Acetonitrile and alcohol (50:50)

[NOTE—Protect the following solutions from exposure to air after preparation, because ubiquinol is readily oxidized to ubidecarenone when exposed to air.]

**Diluent:** Methanol and n-hexane (85:15)

**System suitability solution:** 0.5 mg/mL each of Ubiquinol RS and Ubidecarenone RS in *Diluent*. Sonicate, if necessary, for complete dissolution.

**Standard solution:** 0.5 mg/mL of Ubiquinol RS in *Diluent*. Sonicate, if necessary, for complete dissolution.

**Sample solution:** 0.5 mg/mL of sample powder in *Diluent*. Sonicate, if necessary, for complete dissolution.

**Chromatographic system**

(See *Chromatography <621>, System Suitability*.)

**Mode:** LC

**Detector:** UV 290 nm

**Column:** 4.6 mm × 10 cm; 3 µm packing L1

**Column temperature:** 35°

**Flow rate:** 1.5 mL/min

**Injection volume:** 20 µL

**System suitability**

**Samples:** *System suitability solution* and *Standard solution*

[NOTE—The relative retention times for ubiquinol and ubidecarenone are about 1.0 and 1.2, respectively.]

**Suitability requirements**

**Resolution:** NLT 2.0 between ubiquinol and ubidecarenone, *System suitability solution*

**Relative standard deviation:** NMT 2.0%, *Standard solution*

**Analysis**

**Samples:** *Standard solution* and *Sample solution*

Calculate the percentage of ubiquinol ($C_{59}H_{92}O_4$) in the portion of Ubiquinol taken:

$$\text{Result} = (r_V / r_S) \times (C_V / C_S) \times 100$$

$r_V$= peak response from the *Sample solution*

$r_S$= peak response from the *Standard solution*

$C_V$= concentration of Ubiquinol RS in the *Standard solution* (mg/mL)

$C_S$= concentration of Ubiquinol in the *Sample solution* (mg/mL)

**Acceptance criteria:** NMT 83.0% on the anhydrous basis.

**Example of chromatogram for System suitability solution:**



## 2. WATER DETERMINATION

**Procedure**

**Titrimetric system**

**Mode: Karl Fischer Coulometric Titration**

**Sample:** 20 mg

**Titration stand**

Titration stand......................KF stand
Source for drift.....................Online
Max. start drift.....................25 μg/min

**Mix time**

Duration...........................30 s

**Titration**

Type................................Polarized
Sensor..............................DM143-SC
Unit.................................mV
Indication...........................Voltametric
Ipol..................................5.0 μA

**Stir**

Speed...............................35 %

Control

End point...........................120 mV
Control band........................200 mV
Rate.................................Normal

**Termination**

Type.................................Drift stop relative
Drift.................................25 μg/min
Min. time...........................0 s
Max. time...........................3600 s

**Calculation R1**

Result...............................Content Percentage
Result unit..........................%
Formula.............................R1=(ICEQ/10.712-TIME*DRIFT)/(C*m)
Constant C=........................10000
Decimal places.....................3

**Analysis**

**Acceptance criteria:** NMT 1.0%