# Exhibit C

## Analysis of July 2022 Ubiquinol from Cocrystal to Tishcon

ANTON DOROSHAN

Shanghai Institute of Materia Medica
Chinese Academy of Sciences

Pharmaceutical Analytical & Solid-State
Chemistry Research Center

# CERTIFICATE OF ANALYSIS

| | | | |
|---|---|---|---|
| Product Name | **Coenzyme Q10 (reduced form)** | | |
| Product Code No. | **Q083** | Batch No. | **20220221-5** |
| Test Date | **2022-02-22** | Retest Date | **2024-01-31** |
| Storage | **Keep dry and store in tight containers at ambient temperature** | Shipping | **Normal** |

| Items | Specifications | Methods | Results |
|---|---|---|---|
| Appearance | White to off-white powder | Visual | Conformed |
| Identification | The retention time of the major peak of the sample solution corresponds to that of the standard solution, as obtained in the assay. | RRT by HPLC | Conformed |
| Ubiquinol,% | ≥83.0 | USP-NF-Ubiquinol | 86.2% |
| Ubidecarenone,% | ≤2.0 | USP-NF-Ubiquinol | 0.94% |
| Water,% | ≤1.0 | KF | 0.1% |
| Heavy metals, ppm | ≤5 | USP <231> | Conformed |
| Total Plate Count, cfu/g | $\leq 10^3$ | USP-NF<61> | <10 cfu /g |
| Yeast and Molds, cfu/g | $\leq 10^2$ | USP-NF<61> | <10 cfu /g |
| Escherichia coli | Negative | USP-NF<62> | ND |
| Salmonella | Negative/10g | USP-NF<62> | ND |

**Conclusion:** Test results meet the specification for Coenzyme Q10 (reduced form).

分析测试专用章

Tested by: Junjie Bao
Date: 2022-2-22

Checked by: Wenjuan Dai
Date: 2022-2-22