# Exhibit D

## Slide Deck "Innovative Ingredients Coenzyme QH"

12

DURU-SAN
FYI

# Innovative Ingredients Coenzyme QH

Cocrystal Pharmatech
共晶科技有限责任公司

# Coenzyme Q10

**Coenzyme Q10**, the only coenzyme Q in the human body, is mainly involved in mitochondrial energy metabolism and antioxidant function. It is one of the most popular functional foods in the United States, Japan and other developed countries

**It has wide biological activities**

- ✓ Protect the heart, treat heart failure, prevent/treat cardiovascular disease
- ✓ Enhance immunity, promote energy conversion, improve energy, anti-fatigue
- ✓ anti-oxidation, clean free radicals, delay aging

Structure of CoQ10 (reduced)




Source and distribution of CoQ10



# QH Replacing Q10 is the Market Trend

- Q10 could exist as oxidized (Q10) and reduced (QH) forms
- QH is the active structure in the body (98% of the total amount of Coenzyme Q in serum exists as QH) and Q10 needs to be converted into QH to work
- The biological absorption of QH is 3-7 times more than that of Q10
- More than 70% of CoQ10 in the Japanese market has been changed to QH
- It is estimated that, in the next five years, the global QH market scale will reach 500 tons, and the terminal market will reach 3.8 billion RMB






# QH *Vs* Q10-More Clinical Benefit in Heart Failure

## Participants

7 NYHA class IV patients with advanced CHF (mean EF 22%) with sub-therapeutic plasma CoQ10 levels

## Experimental design

All seven of these patients were changed from an average of 450 mg/day of Q10 to an average of 580 mg/day of QH

## Results

End-stage NYHA Class IV heart failure patients had remarkably poor CoQ10 absorption with low plasma CoQ10 levels on up to 900 mg/day of CoQ10 (intestinal edema in the patients may limit the absorption of coenzyme Q10)

After the patients changed from taking Q10 to taking QH, the Q10 content in their bodies increased by 303%, and the symptoms of heart failure were significantly improved

Table 1
Baseline ubiquinone vs most recent ubiquinol. Individual values for each patient

| Case | Plasma $CoQ_{10}$ ($\mu g/ml$) | $CoQ_{10}$/Cholesterol ($\mu mol/mmol$) | EF (%) | NYHA Class | Ubiquinol (months) |
|---|---|---|---|---|---|
| #1 | 2.0 → 9.3 | 0.5 → 2.8 | 15 → 60 | IV → I | 20 |
| #2 | 0.9 → 2.6 | 0.3 → 0.6 | 35 → 50 | IV → III | 3 |
| #3 | 1.5 → 8.9 | 0.2 → 1.4 | 10 → 10 | IV → III | 12 |
| #4 | 1.7 → 5.1 | 0.4 → 1.2 | 35 → 60 | IV → I | 10 |
| #5 | 1.5 → 5.6 | 0.3 → 1.0 | 30 → 55 | IV → II | 10 |
| #6 | 2.0 → 5.7 | 0.7 → 1.6 | 10 → 20 | IV → II | 9 |
| #7 | 1.8 → 8.5 | 0.6 → 1.9 | 20 → 20 | IV → III | 10 |
| Average | 1.6 → 6.5 | 0.4 → 1.5 | 22 → 39 | IV → II | 10 |

EF - Ejection Fraction, NYHA - New York Heart Association

Table 2
Baseline ubiquinone vs most recent ubiquinol. Average values for all 7 patients

| | Ubiquinone | Ubiquinol | Change |
|---|---|---|---|
| $CoQ_{10}$/day | 450 (mg) | 580 (mg) | |
| Plasma $CoQ_{10}$ | 1.6 ($\mu g/ml$) (1850 nmol/l) | 6.5 ($\mu g/ml$) (7052 nmol/l) | +303% |
| $CoQ_{10}$/Total Cholesterol | 0.443 $\mu mol/mmol$ | 1.492 $\mu mol/mmol$ | +237% |
| Total Cholesterol | 177 (mg/dl) (4.6 mmol/l) | 205 (mg/dl) (5.3 mmol/l) | +16% |
| Vitamin E | 14 ($\mu g/ml$) (32 $\mu mol/l$) | 20 ($\mu g/ml$) (45$\mu mol/l$) | +43% |
| Vitamin E/Total Cholesterol | 7.0 ($\mu mol/mmol$) | 8.6 ($\mu mol/mmol$) | +22% |
| % Oxidized $CoQ_{10}$ | 1.7% | 0.7% | |
| % Reduced $CoQ_{10}$ | 98.3% | 99.3% | +1% |

Peter H. Langsjoena, and Alena M. Langsjoenb., BioFactors 32 (2008) 119–128.

# QH-Ameliorates Endothelial Dysfunction

**Participants:** People with mild-to-moderate dyslipidemia (n = 78)

**Experimental design:** double-blind, placebo control, single-center trial

**Experimental product:** CoQH 100/200 mg/d for 8 weeks

**Results:** QH significantly ameliorated dyslipidemia-related endothelial dysfunction

**Table 2.** Summary of the primary endpoint: Change in flow-mediated dilation (FMD) on week 8, and of the secondary endpoint; Change in FMD on week 4, assessed in the per-protocol population ($n$ = 48) [1].

| Variable | Ubiquinol, 200 mg/day ($n$ = 17) | Ubiquinol, 100 mg/day ($n$ = 15) | Placebo ($n$ = 16) |
|---|---|---|---|
| Baseline brachial artery diameter (mm) | 4.02 (1.0) | 3.97 (0.60) | 4.19 (1.02) |
| **Flow-mediated dilation (%)** | | | |
| T0 (recruitment) | 3.48 (1.12) | 3.80 (0.95) | 4.06 (1.13) |
| T1 (week 4) | 4.34 (1.81) | 4.63 (0.90) | 4.51 (1.54) |
| T1-T0 difference | 0.86 (1.62) | 0.84 (1.16) | 0.45 (1.37) |
| T2 (week 8) | 4.75 (1.68) | 5.14 (1.12) | 3.65 (1.06) |
| T2-T0 difference ** | 1.28 (0.94) | 1.34 (1.44) | −0.41 (1.51) |
| T2-T1 difference * | ~~0.41 (1.48)~~ | ~~0.51 (0.96)~~ | −0,86 (1.52) |
| Effect size (Cohen's d, 95% CI) | 0.89 (0.56–1.40) | 1.30 (0.38–2.09) | −0.37 (−1.10–0.20) |

[1] Data are mean (standard deviation). T, time; CI, confidence interval. *, $p < 0.05$; **, $p < 0.01$ for two-way repeated measures analysis of variance (ANOVA).

Jacopo Sabbatinelli , Patrick Orlando, Roberta Galeazzi., et al., Nutrients 2020, 12, 1098.

# QH-Relieve Mild Fatigue in Healthy Individuals

**Participants:** Healthy individuals (n = 62)
**Experimental design:** double-blind, placebo control, single-center trial
**Experimental product:** CoQH 100/150 mg/d for 12 weeks
**Results:** QH intake relieves mild fatigue in healthy individuals
(table 2, 0 representing "no fatigue," to 100 representing "total exhaustion")

Table 2. Effects of ubiquinol by dosage group.

| Item | Week | Placebo | 100 mg | 150 mg |
|---|---|---|---|---|
| Pre-task fatigue (score) | 0 | - | - | - |
| | 4 | 4.7 ± 22.2 | −5.1 ± 16.5 | −4.1 ± 16.9 |
| | 8 | 7.0 ± 29.3 | −4.5 ± 22.5 | −3.4 ± 22.6 |
| | 12 | 0.9 ± 22.0 | −5.4 ± 20.7 | −1.9 ± 22.1 |
| Post-task fatigue (score) | 0 | - | - | - |
| | 4 | 5.4 ± 28.1 | −14.1 ± 11.9 ** | −9.5 ± 21.8 * |
| | 8 | 3.7 ± 23.0 | −7.3 ± 19.5 | −12.3 ± 21.4 * |
| | 12 | −2.1 ± 25.9 | −10.9 ± 17.7 | −3.6 ± 20.8 |
| Post-task sleepiness (score) | 0 | - | - | - |
| | 4 | 11.9 ± 27.0 | −0.8 ± 13.5 * | −7.6 ± 18.7 ** |
| | 8 | 4.8 ± 25.1 | −3.6 ± 20.4 | −7.2 ± 25.4 |
| | 12 | 3.8 ± 28.2 | −2.2 ± 19.4 | −3.3 ± 24.7 |

Kei Mizuno, Akihiro T. Sasaki , Kyosuke Watanabe., et al., Nutrients 2020, 12, 1640.

# Q10 + Niacin - Against Diabetic in Rats

**Participants:** Diabetic rats

**Experimental design:** Compared the therapeutic effects of niacin, coenzyme Q10, their mixture (mix1), donepezil, glibenclamide and their mixture (mix2) in diabetic rats

**Results:** The therapeutic effect of niacin and coenzyme Q10 combination was significantly better than that of donaphpezil, glibenpirea and their combination




Tarek K. Motawi., Hebatallah A. Darwish., Manal A. Hamed., et al., Mol Neurobiol (2017) 54:1601–1611

# QH Application Hurdles

- QH is unstable, it can be oxidized easily (more than 70% of CoQH is oxidized when stressed under 25 °C, 60%RH, open condition for 4 weeks)
- KANEKA has a polymorph patent of CoQH protected until 2030. Only KANEKA has the stable polymorph production process. KANEKA monopolizes the global market
- The high price (1000-1500USD/KG) greatly limits the wide use of QH

Stability for CoQH raw material (25 °C, 60%RH, open)






(12) 特許協力条約に基づいて公開された国際出願

(19) 世界知的所有権機関
国際事務局

(43) 国際公開日
2012 年 12 月 27 日(27.12.2012)

WIPO | PCT

(10) 国際公開番号
WO 2012/176842 A1

(51) 国際特許分類:
*C07C 43/23* (2006.01) *A61K 8/35* (2006.01)
*A23K 1/16* (2006.01) *A61K 31/122* (2006.01)
*A23K 1/18* (2006.01) *A61P 3/02* (2006.01)
*A23L 1/30* (2006.01) *C07C 41/40* (2006.01)

(21) 国際出願番号: PCT/JP2012/065869

(22) 国際出願日: 2012 年 6 月 21 日(21.06.2012)

(25) 国際出願の言語: 日本語

(26) 国際公開の言語: 日本語

(30) 優先権データ:
特願 2011-141028 2011 年 6 月 24 日(24.06.2011) JP

(71) 出願人 (米国を除く全ての指定国について): 株式会社カネカ (KANEKA CORPORATION) [JP/JP]; 〒5308288 大阪府大阪市北区中之島３丁目２番４号 Osaka (JP).

(72) 発明者; および
(75) 発明者/出願人 (米国についてのみ): 河内　秀夫 (KAWACHI Hideo) [JP/JP]; 〒6768688 兵庫県高砂市高砂町宮前町１－８　株式会社カネカ内 Hyogo (JP). 北村　志郎 (KITAMURA Shiro) [JP/JP]; 〒6768688 兵庫県高砂市高砂町宮前町１－８　株式会社カネカ内 Hyogo (JP). 上田　恭義(UEDA Yasuyoshi) [JP/JP]; 〒6768688 兵庫県高砂市高砂町宮前町１－８　株式会社カネカ内 Hyogo (JP).

(74) 代理人: 平木　祐輔, 外(HIRAKI Yusuke et al.); 〒1056232 東京都港区愛宕２丁目５番１号　愛宕グリーンヒルズＭＯＲＩタワー３２階 Tokyo (JP).

(81) 指定国 (表示のない限り、全ての種類の国内保護が可能): AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) 指定国 (表示のない限り、全ての種類の広域保護が可能): ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, SZ, TZ, UG, ZM, ZW), ユーラシア (AM, AZ, BY, KG, KZ, RU, TJ, TM), ヨーロッパ (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT,

[続葉有]

(54) Title: REDUCED COENZYME Q10 CRYSTAL HAVING EXCELLENT STABILITY

(54) 発明の名称 : 安定性に優れた還元型補酵素Ｑ１０結晶

# QH Cocrystal-Key Benefits

- QH cocrystal patented a new polymorph
- Better stability and higher absorption
- Excellent water dispersibility
- Higher melting point, could be prepared into various solid formulations, expand the application scope of QH

DSC curves for QH and QH cocrystal




Stability for QH (25 °C, 60%RH, open)



# Excellent Chemical and Physical Stability

- **Experimental condition:** 25 °C, 60%RH, open, without package and nitrogen protection
- **Results:** QH cocrystal （QH CC) is stable for 4 weeks under opened environment

Stability data for QH cocrystal (25 °C, 60%RH, open)

| | QH % | | | | |
|---|---|---|---|---|---|
| Time | QH CC (0903-1） | QH CC (0903-2） | QH CC (0907-1） | QH CC (0907-2） | QH CC (0908-1） |
| 0d | 100 | 100 | 100 | 100 | 100 |
| 3d | 99.4 | 99.4 | 100 | 100.1 | 100.4 |
| 7d | 100 | 99.4 | 100.4 | 100.1 | 100.4 |
| 14d | 99.5 | 98.6 | 99.1 | 99.5 | 99.1 |
| 28d | 97.3 | 96.9 | 98.0 | 98.5 | 98.5 |

# Stability Under High Temperature and Humidity

- **Experimental condition:** 40 °C, 75%RH, packaged with Alu/PET
- **Results:** QH cocrystal remains stable after 6 months under high temperature and high humidity

Stability data for QH cocrystal (Alu/PET, 40 °C, 75%RH)

| | CoQH % | | | | |
|---|---|---|---|---|---|
| Time | QH CC (0903-1) | QH CC (0903-2) | QH CC (0907-1) | QH CC (0907-2) | QH CC (0908-1) |
| 0 | 100 | 100 | 100 | 100 | 100 |
| 2W | 99.6 | 99.0 | 99.6 | 99.8 | 99.7 |
| 1M | 100.1 | 99.6 | 100.2 | 100.6 | 101.4 |
| 2M | 100.1 | 99.4 | 100 | 100.5 | 100.8 |
| 3M | 99.1 | 99.1 | 99.8 | 99.8 | 100.6 |
| 6M | 100.9 | 99.6 | 99.9 | 100.6 | 100.5 |

# Stability- Powder and Tablet

- **Experimental condition:** 40 °C, 75%RH, packaged with Alu/PET
- **Results:** Both powder and tablet formulation remain stable after 6 months under high temperature and high humidity conditions

Powder and tablet formulation

| Ingredient | % w/w | mg/dose |
|---|---|---|
| QH cocrystal | 41.6 | 49.9 |
| Lactose | 29.0 | 34.8 |
| MCC PH102 | 20.0 | 24.0 |
| Crospovidone XL | 8.0 | 9.6 |
| Aerosil | 0.4 | 0.5 |
| Mg stearate | 1.0 | 1.2 |
| Total | 100.0 | 120.0 |

Stability data for QH cocrystal formulation

(Alu/PET, 40 °C, 75%RH)

| | QH % | |
|---|---|---|
| Time | Powder | Tablet |
| 0 | 100 | 100 |
| 1M | 95.7 | 95.2 |
| 2M | 100.0 | 100.7 |
| 3M | 97.0 | 97.6 |
| 6M | 98.7 | 104.1 |

# Excellent Formulation Stability- Gummy

- **Experimental condition:** 40 °C, 75%RH, packaged with Alu/PET
- **Results:** The gummy of QH cocrystal remain stable after 6 months under high temperature and high humidity conditions

Gummy formulation

| Ingredient | % w/w | mg/dose |
|---|---|---|
| QH cocrystal | 5.0 | 5 |
| Citric acid | 0.3 | 3 |
| Sodium citrate | 0.3 | 3 |
| Sugar | 28.3 | 283 |
| High fructose syrup | 46.5 | 465 |
| Jelly powder | 2.1 | 21 |
| water | 17.6 | 176 |
| Total | 100.0 | 1000 |

Stability data for QH cocrystal gummy (Alu/PET, 40 °C, 75%RH)

| | QH % | | |
|---|---|---|---|
| Time | 20210603-1 | 20210603-2 | 20210603-3 |
| 0 | 100 | 100 | 100 |
| 1M | 93.5 | 93.6 | 97.9 |
| 2M | 95.7 | 100.0 | 93.6 |
| 3M | 121.7 | 104.3 | 117.0 |
| 6M | 106.5 | 112.8 | 106.4 |

# Excellent Water Dispersibility

- **Water dispersible QH (WDQH)**：higher bioavailability, wider applicability, could be used to manufacture drinks, food, tablets and capsules
- **Disadvantage of current QH:** low content, contain various of chemical excipients
- **Advantage of QH cocrystal:** high content (75%), only need a little bit of food additives



# Higher Dissolution Rate

**Experimental condition:**

Temperature: 37 °C

Dissolution medium: simulated gastric fluid (SGF), simulated intestinal fluid (SIF) with 0.5% tween 80

**Result:** QH cocrystal presents a significant higher solubility and dissolution rate compared with current marketed crystal form

Dissolution profiles for QH cocrystal and Kaneka QH



# Higher Bioavailability

- Compared with current marketed **Q10** and **QH**, **QH cocrystal** displays an obviously increased absorption (**4.5 times in AUC and 2-4 times in $C_{max}$**)
- **Subjects:** male SD rats divided into 3 groups with 6 rats in each group
- **Method of administration:** 0.5% CMC-Na suspension, fasting for 12 hours before administration
- **Dosage:** 100 mg /kg

Pharmacokinetic parameters

| | Tmax (h) | $C_{max}$ (ng/mL) | $AUC_{0-8h}$ (ng/mL.h) |
|---|---|---|---|
| **QH Cocrystal** | 3 | 157.7 | 866.5 |
| **QH** | 8 | 71.2 | 191.9 |
| **Q10** | 4 | 36.7 | 192.6 |
| **QH Cocrystal/QH** | - | **2.2** | **4.5** |
| **QH Cocrystal/Q10** | - | **4.3** | **4.5** |

Plasma concentration-time curve



# Regulatory Feasibility

| QH Cocrystal | | |
|---|---|---|
| The USA | √ | QH has launched products for sale; Excipient is GRAS certified by FDA |
| Europe | √ | EFSA published safety evaluations of coenzyme Q10 (both oxidized and reduced) and excipient |
| Japan | √ | QH should be approved by the Ministry of Health and Welfare food Surveillance Department; Excipient is included in Japanese food additives list revised edition |
| China | X | QH needs to be registered; Excipient is included in functional food raw materials catalogue |


efsa
European Food Safety Authority
EFSA Journal 2010;8(10):1793

SCIENTIFIC OPINION

**Scientific Opinion on the substantiation of health claims related to coenzyme $Q_{10}$ and contribution to normal energy-yielding metabolism (ID 1508, 1512, 1720, 1912, 4668), maintenance of normal blood pressure (ID 1509, 1721, 1911), protection of DNA, proteins and lipids from oxidative damage (ID 1510), contribution to normal cognitive function (ID 1511), maintenance of normal blood cholesterol concentrations (ID 1721) and increase in endurance capacity and/or endurance performance (ID 1913) pursuant to Article 13(1) of Regulation (EC) No 1924/2006[1]**

EFSA Panel on Dietetic Products, Nutrition and Allergies (NDA)[2, 3]

European Food Safety Authority (EFSA), Parma, Italy

This scientific output, published on 9 December 2010, replaces the earlier version published on 19 October 2010[4]

SUMMARY

Following a request from the European Commission, the Panel on Dietetic Products, Nutrition and Allergies was asked to provide a scientific opinion on a list of health claims pursuant to Article 13 of Regulation (EC) No 1924/2006. This opinion addresses the scientific substantiation of health claims

© European Food Safety Authority, 2010 1

# Intellectual Property Protection

- QH cocrystal patent bypassed KANEKA polymorph patent
- Authorized in China, PCT has been filed



证书号第4938927号

发明专利证书

发 明 名 称：一种辅酶QH与烟酰胺的共晶及其制备方法和用途

发 明 人：梅雪锋;张奇;鲍俊杰;陆鹏烨

专 利 号：ZL 2021 1 0260473.5

专利申请日：2021年03月10日

专 利 权 人：中国科学院上海药物研究所

地 址：201203 上海市浦东新区张江祖冲之路555号

授权公告日：2022年02月15日 授权公告号：CN 113024362 B