# Exhibit E

## Kaneka Test of Cocrystal Ubiquinol
## October 2022

KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403 Fax : +81-6-6226-5059

October 6, 2022

# Analysis report of Crystal Technology bulk product

## Abbreviation

QH : Ubiquinol-10
RQ9 : Ubiquinol-9
CoQ10 : Ubiquinone-10
RQ11 : Ubiquinol-11

## Analysis sample

Crystal Technology bulk product

Product name : Coenzyme Q10 (reduced form)
Manufacturer : Crystal Technology
Lot Number : Q08320220221-5
QH content : 86.2% (The value is printed in their CoA)

## Analytical items

1. QH content, CoQ10 content, QH ratio (HPLC)
QH Reverse phase HPLC analysis was performed at the laboratory of Pharma & Supplemental Nutrition SV Quality Management team to check the general quality of the Crystal Technology bulk product.

2. RQ9, RQ11 content (LC-MS/MS)
LC-MS/MS analysis was performed at Kaneka Techno Research Corporation to determine the RQ9 content and RQ11 content in the Crystal Technology bulk product.

3. 13C stable isotope ratio analysis
13C stable isotope ratio analysis was performed at Kaneka Techno Research Corporation to identify the origin of QH used for the Crystal Technology bulk product. The 13C stable isotope ratio is different depending on the carbon source of the target substances.

## Results

**1. QH content, CoQ10 content, and QH ratio (HPLC)**

The results of the quantitative analysis are shown in Table 1.

Table 1 Results of the quantitative analysis

| | QH content (%) | CoQ10 content (%) | QH + CoQ10 (%) | QH ratio (%) |
|---|---|---|---|---|
| 1 | 80.34 | 5.97 | 86.31 | 93.1 |
| 2 | 80.09 | 5.99 | 86.08 | 93.0 |
| 3 | 80.16 | 5.95 | 86.12 | 93.1 |
| **Mean** | **80.2** | **6.0** | **86.2** | **93.1** |
| SD | 0.13 | 0.02 | 0.12 | 0.03 |
| %RSD | 0.16 | 0.31 | 0.14 | 0.03 |

QH ratio (%) = QH content / (QH content + CoQ10 content) x 100

KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403 Fax : +81-6-6226-5059

**2. RQ9 content and RQ11 content (LC-MS/MS)**

The RQ9 content and RQ11 content of the Crystal Technology bulk product were quantified by LC-MS/MS analysis, and the analysis results are shown in Table 2. The analysis result showed both of components were contained in the bulk product.

Table 2 RQ9 content and RQ11 content of the Crystal Technology bulk product

| Product name | RQ9 content [(a)] (μg/g) | RQ11 content [(a)] [(b)] (μg/g) |
|---|---|---|
| Crystal Technology bulk product | 140 | 1200 |

(a) Quantitative limit is 50 μg/g
(b) Quantitative limit is 500 μg/g
RQ11 content was calculated by using the calibration curve of RQ9

**3. 13C stable isotope ratio analysis**

The 13C stable isotope ratio analysis results are shown in Table 3, and the 13C stable isotope ratio distribution map including the result of the Crystal Technology bulk product is shown in Figure 1.

The analysis data showed that the 13C stable isotope ratio of the analysis sample was different value from the Chinese products (ZMC, Kingdomway) and Japanese products which were formerly evaluated (Figure 1).

Table 3 Results of 13C stable isotope ratio analysis

| Product name | $\delta^{13}$C-VPDB(‰) |
|---|---|
| Crystal Technology bulk product | **-18.2** |
| UBIDECARENONE KANEKA (Lot. FA01-4246) | **-8.69** |

KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403 Fax : +81-6-6226-5059




Figure 1 13C stable ratio distribution map