# Exhibit F

## Cocrystal Actives Brochure



BEST-IN-CLASS

Bioavailability & Stability



Optimal Customer Value

*Cocrystal Actives*

PATENTED TECHNOLOGY

Superior Performance & Stability





共晶科技
Cocrystal Technology

# Company & Research Snapshot

## COCRYSTAL TECHNOLOGY COMPANY

### SHANGHAI, CHINA

- Introduced in 2022 by distinguished Scientist Xuefeng Mei, Ph.D.
- University of Chinese Academy of Sciences Professor & Director of Shanghai Institute of Materia Medica
- Recognized "One hundred talent" Chinese Academy of Sciences
- Company borne out of 10+ years cocrystal research
- Pioneered cocrystallization as solution for poor stability & low bioavailability nutraceutical and personal care actives



Founder & CEO Xuefeng Mei, Ph.D.

near **100** Papers published

**60** Patents granted or pending

**30+** Scientist research team

NSF GMP and SGS ISO & FSSC Certified

# Empowering Superior Finished Formulas



## What is Cocrystal?

Cocrystals are simply crystalline materials composed of two or more different molecules within the same crystal lattice associated by noncovalent bonds. The nutrient / API molecules are arranged in an unlimited repeating lattice and mixed evenly at molecular level, though not chemically changed.

### THE COCRYSTAL INGREDIENT INNOVATION PROCESS:

01 **Machine Learning Cocrystal Prediction Platform**

Proprietary & precise coformer selection to drive the discovery of new targeted cocrystals

→

02 **Patented Recrystallization**

Active is recrystallized with food grade coformers for a more stable crystal form. GMO-free & made without heavy solvents.

→

03 **Cocrystal Powder**

End powder form now with superior bioavailability, stability & functionality

# Cocrystal Key Advantages



## DEMONSTRATED BEST-IN-CLASS BIOAVAILABILITY

Backed by extensive 3rd party tests

## SUPERIOR STABILITY IN-FORMULA

Proven across a range of product forms

## VEGAN & FREE OF GMO'S & KNOWN ALLERGENS

Produced without heavy solvents or other harsh chemicals

## IMPROVED SOLUBILITY, MELTING POINT & MECHANICAL PROPERTIES

With no effect on nutrient's pharmacological activity

## ENHANCED FLOWABILITY & PROCESSABILITY

Improving manufacturing efficiency

## EXCELLENT MULTI-PRODUCT FORM FUNCTIONALITY

Both ingestible & topical applications

# Crystal QH®

## (Coenzyme Q10 Reduced Form)

THE CURRENT CoQH CHALLENGE:

QH (reduced & more bioavailable form of CoQ10) has extreme chemical instability upon exposure to air, light and high temperature. Thus end formulas inherently do not deliver optimal performance to consumers.

### COENZYME Q10 FEATURES & BENEFITS

- ✓ Protect heart and help support cardiovascular health
- ✓ Relieve fatigue by promoting energy metabolization
- ✓ Anti-oxidation, neutralizes free radicals
- ✓ Enhance immunity
- ✓ Topically shown to reduce wrinkles



# Crystal QH®

## Advantage & Testing

Crystal QH® provides for the first time a much more stable & improved bioavailable form of CoQH. Outperforming current QH market leader & at a better cost value.

- ✓ A new patent-protected solid form
- ✓ Better stability (almost 100% retained under stressed conditions)
- ✓ Significantly improved Bioavailability with excellent water dispersibility
- ✓ Higher melting point (20C higher than Q10) allows preparation in various solid formulas




DSC curves for QH and Crystal QH®




Stability for QH (25°C / 60% RH / open)

# Outperforming

## Expensive Market Leaders



### Plasma Concentration - Time Curve Study




### Stability in Softgels Study

| Ingredient / Branded Formula | QH% | | |
|---|---|---|---|
| | 0d | 7d | 14d |
| Crystal QH® | 100 | 100.3 | 99.5 |
| Ingredient K | 100 | 80.6 | 76.3 |
| Brand D | 100 | 85.0 | 82.4 |
| Brand G | 100 | 83.4 | 70.2 |
| Brand P | 100 | 84.8 | 78.7 |
| Brand V | 100 | 92.9 | 84.1 |
| Brand L | 100 | 83.1 | 86.6 |

Stability data for QH Soft Capsule Contents
(Open / 25°C / 60% RH)

# Crystal E®

## CURRENT VITAMIN E CHALLENGE:

Popular Vitamin E as α-tocopherol is unstable and oily in appearance, reducing functionality.

Generally requires esterification and encapsulation to stabilize, sacrificing antioxidant & natural properties.

## OUR SOLUTION:

Crystal E® now provides the only unesterified (free) form of Vitamin E (α-tocopherol) in solid form. With greater stability, bio-absorption, processibility & cost value.



→





## VITAMIN E FEATURES & BENEFITS

- ✓ Neutralizes free radicals, maintaining cell membrane integrity
- ✓ Boosts immune system
- ✓ Improves lipid metabolism to support cardiovascular health
- ✓ Topically softens skin & protects against environmental aging factors

# Crystal E®

## Advantage & Testing

- ✓ A α-tocopherol in its original natural form
- ✓ Co-crystallized to a stable, crystalline powder without chemical modification or encapsulation
- ✓ +30% & +56% greater absorption than RRR-α-tocopherol acetate & succinate respectively
- ✓ Clean label & high loading Vitamin E powder (80%+)
- ✓ Increased bioavailability - Directly absorbed by human, no need to be hydrolyzed




## Reducing Weight & Cost – Tablet Example

If 15 mg vitamin E (as alpha-tocopherol) label claim
= **66 mg** of synthetic α-tocopherol acetate powder (50%)
= **17 mg** of Crystal E®
Saving **<u>50 mg</u>** of weight for each tablet!

If 150 mg vitamin E (as alpha-tocopherol) label claim
= **660 mg** of synthetic α-tocopherol acetate powder (50%)
= **170 mg** of Crystal E®

Saving **<u>490 mg</u>** of weight for each tablet!

## Comparative Absorption Study




Cmax tocopherol in plasma of different VE forms

# Crystal HT®

## Hydroxytyrosol



CURRENT HYDROXYTYROSOL CHALLENGE:

Can not be used directly in most applications due to:

Chemically unstable & easily oxidized

Low melting temperature & extremely sticky liquid

Readily absorbs water

OUR SOLUTION:

Crystal HT® is a first-to-market highly stable & high concentration powder form Hydroxytyrosol.

Featuring higher melting temp & lower hygroscopicity versus existing forms.

HYDROXYTYROSOL FEATURES & BENEFITS

- ✓ The bioactive compound of olive polyphenols
- ✓ Supports Cardiovascular health & healthy cholesterol levels
- ✓ Neuroprotective & Cognitive health benefits well documented
- ✓ Topically Promotes skin tone lightening by reducing melanin synthesis

# Crystal HT®

## Advantage & Testing

- High Hydroxytyrosol content (≥ 50%) in white powder form
- The most stable Hydroxytyrosol source – demonstrated in head-to-head testing
- Minimal bitterness perception
- Outstanding flowability (Carr's Index - Excellent score)
- Higher melting temp and reduced hygroscopicity versus other HT sources

## EXAMPLE STUDIES (ADDITIONAL AVAILABLE)

### Hygroscopicity (water uptake at 75% RH)




### Melting point



# Crystal HT®

## Additional Studies











FOR MORE INFORMATION
OR SAMPLES PLEASE
CONTACT US AT :

ja@cocrystaltech.com
cocrystaltech.com



共晶科技
Cocrystal Technology

THIS INFORMATION IS PROVIDED BY COCRYSTAL TECHNOLOGY (JIAXING) CO. LTD. WITHOUT WARRANTY, REPRESENTATION, INDUCEMENT OR LICENSE OF ANY KIND. THE INFORMATION CONTAINED IN THIS DOCUMENT IS BELIEVED TO BE TRUE AND ACCURATE, BUT COCRYSTAL TECHNOLOGY ASSUMES NO RESPONSIBILITY, OBLIGATION OR LIABILITY THAT THE INFORMATION IS SUFFICIENT OR CORRECT IN ALL CASES. YOU ARE RESPONSIBLE FOR DETERMINING IF THESE INGREDIENTS ARE APPROPRIATE FOR YOUR USE.

# *Cocrystal Actives*

PATENTED TECHNOLOGY

THANK
YOU

