# Exhibit G

## Cocrystal Letter of Indemnity

共晶科技
Cocrystal Technology

# Letter of Indemnity

To:

Tishcon Corporation

30 New York Ave

Westbury, NY 11590

Dated: Feb. 16th 2023

Dear Customer,

For consideration of Coenzyme Q10 Reduced, we, Cocrystal Technology (Jiaxing) Co, Ltd, hereby undertake and agree to indemnify and save harmless you and all parties involved in the purchasing, selling and using of our product and legal representatives (collectively referred to as "you" hereafter) from and against any Expenses (hereby defined) incurred by you in respect of any action, suit, or proceeding brought, commenced, or prosecuted against you to which you are make a party, except such Expenses as are occasioned by your own fault.

As used in this Letter of Indemnification, the term "Expenses" shall include all liabilities, costs, charges, and expenses whatsoever, including without limitation, judgements, fines, penalties, amounts paid in a settlement, and lawyers' fees and disbursements.

This Letter of Indemnification shall be governed by and construed in accordance with the Laws of New York, USA.

We appreciate your business and wish you success in the future endeavour.

Sincerely,

Name & Title: Mei, Xuefeng CEO

Signature: Xuefeng