# Exhibit H

## Analysis Report of Cocrystal Bulk Product by Kaneka

KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403

June 12, 2023

# Analysis report of Cocrystal Technology bulk products

## Abbreviation

QH : Ubiquinol-10 CoQ10 : Ubiquinone-10
RQ9 : Ubiquinol-9 RQ11 : Ubiquinol-11

## Analysis sample

Cocrystal Technology bulk products

Product name : CoenzymeQ10(reduced form)
Manufacturer : Cocrystal Technology
Lot Number : -
QH content : 86.2% (labelled content)

## Analytical items

1. QH content, CoQ10 content, QH ratio (HPLC)
   QH Reverse phase HPLC analysis was performed at the laboratory of Pharma & Supplemental Nutrition SV Quality Management team to check the general quality of the Cocrystal Technology bulk products.

2. RQ9, RQ11 content (LC-MS/MS)
   LC-MS/MS analysis was performed at Kaneka Techno Research Corporation to determine the RQ9 content and RQ11 content in the Cocrystal Technology bulk products.

3. 13C stable isotope ratio analysis
   13C stable isotope ratio analysis was performed at Kaneka Techno Research Corporation to identify the origin of QH used for the Cocrystal Technology bulk products. The 13C stable isotope ratio is different depending on the carbon source of the target substances.

## Results

**1. QH content, CoQ10 content, and QH ratio (HPLC)**

The results of the quantitative analysis are shown in Table 1.

Table 1 Results of the quantitative analysis

| | QH content (%) | CoQ10 content (%) | QH + CoQ10 (%) | QH ratio (%) |
|---|---|---|---|---|
| 1 | 82.90 | 3.61 | 86.50 | 95.8 |
| 2 | 83.14 | 3.64 | 86.78 | 95.8 |
| 3 | 83.03 | 3.62 | 86.65 | 95.8 |
| **Mean** | **83.0** | **3.6** | **86.6** | **95.8** |
| SD | 0.12 | 0.02 | 0.14 | 0.01 |
| %RSD | 0.15 | 0.47 | 0.16 | 0.01 |

QH ratio (%) = QH content / (QH content + CoQ10 content) x 100

kaneka KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403

**2. RQ9 content and RQ11 content (LC-MS/MS)**

The RQ9 content and RQ11 content of the Cocrystal Technology bulk products were quantified by LC-MS/MS analysis, and the analysis results are shown in Table 2. The analysis result showed both of components were contained in the bulk product.

Table 2 RQ9 content and RQ11 content of the Cocrystal Technology bulk products.

| Product name | RQ9 content [(a)] (μg/g) | RQ11 content [(a)] [(b)] (μg/g) |
|---|---|---|
| Cocrystal Technology bulk products | 280 | 1300 |

(a) Quantitative limit of RQ9 is 50 μg/g. Quantitative limit of RQ11 is 500 μg/g.
(b) RQ11 content was calculated by using the calibration curve of RQ9

**3. 13C stable isotope ratio analysis**

The 13C stable isotope ratio analysis results are shown in Table 3, and the 13C stable isotope ratio distribution map including the result of the Cocrystal Technology bulk products is shown in Figure 1.

The analysis data showed that the 13C stable isotope ratio of the analysis sample was slightly different value from the Chinese products (ZMC, Kingdomway) and Japanese products which were formerly evaluated (Figure 1).

Table 3 Results of 13C stable isotope ratio analysis

| Product name | $\delta^{13}$C-VPDB(‰) |
|---|---|
| Cocrystal Technology bulk products | **-15.2** |
| UBIDECARENONE KANEKA (Lot. FA01-4246) | **-8.81** |

KANEKA CORPORATION
2-3-18, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403




Figure 1 13C stable ratio distribution map