# Exhibit I

## NutraIngredients Newsletter with Cocrystal Advertisement

**From:** NutraIngredients-USA <newsletter@nutraingredients-usa.com>
**Sent:** Wednesday, July 12, 2023 2:31 AM
**To:** Privacy
**Subject:** All eyes on Dietary Supplement Master Files / The Vitamin Shoppe 2023 Health & Wellness Trends / Plant-derived probiotics may slash body weight & fat levels: RCT / PRIME pushes back on Sen. Schumer calls for FDA energy drink investigation / and more!

If you are unable to view this message correctly, click here

Join the Active Nutrition Summit - Translating science into performance for the active consumer | 9-11 Oct., Amsterdam | Save 20%. Book before 28 July




EUROPE | ASIA | LATAM

NutraIngredients USA

News, Analysis & Insights on Nutrition, Supplements, and Health 11-Jul-2023