**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KANEKA CORPORATION<br><br>Plaintiff,<br><br>-against-<br><br>COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD. (f/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.) and COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.<br><br>Defendants. | Case No. 1:23-cv-07483-NCM-SJB |

**STIPULATION OF INFRINGEMENT AND [PROPOSED] ORDER**

Plaintiff Kaneka Corporation ("Plaintiff") and Defendants Cocrystal Technology (Jiaxiang) Co., Ltd. and Cocrystal Health Industry (Zhejiang) Co., Ltd. ("Defendants") (collective with Plaintiff, "Parties"), by and through their undersigned counsel, having determined that good cause exists and in order to narrow the issues in dispute in the above-captioned action, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed suit alleging that Defendants have infringed claims 5 and 15 of U.S. Patent No. 7,829,080 (the "'080 Patent");

WHEREAS, the Parties wish to conserve the resources of the Parties and the Court and narrow the issues in this litigation by entering into this Stipulation;

NOW THEREFORE the Parties hereby stipulate, subject to the approval of the Court, as follows:

1. Defendants' manufacture in the United States, importation into the United States, and their use, offer for sale or sale within the United States of Crystal QH (as defined as the

Accused Product in this lawsuit, described at ECF 5, ¶ 2) infringes claims 5 and 15 of the '080 Patent.

2. Defendants hereby withdraw their defense of non-infringement with prejudice. *See* ECF 22 at 10.

3. Defendants hereby withdraw their Second Counterclaim seeking a declaratory judgment of non-infringement with prejudice. *See* ECF 22 at 22-24.

4. This stipulation is made without prejudice as to Defendants' allegations that the '080 Patent is invalid and/or unenforceable.

**STIPULATED TO BY THE PARTIES:**

By: _/s/ Gerald W. Griffin_________

Gerald W. Griffin
Leonardo Trivigno
Meredith B. Spelman
Jodutt M. Basrawi
griffin@clm.com
trivigno@clm.com
spelman@clm.com
basrawi@clm.com

CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

*Attorneys for Plaintiff*

By: _/s/ Gary M. Hnath___________

Gary M. Hnath (admitted *pro hac vice*)
Jing Zhang (admitted *pro hac vice*)
Clark S. Bakewell (admitted *pro hac vice*)
ghnath@mayerbrown.com
jzhang@mayerbrown.com
cbakewell@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3001

Gina Parlovecchio
Jessica A. Lehrman
gparlovecchio@mayerbrown.com
jlehrman@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Defendants*

SO ORDERED.

*/s/ Sanket J. Bulsara* October 7, 2025
SANKET J. BULSARA
United States District Judge

Date: October 7, 2025
Central Islip, New York