IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANEKA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD. (f/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.), and COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.,<br><br>Defendants. | Civil Case No.1:23-cv-07483-SJB |

**PLAINTIFF KANEKA CORPORATION'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS'**
**INVALIDITY DEFENSES AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff Kaneka Corporation hereby moves for summary judgment on Defendants Cocrystal Technology (Jiaxing) Co., Ltd.'s and Cocrystal Health Industry (Zhejiang) Co. Ltd.'s invalidity defenses and counterclaims. The grounds in support of this motion are set forth in Plaintiff's accompanying brief.

Dated: October 6, 2025

Respectfully submitted,

**CARTER LEDYARD & MILBURN LLP**

*/s/ Gerald W. Griffin*
Gerald W. Griffin
Leonardo Trivigno
Meredith B. Spelman
Jodutt M. Basrawi
28 Liberty Street, 41st Floor
New York, New York 10005
212-238-8610
28 Liberty St., 41st Floor
griffin@clm.com
trivigno@clm.com
spelman@clm.com
basrawi@clm.com

*Attorneys for Plaintiff Kaneka Corporation*

**CERTIFICATE OF SERVICE**

I, Meredith B. Spelman, hereby certify that on this 6th day of October, 2025, copies of the foregoing were electronically served on all parties of record via email.

*/s/ Meredith B. Spelman*
Meredith B. Spelman