IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KANEKA CORPORATION,

Plaintiff,

v.

COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD. (f/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.), and COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.,

Defendants.

Civil Case No.1:23-cv-07483-SJB

**PLAINTIFF KANEKA CORPORATION'S RULE 56.1 STATEMENT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Plaintiff Kaneka Corporation ("Kaneka") states the following:

1. Kaneka manufactures reduced coenzyme $Q_{10}$ ("QH") by reducing oxidized coenzyme $Q_{10}$ ("QX") with a reducing agent and then removing impurities in the QH by crystallization. **Exhibit 14**[1] at 142:1-17; **Exhibit 18** at KAN0013099.

2. Kaneka manufactures QX by fermenting select yeast strains under controlled conditions and then removing impurities in the QX by crystallization. **Exhibit 14** at 82:18-84:23; **Exhibit 19** at Abstract and Claim 1.

3. Kaneka manufactured its first batch of QH in September 2004. **Exhibit 20** at 49:21-23; **Exhibit 14** at 50:4-14, 98:6-99:24; **Exhibit 21** at KAN0079891; **Exhibit 22** at 2.

[1] Exhibits refer to those attached to the Declaration of Gerald W. Griffin in support of Kaneka's Motion for Summary Judgment, dated October 6, 2025.

4. Kaneka designated its first batch as FB01-001. "FB" refers to Functional Food Batch. "01" refers to bulk form. "001" refers to the first batch. **Exhibit 14** at 50:4-14, 98:6-99:24; **Exhibit 21** at KAN0079891; **Exhibit 22** at 1-2.

5. Kaneka tested FB01-001 in September 2004 for the presence of potential impurities, including reduced $Q_9$ and reduced $Q_{11}$. **Exhibit 14** at 123:8-14; **Exhibit 21** at KAN0079891; **Exhibit 22** at 2.

6. Kaneka's tests of FB01-001 showed that reduced $Q_9$ was present in an amount less than 1.5 wt % relative to QH, and reduced $Q_{11}$ was not present. **Exhibit 14** at 123:8-14; **Exhibit 21** at KAN0079891; **Exhibit 22** at 2; **Exhibit 23** at KAN0012171; *see also* **Exhibit 6**, ¶¶172-74, 195, 198, 304.

7. Kaneka manufactured its second batch of QH in July 2005. **Exhibit 24** at KAN0079898.

8. Kaneka designated its second batch of QH as FB01-002. **Exhibit 14** at 50:4-14; **Exhibit 24** at KAN0079898.

9. Kaneka tested FB01-002 in August 2005 for the presence of potential impurities, including reduced $Q_9$ and reduced $Q_{11}$. **Exhibit 14** at 126:3-135:23; **Exhibit 24** at KAN0079898; **Exhibit 25** at KAN0079975-93.

10. Kaneka's tests of FB01-002 showed that reduced $Q_9$ was present in an amount less than 1.5 wt % relative to QH, and reduced $Q_{11}$ was not present. **Exhibit 14** at 126:3-135:23; **Exhibit 24** at KAN0079898.

11. Kaneka modified its manufacturing process for QH after FB01-001 and before FB01-002 to increase yield. **Exhibit 14** at 98:6-99:24; *compare* **Exhibit 26** at KAN0147865-72

and **Exhibit 27** at 2-8 (original manufacturing process) *with* **Exhibit 28** at KAN0147874-81 and **Exhibit 29** at 2-8 (modified manufacturing process).

12. Kaneka manufactured its third, fourth, fifth, sixth, seventh, eighth, ninth and tenth batches of QH between July 2006 and December 2006. **Exhibit 31** at KAN0079899-914; **Exhibit 25** at KAN0079979-993; **Exhibit 30** at KAN0079994-80021.

13. Kaneka designated its third batch of QH as FB01-003, its fourth batch as FB01-004, its fifth batch as FB01-005, its sixth batch as FB01-006, its seventh batch as FB01-007, its eighth batch as FB01-008, its ninth batch as FB01-009, and its tenth batch as FB01-010. **Exhibit 31** at KAN0079899-914.

14. Kaneka tested batches FB01-003 through FB01-010 between July 2006 and December 2006 for the presence of potential impurities, including reduced $Q_9$ and reduced $Q_{11}$. **Exhibit 31** at KAN0079899-914; **Exhibit 25** at KAN0079979-993; **Exhibit 30** at KAN0079994-80021.

15. Kaneka's tests of batches FB01-003 through FB01-010 showed that reduced $Q_9$ was present in an amount less than 1.5 wt % relative to QH, and reduced $Q_{11}$ was not present. **Exhibit 31** at KAN0079899-914; **Exhibit 25** at KAN0079979-993; **Exhibit 30** at KAN0079994-80021.

16. Kaneka tested batches FB01-001 through FB01-010 by high-performance liquid chromatography ("HPLC"), the testing methodology for determining the presence of potential impurities that is approved by the United States Pharmacopeia. **Exhibit 14** at 50:16-51:12, 123:8-14; **Exhibit 21** at KAN0079891-896; **Exhibit 24** at KAN0079898; **Exhibit 31** at KAN0079899-914; **Exhibit 25** at KAN0079979-993; **Exhibit 30** at KAN0079994-80021;

**Exhibit 32** at 1; **Exhibit 33** at 1-2**;** **Exhibit 34** at KAN0012954-960; **Exhibit 35** at CoCrystal_0000697-99.

17. Kaneka and Defendants regularly test their ubiquinol products to determine the presence of potential impurities by the HPLC methodology approved by the United States Pharmacopeia. **Exhibit 14** at 134:1-135:22; **Exhibit 20** at 102:3-103:1; **Exhibit 36** at 51:14-56:14; **Exhibit 32** at 1; **Exhibit 33** at 1-2.

18. Kaneka modified its manufacturing processes for QH and QX many times since 2006, including changing the yeast strain and removing a crystallization step. **Exhibit 14** at 82:18-84:23; *compare* **Exhibit 26** at KAN0147865-72 and **Exhibit 27** at 2-8 (original manufacturing process) *with* **Exhibit 37** at KAN 0147817-82 and **Exhibit 38** at 2-7 (modified manufacturing process).

19. Kaneka began manufacturing soft gel capsules containing QH in October 2004. **Exhibit 14** at 98:6-99:24; **Exhibit 39** at KAN0022592.

20. Kaneka designated its first two batches of soft gel capsules as FB31-001 and FB31-002. "FB" refers to Functional Food Batch. "31" refers to soft gels. "001" refers to first batch. "002" refers to second batch. **Exhibit 14** at 50:4-20 and **Exhibit 39** at KAN0022592.

21. Kaneka manufactured FB31-001 on October 27, 2004. **Exhibit 39** at KAN0022592.

22. Kaneka manufactured FB31-002 on May 18, 2005. **Exhibit 40** at KAN0022590.

23. Kaneka used QH from FB01-001 to manufacture the soft gel capsules of FB31-001 and FB31-002. **Exhibit 39** at KAN0022592; **Exhibit 40** at KAN0022590; **Exhibit 41** at KAN0029016.

24. Kaneka shipped 127,900 soft gel capsules from FB31-001 and FB31-002 to Enzymatic Therapy, Inc. in February 2006, and 91,600 of which were provided at no cost. **Exhibit 42** at KAN0022587; **Exhibit 43** at KAN0022585-586.

25. Between June and December 2006, Kaneka shipped an additional 1,300 soft gel capsules and two kilograms of QH to Enzymatic Therapy, Inc. at no cost. **Exhibit 44** at KAN0032531-532, KAN0032541, KAN0032546-547, KAN0032560, KAN0032573, KAN0032582, and KAN0032584-585.

26. Kaneka shipped soft gel capsules and QH to Enzymatic Therapy, Inc. in 2006 for experimental use. **Exhibit 20** at 54:14-69:13.

27. Kaneka made its QH products commercially available in the United States in 2007. **Exhibit 45** at KAN0147553.

28. Kaneka is an international company that produces a number of different products at production plants around the world and has been the world's premier supplier of $CoQ_{10}$ supplements for more than 40 years. **Exhibit 45** at KAN0147553. $CoQ_{10}$ is known as ubiquinone and reduced $CoQ_{10}$ is known as ubiquinol. *Id*.

29. The human body uses $CoQ_{10}$ to produce energy that it needs for cell growth and maintenance, as well as protect the body from damage caused by harmful molecules. **Exhibit 45** at KAN0147553-555.

30. QX and QH provide similar health benefits, but QH is more easily absorbed by the human body, and thus more desirable **Exhibit 45** at KAN0147553-554, KAN0148061.

31. Kaneka was the first industrial scale manufacturer of QX in 1977. **Exhibit 45** at KAN0147553.

32. Kaneka has been awarded a number of patents covering its reduced $CoQ_{10}$ products, including U.S. Patent No. 7,829,080 (the "'080 Patent"). **Exhibit 1**, KAN0000001.

33. Claim 5 of the '080 Patent is directed toward a composition of QH, and claim 15 is directed to a method of making the composition disclosed in Claim 5. **Exhibit 1**, col. 16, ll. 55 – col. 18, ll. 21.

34. The '080 Patent was filed April 27, 2007, and the Notice of Allowance was issued July 23, 2010. **Exhibit 1**, KAN0000001; **Exhibit 2**, KAN0000023-28.

35. Prior to allowing the claims, the Primary Examiner was aware that $CoQ_{10}$, $CoQ_9$ and $CoQ_{11}$ were natural phenomena known to be present in vivo, and that $CoQ_{11}$ could be present in $CoQ_{10}$-containing compositions. **Exhibit 2**, KAN0000049-51, KAN0000094-96, KAN0000101, KAN0000104-06, KAN0000116-19, KAN0000137-39, KAN0000144-45.

36. In allowing the '080 Patent, the Primary Examiner found that "the prior art does not teach nor suggest a reduced coenzyme $Q_{10}$-containing composition comprising reduced co enzyme $Q_{10}$ and . . . (b) reduced coenzyme Q11 wherein not less than 0.01 wt% of reduced coenzyme $Q_{10}$ is contained in the composition and wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt% along with methods for using the composition and methods for making the composition." **Exhibit 2**, KAN0000027-28.

37. In October 2022, Kaneka received samples of Defendants' ubiquinol from Tishcon, a longtime customer of Kaneka. **D.E. 5, p. 5**.

38. Kaneka received a second sample of Defendants' ubiquinol from Tishcon in June 2023. **D.E. 5,** p. 7.

39. After testing Defendants' product and determining that it infringed the '080 Patent, Kaneka filed this action on October 5, 2023. **D.E. 5**, p. 1; *see also* D.E. 74.

40. On October 9, 2023, Kaneka issued a press release stating that it had commenced this action, and was "committed to enforcing its patent rights against any customer who purchases" Defendants' ubiquinol and "subsequently engages in activities such as using, selling, or offering to sell" Defendants' ubiquinol in the United States. **Exhibit 46** at CoCrystal_0009886-87.

41. Defendants assert that $CoQ_{11}$ is present in every $CoQ_{10}$-containing composition. **Exhibit 4**, ¶¶103-108.

42. During his deposition Dr. Cameron stated: "I don't know if any treatise or paper that addresses" whether $CoQ_{11}$ is inherent in every $CoQ_{10}$-containing compositions." **Exhibit 5**, 155:2-9.

43. Dr. Cameron did not perform any tests in an attempt to prove that $CoQ_{11}$ is inherent in every $CoQ_{10}$-containing composition. **Exhibit 6**, ¶¶303-304.

44. In his expert report, Dr. Cameron states:

> My own expertise and knowledge indicates that the process by which yeast creates $CoQ_{10}$ is not a perfect one, and that at least some $CoQ_9$ and $CoQ_{11}$ will be inherently created. The tail portion of $CoQ_{10}$ is made by an enzyme called prenyl diphosphate synthase that takes a molecule called isopentenyl pyrophosphate (IPP) and connects several of them together into a chain, similar to adding beads to a necklace. The enzyme used to make $CoQ_{10}$ mostly adds "beads" to the "necklace" until it is 10 beads long. However, just like a person making a necklace (or rather, billions of necklaces), occasionally the enzyme gets the am wrong and misses a "bead" or adds an extra "bead" and therefore inevitably makes a small amount of $CoQ_9$ and $CoQ_{11}$. Another way to say this is that the enzyme is not always perfect and will make errors. Moreover, mutations sometimes occur in the genes that encode enzymes. Mutations can occur in the gene for prenyl diphosphate synthase that can make it even more prone to make different chain lengths of CoQ such as $CoQ_{11}$.

**Exhibit 4**, ¶¶69, 123.

45. During his deposition, Dr. Cameron stated that his "arguments are based on sort of error rate and statistics." **Exhibit 5,** 230:15-16.

46. During his deposition, Dr. Cameron stated whether $CoQ_{11}$ is present in $CoQ_{10}$ is "a statistical argument, but that it's a very, very, very high probability in a big fermenter." **Exhibit 5,** 170:14-16.

47. During Dr. Cameron's deposition, the following question and answer took place:

> Q: But, I mean, it is possible that if you're making a small amount, a hundred necklaces, theoretically, at least, you can do that without making an error.
> A: Yes. It's a statistical argument. So if you make a small enough numbers, the statistics starts to break down a bit.

**Exhibit 5**, 165:22-166:3.

48. There are numerous examples of peer-reviewed scientific journals which record the presence of $CoQ_{10}$ without $CoQ_{11}$. *See, e.g.,* **Exhibits 7-12**.

49. In Biosynthesis of Ubiquinone—A Search for Polyprenyl Phenol and Quinone Precursors, D.R. Threlfall and G.R. Whistance ("Threlfall I"), Threlfall I examines ubiquinone biosynthesis in plants and algae. **Exhibit 7**, p. 355.

50. In Isolation of Ubiquinone-11 and Ubiquinone-12 from Green Peppers, Biochem J. 1969 Jul; 113(3):38P–39P, by D.R. Threlfall and G.R. Whistance ("Threlfall II"), the authors describe Threlfall I as an "intensive search" to find $CoQ_{11}$. **Exhibit 12**, p. 39.

51. Threlfall I and Threlfall II report that green melon, cucumber, leek and brussels sprouts all contain $CoQ_{10}$ but not $CoQ_{11}$. **Exhibit 7**, p. 357 and **Exhibit 12**, p. 38-39.

52. In The Production of Coenzyme Q10 in Microorganisms, Reprogramming Microbial Metabolic Pathways (pp. 303-326). Springer Science+Business Media Dordrecht. (Subcellular Biochemistry, Vol. 64) (2012), by Corinne P. Cluis et al., dated January 1, 2012, the

authors report that that the microbe "*S. baekryungensis* produces CoQ10 with only minor traces of CoQ9, but no detectable CoQ11." **Exhibit 8**, p. 303.

53. In Formation of Coenzyme $Q_{11}$ by *Pseudomonas* M16, a Mutant, Agricultural and Biological Chemistry, 43(4), 797-801 (1979) by Yohei Natori and Tomohisa Nagasaki, dated November 7, 1978, the authors reported that $CoQ_{11}$ was only detectable in the mutant strain of a microorganism, but not in its natural strain. **Exhibit 9**, p. 1 (reporting that Pseudomonas M16 reported "a significant amount of" $CoQ_{11}$, which was not present in the natural strain).

54. Both (i) Characterization of Unknown impurities in Coenzyme Q10 using LC-MS and NMR, Journal of Pharmaceutical and Biomedical Analysis, 175 (2019), by Yunfei Deng, et al, dated March 9, 2019 and (ii) Simultaneous Separation and Determination of Coenzyme Q10 and its Process Related Impurities by NARPP-HPLC and Atmospheric Pressure Chemical Ionization Mass Spectrometry (APCI-MS)," J. of Pharm. And Biomed. Anal. 47, 230-237 (2008), by R. Nageswara Rao, et al, dated June 4, 2007, discuss impurities that might be present in $CoQ_{10}$ with no mention of $CoQ_{11}$. **Exhibit 10**, p. 1; **Exhibit 11**, p. 230.

55. Defendants argue that the Asserted Claims are anticipated by U.S. Patent Publication No. 2004/0215040 (the "'040 Application"). **Exhibit 4**, ¶¶99-104.

56. Defendants admit that the '040 Application does not expressly disclose the presence of $CoQ_{11}$ but assert that it is inherent in any composition containing $CoQ_{10}$. *Id.* at ¶104; **Exhibit 47**, CoCrystal_0000556-69.

57. During his deposition, Dr. Cameron stated if Defendants could not prove the inherency of $CoQ_{11}$, the '040 Application "would not anticipate all" claim limitations of claim 5. **Exhibit 5**, 213:2-7.

58. Defendants argue that the Asserted Claims are obvious in view of the ’040 Application over certain other prior art. **Exhibit 4**, ¶¶115-116. During his deposition, Dr. Cameron stated that Defendants’ obviousness arguments “rises and falls” with $CoQ_{11}$’s inherency. **Exhibit 5**, 214:20-215:9; **Exhibit 47**, CoCrystal_0000556-69.

59. Defendants argue that the ’080 Patent is invalid, claiming the ’080 Patent’s invention was on sale for more than one year before the filing of the ’080 Patent. **Exhibit 4**, §VII.B.

60. In support of their on-sale bar claims, Defendants point to only one shipment of product, which was a shipment that Kaneka made in February 2006 of softgel capsules containing QH to Enzymatic Therapy Inc. (“ETI”) (the “2006 Softgels”). **Exhibit 4**, ¶¶63-66.

61. The 2006 Softgels in the February 2006 shipment to ETI did not embody all of the claims in the ’080 Patent. **Exhibit 6**, ¶173; **Exhibit 21**, KAN0079891. Test results for the QH that was used in manufacturing the 2006 Softgels shipped to ETI showed, among other things, the presence of $CoQ_9$ that was insufficient to meet the 1.5 wt% limitation of claim 5 and 15, and the absence of $CoQ_{11}$. *Id.*

62. Documents provided from Kaneka to the Patent Examiner during the prosecution of the ’080 Patent apprised the Patent Examiner of the fact that $CoQ_{11}$ might be present in a $CoQ_{10}$-containing composition. **Exhibit 2**, KAN0000049-51, KAN0000094-96, KAN0000104-106, KAN 0000116-19, KAN0000137-39, and KAN0000144-145. The Patent Examiner was further aware that $CoQ_9$, $CoQ_{10}$, and $CoQ_{11}$ are each found in nature. *Id.*

63. Defendants contend that “claims 5 and 15 do not meet the enablement requirement” because the ’080 Patent lacks specific “evidence for any stabilizing effects (or other benefits/utility) of reduced Q11 on reduced Q10.” **Exhibit 4**, ¶¶41-42.

64. In his expert report, Dr. Cameron concedes that the ’080 Patent enables one skilled in the art to prepare the specific composition recited in claim 5 and use the reduction method to prepare the composition recited in claim 15. **Exhibit 4**, ¶¶41-42 and 102-108; *see also* **Exhibit 6**, ¶147.

65. Dr. Myerson opined that it is clear that a person of ordinary skill in the art “would understand how to make compositions containing reduced CoQ11 and could vary the information in Production Example 4” of the ’080 Patent “to change the relative amount of CoQ11 present in the composition.” **Exhibit 6**, ¶148; *see also* **Exhibit 5**, 134:4-136:11. Moreover, one skilled in the art could practice Example 4 and easily measure the stabilizing effect of $CoQ_{11}$. *Id.*

66. In his deposition and his expert report, Dr. Cameron agreed that unlike claim 1, the Asserted Claims did not have a stabilization requirement. **Exhibit 5**, 136:23-137:14.

67. In his expert report and his deposition, Dr. Cameron did not dispute that the specification of the ’080 Patent makes clear that the claimed composition could be used as a carrier for, among other things, antioxidants or other beneficial active ingredients, as well as to improve the absorbability of reduced $CoQ_{10}$. **Exhibit 1**, col. 11, ll. 7-18, col. 13, ll. 4-15; **Exhibit 5**, 142:16-143:5 and 143:9-14; *id.* at 143:17-144:22.

68. Dr. Cameron recognizes the similarities between $CoQ_9$ and $CoQ_{11}$ and the likelihood that $CoQ_9$ and $CoQ_{11}$ would react similarly. **Exhibit 13**, p. 10; **Exhibit 4**, ¶¶107, 124, 139.

69. In his deposition, Takahiro Ueda testified that one skilled in the art “would conclude that since $CoQ_{11}$, $CoQ_9$ have the same properties, they would have the same stability.” **Exhibit 14**, 61:18-20.

70. Kaneka studied the stabilizing effect of $CoQ_{11}$ and found that it has a stabilizing effect on QH. **Exhibit 1**, col. 15, ll. 64 – col. 16, ll.10; **Exhibit 14**, 112:2-11; **Exhibit 15**, KAN0001341.

71. Defendants contend that "each of the [asserted claims of the '080 Patent] is invalid as patent-ineligible subject matter because the claimed subject matter is directed to naturally-occurring compounds, processes, and phenomena." **Exhibit 13**, p.2; *see also* **Exhibit 4**, ¶134.

72. Dr. Cameron recognized that claim 5 recites a specific combination of compounds, and claim 15 recites a method to produce that specific combination, neither of which is found in nature. **Exhibit 4**, ¶¶137-138; **Exhibit 5**, 221:22-222:5.

73. Claim 5 of the '080 Patent provides:

> **5**. A reduced coenzyme $Q_{10}$-containing composition comprising reduced coenzyme $Q_{10}$ and one or both of (a) and (b):
> (a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$, and
> (b) reduced coenzyme $Q_{11}$
> wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and
> wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %.

**Exhibit 1**, col. 16, ll. 55-65.

74. Claim 15 of the '080 Patent provides:

**15**. A method for producing a reduced coenzyme $Q_{10}$-containing composition, which method comprises

providing a composition comprising oxidized coenzyme $Q_{10}$ with one or both of oxidized coenzyme $Q_9$ and oxidized coenzyme $Q_{11}$, and then

reducing oxidized coenzyme $Q_{10}$ and reducing one or both of oxidized coenzyme $Q_9$ and oxidized coenzyme $Q_{11}$ to prepare the reduced coenzyme $Q_{10}$-containing composition,

wherein the composition comprises reduced coenzyme $Q_{10}$ and one or both of (a) not less than 1.5 wt % to not more than 99 wt % of reduced coenzyme $Q_9$ relative to reduced coenzyme $Q_{10}$ and (b) reduced coenzyme $Q_{11}$,

wherein not less than 0.01 wt % of reduced coenzyme $Q_{10}$ is contained in the composition, and

wherein the proportion of reduced coenzyme $Q_{10}$ relative to the total amount of coenzyme $Q_{10}$ is not less than 90 wt %.

*Id.*, col. 18, ll. 4-21.

Dated: October 6, 2025

Respectfully submitted,

**CARTER LEDYARD & MILBURN LLP**

*/s/ Gerald W. Griffin*
Gerald W. Griffin
Leonardo Trivigno
Meredith B. Spelman
Jodutt M. Basrawi
28 Liberty Street, 41st Floor
New York, New York 10005
212-238-8610
28 Liberty St., 41st Floor
griffin@clm.com
trivigno@clm.com
spelman@clm.com
basrawi@clm.com

*Attorneys for Plaintiff Kaneka Corporation*