IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANEKA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD. (f/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.), and COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.,<br><br>Defendants. | Civil Case No.1:23-cv-07483-SJB |

**DECLARATION OF GERALD W. GRIFFIN IN SUPPORT OF PLAINTIFF KANEKA CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Gerald W. Griffin, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York, and am a Partner at Carter Ledyard & Milburn LLP, attorneys of record for Plaintiff Kaneka Corporation in the above captioned action and make this declaration in support of Plaintiff's Motions for Summary Judgment. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 7,829,080, issued on November 9, 2010.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the patent prosecution history of U.S. Patent No. 7,829,080.

4. Attached hereto as **Exhibit 3** is a true and correct copy of *Kaneka Corp. v. Designs for Health*, 760 F. Supp. 3d 152 (D. Del. 2024).

5. Attached hereto as **Exhibit 4** is a true and correct redacted copy of the Opening Expert Report of Dr. Douglas Cameron, dated June 2, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the transcript of the Deposition of Dr. Douglas Cameron, dated July 15, 2025.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Rebuttal Expert Report of Dr. Allan S. Myerson, dated June 23, 2025.

8. Attached hereto as **Exhibit 7** is a true and correct copy of "Biosynthesis of Ubiquinone—A Search for Polyprenyl Phenol and Quinone Precursors," Phytochemistry, 9, 355-359 (1969), by D.R. Threlfall and G.R. Whistance, dated June 26, 1969, that was produced at KAN0009876-880.

9. Attached hereto as **Exhibit 8** is a true and correct copy of "The Production of Coenzyme Q10 in Microorganisms," Reprogramming Microbial Metabolic Pathways (pp. 303-326). Springer Science+Business Media Dordrecht. (Subcellular Biochemistry, Vol. 64) (2012), by Corrine P. Clius, et al, dated 2012.

10. Attached hereto as **Exhibit 9** is a true and correct copy of "Formation of Coenzyme Q11 by Pseudomans M16, a Mutant," Agricultural and Biological Chemistry, 43(4), 797-801 (1979), by Yohei Natori and Tomohisa Nagasaki, dated November 7, 1978, that was produced at CoCrystal_0000482-486.

11. Attached hereto as **Exhibit 10** is a true and correct copy of "Characterization of Unknown impurities in Coenzyme Q10 using LC-MS and NMR," Journal of Pharmaceutical and Biomedical Analysis, 175 (2019), by Yunfei Deng, et al, dated March 9, 2019, that was produced at KAN0010082-89.

12. Attached hereto as **Exhibit 11** is a true and correct copy of "Simultaneous Separation and Determination of Coenzyme Q10 and its Process Related Impurities by NARPP-HPLC and Atmospheric Pressure Chemical Ionization Mass Spectrometry (APCI-MS)," J. of Pharm. And Biomed. Anal. 47, 230-237 (2008), by R. Nageswara Rao, et al, dated June 4, 2007, that was produced at KAN0009828-835.

13. Attached hereto as **Exhibit 12** is a true and correct copy of "Isolation of Ubiquinone-11 and Ubiquinone-12 from Green Peppers," Biochem J. 1969 Jul; 113(3):38P–39P, by D.R. Threlfall and G.R. Whistance, that was produced at CoCrystal_0000394-935.

14. Attached hereto as **Exhibit 13** is a true and correct redacted copy of Defendants' Supplemental Invalidity Contentions dated March 13, 2025.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt of the transcript of the Deposition of Takahiro Ueda, dated April 18, 2025.

16. Attached hereto as **Exhibit 15** is a true and correct copy of test results showing stabilizing effect of CoQ11, dated October 2015, that was produced at KAN0001341.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Expert Report of Philip W. Kline, dated June 2, 2025.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt of the transcript of the Deposition of Ronald Martin dated May 7, 2025.

19. Attached hereto as **Exhibit 18** is a true and correct copy of "Manufacturing Flow of Kaneka QH," that was produced at KAN0013099.

20. Attached hereto as **Exhibit 19** is a true and correct copy of U.S. Patent No. 7,910,340B2, with an issue date of March 22, 2011, that was produced at CoCrystal_0000629-648.

21. Attached hereto as **Exhibit 20** is a true and correct copy of and excerpt of the transcript of the Deposition of Dr. Iwao Funahashi, dated April 25, 2025.

22. Attached hereto as **Exhibit 21** is a true and correct copy of test results for Kaneka's ubiquinol production Lot No. FB01-0001 in the original Japanese language that was produced as KAN0079890-96.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a certified translation of Exhibit 21 from Translate.One, dated March 4, 2025.

24. Attached hereto as **Exhibit 23** is a true and correct copy of "Revised New Dietary Ingredient Notification for Kaneka QH™," dated April 28, 2005, that was produced at KAN0012163-12246.

25. Attached hereto as **Exhibit 24** is a true and correct copy of test results for Kaneka's ubiquinol production Lot No. FB01-0002, dated August 5, 2005, that was produced at KAN0079897-898.

26. Attached hereto as **Exhibit 25** is a true and correct copy of high-performance liquid chromatography test results for Kaneka's ubiquinol production Lot Nos. FB01-002 to FB01-0005, that was produced at KAN0079974-993.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a ubiquinol prototype report in the original Japanese language, dated October 13, 2004, that was produced at KAN0147865-872.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a certified translation of Exhibit 26 from Translate. One, dated March 4, 2025.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a ubiquinol prototype report in the original Japanese language, dated July 20, 2005, that was produced at KAN0147874-881.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a certified translation of Exhibit 28 from Translate.One, dated March 4, 2025.

31. Attached hereto as **Exhibit 30** is a true and correct copy of high-performance liquid chromatography test results for Kaneka's ubiquinol production Lot Nos. FB01-006 to FB01-0010 that was produced at KAN0079994-0080021.

32. Attached hereto as **Exhibit 31** is a true and correct copy of test results for Kaneka's ubiquinol product Lot Nos. FB01-002 to FB01-0010 that was produced at KAN0079897-914.

33. Attached hereto as **Exhibit 32** is a true and correct copy of "United States Pharmacopeia Test Method for Ubiquinol," dated May 1, 2020.

34. Attached hereto as **Exhibit 33** is a true and correct copy of is a true and correct copy of "United States Pharmacopeia Test Method for Ubidecarenone," dated May 1, 2020.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the document entitled "Specifications for Kaneka QH" dated September 13, 2006, that was produced at KAN0012954-960.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the document entitled "The United States Pharmacopeia: The National Formulary" dated January 1, 2002, that was produced at CoCrystal_0000693-99.

37. Attached hereto as **Exhibit 36** is a true and correct copy of an excerpt of the transcript of the Deposition of Alex Mei, dated March 21, 2025.

38. Attached hereto as **Exhibit 37** is a true and correct copy of Kaneka's modified manufacturing processes for Kaneka Q10 in its original Japanese language, that was produced at KAN0147817-882.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the machine translation of Exhibit 37 that was produced at CoCrystal_0010768-69, CoCrystal_0010806.

40. Attached hereto as **Exhibit 39** is a true and correct copy of the Certificate of Analysis for Kaneka's Lot No. FB31-0001, dated February 8, 2006, that was produced at KAN0022592.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the Certificate of Analysis for Kaneka's Lot No. FB31-0002, dated February 8, 2006, that was produced at KAN0022590.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the Certificate of Analysis for Kaneka's Lot No. FB31-0002, dated December 27, 2006, that was produced at KAN0029016.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a purchase order from Enzymatic Therapy Inc., dated January 30, 2006, that was produced at KAN0022587.

44. Attached hereto as **Exhibit 43** is a true and correct copy of invoice and order documents to Enzymatic Therapy Inc., dated February 17, 2006, that was produced at KAN0022585-594.

45. Attached hereto as **Exhibit 44** is a true and correct copy of invoice and order documents to Enzymatic Therapy Inc., that was produced at KAN0032513-611.

46. Attached hereto as **Exhibit 45** is a true and correct copy of Kaneka's promotional material entitled "Patented Kaneka Ubiquinol®" that was produced at KAN0147551-148071.

47. Attached hereto as **Exhibit 46** is a true and correct copy of a press release of Kaneka Corporation, dated October 9, 2023, that was produced at CoCrystal_0009886-887.

48. Attached hereto as **Exhibit 47** is a true and correct copy of U.S. Patent Publication No. 2004/0215040A1, published on October 28, 2004, that was produced at CoCrystal_0000556-569.

Dated: October 6, 2025

*/s/ Gerald W. Griffin*
Gerald W. Griffin