# Exhibit 5

Planet Depos
We Make It Happen™

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Douglas Cameron, Ph.D.

**Date:** July 15, 2025
**Case:** Kaneka Corp. -v- Cocrystal Technology (Jiaxing) Co., Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

stabilizes, understanding your position with respect to whether it stabilizes. 13:42:21 13:42:25

But I just had a different question. And that is, do you believe an inventor must know precisely why an invention works in order for it to be enabled? 13:42:26 13:42:29 13:42:36 13:42:39

A I do not believe an inventor needs to understand why it works. 13:42:42 13:42:44

Q Okay. Can we look at the patent again, which is Exhibit 1. 13:42:46 13:42:53

A Yep. 13:42:58

Q And just turning your attention to claim 5. 13:43:04 13:43:13

A Okay. 13:43:16

Q Do you agree that claim 5 provides sufficient disclosure to enable a POSITA to prepare the composition disclosed in claim 5? 13:43:18 13:43:23 13:43:28

A Yes. 13:43:39

Q And if we can just turn to claim 15, and I'll ask the same question, if you agree that claim 15 provides sufficient disclosure to enable a POSITA to manufacture the composition disclosed in claim 15? 13:43:40 13:43:44 13:43:47 13:43:50 13:43:54

A Yes. 13:43:58

Q Okay. And then if we can turn to 13:44:00

Example 4, which is in column 15, around line 40, Preparation Example 4. 13:44:04 13:44:13
A Yes. 13:44:14
Q And do you agree that a POSITA will be able to practice the composition set forth in Example 4? 13:44:15 13:44:21 13:44:24
A This is the oral absorbability test? 13:44:32
Q No. I apologize. Wait one second. I may have directed you to the wrong place, and I apologize. 13:44:37 13:44:41 13:44:44
I'm sorry. Production Example 4 is column 14. I apologize. 13:44:44 13:44:46
A Column 14, okay. 13:44:48
Q So column 14, line starting at line 15. 13:44:50
And so the question is, do you agree that a POSITA is -- 13:44:55 13:44:57
A Oh, production example. 13:44:58
Q Let me just state the question while you read if you don't mind. 13:45:01 13:45:03
Do you agree that a POSITA is able to practice the composition disclosed in Production Example 4? 13:45:05 13:45:06 13:45:10
MR. BAKEWELL: Objection to form. 13:45:13
A Yes. 13:45:37
Q Okay. And then do you agree that a 13:45:38

POSITA could use production Example 4 and measure for himself the stabilizing effect, if any, of Q11? 13:45:43 13:45:48 13:45:52
A Okay. In Example 4, the obtained crystals contained 0.1 percent of reduced CoQ11. 13:46:00 13:46:06
So again, with the proviso that I'm skeptical that it does anything, if it does do something, 0.1 percent is a reasonable number. 0.1 percent is vastly, vastly more than what the claim calls for. And so maybe something could be measured in this example. 13:46:16 13:46:19 13:46:24 13:46:29 13:46:35 13:46:40
Q Okay. Thank you. 13:46:43
And I think I asked this, but if I didn't, have you independently performed any studies or test results with respect to the stabilizing effect of CoQ11 on CoQ10? 13:46:45 13:46:50 13:46:53 13:46:57
A No. 13:47:00
Q Okay. Can we flip back to claim 5 again on Exhibit 1, please. 13:47:09 13:47:17
A Yes. 13:47:19
Q And is it your opinion that claim 5 includes a -- strike that. 13:47:33 13:47:45
Is it your opinion that claim 5 includes a stabilization requirement? 13:47:53 13:47:59
A I don't see a stabilization requirement. 13:48:07

Q Right. And in contrast to claim 1, and you'll note that claim 1 does have a stabilization requirement. 13:48:12 13:48:15 13:48:18

Is that correct? 13:48:19

MR. BAKEWELL: Objection to form. 13:48:20

A So I really haven't reviewed these other claims. So I'll -- it says, a method of stabilizing. But yes, I have not really reviewed those other claims. 13:48:21 13:48:25 13:48:29 13:48:32

Q Okay. And then if we turn to claim 15, do you agree that claim 15 does not have a stabilization requirement? 13:48:34 13:48:42 13:48:44

A I agree, I don't see a stabilization requirement in claim 15. 13:48:48 13:48:51

Q Can we turn to column 11, please. 13:49:26

A Okay. 13:49:38

Q And looking at line, I guess it's 13, That is -- starting from 13, That is -- the sentence starts, That is. And I guess I'll read it with you. 13:49:40 13:50:06 13:50:09 13:50:12

That is, the composition can comprise an excipient, disintegrant, lubricant, binder, antioxidant, coloring agent, anticoagulant, absorption promoter, solubilizing agent for the active ingredient, stabilizer, active ingredient 13:50:13 13:50:17 13:50:25 13:50:25 13:50:30

unrelated things together in one paragraph. 13:56:46
Q And what about the absorption promoter? 13:56:49
A So that sounds like maybe they could add 13:56:55
something that enhances absorption, yes. 13:56:58
Q What about, towards the end, active 13:57:05
ingredient other than reduced coenzyme Q10. 13:57:08
A Yes. That sounds like some other type 13:57:13
of drug molecule of some sort. So yes. So this 13:57:17
paragraph, to me, is a mixture of things that are 13:57:21
strictly there to make the tablet work with maybe 13:57:26
a few things that do other -- provide other 13:57:30
properties. 13:57:36
Q And so we'll take, I guess, the active 13:57:40
ingredient other than reduced coenzyme Q10 as an 13:57:46
example. 13:57:50
So do you agree that what this is saying 13:57:50
is you can take this composition and add to it an 13:57:59
active ingredient other than reduced coenzyme Q10, 13:58:04
and then that total product can be safely given to 13:58:12
humans? 13:58:22
A That may be what it said. That's not 13:58:25
particularly novel or interesting because you can 13:58:28
add some other ingredients to practically any 13:58:34
tablet. 13:58:38
Q Sure. 13:58:39

A So I don't see -- so yes, so we have a tablet that we put CoQ10 in it, and we can now add things other than CoQ10. That seems to be a very kind of plain, kind of common sense statement to me. 13:58:39 13:58:44 13:58:49 13:58:52 13:58:58

Q Right. Okay. And understood. There are many ways one can ingest active ingredients other than reduced coenzyme Q10. 13:59:01 13:59:04 13:59:09

But one of those ways, novel or not, is to use the composition described in claim 5. 13:59:19 13:59:23

A Okay. 13:59:32

Q Is that -- 13:59:34

A I guess it was kind of a weak yes. Yes, we could. Doesn't sound particularly inventive or creative. But we could make that composition in claim 5 and add some other things to it. 13:59:37 13:59:41 13:59:44 13:59:48

Q And then if we just turn to column 13, we're looking at, I guess, line 14, Moreover. 14:00:12 14:00:20

A Give me a second here. 14:00:26

Q Sure. 14:00:27

A Moreover. 14:00:28

Q The line numbers never quite match up. 14:00:29

A I found it, Moreover, a composition. 14:00:32

Q Yes. So I can read it. 14:00:35

Moreover, a composition showing high 14:00:37

biological absorbability of reduced coenzyme Q10 can also be provided. 14:00:41 14:00:44
A Yep, I see that. 14:00:45
Q What do you understand that sentence to mean? 14:00:47 14:00:49
A It means that perhaps there's a way to further enhance the biological absorbability of reduced CoQ10. So I don't see it being that tricky. I think it says what it says. 14:01:02 14:01:09 14:01:15 14:01:27
Q And is the composition that's referred to in -- strike that. 14:01:31 14:01:36
Is it your understanding that the composition that's referred to in that sentence includes the composition disclosed in claim 5? 14:01:38 14:01:39 14:01:44
A Let me read the sentences above that first. 14:01:50 14:01:53
Q Sure. 14:01:54
A Yes, it looks like we could use the composition in claim 5 to perhaps make something that had a higher absorbability of CoQ10. So it seems like they're asserting that that's a possibility. 14:02:14 14:02:17 14:02:22 14:02:29 14:02:32
Q Okay. Thank you. 14:02:33
MR. TRIVIGNO: If we need one, now is a good time for a break. I can keep going if we 14:02:37 14:02:39

But before I do that, I asked a slightly different question, which is, is there any treatise, prior art reference, textbook, article that you cite to in your report that you believe stands for the proposition that Q10 will -- Q11 will always be present in any Q10-containing composition? 14:21:26 14:21:32 14:21:35 14:21:38 14:21:46 14:21:54 14:22:00

A Yes, I don't know of any treatise or paper that addresses that, largely because, by and large, it's an uninteresting scientific question. I don't think anybody really would care about it other than in the context of this patent. 14:22:02 14:22:06 14:22:12 14:22:16 14:22:19

Q Okay. 14:22:22

A Certainly, as a professor, it would not have been something I would have ever spent any money working on. 14:22:23 14:22:25 14:22:27

However, I think the fundamental tenets of chemistry and microbiology, it's a conclusion that you can draw from them. 14:22:32 14:22:38 14:22:42

Q Right. Okay. Understood. And we'll get into those. But I just want to ask some preliminary questions first. 14:22:43 14:22:44 14:22:48

And I'm going to ask a similar but slightly different question, if you're aware of any treatise or textbook or prior art reference or 14:22:49 14:22:52 14:22:54

chemistry and biochemistry first. So... 14:26:27
Q Okay. So looking -- sticking with this paragraph, you include an analogy, and you say, it's about halfway in, just like a person making a necklace (or rather, billions of necklaces), occasionally the enzyme gets the count wrong and misses a bead or adds an extra bead and therefore inevitably makes a small amount of CoQ9 and CoQ10. 14:26:32 14:27:04 14:27:18 14:27:22 14:27:25 14:27:29 14:27:32
A 11, 11. 14:27:38
Q Thank you. 11. 14:27:39
Do you see that? 14:27:41
A Yes. 14:27:41
Q And so if we were making a smaller amount of CoQ10, right -- or to use your bead analogy, a person making a billion necklaces, okay, there's a pretty good shot that they'll make a mistake. 14:27:42 14:28:05 14:28:11 14:28:17 14:28:22
But what about a person making ten necklaces? I mean, you would agree that you can make ten necklaces without making a mistake? 14:28:23 14:28:27 14:28:36
A Yeah, and that may be where -- you know, all analogies break down at some point. I don't know any systems in biology or anything that Kaneka does where they're only trying to make, you know, ten molecules of CoQ10. 14:28:39 14:28:44 14:28:48 14:28:52 14:28:57

word "error," right. 14:55:05
Is it akin to -- a shortstop, right, you hit a thousand balls to a shortstop -- well, you hit one ball to a short stop, he makes it, but if you hit a thousand balls to a shortstop, because of the quantity, there's bound to be an error in that. 14:55:10 14:55:18 14:55:26 14:55:30 14:55:34 14:55:41
A That's a better analogy, a better analogy. 14:55:42 14:55:45
Q Okay. 14:55:49
A And I think the bead maker analogy is not bad, right. Think of you sitting in a dark room with a -- putting beads on a necklace, and most of them are going to have ten beads, but if you do it day in and day out in the dark and, you know, every once in a while you throw one through that's got 11 beads in it. 14:55:56 14:55:59 14:56:07 14:56:12 14:56:15 14:56:20 14:56:25
Q Right. Okay. I understand that. 14:56:26
And -- okay. Understood. 14:56:28
And I understand the point that when you're doing this production, we're talking large, large amounts. But, I mean, it is possible that if you're making a small amount, a hundred necklaces, theoretically, at least, you can do that without making an error. 14:56:39 14:56:42 14:56:46 14:56:50 14:56:52 14:56:56

A Yes. It's a statistical argument.
So if you make a small enough numbers, the statistics starts to break down a bit. 14:57:02 14:57:07 14:57:11
Q Right. Okay. And then the same argument applies -- again, I understand your point that it's theoretical. But if we were making a small amount of CoQ10, at least theoretically, it's possible to make it without the enzyme making a mistake? 14:57:15 14:57:18 14:57:21 14:57:24 14:57:30 14:57:35
A Let's say the enzyme makes a mistake once every thousand molecules. Yep, you are -- in theory, you're able to make, you know, a few thousand molecules without a mistake. 14:57:39 14:57:43 14:57:46 14:57:50
You have to think about what's happening in the fermentation vessel. The fermentation vessel is, let's just say, going to be a hundred thousand liter size. I used 200,000 before. But a hundred thousand liter size. It's probably going to have a few million microbes per milliliter in there, and each one of those microbes is probably going to have hundreds of these enzymes. 14:57:52 14:57:54 14:57:58 14:58:03 14:58:07 14:58:10 14:58:15 14:58:20 14:58:24
So you have a hundred -- and I'm just giving rough -- hundred enzymes times a million cells per milliliter times a hundred thousand 14:58:28 14:58:30 14:58:38

A I'll answer this in two ways. 15:03:44
So first of all, I am asserting that it's my opinion, as a scientific expert, that in these fermentation systems, some will be there, at least a certain number of molecules. Don't know exactly how many. But by just statistical, by the way this biochemistry works. 15:03:47 15:03:51 15:03:55 15:04:00 15:04:02 15:04:08
If -- if it -- you know, measuring a single molecule is very challenging. So there may be a point where it just gets to be too arduous and too difficult and too expensive to do that analysis. So at some point, somebody would probably draw a threshold. 15:04:11 15:04:18 15:04:24 15:04:28 15:04:32 15:04:37
But I would assert that it's a statistical argument, but that it's a very, very, very high probability in a big fermenter. 15:04:39 15:04:45 15:04:52
Q Right. But let's say you use, I guess, synthesis, and then you use whatever is better, either preparative chromatography or chromatic separation, and then on top of that you use the absolute best, most sensitive machine to detect whether or not CoQ11 is present. And it comes back, and it says there's no detectible CoQ11. 15:04:56 15:05:05 15:05:11 15:05:19 15:05:24 15:05:31 15:05:36
What I'm trying to understand is, would it be your scientific opinion that it's still 15:05:43 15:05:45

claims?
A I mean, as we said, it still seems to anticipate some of the other claims in terms of concentrations and the like.
Q Right. But -- but wouldn't it --
A But it would not anticipate all of them.
Q Okay. Thank you.
Okay. And then you also express an opinion that the asserted claims are invalid based on obviousness grounds.
A Yes.
Q Okay. And so we're all looking at the same thing, I believe that starts on -- I went too far. That starts on page 61 --
A Okay.
Q -- if you wanted to turn to it.
A Yes.
Q Okay. And can you tell me the combinations of references that render the asserted claims obvious, in your view?
A The two key parts to it are the '04 [sic] patent and the presence of Kaneka CoQH that has R11 in it.
So the two components are how to make the composition and then the obvious starting

material for -- for then actually making it. 16:34:47
Q Okay. 16:34:52
A So the patent describes how to do it and -- and the presence of an obvious starting material is what fully completes the enablement of the '08 [sic] patent. 16:34:54 16:34:56 16:35:04 16:35:09
Q Okay. And so the obviousness opinion is that we -- if we start -- I think you said Kaneka QH, but -- but I think you meant -- 16:35:13 16:35:20 16:35:24
A Q10. 16:35:26
Q -- Q10. 16:35:27
A Q10. 16:35:27
Q Right. 16:35:28
A Q10. 16:35:28
Q Right. So your -- the opinion is that if a POSA would start with Kaneka Q10 and follow the '040 teachings, they would end up with the claimed invention in claims 5 and 15? 16:35:29 16:35:33 16:35:41 16:35:53
A That is correct. 16:35:55
Q Okay. And so -- and again, I understand your opinion, and I'm not disputing it, at least here, but that opinion -- your obviousness opinion rises and falls with the -- with whether or not Q11 is included in Kaneka's Q10? 16:35:56 16:36:05 16:36:08 16:36:13 16:36:18
A Yes. 16:36:24

Q Right. So -- and again, understanding your opinion, but if it's not in Kaneka's Q10, then the obviousness opinion fails -- or strike that. 16:36:25 16:36:28 16:36:31 16:36:37
If it's -- Kaneka's Q10 doesn't have Q11 in it, the asserted claims wouldn't be invalid for obviousness. 16:36:37 16:36:44 16:36:48
Do you agree? 16:36:50
A That seems correct. 16:36:52
Q Okay. And your basis for believing that Kaneka's Q10 includes Q11 is your belief or your opinion that Q10 always contains Q11, in part? 16:36:54 16:37:04 16:37:13
A That is part of it. And then many references and statements by Kaneka employees that they also see Q11 in their Q10. 16:37:21 16:37:25 16:37:29
Q Okay. Okay. And then, also, I believe -- all right. Fair enough. 16:37:34 16:37:43
And at the time of the invention, which was 2006 or 2007, in that -- in that time frame, did you do an analysis as to other Q10 products on the market? 16:37:45 16:37:57 16:38:05 16:38:10
A I did not. 16:38:13
Q So do you have any sense of the -- how many other Q10 products were on the market at that time? 16:38:14 16:38:22 16:38:26

And are you -- so I want to ask if you're aware of a product in nature with the specific composition disclosed in claim 5. 16:48:34 16:48:35 16:48:39

A The range of compositions in claim 5 is quite vast. I mean, there's a huge range that is in claim 5. 16:48:53 16:48:59 16:49:05

So I am aware of many compositions in nature that contain reduced CoQ10, CoQ9, and CoQ11. So I would -- I believe that there are compositions in nature that would fit within that range. 16:49:07 16:49:12 16:49:33 16:49:37 16:49:40

Q Right. But the question was slightly different, as to with respect to each of the claim limitations. 16:49:42 16:49:44 16:49:48

So are you aware of a composition in nature that meets each claim limitation of claim 5? 16:49:49 16:49:52 16:49:56

A I am not aware of something in nature that meets each one, but I believe there are many that are -- yeah, I'm not aware of any that meets exactly each one. 16:50:13 16:50:15 16:50:20 16:50:27

Q Okay. And then are you aware of a method in nature that results in a specific composition recited in claim 15? 16:50:27 16:50:32 16:50:35

A There are -- again, in nature, there are 16:50:44

many examples where the reduced forms are present. So reduced R11, reduced R- ---reduced CoQ10, and reduced CoQ9. 16:50:49 16:50:56 16:51:08

I don't know if there are examples in nature that fit exactly the claims in 15. 16:51:14 16:51:21

Q Okay. So as you sit here today, is it correct that you're not aware of a method in nature that meets all of the claim limitations of claim 15? 16:51:26 16:51:30 16:51:35 16:51:37

A And let me just go back and look at those again -- 16:51:45 16:51:49

Q Sure. 16:51:50

A -- just to -- where is a good description of that? I should find -- there's plenty of places in here that have that. 16:51:51 16:51:54 16:51:57

MR. BAKEWELL: Len, for the sake of time, I could make a suggestion. But it's your show, so I don't want to -- 16:52:20 16:52:22 16:52:24

MR. TRIVIGNO: I'm happy to hear your suggestion. 16:52:24 16:52:25

MR. BAKEWELL: I would suggest paragraph 138. 16:52:26 16:52:27

A So it says, Second, regarding the method of claim 15, reduction of coenzyme 10 and 11 from their oxidized form also occur in nature, albeit 16:52:50 16:52:52 16:52:57

A Yes. 17:10:01
Q Okay. So didn't the inventors disclose at the time of the patent prosecution that -- we'll speak of Q11 -- there's two ways that Q11 can -- to make the product; you can either take Q10 and add Q11 -- that was number 18 -- or you can start with a Q10-containing composition that already has Q11 in it. 17:10:02 17:10:17 17:10:22 17:10:27 17:10:32 17:10:37 17:10:40
Is that your understanding as well? 17:10:43
A That seems to make sense, yes. 17:10:45
Q Okay. We've talked a lot about the sort of necessary presence of Q11 throughout the day. Are there any other compounds that you believe are necessarily present in CoQ10? 17:10:47 17:10:58 17:11:01 17:11:05
A It -- since my arguments are based on sort of error rate and statistics, the -- I would expect that there would be small amounts of CoQ9 that might be there if we looked hard enough. 17:11:15 17:11:19 17:11:28 17:11:37
But again, we're getting -- but then if we broaden it out beyond, I think that the statistics start getting, you know, diminishing returns. 17:11:42 17:11:45 17:11:48 17:11:53
So if you -- if you know what a Gaussian curve is, right, a probability curve, there are tails where, you know, very, very obscure things 17:11:54 17:11:57 17:12:03