# Exhibit 8

# Chapter 15
# The Production of Coenzyme Q10 in Microorganisms

**Corinne P. Cluis, Dominic Pinel, and Vincent J. Martin**

**Abstract** Coenzyme Q10 has emerged as a valuable molecule for pharmaceutical and cosmetic applications. Therefore, research into producing and optimizing coenzyme Q10 via microbial fermentation is ongoing. There are two major paths being explored for maximizing production of this molecule to commercially advantageous levels. The first entails using microbes that naturally produce coenzyme Q10 as fermentation biocatalysts and optimizing the fermentation parameters in order to reach industrial levels of production. However, the natural coenzyme Q10-producing microbes tend to be intractable for industrial fermentation settings. The second path to coenzyme Q10 production being explored is to engineer *Escherichia coli* with the ability to biosynthesize this molecule in order to take advantage of its more favourable fermentation characteristics and the well-understood array of genetic tools available for this bacteria. Although many studies have attempted to over-produce coenzyme Q10 in *E. coli* through genetic engineering, production titres still remain below those of the natural coenzyme Q10-producing microorganisms. Current research is providing the knowledge needed to alleviate the bottlenecks involved in producing coenzyme Q10 from an *E. coli* strain platform and the fermentation parameters that could dramatically increase production titres from natural microbial producers. Synthesizing the lessons learned from both approaches may be the key towards a more cost-effective coenzyme Q10 industry.

**Keywords** Coenzyme Q10 • *Escherichia coli* • Metabolic engineering • *Rhizobium radiobacter* • Ubiquinone

---

C.P. Cluis • D. Pinel • V.J. Martin (✉)
Department of Biology, Concordia University,
7141 Sherbrooke West, Montréal H4B 1R6, Québec, Canada
e-mail: vmartin@alcor.concordia.ca

X. Wang et al. (eds.), *Reprogramming Microbial Metabolic Pathways*,
Subcellular Biochemistry 64, DOI 10.1007/978-94-007-5055-5_15,
© Springer Science+Business Media Dordrecht 2012

## Abbreviations

| | |
|---|---|
| 8P-Ph | 2-Octaprenylphenol |
| 10P-Ph | 2-Decaprenylphenol |
| CoQn | Coenzyme Qn |
| DCW | Dry cell weight |
| DMAPP | Dimethylallyl diphosphate |
| DNP | 2,4-Dinitrophenol |
| DO | Dissolved oxygen |
| DPP | Decaprenyl diphosphate |
| DPS | Decaprenyl diphosphate synthase |
| DXP | 1-Deoxy-D-xylulose 5-phosphate |
| E4P | Erythrose-4-phosphate |
| FPP | Farnesyl diphosphate |
| G3P | Glyceraldehyde-3-phosphate |
| IPP | Isopentenyl diphosphate |
| MEP | 2-C-methyl-D-erythritol 4-phosphate |
| NADH | Nicotinamide adenine dinucleotide |
| NADPH | Nicotinamide adenine dinucleotide phosphate |
| OPP | Octaprenyl diphosphate |
| PEP | Phosphoenolpyruvate |
| PHB | Para-hydroxybenzoic acid |

## 15.1 Introduction

### *15.1.1 Physiological Functions and Applications of Coenzyme Q10 in Medicine*

Coenzyme Qn, also known as ubiquinone, is a lipid-soluble molecule with high redox potential. It is formed of a benzoic group conjugated to a long isoprenoid chain with a varying number (*n*) of isoprene units (Fig. 15.1). Humans naturally produce coenzyme Q10 (CoQ10), which plays a major role in the transfer of electrons between respiratory complexes of the electron transport chain, located within the inner mitochondrial membrane (Kroger and Klingenberg 1973). CoQ10 also acts as an antioxidant, protecting membranes and proteins from oxidation by scavenging free radicals and by regenerating pools of tocopherols (Lass and Sohal 1998; Yoshida et al. 2006; Martin et al. 2007). There is evidence that CoQ10 is involved in the transcriptional regulation of genes, some of which play roles in inflammatory responses and in cholesterol metabolism (Schmelzer et al. 2007, 2010). CoQ10 supplements have been demonstrated to have positive effects on patients suffering from certain cardio-vascular conditions, such as conjunctive heart failure and acute myocardial infarction (Singh et al. 1998; Hodgson et al. 2002; Shults et al. 2002; Yang et al. 2010). Additionally, it has been shown that patients taking statin drugs

1:23-cv-07483-SJB-SDE Document 100-10 Filed 12/01/25 Page 4 of 25 Pa
#: 6052





**Fig. 15.1** Structure of coenzyme Q10

(HMG-CoA reductase inhibitors) to reduce cholesterol levels may suffer from diminished blood ubiquinone levels, which may be linked to muscle problems like myopathy and myositis that could be alleviated through CoQ10 supplementation (Schaars and Stalenhoef 2008). Furthermore, early research has suggested that CoQ10 supplementation may benefit patients suffering from male infertility, neurodegenerative disease and diabetes-associated nephropathy (Yang et al. 2010; Mancini and Balercia 2011; Sourris et al. 2012). Another major application of CoQ10 is as an ingredient of dermatological ointments, due to evidence that its topological application can reduce wrinkle formation (Inui et al. 2008).

This growing demand for CoQ10 from the pharmaceutical and cosmetic sectors has led to intensified efforts to decrease the cost of CoQ10 industrial production. Possible production methods for CoQ10 include: chemical synthesis (Negishi et al. 2002), semi-chemical synthesis using solanesol (Lipshutz et al. 2005), or by microbial fermentation using yeasts or bacteria. Microbial biosynthesis offers several advantages over chemical and semi-chemical synthesis, including specificity towards the all-trans biologically active isomer of CoQ10, and the reduced production of environmentally hazardous waste. Indeed, the viability of a microbial biosynthesis approach has been demonstrated by companies, such as Kaneka Corporation, that have already commercialized biologically-produced CoQ10 obtained from fermentation using proprietary yeast strains. In recent years, considerable research has emerged in attempts to isolate suitable microbial strains for the development of cost-effective bioprocesses for CoQ10 production.

### *15.1.2 Quinone Diversity Between and Within Species*

The function and overall structure of ubiquinone is well conserved across species, but the length of its isoprenoid side-chain varies. For instance, humans mainly synthesize CoQ10 while rodents predominantly generate CoQ9; the budding yeast *Saccharomyces cerevisiae* makes CoQ6, but the closely related *Schizosaccharomyces pombe* makes CoQ10. Quinone diversity is also found among prokaryotes, where the ubiquinone chain length varies between eight-isoprene units (i.e. *Escherichia coli*, CoQ8), nine-isoprene units (i.e. *Acetobacter aceti*, CoQ9) or ten-units (i.e. *Paracoccus denitrificans*, CoQ10). In addition, prokaryotes may produce alternative quinone types bearing a naphthalene head group, depending on their species. These naphthoquinones include menaquinone and demethylmenaquione. Typically, strictly aerobic gram-negative species of bacteria contain solely ubiquinone, while gram-negative facultative

aerobic bacteria use both ubiquinone and menaquinone or demethylmenaquinone. Gram-positive bacteria, on the other hand, appear to largely use menaquinone or demethylmenaquinone (Collins and Jones 1981).

### 15.1.3 Physiological Functions of Ubiquinone in Prokaryotes

Similar to eukaryotes, prokaryotes use ubiquinone as an electron carrier during respiration. In *E. coli*, ubiquinone is used when $O_2$ or nitrate are the final electron acceptors. Menaquinone and demethylmenaquinone, which have lower midpoint potentials than ubiquinone, are used during anaerobic respiration when final electron acceptors, such as fumarate, have a low midpoint potential (Ingledew and Poole 1984). The redox state of ubiquinone also serves as a cue for cells to initiate aerobic or anaerobic cell functions. For example, in *E. coli*, the oxidized form of CoQ8 has been demonstrated to act as a direct negative signal for the Arc two-component signal transduction system (Georgellis et al. 2001). This regulatory switch consists of the membrane-associated sensor kinase ArcB, which undergoes autophosphorylation under anaerobic conditions, turning on its kinase activity. Activated ArcB then phosphorylates the transcription regulator ArcA, resulting in the transcription of genes involved in anaerobic metabolism and in the repression of genes taking part in aerobic metabolism. Therefore, by inhibiting the autophosphorylation of ArcB during aerobiosis, CoQ8 thus prevents the onset of anaerobic metabolism (Georgellis et al. 2001; Malpica et al. 2004). Also in *E. coli*, CoQ8 participates in disulfide bond formation by providing oxidizing power to the cytoplasmic membrane protein DsbB, which then oxidizes the periplasmic enzyme DsbA, responsible for introducing disulfide bonds to newly synthesized proteins (Bader et al. 2000). The many roles for CoQ8 that have been elucidated in *E. coli* demonstrate the importance quinones may have in many facets of cellular functioning.

### 15.1.4 Biosynthesis of Ubiquinone in Prokaryotes

Genetic and biochemical studies have led to almost complete elucidation of the CoQ8 biosynthesis pathway in *E. coli*. Homologues of genes involved in this pathway were identified in several other bacterial species, suggesting that ubiquinone synthesis is highly conserved among prokaryotes (Fig. 15.2).

**Fig. 15.2** (continued) (26) 2-polyprenyl-6-methoxyphenol; (27) 2-polyprenyl-6-methoxy-1,4-benzoquinol; (28) 2-polyprenyl-3-methyl-6-methoxy-1,4-benzoquinol; (29) 2-polyprenyl-3-methyl-5-hydroxy-6-methoxy-1,4-benzoquinol; (30) ubiquinol; (31) ubiquinone (CoQn). Abbreviations: *ATP* adenosine triphosphate, *AMP* adenosine monophosphate, *NADPH/NADP*$^+$ nicotinamide adenine dinucleotide phosphate, *CTP* cytidine triphosphate, *CMP* cytidine monophosphate, $Fd_{red/ox}$ reduced/oxidized ferredoxin, *SAM S*-adenosylmethionine, *SAH S*-adenosylhomocysteine




**Fig. 15.2** Biosynthetic pathway of ubiquinone in prokaryotes. Enzyme names and intermediates are inferred from research studies in *E. coli*. The chain length of isoprenoids and ubiquinone pathway intermediates is kept unspecified (n) to generalize the pathway model to encompass all prokaryotes. (1) erythrose-4-phosphate; (2) phosphoenolpyruvate; (3) 3-deoxy-arabino-heptulosonate 7-phosphate; (4) 3-dehydroquinate; (5) 3-dehydroshikimate; (6) shikimate; (7) shikimate-3-phosphate; (8) 5-enolpyruvyl-shikimate-3-phosphate; (9) chorismate; (10) *para*-hydroxybenzoate; (11) pyruvate; (12) glyceraldehyde-3-phosphate; (13) 1-deoxy-D-xylulose-5-phosphate; (14) 2-C-methyl-D-erythrithol-5-phosphate; (15) 4-diphosphocytidyl-2C-methyl-D-erythritol; (16) 4-diphosphocytidyl-2C-methyl-D-erythritol 2-phosphate; (17) 2-C-methyl-D-erythritol-2,4-cyclodiphosphate; (18) 1-hydroxy-2-methyl-2-(E)-butenyl 4-diphosphate; (19) demethylallyl diphosphate; (20) isopentenyl diphosphate; (21) farnesyl diphosphate; (22) polyprenyl diphosphate; (23) 3-polyprenyl-4-hydrobenzoate; (24) 2-polyprenylphenol; (25) 2-polyprenyl-6-hydroxyphenol;

The aromatic core of the CoQn molecule is derived from the shikimate pathway, which starts with the condensation of erythrose-4-phosphate (E4P) and phosphoenolpyruvate (PEP). The shikimate pathway leads to the production of the aromatic intermediate chorismate, a precursor for several essential aromatic molecules including aromatic amino acids and folate, which is converted to *para*-hydroxybenzoic acid (PHB) by the chorismate lyase UbiC. PHB, the first committed intermediate to ubiquinone biosynthesis, is then prenylated with an isoprenoid of varying length, depending on the species (Fig. 15.2).

In prokaryotes, long chain isoprenoids are derived from the 2-C-methyl-D-erythritol 4-phosphate (MEP) pathway. The MEP pathway leads to the formation of two isoprenoid building blocks, isopentenyl diphosphate (IPP) and dimethylallyl diphosphate (DMAPP). DMAPP then serves as a primer for the elongation of a 15-carbon isoprenoid by the farnesyl diphosphate (FPP) synthase IspA, which successively condenses IPP molecules to form FPP. This 15-carbon isoprenoid is the substrate for a polyprenyl diphosphate synthase, which further elongates the isoprenoid chain that will eventually form the prenyl side-chain constituent for ubiquinone synthesis (Fig. 15.2). *E. coli* endogenously expresses an octaprenyl diphosphate (OPP) synthase, IspB, leading to the formation of OPP and finally to CoQ8. In this way, the product formation catalyzed by a given polyprenyl synthase determines the chain length of the ubiquinone produced in each organism. Indeed, the heterologous expression in a microbial host of a polyprenyl diphosphate synthase, catalyzing the formation of an isoprenoid of n subunits, is sufficient for the accumulation of CoQ species with the corresponding chain length, n. For instance, the expression in *E. coli* of *sdsA*, encoding the solanesyl diphosphate synthase from *Rhodobacter capsulatus*, results in the production of both CoQ8 (from the endogenous IspB) and CoQ9 (from the heterologous SdsA) (Okada et al. 1997).

The enzymatic steps downstream of PHB and isoprenoid formation, leading to the formation of ubiquinone, further described in this paragraph, will be referred to here as the ubiquinone pathway (Fig. 15.2). The prenylation of PHB is carried out by an integral membrane protein, UbiA, forming the quinoid intermediate 3-polyprenyl-4-hydroxybenzoate (Young et al. 1972). In *E. coli*, UbiA competes for OPP with MenA, which directs OPP towards the biosynthesis of menaquinone. The product of UbiA is then decarboxylated into the intermediate 2-polyprenylphenol. In *E. coli*, two decarboxylases, UbiD and UbiX, participate in this reaction (Cox et al. 1969; Leppik et al. 1976; Gulmezian et al. 2007). The next step of the ubiquinone pathway consists of the hydroxylation of 2-polyprenylphenol into 2-polyprenyl-6-hydroxyphenol. Genetic studies in *E. coli* have linked this reaction to the product of *ubiB* (Poon et al. 2000). However, UbiB is a kinase-like protein with no homology to known hydroxylases. The specific role of UbiB in this hydroxylation reaction therefore remains to be elucidated. 2-polyprenyl-6-hydroxyphenol is then methylated by UbiG, forming 2-polyprenyl-6-methoxyphenol, which is further hydroxylated by UbiH to form 2-polyprenyl-6-methoxy-1,4-benzoquinol (Young et al. 1973; Alexander and Young 1978; Hsu et al. 1996). A second methyltransferase, UbiE, transfers a methyl group from S-adenosylmethionine to 2-polyprenyl-6-methoxy-1,4-benzoquinol, resulting in 2-polyprenyl-3-methyl-6-methoxy-1,4-benzoquinol

(Young et al. 1971; Lee et al. 1997). The hydroxylase UbiF then adds a hydroxyl group, forming 2-polyprenyl-3-methyl-5-hydroxy-6-methoxy-1,4-benzoquinol (Young et al. 1971). Finally, this last intermediate is methylated in a second reaction carried out by UbiG, completing the formation of CoQn, in its reduced form (Stroobant et al. 1972; Leppik et al. 1976).

Overall, the biosynthesis of ubiquinone is complex, incorporating precursors generated from different branches of central metabolism, requiring a great number of enzymes working in synchrony and a myriad of genes whose timely expression is essential for the proper unfolding of the pathway. Full understanding of the different steps of this biosynthetic pathway, as well as of the regulatory mechanisms underlying its functionality, is the first integral step in rationally engineering an industrially-viable biocatalyst capable of high CoQ10 yields.

### *15.1.5 Natural Producers of CoQ10*

CoQ10 is produced in naturally high quantities by several microorganisms including strains of gram-negative soil bacteria such as *Rhizobium radiobacter* (a.k.a. *Agrobacterium tumefaciens*), *P. denitrificans,* and *Protomonas extorquens*, as well some photoautotrophs including *Rhodobacter sphaeroides* (a.k.a. *Rhodopseudomonas sphaeroides*), and yeast species such as *Sporidiobolus johnsonii,* which accumulate intracellular CoQ10 to levels between 0.8 and 3.3 mg/g dry cell weight (DCW) (Urakami and Hori-Okubo 1988; Yoshida et al. 1998; Dixson et al. 2011).

Furthermore, the innate CoQ10 content of a number of naturally producing strains has been increased through chemical mutagenesis. In order to select high CoQ10-producing mutant strains, a number of indirect phenotypes were used as surrogate screens. For example, *R. radiobacter* mutants that could produce up to twofold higher CoQ10 content than the wild type parental strain were selected for their ability to grow on daunomycin, menadinone (quinone-like molecules generating hydroxyl radicals) and/or the methionine antagonist ethionine (Myers et al. 1987; Farr and Kogoma 1991; Yoshida et al. 1998). The mutations resulting in enhanced CoQ10 production in such mutants remain largely undetermined. However, in one instance, it was determined that an *R. radiobacter* mutant strain with a high CoQ10 content displayed up-regulated expression levels of a number of genes involved in the tricarboxylic acid cycle (Koo et al. 2010). In another example of screening for enhanced CoQ10 producers, *R. sphaeroides* mutants were chosen based on their colony colour as a surrogate selection for increased CoQ10 accumulation. In this case, a green colony colour was used to indicate reduced accumulation of cellular carotenoids, which are synthesized from the same isoprenoid precursors as CoQ10 and could indicate the allocation of more cellular isoprenoid resources towards CoQ10 production (Urakami and Hori-Okubo 1988; Sakato et al. 1992; Yoshida et al. 1998). It is also possible that CoQ10 synthesis was up-regulated in carotenoid-reduced mutant strains in order to balance the loss of one antioxidant (carotenoid), with another (CoQ10). As shown in Table 15.2, the selected mutants display 1.3–3-fold increases

in CoQ10 production compared to their parental strains. Overall, the above studies suggest that using natural CoQ10 producers as fermentation biocatalysts for industrial CoQ10 production may be plausible, especially if coupled with classical strain improvement techniques.

### *15.1.6 R. radiobacter as a Production Platform for CoQ10*

Despite their high CoQ10 contents, most natural producers of CoQ10, wild type or mutant, are unsuitable for industrial applications due to their limited growth rate. For instance, even under optimized fermentor conditions, the cell mass obtained with a mutant strain of *R. sphaeroides* did not exceed 18.6 g DCW/liter (L) (Kien et al. 2010). One exception is *R. radiobacter*, which is gaining popularity as a host for the production of CoQ10. *R. radiobacter* mutants isolated for their improved CoQ10 content can be cultivated in fermentors at densities exceeding 65 g DCW/L (Ha et al. 2007a). Such strains of *R. radiobacter* are therefore good candidates to establish an industrial bioplatform for CoQ10 generation, as their high CoQ10 contents are matched by high fermentation biomass yields. There are two accounts where *R. radiobacter* was engineered for higher CoQ10 production by either over-expressing its 1-deoxy-D-xylulose 5-phosphate (DXP) synthase or its glyceraldehyde-3-phosphate (G3P) dehydrogenase (Lee et al. 2007; Koo et al. 2010). However, most improvements in CoQ10 titres were obtained by modifications in culture growth conditions and media composition (Ha et al. 2007a, b, 2009), which demonstrates the necessity of optimizing fermentation conditions for increasing CoQ10 production. Various optimization strategies involving media composition and growth conditions are presented in Sect. 15.3.

### *15.1.7 E. coli as a Production Platform for CoQ10*

*E. coli* is commonly used as a model for the heterologous production of CoQ10 in microbes. It is an attractive host for development as an industrial production platform due to the following: (1) its robust fermentation characteristics, including fast growth rate (2) its amenability to genetic engineering and (3) the extensive knowledge that exists regarding its ubiquinone pathway and primary metabolism. As a result, rational genetic engineering strategies have been developed to allow production of CoQ10 in *E. coli*, and are presented here and in Sect. 15.2. These strategies have led to improvements in the yields of CoQ10 obtained from engineered *E. coli* strains. However, such yields still fall below those obtained from natural CoQ10 producers, such as *R. radiobacter*, indicating that the factors limiting CoQ10 accumulation in *E. coli* bear further investigation.

## 15.2 Engineering Strategies for High CoQ10 Production in Microbes

### *15.2.1 Heterologous Expression of a Decaprenyl Diphosphate Synthase*

As mentioned above (Sect. 15.1.2), *E. coli* natively produces CoQ8 as its predominant ubiquinone molecule. However, it is possible for *E. coli* to produce CoQ10 by the expression of a heterologous decaprenyl diphosphate (DPP) synthase (DPS), which catalyzes the sequential condensation reaction between IPP and FPP to form decaprenyl disphosphate. For example, the *dps* genes from CoQ10-producing bacterial species, including *R. radiobacter*, *R. sphaeroides*, *Gluconobacter suboxydans* and *S. baekryungensis,* have been isolated and expressed in *E. coli* (Lee et al. 2004; Park et al. 2005; Zhang et al. 2007; Cluis et al. 2011). Additionally, a given heterologous DPS must be expressed in a Δ*ispB* background, where expression of *E. coli*'s endogenous OPP synthase has been abolished, in order to eliminate CoQ8 synthesis in favour of CoQ10 production. (Okada et al. 1998; Takahashi et al. 2003; Lee et al. 2004; Park et al. 2005; Kim et al. 2006; Zahiri et al. 2006a, b; Choi et al. 2009; Cluis et al. 2011; Huang et al. 2011). *E. coli* Δ*ispB* strains expressing a foreign DPS accumulate CoQ10, along with varying levels of CoQ8, CoQ9 and/or CoQ11, depending on the DPS expressed (Okada et al. 1998; Cluis et al. 2011). Most bacteria surveyed to date produce minor amounts of differing CoQ forms with shorter-length isoprenoid side-chains in addition to their main ubiquinone species, suggesting that DPS enzymes generally make other prenyl diphosphates in addition to DPP. However, it seems that this relaxed enzyme specificity with regards to product size is exacerbated when a DPS is heterologously expressed in *E. coli*. For instance, the expression of a DPS from *S. baekryungensis* in *E. coli* results in the production of CoQ10 and CoQ11, while *S. baekryungensis* produces CoQ10 with only minor traces of CoQ9, but no detectable CoQ11 (Cluis et al. 2011). The production of shorter or longer ubiquinone species in *E. coli* strains engineered for CoQ10 production poses a problem from an industrial point of view due to the reduced yields of CoQ10 that result when precursors are channelled towards non-desired products and the extra costs associated with purifying CoQ10 from additional quinone species.

### *15.2.2 Increasing Production of Precursors of CoQ10*

As described in Sect. 15.1.2, the formation of CoQ10 in bacteria occurs through condensation between the aromatic molecule, PHB, derived from the shikimate pathway, and the long-chain isoprenoid, DPP, formed via the MEP pathway. A current strategy to improve the heterologous production of CoQ10 in *E. coli* is to over-express rate-limiting enzymes leading to the production of these precursor molecules (Zahiri et al. 2006b; Zhang et al. 2007; Cluis et al. 2011).

#### 15.2.2.1 Increasing the Production of Isoprenoid Precursors

The first step of the MEP pathway is the condensation of pyruvate and G3P to yield DXP, catalyzed by the DXP synthase, DXS (Fig. 15.2). The heterologous production of the carotenoid lycopene in *E. coli*, which also requires isoprenoid precursors, has been improved by the over-expression of DXS (Harker and Bramley 1999; Kim and Keasling 2001). Using the same rationale, higher titers of CoQ10 have been achieved by over-expressing the *dxs* gene isolated from *Pseudomonas aeruginosa* in *E. coli* strains engineered for CoQ10 production (Kim et al. 2006; Choi et al. 2009) (Fig. 15.3). Using this strategy, up to 1.8-fold improvement in specific CoQ10 content was obtained in strains over-expressing both DPS and DXS compared to those expressing solely DPS (Table 15.1). An alternative to the over-expression of the endogeneous MEP pathway in *E. coli* is to express the heterologous mevalonate pathway, generally found in eukaryotes. This strategy has an added advantage over the endogenous pathway in that it bypasses native regulatory mechanisms that may make up-regulation for over-production more problematic (Martin et al. 2003) (Fig. 15.3). Synthetic mevalonate pathways are typically divided into two parts: an upper pathway that converts acetyl-coA to mevalonate and a lower pathway that converts mevalonate into DMAPP and IPP. Both parts of the pathway can be co-expressed, enabling the formation of isoprenoids from acetyl-coA. Alternatively, one can express the lower part of the pathway alone and feed the microbe exogenous mevalonate to enable the production of IPP and DMAPP. The expression of the lower part of the mevalonate pathway in *E. coli* strains expressing a recombinant *dps*, has led to twofold improvements in CoQ10 accumulation (Zahiri et al. 2006b; Cluis et al. 2011), while the expression of both the upper and lower sections of the pathway has thus far led to more modest improvements (1.5-fold) (Zahiri et al. 2006b) (Table 15.1).

#### 15.2.2.2 Increasing the Production of Aromatic Precursors

As described in Sect. 15.1.4, the first committed aromatic precursor to ubiquinone, PHB, is formed through the shikimate pathway leading to chorismate (Fig. 15.2). As chorismate is a precursor molecule in several essential metabolic routes, the conversion of chorismate to PHB may limit the rate of production of ubiquinone in *E. coli*. It has been shown that the over-expression of the chorismate lysase UbiC in engineered *E. coli* increased the production of CoQ10 when the downstream PHB polyprenyltransferase, UbiA, was coexpressed (Zhu et al. 1995; Zhang et al. 2007) (Fig. 15.3). In *S. johnsonii*, the addition of PHB resulted in up to an 8-fold increase in CoQ10 content (Dixson et al. 2011). The exogenous addition of PHB can also improve the CoQ10 content of *E. coli* cells, but only when the supply of isoprenoid precursors is concomitantly increased (Zahiri et al. 2006b). As no transporter for this organic acid has been characterized to date in *E. coli*, it is unclear to what extent exogenous PHB can be actively brought into *E. coli* cells. In order to ensure the availability of increased levels of PHB *in situ*, an alternative strategy has proven

**Table 15.1** Production of CoQ10 by engineered microorganisms

| [a] | Organism | Overexpressed enzymes | Gene deletions | Metabolic pathways affected | Specific CoQ10 content (mg/g DCW) | Study |
|---|---|---|---|---|---|---|
| 1A | *E. coli* | $DPS_{Gsub}$ | N/A | Isoprenoid | 0.29 | Park et al. (2005) |
| 1B | *E. coli* | DXS | N/A | Isoprenoid (MEP) | ~0.80 | Harker and Bramley (1999) |
| 1C | *E. coli* | $DPS_{Gsub}$, DXS | N/A | Isoprenoid (MEP) | 0.94 | Kim et al. (2006) |
| 1D | *E. coli* | $DPS_{Atum}$, DXS | *ispB* | Isoprenoid (MEP) | 1.41 | Choi et al. (2009) |
| 1E | *E. coli* | $DPS_{Atum}$, PhbA, MvaK1, MvaD, MvaK2, MvaA, MvaS, idi | N/A | Isoprenoid (mevalonate) | 2.428 | Zahiri et al. (2006b) |
| 1F | *E. coli* | $DPS_{Gsub}$, Pck | *ispB, pykA, pykF* | Isoprenoid, glycolysis | 0.44 | Huang et al. (2011) |
| 1G | *E. coli* | $DPS_{Gsub}$, GapC | *ispB, pykA, pykF, gapA* | Isoprenoid, glycolysis | 0.45 | Huang et al. (2011) |
| 1H | *E. coli* | $DPS_{Gsub}$, DXS, Idi, IspA, UbiC, UbiA, Pck, GapC | *ispB, pykA, pykF, gapA* | Isoprenoid, glycolysis, ubiquinone | 3.24 | Huang et al. (2011) |
| 1I | *E. coli* | $DPS_{Atum}$, UbiA | N/A | Isoprenoid, ubiquinone | 0.51 | Zhang et al. (2007) |
| 1J | *E. coli* | $DPS_{Atum}$, UbiA, UbiC | N/A | Isoprenoid, ubiquinone | 0.77 | Zhang et al. (2007) |
| 1K | *E. coli* | $DPS_{Atum}$, UbiG | N/A | Isoprenoid, ubiniquinone | 0.19 | Zhang et al. (2007) |
| 1L | *E. coli* | UbiC, UbiA | N/A | Ubiquinone | ~0.45 | Zhu et al. (1995) |
| 1M | *E. coli* | IspB, UbiC, UbiA | N/A | Isoprenoid, ubiniquinone | ~0.80 | Zhu et al. (1995) |
| 1N | *E. coli* | IspB, UbiC, UbiA, UbiB | N/A | Isoprenoid, ubiquinone | ~0.85 | Zhu et al. (1995) |
| 1O | *E. coli* | IspB, UbiC, UbiA, UbiG, UbiH | N/A | Isoprenoid, ubiquinone | ~0.95 | Zhu et al. (1995) |
| 1P | *E. coli* | $DPS_{Sbae}$, $UbiA_{NAP1}$, TktA, $AroF^{FBR}$, AroB, AroL, AroA, AroC, UbiC, Erg12, Erg8, MVD1, IspA, Idi | *ispB* | Isoprenoid (mevalonate), shikimate, ubiquinone | ~0.80 | Cluis et al. (2011) |
| 1Q | *R. radiobacter* | GapA | N/A | Glycolysis | 5.27 | Koo et al. (2010) |
| 1R | *R. radiobacter* | DXS | | Isoprenoid | 8.3 | Lee et al. (2007) |

[a]Listed letters are referred to those shown in Fig. 15.3

Case 1:23-cv-07483-SJB-SDE Document 100-10 Filed 12/01/25 Page 13 of 25
PageID #: 6061






**Fig. 15.3** Summary of strategies used to increase CoQ10 production in microbes. Numbers in parentheses refer to studies listed in Tables 15.1 and 15.2. Abbreviations: *GLU* glucose, *NADPH/NADP*⁺ nicotinamide adenine dinucleotide phosphate, *NADH/NAD*⁺ nicotinamide adenine dinucleotide, *G3P* glyceraldehydes-3-phosphate, *PYR* pyruvate, *A-CoA* acetyl coenzyme A, *TCA* tricarboxylic acid, *E4P* erythrose-4-phosphate, *PEP* phosphoenolpyruvate, *DMAPP* demethylallyl diphosphate, *IPP* isopentenyl diphosphate, *FPP* farnesyl diphosphate, *DPP* decaprenyl diphosphate, *PHB para*-hydroxybenzoate, *NADH dh* NADH dehydrogenase, *succ. dh* succinate dehydrogenase, *ROS* reactive oxygen species

successful, whereby rate-limiting enzymes of the shikimate pathway, along with UbiC, were over-expressed in a CoQ10-producing *E. coli* strain (Cluis et al. 2011) (Fig. 15.3). In this case, the expression of a first operon upregulated the enzymes that catalyze the conversion of E4P and PEP to shikimate, while enzymes encoded

by a second operon ensured higher flux from shikimate to PHB. This strategy resulted in a minor improvement in cellular CoQ10 content. However, when the over-expressed aromatic pathway was combined with an increased supply of isoprenoid precursors, a 2.6-fold improvement in CoQ10 production was observed (Cluis et al. 2011). Overall, these experiments suggest that the availability of PHB becomes rate-limiting to CoQ10 production mainly when the supply of isoprenoid increases, resulting in more DPP available for CoQ10 biosynthesis, or when the activity of UbiA goes up, leading to an increased flux of PHB to the ubiquinone pathway.

#### 15.2.2.3 Over-Expression of the Ubiquinone Pathway

In *E. coli* it has been shown that the rate-limiting step to CoQ10 production occurs at the condensation reaction between the aromatic PHB and isoprenoid DPP, catalyzed by UbiA (Zhu et al. 1995; Zhang et al. 2007; Cluis et al. 2011). The over-expression of UbiA, along with DPS, resulted in as much as a 3.4-fold increase in CoQ10 content compared to strain expressing DPS alone (Zhang et al. 2007). Additionally, to overcome any potentially limiting steps stemming from the native regulatory mechanisms, the *ubiB*, *ubiG* and *ubiH* genes have been over-expressed in *E. coli*. The over-expression of these genes had only a limited effect on ubiquinone production (Zhu et al. 1995; Zhang et al. 2007) (Fig. 15.3). However, the *E. coli* background strains used in these experiments were subjected to endogenous regulation of aromatic and isoprenoid precursors. Therefore, it is possible that limited carbon flux to the ubiquinone pathway resulted in the modest increases in ubiquinone content reported in these studies. When precursors are produced in excess, CoQ10 biosynthesis may then become limited by the activity of one or more enzymes of the ubiquinone pathway.

### *15.2.3 Multi-Protein Enzyme Complexes in the Ubiquinone Pathway*

The contiguous over-expression of the aromatic and isoprenoid pathways in CoQ10-producing *E. coli* strains leads to the accumulation of the ubiquinone pathway intermediate 2-decaprenylphenol (10P-Ph) (Cluis et al. 2011). Similarly, the accumulation of 2-octaprenylphenol (8P-Ph) has been shown in anaerobic *E. coli* cultures (Alexander and Young 1978), and also with *E. coli* strains bearing mutations in the ubiquinone pathway genes *ubiB*, *ubiH,* and *ubiG* (Young et al. 1973; Alexander and Young 1978; Hsu et al. 1996; Poon et al. 2000). When production of the aromatic and isoprenoid precursors to the ubiquinone pathway is up-regulated, flux through the pathway may increase and the activity of one of the above-mentioned Ubi enzymes may become rate-limiting and result in 10P-Ph accumulation. Furthermore, it has been shown that 10P-Ph accumulation stemming from a higher-flux-ubiquinone

pathway, due to increased isoprenoid and aromatic precursor availability, can be partly alleviated by UbiA over-expression and result in augmented CoQ10 accumulation (Cluis et al. 2011). UbiA, therefore, may be involved in modulating the activity of one or more downstream ubiquinone pathway enzymes. This theory is supported by studies of ubiquinone synthesis in *S. cerevisiae*, which have demonstrated strong evidence for the existence of a multi-protein complex involved in CoQ6 production (Gin et al. 2003; Gin and Clarke 2005; Johnson et al. 2005; Tran et al. 2006). It is theorized that Coq2p, the homolog of UbiA, does not physically interact with this multi-protein complex, but the Coq2p product, 3-hexaprenyl-4-hydroxybenzoate, is directly involved in the assembly and/or stability of the complex (Suzuki et al. 1994; Hsu et al. 2000; Hsieh et al. 2007). Studies with yeast also suggest that ubiquinone is synthesized in two phases: the first phase involves interactions between multiple proteins and CoQ6, leading to the formation of 2-hexaprenyl-6-methoxy-1,4-benzoquinol, while the second phase, ultimately leading to the conversion of hexaprenyl-6-methoxy-1,4-benzoquinol into CoQ6 (Fig. 15.2), is triggered by the transition to stationary phase and by linolenic acid-induced oxidative stress (Padilla et al. 2009). The activity of the monooxygenase responsible for the conversion of hexaprenyl-6-methoxy-1,4-benzoquinol to 2-hexaprenyl-3-methyl-5-hydroxy-6-methoxy-1,4-benzoquinol, Coq7p, is modulated by its phosphorylation state: phosphorylated Coq7p is deactivated and thus indirectly leads to a decrease in CoQ6 accumulation, while dephophorylated Coq7p results in increased CoQ6 synthesis (Martin-Montalvo et al. 2011). This suggests that in *S. cerevisiae*, the biosynthesis of ubiquinone is modulated post-translationally by protein kinases and phosphatases, thereby fine-tuning quinone production with the respiratory needs of the cell. Supporting a similar model in prokaryotes, *E. coli* studies using the translation inhibitor chloroamphenicol suggest that the increase in cellular ubiquinone pools that follow a switch from anaerobic to aerobic conditions can be attributed to a post-translational mechanism (Shestopalov et al. 1997). Although physical interactions between Ubi proteins are yet to be experimentally demonstrated in *E. coli,* early findings on the ubiquinone pathway suggest that there exists a soluble multi-protein complex that can convert 8P-Ph to CoQ8. Such a complex, which was isolated from the cytoplasmic membranes and was capable of converting 8P-Ph to CoQ8 *in vitro*, is hypothesized to remain in standby position during anaerobiosis and resume the conversion of 8P-Ph to ubiquinone upon transition to aerobic conditions (Knoell 1979, 1981). Engineering a CoQ10-over-producing *E. coli* strain may rely, therefore, on channeling 10P-Ph towards CoQ10 through increasing the expression of members of this putative protein complex, or on taking advantage of the post-translational mechanisms leading to its full activity.

### *15.2.4 Improving CoQ10 Production Using Central Metabolism*

As an alternative or complementary strategy to increase carbon flux towards CoQ10 production in engineered *E. coli* strains, one may consider introducing alterations

into the central metabolic pathways. This strategy has been successfully used to increase the production of molecules of commercial interest in microbial hosts, notably to enhance lycopene production in recombinant *E. coli* strains (Farmer and Liao 2001; Martinez et al. 2008). As lycopene production also depends on the production of isoprenoid precursors, successful strategies to improve flux through the MEP pathway may be applicable to CoQ10 production in *E. coli.* The glycolysis intermediate G3P is, along with pyruvate, an initial building block of the MEP pathway, which in turn supplies the isoprenoid precursors necessary for the prenylation of ubiquinone (Fig. 15.2). By deleting *pykA* and *pykF*, coding for pyruvate kinases, and over-expressing the PEP carboxykinase Pck, carbon flux can be redirected towards G3P, which favours increased flux through the MEP pathway (Farmer and Liao 2001). Applying this approach to CoQ10 production, a 1.7-fold increase in CoQ10 content was obtained in an *E. coli* strain expressing a *G. suboxydans* DPS (Huang et al. 2011) (Fig. 15.3, Table 15.1).

Another attractive strategy to improve the production of a molecule of interest in a microbial host is to manipulate the levels of redox cofactors required for its synthesis. The production of one molecule of CoQ10 from glucose requires 21 molecules of nicotinamide adenine dinucleotide phosphate (NADPH) (20 molecules from the MEP pathway and 1 NADPH from the shikimate pathway). In order to increase the availability of NADPH for the MEP pathway, the $NAD^+$-dependent G3P dehydrogenase, GapA, of *E. coli* can be replaced with the $NADP^+$-dependent G3P dehydrogenase, GapC, from *Clostridium acetobutylicum* (Martinez et al. 2008; Huang et al. 2011). However, this strategy was shown to result in the down-regulation of the pentose-phosphate pathway, normally the major source of NAPDH in cells (Martinez et al. 2008). In the case of CoQ10 production, the down-regulation of the pentose-phosphate pathway may be detrimental as it is essential for the production of precursors to the shikimate pathway leading to PHB (Huang et al. 2011). Accordingly, when this approach was used to improve CoQ10 biosynthesis in engineered *E. coli* strains, only up to a 1.25-fold increase in CoQ10 content was observed (Table 15.1, Fig. 15.3). In a high CoQ10-producing mutant strain of *R. radiobacter*, a positive correlation was demonstrated between the nicotinamide adenine dinucleotide (NADH)/$NAD^+$ ratio and the specific CoQ10 content (Koo et al. 2010). Based on this finding, the native $NAD^+$-dependent G3P dehydrogenase, GapA, was over-expressed to increase the NADH/$NAD^+$ ratio and further improve CoQ10 production. This strategy resulted in a 25% increase in NADH/$NAD^+$ and in over twofold improvement in CoQ10 content (Koo et al. 2010) (Table 15.1, Fig. 15.3). A high NADH/$NAD^+$ ratio may increase the activity of the electron transport chain, which reoxidizes NADH through the activity of NADH-dehydrogenases. It is possible that the increased activity of these enzymes or the resulting changes in the oxidation state of the quinone pool triggers CoQ10 biosynthesis. The results of these two studies, which both take advantage of G3P dehydrogenases to alter the pools of different redox factors, appear somewhat conflicting (Koo et al. 2010; Huang et al. 2011). Nevertheless, these studies highlight the necessity to explore in more detail the relationship between central metabolism and CoQ10 production in microbes.

### *15.2.5 Improving CoQ10 Yields Through Growth Conditions*

As discussed in Sect. 15.1.5, the CoQ10 productivity of natural producers, such as *R. radiobater* and *R. sphaeroides*, has been improved by random mutagenesis and selection. However, because of the limited genetic tools available for these organisms, the rational genetic strategies that can be applied to *E. coli* are largely unfeasible. As a result, most research has focused on increasing CoQ10 production by fine-tuning the growth conditions of these organisms, both in flasks and in fermentors.

Although there is still conflicting evidence on this matter (Wu et al. 2003), a number of reports have shown that CoQ10 production tends to increase under low aeration conditions, both in *R. radiobacter* and *R. sphaeroides* (Choi et al. 2005; Ha et al. 2007b; Yen and Chiu 2007; Yen and Shih 2009; Seo and Kim 2010) (Fig. 15.3). For instance, the CoQ10 content of a mutant strain of *R. radiobacter* increased fourfold by reducing dissolved oxygen concentrations from 20 to 5% (Choi et al. 2005) (Table 15.2). As part of the electron transport chain, it is possible that CoQ10 levels are modulated by variations in the electron flux or in the proton gradient brought about by the limited oxygen supply. To test these possibilities, the effect of the cytochrome *c* oxidase inhibitor, azide, and of 2,4-dinitrophenol (DNP), a proton ionophore that uncouples oxidative phosphorylation, on CoQ10 accumulation were assessed in *R. radiobacter* (Choi et al. 2005). The addition of DNP had no effect on CoQ10 accumulation, indicating that large-scale changes in the cellular proton gradient do not affect CoQ10 production (Choi et al. 2005). The addition of increasing concentrations of sodium azide, on the other hand, correlated to increasing CoQ10 content of bacterial cultures (Choi et al. 2005; Seo and Kim 2010). These results suggest that the restricted electron flux through the respiratory chain brought about by low aeration conditions, mimicked by the azide treatment, triggers the synthesis of CoQ10. Though the precise mechanism behind this phenomenon is unclear, it has been hypothesized that when the transfer of electrons through the electron transport chain to the final acceptor is slowed by a decrease in oxygen availability, electrons are trapped in upstream constituents of the respiratory chain, potentially leading to an accumulation of the reduced form of CoQ10, $CoQ10H_2$ (Bekker et al. 2007). Cells may thus be forced to synthesize more CoQ10 in order to fix this imbalance of $CoQ10/CoQ10H_2$ (Choi et al. 2005). Alternatively, partial blockage of the respiratory chain may lead to an accumulation of toxic free electrons in the inner membrane, hence triggering the synthesis of more CoQ10 to scavenge these electrons (Choi et al. 2005).

In addition to respiration, facultative photoautotrophs such as *R. sphaeroides* also use CoQ10 to transfer electrons from the reaction center to the cytochrome $bc_1$ complex, within the photosynthetic apparatus (Vermeglio and Joliot 1999). Growth of *R. sphaeroides* under anaerobic/light conditions increased the specific CoQ10 content over fourfold compared to the level attained under aerobic/dark growth conditions (Table 15.2). However, this growth strategy significantly decreased the growth rate of the already low biomass culture, therefore making it uncompetitive for industrial applications (Yen and Chiu 2007). Nevertheless, this finding suggests

**Table 15.2** CoQ10 production and culture conditions of natural producer microbes

| [a] | Organism | CoQ10 production (mg/L) | Specific CoQ10 content (mg/gDCW) | Optimized culture conditions | Study |
|---|---|---|---|---|---|
| 2A | *R. radiobacter* ATTC4452 | 87.6 | 1.9 | Not applicable | Yoshida et al. (1998) |
| 2B | *R. radiobacter* WSH2601 | 32.1 | 1.91 | Maximal DO of 40% (of air saturation) | Wu et al. (2003) |
| 2C | *R. radiobacter* ATCC4452 | Not reported | 5.3 | Decreased DO, azide (electron flux inhibitor) treatment | Choi et al. (2005) |
| 2D | *R. radiobacter* KCCM 10413 | 458 | 8.54 | Fed-batch with sucrose as carbon source, pH 7.0 and 0–10% DO | Ha et al. (2007b) |
| 2E | *R. radiobacter* KCCM 10413 | 638 | 9.71 | Decreased sucrose feeding to 10% w/v, led to less byproducts/osmotic stress | Ha et al. (2007a) |
| 2F | *R. radiobacter* KCCM 10413 | 763.7 | 11.84 | $CaCl_2$ supplementation | Ha et al. (2009) |
| 2G | *R. radiobacter* T6102 | 14.6 | 1.95 | Decreased DO; $H_2O_2$ and azide treatment | Seo and Kim (2010) |
| 2H | *R. radiobacter* A603-35-gapA | Not reported | 5.27 | Increased $NADH/NAD^+$ ratio | Koo et al. (2010) |
| 2I | *R. spheroides* KY 8598 | 770 | Not reported | Controlled agitation speed and oxygen supply | Sakato et al. (1992) |
| 2J | *R. sphaeroides* KY 4113 | 350 | 8.7 | Decreased aeration | Yoshida et al. (1998) |
| 2K | *R. sphaeroides* BCRC13100 | 10.5 | 8 | 0% DO and cultivation without light | Yen and Chiu (2007) |
| 2L | *R. sphaeroides* BCRC13100 | 45.65 | 4.4 | Use of airlift bioreactor for low aeration | Yen and Shih (2009) |
| 2M | *R. sphaeroides* BCRC13100 | 83.8 | 4.5 | Fed-batch system with molasses at 1% w/v | Yen et al. (2010) |
| 2N | *S. johnsonii* | Not reported | 10.5 | Post log growth phase addition of PHB | Dixson et al. (2011) |

[a]Listed letters are referred to those shown in Fig. 15.3

that the complete shutdown of respiration associated with the onset of photosynthetic reactions triggers the cells to accumulate more CoQ10 within their inner membrane. This observation, coupled with the CoQ10 accumulation that accompanies a slowed electron transport chain, yields strong evidence that hindering respiration is an effective strategy in increasing CoQ10 productivity.

Another successful strategy to improve CoQ10 yields in *R. radiobacter* was to increase the concentration of calcium in the growth media. It has been proposed that the increased $Ca^{2+}$ concentration is a source of oxidative stress for the cell, triggering the onset of lipid peroxidation and the production of reactive oxygen species (Ha et al. 2009). Because CoQ10 has well-documented antioxidant properties, it may therefore be likely that increasing its production is the natural response to such oxidative stress. Supporting this hypothesis, an oxidative stress challenge, mediated by the addition of hydrogen peroxide to *R. radiobacter* cultures, also results in increases in CoQ10 content (Seo and Kim 2010). The selection of high CoQ10-producing mutants on free radical-generating growth inhibitors, described in Sect. 15.1.4, also supports this link between CoQ10 production and oxidative stress (Yoshida et al. 1998) (Fig. 15.3).

The effect of growth on select carbon and nitrogen sources on CoQ10 production has been explored in mutant strains of *R. radiobacter*. There is conflicting evidence of the impact that growth on different carbon sources has on accumulated CoQ10 content, with one study reporting sucrose, glucose and fructose as having a positive impact on CoQ10 content compared to xylose, lactose and galactose (Koo et al. 2010), while another report shows no differences in CoQ10 content for growth on these carbon sources (Ha et al. 2007b). Plant based nitrogen sources such as corn steep powder and soytone yielded the highest CoQ10 specific content compared to other nitrogen sources including yeast extract, meat extract and tryptone (Ha et al. 2007b; Koo et al. 2010). Notably, for both carbon and nitrogen sources, there was a positive correlation between the $NADH/NAD^+$ ratio and the resulting CoQ10 content (Koo et al. 2010). Overall, modifying growth conditions in order to modulate central metabolic processes appears to be an effective strategy in enhancing CoQ10 production in microbes (for further culture conditions that correspond to increased CoQ10 accumulation refer to Table 15.2).

## 15.3 Conclusions

Despite the careful rational engineering strategies and considerable research efforts put towards the development of recombinant *E. coli* strains capable of producing high levels of CoQ10, the specific CoQ10 contents obtained through these attempts still fall below those obtained with *R. radiobacter* and other natural producers of the molecule. Most strikingly, as demonstrated by the results summarized in Sect. 15.2.2, increasing supply of both the aromatic and isoprenoid precursors has had a relatively

minor effect on the synthesis of CoQ10, compared to theoretical yields. It follows that there may be unknown intrinsic factors specific to *E. coli* that prevent the accumulation of high amounts of ubiquinone. Such factors may include the ability to spatially accommodate excess ubiquinone in the inner membrane space, unique regulatory mechanisms to maintain ubiquinone concentrations within a precise range, and native properties of the respiratory chain. For instance, *E. coli*'s respiratory chain has the particularity of lacking cytochrome *c*, thus relying exclusively on ubiquinone and/or naphtoquinones to channel electrons between the different transport molecules of the electron transport chain. Transversely, naturally high producers of CoQ10 such as *R. radiobacter* and *R. sphaeroides* use cytochrome *c*, in addition to ubiquinone, and lack naphtoquinones. Such inherent differences may influence the cell's capacity to accumulate large amounts of CoQ10 in the membrane without inhibiting respiration. In addition, *E. coli* uses the redox state of its ubiquinone pool as a signal for the onset of aerobic/anaerobic metabolism (Georgellis et al. 2001). There may therefore be high pressure to maintain the ubiquinone pool within a given size range. In fact, promoter studies with different genes of the ubiquinone pathway have shown that the biosynthesis of ubiquinone is under the control of central transcriptional regulators including ArcA/B and FNR (Soballe and Poole 1997; Zhang and Javor 2003; Kwon et al. 2005). The accumulation of 10P-Ph, under conditions where the production of both PHB and isoprenoid precursors are deregulated, also points towards an intrinsic regulation system that prevents the accumulation of high amounts of CoQ10 in engineered *E. coli* (Cluis et al. 2011). Overall, a better understanding of the limiting factors in the accumulation of ubiquinone in *E. coli* will be essential for this organism to become a suitable platform for the industrial production of CoQ10.

The strains of *R. radiobacter* and *R. sphaeroides* that have been isolated for their high CoQ10 content may provide the key to unravelling the underlying mechanisms that favour the production of CoQ10 in microbes. Comparative genomic and metabolomic investigations of the ubiquinone pathway and of the respiratory chain in these species may elucidate the inherent abilities of these organisms to accumulate CoQ10 in their membrane. Lessons learned from these high producers may then be applied to inverse engineering industrially-suitable hosts such as *E. coli*. Alternatively, since some genetic tools and plasmids exist for *R. radiobacter*, targeted metabolic engineering strategies that have proven successful in *E. coli* might be applied to the high CoQ10-producing mutant strains of *R. radiobacter* to further enhance their inherent capacity to accumulate CoQ10. In addition, although studies in *R. radiobacter* have already explored a number of different conditions favouring the accumulation of CoQ10 (Ha et al. 2007b; Koo et al. 2010), there is a need to document more systematically how different carbon sources, nutrient ratios and electron acceptors influence CoQ10 production in the context of an over-producing strain. Such research may lead not only to further improvements in yields obtained in fermentors, but also open up new avenues for rationally engineering microbes to enhance CoQ10 accumulation.

Case 1:23-cv-07483-SJB-SDE Document 100-10 Filed 12/01/25 Page 21 of 25
PageID #: 6069


## References

Alexander K, Young IG (1978) Alternative hydroxylases for the aerobic and anaerobic biosynthesis of ubiquinone in *Escherichia coli*. Biochemistry 17:4750–4755

Bader MW, Xie T, Yu CA, Bardwell JC (2000) Disulfide bonds are generated by quinone reduction. J Biol Chem 275:26082–26088

Bekker M, Kramer G, Hartog AF, Wagner MJ, de Koster CG, Hellingwerf KJ, Teixeira de Mattos MJ (2007) Changes in the redox state and composition of the quinone pool of *Escherichia coli* during aerobic batch-culture growth. Microbiology 153:1974–1980

Choi G-S, Kim Y-S, Seo J-H, Ryu Y-W (2005) Restricted electron flux increases coenzyme Q10 production in *Agrobacterium tumefaciens* ATCC4452. Process Biochem 40:3225–3229

Choi JH, Ryu YW, Park YC, Seo JH (2009) Synergistic effects of chromosomal ispB deletion and dxs overexpression on coenzyme Q(10) production in recombinant *Escherichia coli* expressing *Agrobacterium tumefaciens* dps gene. J Biotechnol 144:64–69

Cluis CP, Ekins A, Narcross L, Jiang H, Gold ND, Burja AM, Martin VJ (2011) Identification of bottlenecks in *Escherichia coli* engineered for the production of CoQ(10). Metab Eng 13:733–744

Collins MD, Jones D (1981) Distribution of isoprenoid quinone structural types in bacteria and their taxonomic implication. Microbiol Rev 45:316–354

Cox GB, Young IG, McCann LM, Gibson F (1969) Biosynthesis of ubiquinone in *Escherichia coli* K-12: location of genes affecting the metabolism of 3-octaprenyl-4-hydroxybenzoic acid and 2-octaprenylphenol. J Bacteriol 99:450–458

Dixson DD, Boddy CN, Doyle RP (2011) Reinvestigation of coenzyme Q10 isolation from *Sporidiobolus johnsonii*. Chem Biodivers 8:1033–1051

Farmer WR, Liao JC (2001) Precursor balancing for metabolic engineering of lycopene production in *Escherichia coli*. Biotechnol Prog 17:57–61

Farr SB, Kogoma T (1991) Oxidative stress responses in *Escherichia coli* and *Salmonella typhimurium*. Microbiol Rev 55:561–585

Georgellis D, Kwon O, Lin EC (2001) Quinones as the redox signal for the arc two-component system of bacteria. Science 292:2314–2316

Gin P, Clarke CF (2005) Genetic evidence for a multi-subunit complex in coenzyme Q biosynthesis in yeast and the role of the Coq1 hexaprenyl diphosphate synthase. J Biol Chem 280:2676–2681

Gin P, Hsu AY, Rothman SC, Jonassen T, Lee PT, Tzagoloff A, Clarke CF (2003) The *Saccharomyces cerevisiae* COQ6 gene encodes a mitochondrial flavin-dependent monooxygenase required for coenzyme Q biosynthesis. J Biol Chem 278:25308–25316

Gulmezian M, Hyman KR, Marbois BN, Clarke CF, Javor GT (2007) The role of UbiX in *Escherichia coli* coenzyme Q biosynthesis. Arch Biochem Biophys 467:144–153

Ha SJ, Kim SY, Seo JH, Moon HJ, Lee KM, Lee JK (2007a) Controlling the sucrose concentration increases Coenzyme Q10 production in fed-batch culture of *Agrobacterium tumefaciens*. Appl Microbiol Biotechnol 76:109–116

Ha SJ, Kim SY, Seo JH, Oh DK, Lee JK (2007b) Optimization of culture conditions and scale-up to pilot and plant scales for coenzyme Q(10) production by *Agrobacterium tumefaciens*. Appl Microbiol Biotechnol 74:974–980

Ha SJ, Kim SY, Seo JH, Jeya M, Zhang YW, Ramu T, Kim IW, Lee JK (2009) Ca2+ increases the specific coenzyme Q10 content in *Agrobacterium tumefaciens*. Bioprocess Biosyst Eng 32:697–700

Harker M, Bramley PM (1999) Expression of prokaryotic 1-deoxy-D-xylulose-5-phosphatases in *Escherichia coli* increases carotenoid and ubiquinone biosynthesis. FEBS Lett 448:115–119

Hodgson JM, Watts GF, Playford DA, Burke V, Croft KD (2002) Coenzyme Q10 improves blood pressure and glycaemic control: a controlled trial in subjects with type 2 diabetes. Eur J Clin Nutr 56:1137–1142

Hsieh EJ, Gin P, Gulmezian M, Tran UC, Saiki R, Marbois BN, Clarke CF (2007) *Saccharomyces cerevisiae* Coq9 polypeptide is a subunit of the mitochondrial coenzyme Q biosynthetic complex. Arch Biochem Biophys 463:19–26

Case 1:23-cv-07483-SJB-SDE Document 100-10 Filed 12/01/25 Page 22 of 25
PageID #: 6070


Hsu AY, Poon WW, Shepherd JA, Myles DC, Clarke CF (1996) Complementation of coq3 mutant yeast by mitochondrial targeting of the *Escherichia coli* UbiG polypeptide: evidence that UbiG catalyzes both O-methylation steps in ubiquinone biosynthesis. Biochemistry 35:9797–9806

Hsu AY, Do TQ, Lee PT, Clarke CF (2000) Genetic evidence for a multi-subunit complex in the O-methyltransferase steps of coenzyme Q biosynthesis. Biochim Biophys Acta 1484:287–297

Huang M, Wang Y, Liu J, Mao Z (2011) Multiple strategies for metabolic engineering of *Escherichia coli* for efficient production of Coenzyme Q10. Chin J Chem Eng 19:316–326

Ingledew WJ, Poole RK (1984) The respiratory chains of *Escherichia coli*. Microbiol Rev 48:222–271

Inui M, Ooe M, Fujii K, Matsunaka H, Yoshida M, Ichihashi M (2008) Mechanisms of inhibitory effects of CoQ10 on UVB-induced wrinkle formation in vitro and in vivo. Biofactors 32:237–243

Johnson A, Gin P, Marbois BN, Hsieh EJ, Wu M, Barros MH, Clarke CF, Tzagoloff A (2005) COQ9, a new gene required for the biosynthesis of coenzyme Q in *Saccharomyces cerevisiae*. J Biol Chem 280:31397–31404

Kien NB, Kong IS, Lee MG, Kim JK (2010) Coenzyme Q10 production in a 150-l reactor by a mutant strain of *Rhodobacter sphaeroides*. J Ind Microbiol Biotechnol 37:521–529

Kim SW, Keasling JD (2001) Metabolic engineering of the nonmevalonate isopentenyl diphosphate synthesis pathway in *Escherichia coli* enhances lycopene production. Biotechnol Bioeng 72:408–415

Kim SJ, Kim MD, Choi JH, Kim SY, Ryu YW, Seo JH (2006) Amplification of 1-deoxy-D-xyluose 5-phosphate (DXP) synthase level increases coenzyme Q10 production in recombinant *Escherichia coli*. Appl Microbiol Biotechnol 72:982–985

Knoell HE (1979) Isolation of a soluble enzyme complex comprising the ubiquinone-8 synthesis apparatus from the cytoplasmic membrane of *Escherichia coli*. Biochem Biophys Res Commun 91:919–925

Knoell HE (1981) Stand-by position of the dioxygen-dependent ubiquinone-8 synthesis apparatus in anaerobically grown *Escherichia coli* K-12. FEMS Microbiol Lett 10:59–62

Koo BS, Gong YJ, Kim SY, Kim CW, Lee HC (2010) Improvement of coenzyme Q(10) production by increasing the NADH/NAD(+) ratio in *Agrobacterium tumefaciens*. Biosci Biotechnol Biochem 74:895–898

Kroger A, Klingenberg M (1973) Further evidence for the pool function of ubiquinone as derived from the inhibition of the electron transport by antimycin. Eur J Biochem 39:313–323

Kwon O, Druce-Hoffman M, Meganathan R (2005) Regulation of the ubiquinone (coenzyme Q) biosynthetic genes ubiCA in *Escherichia coli*. Curr Microbiol 50:180–189

Lass A, Sohal RS (1998) Electron transport-linked ubiquinone-dependent recycling of alpha-tocopherol inhibits autooxidation of mitochondrial membranes. Arch Biochem Biophys 352:229–236

Lee PT, Hsu AY, Ha HT, Clarke CF (1997) A C-methyltransferase involved in both ubiquinone and menaquinone biosynthesis: isolation and identification of the *Escherichia coli* ubiE gene. J Bacteriol 179:1748–1754

Lee JK, Her G, Kim SY, Seo JH (2004) Cloning and functional expression of the dps gene encoding decaprenyl diphosphate synthase from *Agrobacterium tumefaciens*. Biotechnol Prog 20:51–56

Lee JK, Oh DK, Kim SY (2007) Cloning and characterization of the dxs gene, encoding 1-deoxy-d-xylulose 5-phosphate synthase from *Agrobacterium tumefaciens*, and its overexpression in *Agrobacterium tumefaciens*. J Biotechnol 128:555–566

Leppik RA, Stroobant P, Shineberg B, Young IG, Gibson F (1976) Membrane-associated reactions in ubiquinone biosynthesis. 2-Octaprenyl-3-methyl-5-hydroxy-6-methoxy-1,4-benzoquinone methyltransferase. Biochim Biophys Acta 428(1):146–156

Lipshutz BH, Lower A, Berl V, Schein K, Wetterich F (2005) An improved synthesis of the "miracle nutrient" coenzyme Q10. Org Lett 7:4095–4097

Malpica R, Franco B, Rodriguez C, Kwon O, Georgellis D (2004) Identification of a quinone-sensitive redox switch in the ArcB sensor kinase. Proc Natl Acad Sci USA 101:13318–13323

Mancini A, Balercia G (2011) Coenzyme Q(10) in male infertility: physiopathology and therapy. Biofactors 37:374–380

Martin VJ, Pitera DJ, Withers ST, Newman JD, Keasling JD (2003) Engineering a mevalonate pathway in *Escherichia coli* for production of terpenoids. Nat Biotechnol 21:796–802

Martin SF, Buron I, Espinosa JC, Castilla J, Villalba JM, Torres JM (2007) Coenzyme Q and protein/lipid oxidation in a BSE-infected transgenic mouse model. Free Radic Biol Med 42:1723–1729

Martinez I, Zhu J, Lin H, Bennett GN, San KY (2008) Replacing *Escherichia coli* NAD-dependent glyceraldehyde 3-phosphate dehydrogenase (GAPDH) with a NADP-dependent enzyme from Clostridium acetobutylicum facilitates NADPH dependent pathways. Metab Eng 10:352–359

Martin-Montalvo A, Gonzalez-Mariscal I, Padilla S, Ballesteros M, Brautigan DL, Navas P, Santos-Ocana C (2011) Respiratory-induced coenzyme Q biosynthesis is regulated by a phosphorylation cycle of Cat5p/Coq7p. Biochem J 440:107–114

Myers CE, Muindi JR, Zweier J, Sinha BK (1987) 5-Iminodaunomycin. An anthracycline with unique properties. J Biol Chem 262:11571–11577

Negishi E, Liou SY, Xu C, Huo S (2002) A novel, highly selective, and general methodology for the synthesis of 1,5-diene-containing oligoisoprenoids of all possible geometrical combinations exemplified by an iterative and convergent synthesis of coenzyme Q(10). Org Lett 4:261–264

Okada K, Kamiya Y, Zhu X, Suzuki K, Tanaka K, Nakagawa T, Matsuda H, Kawamukai M (1997) Cloning of the sdsA gene encoding solanesyl diphosphate synthase from *Rhodobacter capsulatus* and its functional expression in *Escherichia coli* and *Saccharomyces cerevisiae*. J Bacteriol 179:5992–5998

Okada K, Kainou T, Tanaka K, Nakagawa T, Matsuda H, Kawamukai M (1998) Molecular cloning and mutational analysis of the ddsA gene encoding decaprenyl diphosphate synthase from *Gluconobacter suboxydans*. Eur J Biochem 255:52–59

Padilla S, Tran UC, Jimenez-Hidalgo M, Lopez-Martin JM, Martin-Montalvo A, Clarke CF, Navas P, Santos-Ocana C (2009) Hydroxylation of demethoxy-Q6 constitutes a control point in yeast coenzyme Q6 biosynthesis. Cell Mol Life Sci 66:173–186

Park YC, Kim SJ, Choi JH, Lee WH, Park KM, Kawamukai M, Ryu YW, Seo JH (2005) Batch and fed-batch production of coenzyme Q10 in recombinant *Escherichia coli* containing the decaprenyl diphosphate synthase gene from *Gluconobacter suboxydans*. Appl Microbiol Biotechnol 67:192–196

Poon WW, Davis DE, Ha HT, Jonassen T, Rather PN, Clarke CF (2000) Identification of *Escherichia coli* ubiB, a gene required for the first monooxygenase step in ubiquinone biosynthesis. J Bacteriol 182:5139–5146

Sakato K, Tanaka H, Shibata S, Kuratsu Y (1992) Agitation-aeration studies on coenzyme Q10 production using *Rhodopseudomonas spheroides*. Biotechnol Appl Biochem 16:19–22

Schaars CF, Stalenhoef AF (2008) Effects of ubiquinone (coenzyme Q10) on myopathy in statin users. Curr Opin Lipidol 19:553–557

Schmelzer C, Lindner I, Vock C, Fujii K, Doring F (2007) Functional connections and pathways of coenzyme Q10-inducible genes: an in-silico study. IUBMB Life 59:628–633

Schmelzer C, Okun JG, Haas D, Higuchi K, Sawashita J, Mori M, Doring F (2010) The reduced form of coenzyme Q10 mediates distinct effects on cholesterol metabolism at the transcriptional and metabolite level in SAMP1 mice. IUBMB Life 62:812–818

Seo MJ, Kim SO (2010) Effect of limited oxygen supply on coenzyme Q(10) production and its relation to limited electron transfer and oxidative stress in *Rhizobium radiobacter* T6102. J Microbiol Biotechnol 20:346–349

Shestopalov AI, Bogachev AV, Murtazina RA, Viryasov MB, Skulachev VP (1997) Aeration-dependent changes in composition of the quinone pool in *Escherichia coli*. Evidence of post-transcriptional regulation of the quinone biosynthesis. FEBS Lett 404:272–274

Shults CW, Oakes D, Kieburtz K, Beal MF, Haas R, Plumb S, Juncos JL, Nutt J, Shoulson I, Carter J, Kompoliti K, Perlmutter JS, Reich S, Stern M, Watts RL, Kurlan R, Molho E, Harrison M, Lew M (2002) Effects of coenzyme Q10 in early Parkinson disease: evidence of slowing of the functional decline. Arch Neurol 59:1541–1550

Singh RB, Wander GS, Rastogi A, Shukla PK, Mittal A, Sharma JP, Mehrotra SK, Kapoor R, Chopra RK (1998) Randomized, double-blind placebo-controlled trial of coenzyme Q10 in patients with acute myocardial infarction. Cardiovasc Drugs Ther 12:347–353

Case 1:23-cv-07483-SJB-SDE Document 100-10 Filed 12/01/25 Page 24 of 25
PageID #: 6072


Soballe B, Poole RK (1997) Aerobic and anaerobic regulation of the ubiCA operon, encoding enzymes for the first two committed steps of ubiquinone biosynthesis in *Escherichia coli*. FEBS Lett 414:373–376

Sourris KC, Harcourt BE, Tang PH, Morley AL, Huynh K, Penfold SA, Coughlan MT, Cooper ME, Nguyen TV, Ritchie RH, Forbes JM (2012) Ubiquinone (coenzyme Q10) prevents renal mitochondrial dysfunction in an experimental model of type 2 diabetes. Free Radic Biol Med 52:716–723

Stroobant P, Young IG, Gibson F (1972) Mutants of *Escherichia coli* K-12 blocked in the final reaction of ubiquinone biosynthesis: characterization and genetic analysis. J Bacteriol 109: 134–139

Suzuki K, Ueda M, Yuasa M, Nakagawa T, Kawamukai M, Matsuda H (1994) Evidence that *Escherichia coli* ubiA product is a functional homolog of yeast COQ2, and the regulation of ubiA gene expression. Biosci Biotechnol Biochem 58:1814–1819

Takahashi S, Nishino T, Koyama T (2003) Isolation and expression of Paracoccus denitrificans decaprenyl diphosphate synthase gene for production of ubiquinone-10 in *Escherichia coli*. Biochem Eng J 16:183–190

Tran UC, Marbois B, Gin P, Gulmezian M, Jonassen T, Clarke CF (2006) Complementation of *Saccharomyces cerevisiae* coq7 mutants by mitochondrial targeting of the *Escherichia coli* UbiF polypeptide: two functions of yeast Coq7 polypeptide in coenzyme Q biosynthesis. J Biol Chem 281:16401–16409

Urakami T, Hori-Okubo M (1988) Production of isoprenoid compounds in the facultative methylotroph *Protomonas extorquens*. J Ferment Technol 66:323–332

Vermeglio A, Joliot P (1999) The photosynthetic apparatus of *Rhodobacter sphaeroides*. Trends Microbiol 7:435–440

Wu Z, Du G, Chen J (2003) Effects of dissolved oxygen concentration and DO-stat feeding strategy on CoQ10 production with *Rhizobium radiobacter*. World J Microbiol Biotechnol 19:925–928

Yang X, Dai G, Li G, Yang ES (2010) Coenzyme Q10 reduces beta-amyloid plaque in an APP/PS1 transgenic mouse model of Alzheimer's disease. J Mol Neurosci 41:110–113

Yen HW, Chiu CH (2007) The influences of aerobic-dark and anaerobic-light cultivation on CoQ(10) production by *Rhodobacter sphaeroides* in the submerged fermenter. Enzyme Microb Technol 41:600–604

Yen HW, Shih TY (2009) Coenzyme Q10 production by *Rhodobacter sphaeroides* in stirred tank and in airlift bioreactor. Bioprocess Biosyst Eng 32:711–716

Yen HW, Feng CY, Kang JL (2010) Cultivation of *Rhodobacter sphaeroides* in the stirred bioreactor with different feeding strategies for CoQ(10) production. Appl Biochem Biotechnol 160:1441–1449

Yoshida H, Kotani Y, Ochiai K, Araki K (1998) Production of ubiquinone-10 using bacteria. J Gen Appl Microbiol 44:19–26

Yoshida Y, Hayakawa M, Habuchi Y, Niki E (2006) Evaluation of the dietary effects of coenzyme Q in vivo by the oxidative stress marker, hydroxyoctadecadienoic acid and its stereoisomer ratio. Biochim Biophys Acta 1760:1558–1568

Young IG, McCann LM, Stroobant P, Gibson F (1971) Characterization and genetic analysis of mutant strains of *Escherichia coli* K-12 accumulating the ubiquinone precursors 2-octaprenyl-6-methoxy-1,4-benzoquinone and 2-octaprenyl-3-methyl-6-methoxy-1,4-benzoquinone. J Bacteriol 105:769–778

Young IG, Leppik RA, Hamilton JA, Gibson F (1972) Biochemical and genetic studies on ubiquinone biosynthesis in *Escherichia coli* K-12:4-hydroxybenzoate octaprenyltransferase. J Bacteriol 110:18–25

Young IG, Stroobant P, Macdonald CG, Gibson F (1973) Pathway for ubiquinone biosynthesis in *Escherichia coli* K-12: gene-enzyme relationships and intermediates. J Bacteriol 114:42–52

Zahiri HS, Noghabi KA, Shin YC (2006a) Biochemical characterization of the decaprenyl diphosphate synthase of *Rhodobacter sphaeroides* for coenzyme Q(10) production. Appl Microbiol Biotechnol 73(4):796–806

Case 1:23-cv-07483-SJB-SDE Document 100-10 Filed 12/01/25 Page 25 of 25
PageID #: 6073


Zahiri HS, Yoon SH, Keasling JD, Lee SH, Won Kim S, Yoon SC, Shin YC (2006b) Coenzyme Q10 production in recombinant *Escherichia coli* strains engineered with a heterologous decaprenyl diphosphate synthase gene and foreign mevalonate pathway. Metab Eng 8(5): 406–416

Zhang H, Javor GT (2003) Regulation of the isofunctional genes ubiD and ubiX of the ubiquinone biosynthetic pathway of *Escherichia coli*. FEMS Microbiol Lett 223:67–72

Zhang D, Shrestha B, Li Z, Tan T (2007) Ubiquinone-10 production using *Agrobacterium tumefaciens* dps gene in *Escherichia coli* by coexpression system. Mol Biotechnol 35:1–14

Zhu X, Yuasa M, Okada K, Suzuki K, Nakagawa T, Kawamukai M, Matsuda H (1995) Production of ubiquinone in *Escherichia coli* by expression of various genes responsible for ubiquinone biosynthesis. J Biosci Bioeng 79:493–495