# Exhibit 9

Case 1:23-cv-07483-SJB-SDE Document 100-11 Filed 12/01/25 Page 2 of 6 PageID #: 6075



# Formation of Coenzyme $Q_{11}$ by *Pseudomonas* M16, a Mutant†

Yohei NATORI and Tomohisa NAGASAKI

*Central Research Laboratory, Nisshin Flour Milling Co., Ltd.*
*Ohi, Iruma, Saitama, Japan*

Received November 7, 1978

*Pseudomonas* M16 is the mutant derived from a facultative methylotroph, *Pseudomonas* N842, which is the potent producer of coenzyme $Q_{10}$ ($CoQ_{10}$). This mutant with elevated productivity of $CoQ_{10}$ was observed to accumulate the significant amount of another CoQ homolog, which could not be detected in the parent strain. This CoQ homolog was extracted from the intact cells of the mutant and purified to crystaline state. The chemical properties and the results of UV, NMR and mass spectrometries revealed that this CoQ homolog was $CoQ_{11}$.

Coenzyme Q homologs are widely distributed in nature and form a family of 2-polyprenyl-3-methyl-5,6-dimethoxy-1,4-benzoquinones whose members differ in the length of their polyprenyl side chains. They play an important role in the respiratory chain. Isoprene units of polyprenyl side chain in CoQ homologs vary widely. $CoQ_1$ through $CoQ_4$ were detected in *Rhodospirillum rubrum, Escherichia coli* and *Saccharomyces cerevisiae.*[2] $CoQ_5$ was detected in *E. coli,*[3] and $CoQ_6$ through $CoQ_{10}$ are widely distributed in nature.[4~9] However, little is known concerning CoQ homologs having longer isoprene side chains than that of $CoQ_{10}$. Only the minimum amount of $CoQ_{11}$ and $CoQ_{12}$ were detected in the tissues of rats,[10] green peppers,[11] etionated maize shoots[12] and photosynthetic bacteria.[12]

During the course of searching $CoQ_{10}$ productive microorganisms in our laboratory, a red pigmented airborne bacterium (*Pseudomonas* N842) was found to be a potent $CoQ_{10}$ producer on glucose medium.[1] This bacterium grew also on methanol as a sole source of carbon, and it was classified as a member of facultative methanol-oxidizing bacteria from the taxonomical resemblance to *Pseudomonas* AM1. $CoQ_{10}$ productivity of *Pseudomonas* M16 derived from *Pseudomonas* N842 by mutation was higher than that of the parent strain. In addition to $CoQ_{10}$, this mutant accumulated the significant amount of another CoQ homolog, which could not be detected in the parent strain by usual analytical methods. This new homolog had a lower *Rf* value than that of $CoQ_{10}$ on the reversed-phase chromatogram suggesting that it possessed longer isoprene units in the side chain. The present paper describes the isolation, purification and the structural elucidation of this CoQ homolog.

## MATERIALS AND METHODS

*Microorganism.* The strain *Pseudomonas* M16 was obtained by mutation from *Pseudomonas* N842 which has been already described in the previous report.[1] Methods of mutation will be described elsewhere.

*Reagents and chemicals.* $CoQ_9$ and $CoQ_{10}$ were synthesized in our laboratory. All other reagents and chemicals used in this experiment were commercial preparations.

*Cultivation of Pseudomonas M16.* Cultivation medium consisted of glucose 2% polypeptone 1% and yeast extract 1%. Initial pH was adjusted to 6.5. *Pseudomonas* M16 was precultured in 500 ml Erlemeyer flasks each containing 100 ml of medium for 40 hr at 30°C on a rotary shaker. Seed culture (300 ml) was inoculated into a 30-liter jar fermentor which contained 15 liters of medium and cultivated for 48 hr at 30°C. Agitation speed was 200 rpm and aeration rate

† Studies on the Metabolites Produced by Facultative Methanol-Oxidizing Bacteria. Part II. See Ref. 1.

Abbreviations: CoQ, coenzyme Q; $CoQ_n$, coenzyme $Q_n$ with *n* denoting a specific number of isoprene units in the side chain.

CoCrystal_0000482

was 15 liters per minute.

*Extraction of CoQ from intact cells.* Cells collected by centrifugation from the broth were saponified with alkaline methanol at 60°C for 2 hr. Alkaline methanol consisted of methanol 80 ml water 20 ml sodium hydroxide 16 g and pyrogallol 3 g. Unsaponifiable material was extracted 3 times with hexane from the cooled saponification mixture. Combined hexane extract was washed with water and dried over anhydrous sodium sulfate.

*Preparation of thin-layer plates and reversed-phase plates.* The method described by Rokos[13] was modified for the preparation of thin-layer plates and reversed-phates. Thickness of plates was 0.25 mm for spot test and 0.5 mm for the isolation and purification of CoQ. Silica-gel (40 g) was suspended in 80 ml of water which contained 0.003% (w/v) of Rhodamine 6G and the suspension was applied on clean glass plates. They were dried horizontally at room temperature overnight and activated at 120°C for 1 hr.

The thin-layer plates were dipped gently into 5% liquid paraffin in hexane and stand horizontally in air to evaporate hexane.

*Thin-layer and reversed-phase chromatography.* Thin-layer chromatogram was developed with benzene–chloroform (4:1) to purify CoQ. Reversed-phase chromatogrm was developed for the separation of individual CoQ homologs with acetone–0.003% Rhodamine 6G water solution (95:5) in which a few drops of liquid paraffin were added.

*Purification of CoQ homologs on thin-layer and reversed-phase plates.* After drying the chromatographed thin-layer and reversed-phase plates, CoQ homologs were detected under the ultraviolet light (3650 Å), and CoQ bands were scraped and collected. CoQ was eluted with ethyl ether from collected silica-gel from thin-layer plates. Collected silica-gel from reversed-phase plates was washed with hexane to remove liquid paraffin, and then each CoQ homologs was eluted with ethyl ether.

*Assay of CoQ homologs.* CoQ homologs were measured from the difference in the absorbancy of the oxidized and reduced forms at 275 nm in ethanol.[14]

## RESULTS

### *Extraction and isolation of CoQ homologs from Pseudomonas M16*

The cells of *Pseudomonas* M16 from 15 liters of broth weighed 342 g in wet weight, and were saponified with 1.5 liters of alkaline methanol. Unsaponifiable material was extracted 3 times with 1.5 liters of hexane each time from the saponification mixture. Hexane extract was washed with water and dried over anhydrous sodium sulfate. Hexane was evaporated to dryness *in vacuo* to obtain the crude CoQ.

### *Purification and crystalization of CoQ homologs*

The unsaponifiable material obtained was dissolved in small volumes of hexane, applied to a silica-gel column (2×30 cm), followed by the elution with 5% and 10% ethyl ether in hexane. Orange colored CoQ fraction was collected and the solvent was evaporated to dryness *in vacuo*. The residue was dissolved in 50 ml of acetone and allowed to stand overnight at 5°C to remove waxy substance. Filtrated acetone was evaporated *in vacuo* and the residue was dissolved again in small volumes of acetone to submit to reversed-phase chromatography. Two fractions were obtained by twice repetition of reversed-phase chromatography. The fractions with higher and lower *Rf* values were designated as sample 1 and sample 2, respectively. Main fraction (sample 1) was crystalized once from acetone and twice from ethanol and yellow crystals (98.5 mg) were obtained. Minor fraction (sample 2) was crystalized in the same method and yellow crystals (14.5 mg) were obtained. Purity of each CoQ homologs was confirmed on the reversed-phase chromatogram.

### *Properties of sample 1*

Melting point of purified sample 1 was 48.0°C. The UV absorption peak in ethanol was 275 nm and shifted to 290 nm when it was reduced with sodium borohydride. Hence, this material was characterized as a member of CoQ family. Identity of sample 1 with authentic $CoQ_{10}$ was confirmed on reversed-phase chromatogram. IR (1640, 1602, 1260, 1200, 1022, 880, 798, 750 $cm^{-1}$) and NMR ($\delta$ 5.10, 3.96, 3.16, 1.99, 1.58) spectra were the same as those of authentic $CoQ_{10}$. Mass spectrum indicated that the moleculer weight of this material was 862. Sample 1 was identified as $CoQ_{10}$ from these data.

*General properties of sample 2*

The UV absorption peak of sample 2 was 275 nm in ethanol and shifted to 290 nm when it was reduced indicating that this material would be characterized as a member of CoQ family, too. Melting point of purified crystal was 52.0°C. As shown in Figure 1, *Rf* value of sample 2 was 0.25 on reversed-phase chromatogram. *Anal.* Found: C, 82.53; H, 10.53. Calcd. for $C_{64}H_{98}O_4$: C, 82.53; H, 10.60%.




FIG. 1. Reversed-phase Chromatogram of CoQ Homologs.

A, Authentic $CoQ_{10}$; B, crude CoQ isolated from *Pseudomonas* M16; C, sample 1; D, sample 2; E, crude CoQ isolated from *Pseudomonas* N842; F, authentic $CoQ_9$.

*Nuclear magnetic resonance spectrometry of sample 2*

The NMR spectrum is shown in Figure 2. All the bands observed were accordant well with those of authentic $CoQ_{10}$ and those described by the other researchers,[15,16] while the difference was observed in the ratio of protons of each bands. The ratio of protons for –CH=C– ($\delta$ 5.10) and those for $CH_3O$–quinone ring ($\delta$ 3.97) observed in sample 2 was 10.9: 6 indicating the presence of 11 isoprene units in the isoprenyl side chain.

*Mass spectrometry of sample 2*

Mass spectrum (Figure 3) shows the peak at




FIG. 2. Nuclear Magnetic Resonance Spectrum (100 MHz, $CDCl_3$) of Sample 2. Tetramethylsilane was used as internal standard.




FIG. 3. Mass Spectrum of Sample 2.

*m/e* 930, which is identical with the parent peak of $CoQ_{11}$ proposed by Threlfall *et al.*[11] The peak at *m/e* 915 (M–15) is the ion which lost methyl group from the molecule. Two intense peaks at *m/e* 235 and *m/e* 197 indicate that the ions correspond to elemental compositions of $C_{13}H_{15}O_4$ (7,8-dimethoxy-2,5-dimethyl-6-cyclohexadienone-1-pyrylium ion) and $C_{10}H_{13}O_4$ (benzylium ion), respectively.[17] Sample 2 was identified as $CoQ_{11}$ from UV, NMR and mass spectrometries.

*Productivities of CoQ homologs by Pseudomonas M16*

Productivity of total CoQ was measured. Cells derived from 20 ml of the broth were saponified with 3 ml of alkaline methanol. Unsaponifiable material was dissolved in 4 ml of ethanol and measured the optical densities of oxidized and reduced forms at 275 nm. The total CoQ content was calculated as 3.23 mg/g-dry cells.

Productivity of each CoQ homologs by *Pseudomonas* M16 was studied. Unsaponifiable material obtained from the cells derived 1.5 liters of the broth was chromatographed on thin-layer plates to purify CoQ. $CoQ_{10}$ and $CoQ_{11}$ were isolated by the aid of reversed-phase chromatography. Each CoQ homologs was dissolved in ethanol to measure the quantity of CoQ. The content of $CoQ_{10}$ was 2.88 mg/g-dry cells, and that of $CoQ_{11}$ was 0.35 mg/g-dry cells.

## DISCUSSION

*Pseudomonas* M16 was selected as a mutant with activated CoQ biosynthesis. The productivity of $CoQ_{10}$ by *Pseudomonas* M16 was enhanced about twice as that by the parent strain. Another CoQ homolog was detected in *Pseudomonas* M16 in addition to $CoQ_{10}$ and it was identified as $CoQ_{11}$ from UV, NMR and Mass spectra. Ratio of $CoQ_{10}$ and $CoQ_{11}$ produced by this bacterium was 89.1 : 10.9. Whistance *et al.*[12] suggested the possibility of the widespread distribution of CoQ homologs possessing longer isoprene side chain than that of $CoQ_{10}$ in nature from the results that these homologs were detected in rats, certain plants and photosynthetic bacteria in a minute amount. The authors' results support their suggestion.

The present paper is the first report describing the bacterium which accumulates unexpectedly much $CoQ_{11}$ (0.35 mg/g-dry cells). $CoQ_{11}$ in *Pseudomonas* N842 had been undetectable on the reversed-phase chromatogram, since the content was very low. Recently, the authors analyzed "chromatographycally pure" $CoQ_{10}$ crystal by the aid of high-performance liquid chromatography and found a very small peak at the same retention time as that of $CoQ_{11}$ only when excess sample was injected. Therefore, it became apparent that *Pseudomonas* N842 accumulated $CoQ_{11}$. $CoQ_{11}$ biosynthesis in *Pseudomonas* M16 might be constitutive from this result.

Accumulation of CoQ homologs in *Pseudomonas* M16 was enhanced by mutation, especially the productivity of $CoQ_{11}$ was greatly strengthened. Pathway of CoQ biosynthesis has been established already by the study of the isolated intermediates from organisms.[18~23] Chain elongation reaction in isoprenyl side chain is not involved after the formation of 3-polyprenyl-4-hydroxybenzoate from *p*-hydroxybenzoate and polyprenyl pyrophosphate. Momose and Rudney[24] described that the proportion of 3-nonaprenyl-4-hydroxybenzoate to 3-decaprenyl-4-hydroxybenzoate could be equal to that of $CoQ_9$ to $CoQ_{10}$ in the rat liver. They also described that the enzyme alkylationg *p*-hydroxybenzoate (*p*-hydroxybenzoate-polyprenyl transferase) was unspecific with regard to the length of the polyprenyl side chain which was transferred to *p*-hydroxybenzoate. Also, the predominance of any prenyl analog of CoQ in a tissue depends upon the specificity of the system which determine the length of the polyprenyl pyrophosphate chains. The authors observed the alteration in biosynthesis of isoprenyl compounds by mutation; that is, the carotenogenesis in *Pseudomonas* M16 was repressed. The change of productivities of CoQ homologs in this bacterium might have occured

Case 1:23-cv-07483-SJB-SDE Document 100-11 Filed 12/01/25 Page 6 of 6 PageID #: 6079


with the enhancement of long chain polyprenyl pyrophosphate-synthesizing system and variation of specificity for polyprenyl pyrophosphate-synthesizing system by mutation.

*Acknowledgements.* The authors are grateful to Mr. M. Murohashi, the president of Central Research Laboratory, Nisshin Flour Milling Co., Ltd., for permitting this report to be published. They thank Drs. H. Fukawa and A. Kobayashi of this laboratory for their helpful expertise. Thanks are also due to Miss T. Sekine for her technical assistance.

## REFERENCES

1) Y. Natori, T. Nagasaki, A. Kobayashi and H. Fukawa, *Agric. Biol. Chem.*, **42**, 1799 (1978).
2) G. D. Daves, Jr., R. F. Muraca, J. S. Whittick, P. Friis and K. Folkers, *Biochemistry*, **6**, 2861 (1967).
3) P. Friis, G. D. Daves, Jr. and K. Folkers, *Biochem. Biophys. Res. Commun.*, **24**, 252 (1966).
4) R. L. Lester, F. L. Crane and Y. Hatefi, *J. Am. Chem. Soc.*, **80**, 4751 (1958).
5) A. C. Page, Jr., P. Gale, H. Wallick, R. B. Walton, L. E. McDaniel, H. B. Woodruff and K. Folkers, *Arch. Biochem. Biophys.*, **89**, 318 (1960).
6) R. L. Lester and F. L. Crane, *J. Biol. Chem.*, **234**, 2169 (1959).
7) Y. Yamada, T. Okada, O. Ueshima and K. Kondo, *J. Gen. Appl. Microbiol.*, **19**, 189 (1973).
8) Y. Yamada, M. Arimoto and K. Kondo, *ibid.*, **19**, 353 (1973).
9) Y. Yamada, M. Arimoto and K. Kondo, *ibid.*, **22**, 293 (1976).
10) R.H. Thomson, "Naturally Occurring Quinones," 2nd ed., Academic Press Inc., London, 1971, pp. 173～177.
11) D. R. Threlfall and G. R. Whistance, *Biochem. J.*, **113**, 38P (1969).
12) D. R. Threlfall and G. R. Whistance, *Phytochemistry*, **9**, 355 (1970).
13) J. A. S. Rokos, *J. Chromatog.*, **74**, 357 (1972).
14) F. L. Crane and R. Barr, "Methods in Enzymology," Vol. 18C ed. by D. B. McCormick and L. D. Wright, Academic Press Inc., New York, 1971, pp. 149～150.
15) D. E. Wolf, C. H. Hoffman, N. R. Trenner, B. H. Arison, C. H. Shunk, B. O. Linn, J. F. McPherson and K. Folkers, *J. Am. Chem. Soc.*, **80**, 4752 (1958).
16) C. H. Shunk, B. O. Linn, E. L. Wong, P. E. Wittreich, F. M. Robinson and K. Folkers, *ibid.*, **80**, 4753 (1958).
17) R. F. Muraca, J. S. Whittick, G. D. Daves, Jr., P. Friis and K. Folkers, *ibid.*, **89**, 1505 (1967).
18) P. Friis, G. D. Daves, Jr., and K. Folkers, *ibid.*, **88**, 4754 (1966).
19) A. Law and D. R. Threlfall, *Phytochemistry*, **11**, 481 (1972).
20) B. L. Trumpower, R. M. Houser and R. E. Olson, *J. Biol. Chem.*, **249**, 3041 (1974).
21) I. G. Young, R. A. Leppik, J. A. Hamilton and F. Gibson, *J. Bacteriol.*, **110**, 18 (1972).
22) I. G. Young, P. Stroobant, C. G. Macdonald and F. Gibson, *ibid.*, **114**, 42 (1973).
23) R. A. Leppik, P. Stroobant, B. Shineberg, I. G. Young and F. Gibson, *Biochim. Biophys. Acta*, **428**, 146 (1976).
24) K. Momose and H. Rudney, *J. Biol. Chem.*, **247**, 3930 (1972).

CoCrystal_0000486