# Exhibit 10

Journal of Pharmaceutical and Biomedical Analysis 175 (2019) 112771

Contents lists available at ScienceDirect

Journal of Pharmaceutical and Biomedical Analysis

journal homepage: www.elsevier.com/locate/jpba

Short communication

# Characterization of unknown impurities in Coenzyme $Q_{10}$ using LC–MS and NMR

Yunfei Deng[a,b,1], Xiaoping Chen[b,1], Linbo Wang[b], Xingsheng Peng[b,*], Mei Lin[b,*]

[a] School of Pharmacy, China State Institute of Pharmaceutical Industry, Shanghai, 201203, China
[b] Shanghai Institute for Food and Drug Control, Shanghai, 201203, China

ARTICLE INFO

*Article history:*
Received 9 March 2019
Received in revised form 8 July 2019
Accepted 9 July 2019
Available online 14 July 2019

*Keywords:*
Coenzyme $Q_{10}$
Impurity
UPLC-QTOF/MS
APCI
NMR
NP-HPLC

ABSTRACT

During studies on related substances in coenzyme $Q_{10}$ ($CoQ_{10}$) active pharmaceutical ingredient (API) and capsules, two impurities (Impurity 1 and Impurity 2) with each content more than 0.1% attracted our attention. Accelerated testing (40 °C /75%RH) and forced degradation of $CoQ_{10}$ API and drug products in different stress conditions (base and heat) gave rise to the two unknown impurities. These unknown impurities were separated by reverse phase ultra-performance liquid chromatography (UPLC), where they were eluted at 0.77 (Impurity 1) and 1.10 (Impurity 2) relative retention times to $CoQ_{10}$ peak. Impurity 2 was separated into two peaks (Impurity 2-1 and Impurity 2-2) by normal phase high performance liquid chromatography (NP-HPLC). In this study, an ultra-performance liquid chromatography complied with quadrupole time-of-flight tandem mass spectrometry (UPLC-QTOF/MS) via atmospheric pressure chemical ionization (APCI) was used to identify the proposed structure of the three impurities (Impurity 1, Impurity 2-1 and Impurity 2-2). We got the three impurities through preparative high performance liquid chromatography and their structures were further confirmed by 1D and 2D nuclear magnetic resonance (NMR). Based on the significance of these results, Impurity 1 was the impurity E referred in British Pharmacopoeia (BP), Impurity 2-1 and Impurity 2-2 were a pair of isomers which had not been reported before.

© 2019 Elsevier B.V. All rights reserved.

## 1. Introduction

Coenzyme $Q_{10}$ (Fig. 1A) ($CoQ_{10}$, 2,3-dimethoxy-5methyl-6-decapenyl benzoquinone), also named ubiquinone-10, is an essential vitamin-like nutrient for cell respiration and electron transport, playing a crucial role in the mitochondrial electron transfer within cells [1–4]. $CoQ_{10}$ was founded naturally in animal and plant tissue, especially in heart, liver, kidney and pancreas [5–7].

In recent years, $CoQ_{10}$ was widely used in dietary supplements [8–10], pharmaceuticals and cosmetics [11–13]. It could not only provide energy for heart, but also have an excellent antioxidant originated from its free radical scavenging functions. On the other hand, it prevented lipid peroxidation from vascular wall and atherosclerosis with little side effects [14,15]. $CoQ_{10}$ has been used in the treatment of a number of human pathologies and disorders. Clinical trials and systematic reviews have authenticated the safety and efficacy of $CoQ_{10}$ in treating human disease [16]. In addition, $CoQ_{10}$ could be considered as an important coadjuvant in the treatment in chronic conditions, such as cardiovascular diseases [17,18], diabetes mellitus [19], kidney disease [20], inflammation [21] and progressive neurodegenerative disease [22]. Recently, several studies have demonstrated that $CoQ_{10}$ supplementation can protect the statins from some adverse effects on the endocrine pancreas [23–25].

Impurities might affect the maintenance of drug quality, safety and efficacy. The impurity control strategies of physical and chemical changes through all inspects of drug development process. Specification of $CoQ_{10}$ drug product with regard to impurities has been established with six (A–F) known impurities (Fig.1E–J) issued in BP [27]. A part of its biotechnological impurities ($Q_2$, $Q_4$, $Q_7$, $Q_8$ and $Q_9$) and process related impurities (solanesol, solanesyl acetone and isodecaprenol) would also be produced in the production of $CoQ_{10}$ [2] [28].

During the studies on quality analysis of national assessment program for $CoQ_{10}$ capsules, two unknown impurities (Impurity 1 and Impurity 2) both exceeded 0.1% according to the method in current Chinese Pharmacopoeia [26] among detection in 177 batches

* Corresponding authors at: Shanghai Institute for Food and Drug Control, Shanghai, 201203, China.
*E-mail addresses:* dengyfsh@163.com (Y. Deng), pengxingsheng@hotmail.com (X. Peng), linmeish@163.com (M. Lin).
[1] The first two authors contributed equally to this work.

https://doi.org/10.1016/j.jpba.2019.07.019
0731-7085/© 2019 Elsevier B.V. All rights reserved.




**Fig. 1.** Chemical structures of $CoQ_{10}$ and its related substances:(A) $CoQ_{10}$, (B) Impurity 1, (C) and(D) Impurity 2-1and Impurity 2-2,(E)–(J) Impurity AĨmpurity F in BP.

of $CoQ_{10}$ capsules. Limit of impurities more than 0.1% must be identified in accordance with ICH Q3 B (R2). To identify the structure of Impurity 1 and Impurity 2, we prepared the impurities in our laboratory. First of all, Impurity 1 and Impurity 2 were prepared by forced degradation tests as well as they achieved large enrichment by triethylamine destruction (base) and heat (with ethanol) conditions, respectively. And then pre-separated impurities with column chromatography, finally purified by preparative high performance liquid chromatography. Impurity 2 was a pair of isomers named Impurity 2-1 and Impurity 2-2 which separated by NP-HPLC.

Furthermore, UPLC-QTOF/MS was a great need to infer the possible structure of the impurities, 1D and 2D nuclear magnetic resonance (NMR) experiments were performed to confirm the proposed structure. In this communication, it is the first time to prepare and identify the structure of Impurity 1, Impurity 2-1 and Impurity 2-2 in $CoQ_{10}$. Impurity 1 and Impurity 2 are degradation products of $CoQ_{10}$ drug substance under base and heat (with ethanol) conditions. The method for the isolation of degradation products is first reported in detail in this paper.

## 2. Materials and methods

### *2.1. Reagents and samples*

Anhydrous ethanol, methanol and n-hexane were from Merck (Darmstadt, Germany); ethyl acetate, triethylamine, and petroleum ether were from Sinopharm Chemical Reagent Co.,Ltd. (Shanghai, China). 177 batches of $CoQ_{10}$ capsules were sampled by the state from 13 enterprises. $CoQ_{10}$ API obtained from Xinchang Pharmaceutical Co.,Ltd. (Zhejiang, China) with purity 99.5%.Impurity 1,Impurity 2-1 and Impurity 2-2 were prepared in our laboratory with purity 98.0%,97.0% and 98.2%, respectively.

### *2.2. Preparation of sample solutions and degradation solutions*

Sample solutions of CoQ10 API, Impurity 1, Impurity 2-1 and Impurity 2-2 were prepared at 0.2 mg/ml in anhydrous ethanol, shaken well in 50 °C water bath for about 2 min. ($C_{CoQ10}$≈0.2 mg/ml, $C_{Impurity\ 1}$≈0.2 mg/ml), $C_{Impurity\ 2}$≈0.2 mg/ml)

$CoQ_{10}$ capsules: Into a 100 ml volumetric flask weighed tablet powder that corresponds to 20 mg of $CoQ_{10}$. Add 30 ml of anhydrous ethanol and shaken well in 50 °C water bath for about 2 min.




**Fig. 2.** Classical HPLC chromatograms of $CoQ_{10}$:(A) and (B) $CoQ_{10}$ capsules, (C) API.(Impurity 1 (peak 2), Impurity 2 (peak 4)).

Filled with solvent to volume and mixed well. High-speed centrifugation for 15 min, and took the supernatant. ($C_{CoQ10}$≈0.2 mg/ml)

Degradation solution of Impurity 1: Into a 30 ml stoppered test tube weighed 1 g of $CoQ_{10}$ API, dissolved in 18 ml ethyl acetate (good solubility for $CoQ_{10}$ [29]) and mixed well. Then added 2 ml of triethylamine (pH was about 8–9 measured with pH test paper), mixed well, placed it in the dark for 3 days. ($C_{CoQ10}$≈0.05 g/ml)

Degradation solution of Impurity 2: Into a 500 ml volumetric flask weighed appropriate amount of $CoQ_{10}$ was dissolved in anhydrous ethanol, placed in an 80 °C water bath for two weeks. ($C_{CoQ10}$≈2 mg/ml)

### 2.3. UPLC-UV-QTOF/MS

Ultra-performance liquid chromatography (equipped with 1290 quadruple pump and six-way valve), quadrupole time-of-flight mass spectrometer (QTOF) (equipped with masshunter qualitative analysis B08.00 data processing system were all products of Agilent company in United States).The optimized settings for the mass spectrometer in positive mode were as follows: capillary voltage 3500 V (APCI); gas temperature 300 °C; vaporizer temperature 350 °C; drying gas flow 10 L/min; nebulizer 40 psi; fragmentor175 V; skimmer 65 V; mass scan was in the range of 100–1000 *m/z* for full scan analysis; MS/MS range was 50–1000 *m/z*; quadrupole resolution (4̃ *m/z*); collision energies were 20, 30 eV.

The components separation was attained on a Zorbax C18 (Agilent Technologies) column (3.5 µm, 100 mm × 4.6 mm) with an equilibrium flow rate of 1.0 ml/min, the sample injection volume was 10 µl, the temperature at 35 °C and UV wavelength was fixed at 254 nm. The mobile phase was ethanol-methanol (50:50, v/v). The eluent was directed to TOF and targeted MS/MS analyzer for acquisition of data.

### 2.4. Semi-preparation of impurity 1, impurity 2-1 and impurity 2-2

#### 2.4.1. Semi-preparation of impurity 1 and impurity 2

Impurity 1 and Impurity 2 in Section 2.2 were both pre-separated with chromatography silica gel (Qingdao Bangkai Hi-tech materials Co.,Ltd., China) column (300 mm × 1000 mm) containing petroleum ether-ethyl acetate (30:1, v/v) as eluent. The unknown impurities were purified by preparative high performance liquid chromatography, Shimadzu semi-preparative LC system, consisting of an LC-20AP preparative liquid chromatograph, a SPD-20A UV detector, LC-8A column holder (Shimadzu Corporation). YMC-Actus Hydrosphere C18 (5 µm, 250 mm × 20.0 mm) was used to purify impurities by maintaining an equilibrium flow rate of 10 ml/min (for Impurity 1) and 14 ml/min (for Impurity 2) and the mobile phase was ethanol-methanol (50:50, v/v) (for Impurity 1) and ethanol-methanol (60:40, v/v) (for Impurity 2). The sample injection volume was 2 ml and temperature was at 35 °C. The eluent was analyzed in UV wavelength at 254 nm and then removed by sample concentrator (TEchNe, Britain).

*2.4.2. Semi-preparation of Impurity 2-1 and Impurity 2-2 from Impurity 2*

To separate Impurity 2-1 and Impurity 2-2, Agilent ZORBAX RX-SIL (5 µm, 250 mm × 4.6 mm) tandem Waters µporasil 125A (10 µm, 300 mm × 3.9 mm) were used. The typical HPLC conditions were as follows: a mixture of n-hexane-ethyl acetate (90:10, v/v) was mobile phase; the flow rate was 1.0 ml/min, the column temperature was 35 °C, the injection volume was 100 µl and the detection wavelength was at 275 nm.

### 2.5. NMR spectroscopy

NMR spectrum were recorded on Ascend™ Bruker 500 (Bruker, Fallanden, Switzerland) instrument. $^{1}H$ NMR experiments were carried out at 500 MHz, while $^{13}C$ NMR experiments were performed at 126 MHz. Proton and carbon chemical shifts were reported on $\delta$ scale in ppm, relative to tetramethylsilane (TMS) ($\delta$ = 0.00 ppm) and $CDCl_3$ ($\delta$ = 7.27 ppm) as internal standards in $^{1}H$ and $^{13}C$ NMR spectrum, respectively.

## 3. Results and discussion

### 3.1. Detection of related substances in $CoQ_{10}$

The impurities were separated by UPLC with UV described in Section 2.3. Impurity conditions of $CoQ_{10}$ capsules were divided into two categories, see the chromatograms in Fig.2(A) and (B). Impurity 1 and Impurity 2 both exceeded 0.1%. The relative retention times (RRT) and the retention times (RT) were 0.77 (Impurity 1, RT, 7.01 min) and 1.10 (Impurity 2, RT, 9.99 min) along with $CoQ_{10}$ (RRT, 1.00; RT, 9.07). we have selected $CoQ_{10}$ API from Xinchang Pharmaceutical Co.,Ltd. for the study of Impurity 1 and Impurity 2. According to our survey, it was the main source of API for most domestic manufacturers. The typical chromatogram of $CoQ_{10}$ API is shown in Fig. 2(C).

### 3.2. Proposed structural elucidation of impurities

The $MS^2$ study method was carried out as the method discussed in Section 2.3. The structures of the impurities are shown in Fig. 1(B–D). The $MS^2$ spectrum of $CoQ_{10}$ is shown in Fig. 3(A). The obtained molecular ions and their daughter ions with difference masses are summarized in Table 1.




**Fig. 3.** $MS^2$ spectrum of (A) $CoQ_{10}$, (B) Impurity 1, (C) Impurity 2.

*3.2.1. APCI-q-TOF fragmentation studies on $CoQ_{10}$*

A study of the mass fragmentation patterns of $CoQ_{10}$ was carried out to identify characteristic product ions and fragmentation process. $CoQ_{10}$ showed $[M+H]^+$ ion at *m/z* 863.6933 ($C_{59}H_{91}O_4$). The daughter ion *m/z* 197 and *m/z* 667 might be rationalized by

**Table 1**
Summary of accurate mass measurements for $CoQ_{10}$, Impurity 1 and Impurity 2.

| Compd. | Retention time (RT time) | Relative retention time(RRT) | Daughter ions in MS/MS | Measured mass | Calculated mass | Ion formula | Diff |
|---|---|---|---|---|---|---|---|
| $CoQ_{10}$ | 9.069 | 1 | – | 863.6933 | 863.6912 | $C_{59}H_{91}O_4$ | −2.45 |
| | | | 667 | 667.6174 | 667.6176 | $C_{49}H_{79}$ | 0.34 |
| | | | 381 | 381.3514 | 381.3516 | $C_{28}H_{45}$ | 0.47 |
| | | | 237 | 237.1127 | 237.1121 | $C_{13}H_{17}O_4$ | −2.39 |
| | | | 197 | 197.0848 | 197.0808 | $C_{10}H_{13}O_4$ | −19.59 |
| | | | 149 | 149.1329 | 149.1325 | $C_{11}H_{17}$ | −2.86 |
| | | | 109 | 109.1017 | 109.1012 | $C_8H_{13}$ | −4.84 |
| Impurity 1 | 7.013 | 0.77 | – | 863.6921 | 863.6912 | $C_{59}H_{91}O_4$ | −1.06 |
| | | | 399 | 399.2526 | 399.2530 | $C_{25}H_{35}O_4$ | 0.97 |
| | | | 331 | 331.1901 | 331.1904 | $C_{20}H_{27}O_4$ | 0.87 |
| | | | 237 | 237.1125 | 237.1121 | $C_{13}H_{17}O_4$ | −1.54 |
| | | | 197 | 197.0817 | 197.0808 | $C_{10}H_{13}O_4$ | −4.4 |
| | | | 149 | 149.1327 | 149.1325 | $C_{11}H_{17}$ | −1.51 |
| | | | 81 | 81.0703 | 81.0699 | $C_6H_9$ | −5.29 |
| Impurity 2 | 9.999 | 1.10 | – | 877.7112 | 877.7068 | $C_{60}H_{93}O_4$ | −4.98 |
| | | | 251 | 251.1282 | 251.1278 | $C_{14}H_{19}O_4$ | −1.66 |
| | | | 211 | 211.0984 | 211.0965 | $C_{11}H_{15}O_4$ | −9.11 |
| | | | 183 | 183.0654 | 183.0652 | $C_9H_{11}O_4$ | −1.18 |
| | | | 149 | 149.1328 | 149.1325 | $C_{11}H_{17}$ | −2.18 |
| | | | 109 | 109.1015 | 109.1012 | $C_8H_{13}$ | −2.99 |

Case 1:23-cv-07483-SJB-SDE Document 100-12 Filed 12/01/25 Page 6 of 9 PageID #: 6085




**Fig. 4.** The most possible fragmentation path ways of (A) $CoQ_{10}$, (B) Impurity 1,(C) Impurity 2.

loss of 666 Da and 196 Da from $[M+H]^+$, which belonged to its two different forms of fracture. *M/z* 237 (−626 Da) and *m/z* 197 were both C—C bond cleavage of the side chain. *M/z* 197 ($C_{10}H_{13}O_4$) was a characteristic fragment ion representing the presence of the $CoQ_{10}$ mother nucleus. Then the fragmentation ion *m/z* 667 yielded daughter ions *m/z* 381 attributed by the loss of $C_{31}H_{34}$ (−286 Da). *M/z* 149 (−232 Da) and 109 (-232−40 Da) were fragment ions by the break of $CoQ_{10}$ side chain. The most possible fragmentation path way of $CoQ_{10}$ present in Fig. 4(A).

Therefore, it can be inferred that the cleavage of $CoQ_{10}$, the benzoquinones was mainly the C—C bond cleavage on the side chain, and the mother nucleus (benzoquinoid structure) was not easy to break, and then *m/z* 197 can determine the existence of nucleus structure ($C_{10}H_{13}O_4$) basically.

### 3.2.2. *Identification of impurity 1 by MS²*

The accurate mass of Impurity 1 $[M+H]^+$ measured by $APCI^+$-TOF was *m/z* 863.6921 (an isomer of $CoQ_{10}$), which corresponded to ion formula $C_{59}H_{91}O_4{}^+$. There were mainly fragment ions of *m/z* 399, 331, 237, 197, 149 and 81 in the secondary mass spectrum. *M/z* 399 (−464 Da) and 331 (−532 Da) were structural units obtained by losing a series of side chain the same like $CoQ_{10}$ from $[M+H]^+$, corresponded with formula $C_{25}H_{35}O_4$ and $C_{20}H_{27}O_4$. *M/z* 237 (−94 Da) was received by breaking the entire side chain of Impurity 1. The existence of this characteristic fragment ion (*m/z* 237) also proved the rationality of the speculative structure. *M/z* 197 (−40 Da) was obtained by ring-breaking rearrangement from *m/z* 237 through the loss of $C_3H_4$. *M/z* 149 (−250 Da) and *m/z* 81 (-250-68 Da) indicated a side chain fragment similar to $CoQ_{10}$. In combination with the BP, the compound was presumed to be impurity E. The $MS^2$ spectrum of Impurity 1 and the possible cleavage pathway is shown in Figs. 3(B) and 4(B) respectively.

### 3.2.3. *Identification of the Impurity 2-1 and Impurity 2-2 by MS²*

Impurity 2-1 and Impurity 2-2 had the same molecular mass and the similar lysed fragments. It can be judged that they were a pair of isomers, here taking the Impurity 2-1 as an example. The accurate mass of the Impurity 2-1 $[M+H]^+$ ion measured by $APCI^+$-TOF was 877.7112, which corresponded to the ion formula $C_{60}H_{93}O_4$. This compound owned one more $CH_2$ than $CoQ_{10}$. There were mainly fragment ions at *m/z* 251, 211, 183, 149 and 109 in the secondary mass spectrum. *M/z* 251 $C_{46}H_{74}$ (−626 Da) and 211 $C_{11}H_{15}$ (-626−40 Da) were generated by losing side chains from *m/z* 877. *M/z* 251 and 211 also owned one more $CH_2$ than *m/z* 237 and *m/z* 197 (in $CoQ_{10}$), respectively. *M/z* 183 (−28 Da) was the [-$C_2H_5$+H] loss from *m/z* 211. *M/z* 149 (−728 Da) and *m/z* 109

KAN0010086

**Table 2**
$^1$H, $^{13}$C, DEPT, HMBC and HSQC NMR data of the Impurity 1(Impurity E) in $CoQ_{10}$.




| position | δC | δH | DEPT | HMBC(C-H) | HSQC(C-H) |
|---|---|---|---|---|---|
| 1 | 138.95 | – | C | 12-H | |
| 2 | 135.32 | – | C | – | |
| 3 | 113.96 | – | C | 14-H | |
| 4 | 116.36 | – | C | 14-H,7-H,17-H | |
| 5 | 140.44 | – | C | 14-H | |
| 6 | 139.51 | – | C | 11-H,7-H | |
| 7 | 119.81 | 6.50 (d, *J* = 10.1 Hz, 1 H) | CH | 15-H | a |
| 8 | 128.95 | 5.59 (d, J = 10.1 Hz, 1 H) | CH | – | a |
| 9 | 77.27 | – | C | 7-H,8-H,15-H | |
| 10 | – | – | – | – | |
| 11 | 61.34 | 3.95 (s, 3 H) | $CH_3$ | | a |
| 12 | 60.96 | 3.89 (s, 3 H) | $CH_3$ | | a |
| 13 | – | | – | | |
| 14 | 10.33 | 2.17 (s, 3 H) | $CH_3$ | | a |
| 15 | 25.45 | 1.39 (s, 3 H) | $CH_3$ | | a |
| 16 | 40.78 | 1.73 – 1.64 (m, 5 H) | $CH_2$ | | a |
| 17,21 | 26.99 – 26.29 | 2.15 – 2.03 (m, 18 H) | $CH_2 \times 9$ | 18,22-H | a |
| 18,22 | 124.24 | 5.12 (m, 9 H) | CH×9 | 17,21-H,20-H | a |
| 19 | 134.95 | – | C | 17,21-H,20-H,25-H | a |
| 20 | 39.75 | 2.03 – 1.94 (m, 16 H) | $CH_2 \times 8$ | 18,22-H | a |
| 23 | 131.19 | – | C | 24-H,26-H | |
| 24 | 17.67 | 1.60 (d, J = 3.9 Hz, 27 H) | $CH_3$ | | a |
| 25 | 16.02 | 1.60 (d, J = 3.9 Hz, 27 H) | $CH_3 \times 8$ | 18,22-H | a |
| 26 | 25.45 | 1.73 – 1.64 (m, 5 H) | $CH_3$ | | a |

[a] Represent the existence of direct C–H correlations.

(-728−40 Da) indicated a side fragment similar in $CoQ_{10}$. Therefore, it could speculate that Impurity 2-1 and Impurity 2-2 were ethoxy substituted of $CoQ_{10}$.The $MS^2$ spectrum of Impurity 2-1 and the possible cleavage pathway are shown in Figs. 3(C) and 4(C), respectively.

### *3.3. Confirmed by NMR*

The assignment of the NMR signals was performed for the impurities by means of $^1$H, $^{13}$C. Distortionless enhancement by polarization transfer (DEPT) 135° and 2D NMR such as correlation spectroscopy (COSY), heteronuclear single quantum coherence spectroscopy (HSQC), heteronuclear multiple-bond correlation spectroscopy (HMBC) and nuclear overhauser effect spectroscopy (NOESY). The related data is listed in Table 2.

#### *3.3.1. Identification of impurity 1by NMR*

The $^1$H NMR spectrum of the Impurity 1 revealed signals of five methyl groups [δH 1.73-1.64 (3H,m), δH 1.59 (24H,d, J = 3.9 Hz), δH 1.60 (3H,d, J = 3.9 Hz), δH 1.39 (3H,s), δH 2.17 (3H,s)],two methoxy groups [δH 3.89 (3H,s), δH3.95 (3H,s)], two alkenyl hydrogen groups [δH 5.59 (1H,d,J = 10.1 Hz), δH 6.50 (1H,d,J = 10.1 Hz)] which complied with the chemical structure deduced from the $MS^2$ data. The existence of δH 5.59 and δH 6.50 provided a basis for another looping group in Impurity 1.

The $^{13}$C NMR and DEPT 135° spectrum of the Impurity 1 indicated the presence of 22 carbon signals including seven primary carbon signals [δC 25.45 (1C), 16.02 (8C), 17.67 (1C), 25.45 (1C), 10.33 (1C), 60.96 (1C), 61.34 (1C)], three secondary carbon signals [δC 39.75 (8C), 6.99–26.29 (9C), 40.78 (1C)], three tertiary carbon signals [δC 124.24 (9C), 128.95 (1C), 119.81 (1C)], nine quaternary carbon signals [δC 131.19 (1C), 134.95 (8C), 77.27 (1C), 139.51 (1C), 140.44 (1C), 116.36 (1C), 113.96 (1C), 135.32 (1C), 138.95 (1C)]. The HSQC spectrum was also assigned and it was not difficult to infer the impurity structure.

By analyzing the $^1$H, $^{13}$C, COSY, HMBC, NOESY NMR spectrum, all proton and carbon signals for the Impurity 1 structure were quickly assigned. In the HMBC spectrum, [δH 2.15-2.03 (18H, m), 2.03-1.94 (16H, m)] showed correlations with C18, C22 [δC 124.24 (9C)] and C19 [134.95 (8C)]. [δH 5.12 (9H, m)] showed correlations with C17, C21 [δC 26.99–26.29 (9C)] and C20 [δC 39.75 (8C)]. Thus the eight isopentane groups were confirmed. In the NOESY spectrum, [δH 5.12 (9H, m)] showed correlations with [δH 1.6 (27H, d)] which could show the stereoscopic relationship.

#### *3.3.2. Identification of impurity 2-1 and impurity 2-2*

As the extension of the heating time in ethanol, the increasing trend in the amount of Impurity 2. Thus, we inferred Impurity 2 was a product of $CoQ_{10}$ and ethanol, and the methoxy group in $CoQ_{10}$ was replaced by an ethoxy group. The possible mechanism diagram is presented in Fig. 5(A).

*3.3.2.1. Impurity 2-1 and Impurity 2-2 $^1$H NMR spectrum.* δH 5.12 (ddd, J = 16.9, 6.9 Hz, 9 H), 4.97 (dd, J = 7.0, 6.0 Hz, 1 H), 4.24 (q, J =7.0 Hz, 2 H), 4.02 (s, 3 H), 3.21 (d, J =7.0 Hz, 2 H), 2.13-1.95 (m, 39 H), 1.76 (s, 3 H),1.71 (d, J =0.6 Hz, 3 H), 1.61 (d, J =10.6 Hz, 27 H), 1.40 (t, J =7.1 Hz, 3 H). δH4.24 (q, J =7.0 Hz, 2 H), 1.40 (t, J =7.1 Hz, 3 H) and 4.02 (s, 3 H) showed thatethoxy ($-OCH_2CH_3$) and methoxy group($-OCH_3$)might be exist. δH 1.61 (d, J =10.6 Hz, 27 H), 1.76 (s, 3 H) and 2.13-1.95 (m, 39 H), 3.21 (d, J =7.0 Hz, 2 H) indicated the existence of several methyl ($-CH_3$) and methylene ($-CH_2-$) groups. Impurity 2-1 $^1$H NMR spectrum the same as Impurity 2-2 was as following: δH 5.11 (ddd, J = 16.9, 14.9, 6.4 Hz, 9 H), 4.97 (dd, J = 7.0, 6.0 Hz, 1 H), 4.26 (q, J =7.0 Hz, 2 H), 4.01 (s, 3 H), 3.21 (d, J =7.0 Hz, 2 H), 2.16-1.90 (m, 39 H), 1.76 (d, J =6.0 Hz, 3 H), 1.71 (s, 3 H), 1.61 (d, J =10.6 Hz, 27 H), 1.41 (t, J =7.1 Hz, 3 H).




**Fig. 5.** The possible mechanism diagrams of Impurity 1 and Impurity 2:(A)Impurity 1(B)Impurity 2.

**Table 3**
$^{13}$C and DEPT NMR data of the Impurity 2-1 and Impurity 2-2 in $CoQ_{10}$.

| position | Impurity 2-1,$^{13}$C | Impurity 2-2,$^{13}$C | DEPT 135° | Possible structure |
|---|---|---|---|---|
| 1, 4 | 185.02 | 184.82 | C |  |
| | 183.96 | 184.17 | C | |
| 1,2,3,4,5,6, 13,17,21 | 145.00 | 144.88 | C |  |
| | 143.41 | 143.55 | C | |
| | 141.61 | 141.74 | C | |
| | 138.91 | 138.78 | C | |
| | 137.58 | 137.56 | C | |
| | 135.25 | 135.25 | C | |
| | 134.94 | 134.94 | C | |
| | 131.23 | 131.23 | C | |
| 12,16,20 | 124.29 | 124.29 | CH |  |
| | 123.88 | 123.87 | CH | |
| | 118.93 | 118.95 | CH | |
| | 69.58 | 69.55 | $CH_2$ | |
| | 61.03 | 61.03 | $CH_3$ | |
| | 39.75 | 39.75 | $CH_2$ | |
| | 26.69 | 26.69 | $CH_2$ | |
| | 25.70 | 25.70 | $CH_3$ | |
| | 25.32 | 25.36 | $CH_2$ | |
| | 17.69 | 17.69 | $CH_3$ | |
| | 16.35 | 16.37 | $CH_3$ | |
| | 16.03 | 16.03 | $CH_3$ | |
| | 15.56 | 15.55 | $CH_3$ | |
| | 11.96 | 11.94 | $CH_3$ | |

$^{13}$C and DEPT 135 °NMR data of the Impurity 2-1 and Impurity 2-2 in $CoQ_{10}$ are listed in Table 3. Carbonyl group might exist as [δC 184.82, 184.17] in NMR and [δC 144.88, 143.55, 141.74, 138.78, 137.56, 135.25, 134.94, 131.23] (Impurity 2-2) which coincided with mother nucleus structure of $CoQ_{10}$ and $MS^2$ data. According to the NMR and $MS^2$ data above, Impurity 2-1 and Impurity 2-2 owned the same side chain as $CoQ_{10}$. Existence of ethoxy group($-OCH_2CH_3$)proved that it was reasonable to speculate that they were ethoxy substituted.The possible mechanism diagram is presented in Fig. 5(B).

Case 1:23-cv-07483-SJB-SDE Document 100-12 Filed 12/01/25 Page 9 of 9 PageID #: 6088



## 4. Conclusion

In this study, we prepared and identified the unknown impurities in $CoQ_{10}$. Impurity 1 and Impurity 2 were products under base and heat (with ethanol) conditions, respectively. Impurity 1 is the impurity E described in BP specification. Impurity 2-1 and Impurity 2-2 were ethoxy substituted $CoQ_{10}$ according to the $MS^2$ and NMR. The pair of isomers has not been reported before.

Taking into consideration the possible degradation pathways and degradation products of drug substances, impurities that may potentially arise during final drug product manufacturing process or during shelf life based on thorough understanding are included in this article. Namely, alkaline excipients should be avoided in the preparation of $CoQ_{10}$ as much as possible due to the increase of Impurity 1 under alkaline condition. As far as we know, ethanol was used in the recrystallization of crude $CoQ_{10}$ and even as adhesive in the preparation of $CoQ_{10}$ product in China. To limit the content of Impurity 2-1 and Impurity 2-2, ethanol should be avoided as much as possible in the preparation process.

## Appendix A. Supplementary data

Supplementary material related to this article can be found, in the online version, at doi:https://doi.org/10.1016/j.jpba.2019.07.019.

## References


[1] Rujie Yang, Yinchao Li, Cuiru Liu, Xu Youjun, Longshan Zhao, Tianhong Zhang, An improvement of separation and response applying post-column compensation and one-step acetone protein precipitation for the determination of $CoQ_{10}$ in rat plasma by SFC-MS/MS, J. Chromatogr. B 1031 (2016) 221–226.

[2] R. Nageswara Rao, M.V. Narendra Kumar Talluri, Dhananjay D. Shinde, Simultaneous separation and determination of Coenzyme $Q_{10}$ and its process related impurities by NARP-HPLC and atmospheric pressure chemical ionization-mass spectrometry (APCI-MS), J. Pharm. Biomed. Anal. 137 (2017) 268–278.

[3] Meng Luo, Xuan Yang, Jiaoyang Hu, Xin Ruan, Fansong Mu, Fu Yujie, The synthesis of coenzyme $Q_{10}$, Curr. Org. Chem. 21 (2017) 489–502.

[4] Vanessa Roman-Pizarro, Juan Manuel Fernandez-Romero, Agustina Gomez-Hens, Automatic determination of Coenzyme $Q_{10}$ in food using cresyl violet encapsulated into magnetoliposomes, Food Chem. 221 (2017) 864–870.

[5] Licensee MDPI, Basel, Switzerland. Effect of coenzyme $Q_{10}$. Supplementationon testosterone, Biomolecules 8 (2018) 172, http://dx.doi.org/10.3390/biom8040172.

[6] Doaa I. Mohamed, Eman Khairy, Sherin Shafik Tawfek, Eman K. Habib, Marwa A. Fetouh, Coenzyme $Q_{10}$ attenuates lung and liver fibrosis via modulation of autophagy in methotrexate treated rat, Biomed. Pharmacother. 109 (2019) 892–901.

[7] Ke Xu, Yong-song Cai, She-Min Lu, Xiao-li Lin Liu, Zhong Li, Hui Liu, Xu Peng, Autophagy induction contributes to the resistance to methotrexate treatment in rheumatoid arthritis fibroblast-like synovial cells through high mobility group box chromosomal protein1, Arthritis Res. Ther. 17 (374) (2015).

[8] Mohammad Vahid Jorat, Reza Tabrizi, Naghmeh Mirhosseini, Kamran B. Lankaran, Maryam Akbari, Seyed Taghi Heydari, Reza Mottaghi, Zatollah Asemi, The effects of Coenzyme $Q_{10}$ supplementation on lipid profiles among patients with coronary artery disease: a systematic review and meta-analysis of randomized controlled trials, Lipids Health Dis. 17 (230) (2018), http://dx.doi.org/10.1186/s12944-018-0876-4.

[9] Mehdi Jafaria, Seyed Masood Mousavic, Asra Asgharzadeh, Nada Yazdan, Coenzyme $Q_{10}$ in the treatment of heart failure: a systematic review of systematic reviews, Indian Heart J. 1401 (2019), http://dx.doi.org/10.1016/j.ihj.2018.01.031, No. of Pages 7.

[10] Jessica Ayers, Jamie Cook, Rachel A. Koenig, Evan M. Sisson, Dave L. Dixon, Recent developments in the role of Coenzyme $Q_{10}$ for Coronary heart disease: a systematic review, Curr. Atheroscler. Rep. 20 (2018) 29.

[11] Ji Hyung Lee, Nguyen Huu Hoang, Nguyen Lan Huong, Anil Shrestha, Won Park Je, Ultra-performance liquid chromatography with electrospray ionization mass spectrometry for the determination of $CoQ_{10}$ as an anti-aging ingredient in edible cosmetics, Anal. Lett. 47 (2014) 367–376.

[12] Katja Zmitek, Tina Pogac˘nik, Liljana Mervic, Janko Zmitek, Igor Pravst, The effect of dietary intake of Coenzyme $Q_{10}$ on skin parameters and condition: results of a randomised, placebo-controlled, double-blindstudy, Biofactors 43 (1) (2017) 132–140, Jan 2 doi: 10.1002/biof.1316.

[13] Sean Qiu En Lee, Tsu Soo Tan, Makoto Kawamukai, Sin Chen Ee, Cellular factories for coenzyme $Q_{10}$ production. Lee et al, Microb. Cell Fact. 16 (2017) 39, http://dx.doi.org/10.1186/s12934-017-0646-4.

[14] Simona Dragan, Florina Buleu, Ruxandra Christodorescu, Florin Cobzariu, Stela Iurciuc, Dana Velimirovici, Jianbo Xiao, Constantin Tudor Luca, Benefits of multiple micronutrient supplementation in heart failure: acomprehensive review, Crit. Rev. Food Sci. Nutr. (2018), 1540398, http://dx.doi.org/10.1080/10408398.

[15] T. Hidaka, K. Fuji, I. Funahashi, N. Fukutomi, K. Hoseo, Safety assessment of Coenzyme $Q_{10}$ ($CoQ_{10}$), Biofactors 32 (1-4) (2008) 521–527.

[16] Juan D. Hernández-Camacho, Michel Bernier, Guillermo López-Lluch, Plácido Navas, Coenzyme $Q_{10}$ supplementation in aging and disease, Front. Physiol. 9 (2018), 44, http://dx.doi.org/10.3389/fphys.2018.00044, February.

[17] Urban Alehagen, Jan Aaseth, Jan Alexander, Peter Johansson, Still reduced cardiovascular mortality 12 years after supplementation with selenium and Coenzyme Q10 for four years: a validation of previous 10-year follow-up results of a prospective randomized double-blind placebo-controlled trial in elderly, PLoS One 13 (4) (2019), e0193120, http://dx.doi.org/10.1371/journal.pone.0193120.

[18] Nayira A. Abd Elbaky, Naglaa F. El-Orabi, Laila M. Fadda, Omar H. Abd-Elkader, Hanaa M. Ali, Role of N-acetylcysteine and Coenzyme $Q_{10}$ in the amelioration of myocardial energy expenditure and oxidative stress, induced by carbon tetrachloride intoxication in rats, Int. J. (July–September) (2018) 1–7.

[19] Amirreza Monsef, Siamak Shahidi, Alireza Komaki, Influence of chronic Coenzyme $Q_{10}$ supplementation on cognitive function, learning, and memory in healthy and diabetic middle-aged rats, Neuropsychobiology (2019), http://dx.doi.org/10.1159/000495520.

[20] Marzieh Bakhshayeshkaram, Kamran B. Lankarani, Naghmeh Mirhosseini, Reza Tabrizi, Maryam Akbari, Mohammad Hosse in Dabbaghmanesh, Zatollah Asemi, The effects of Coenzyme $Q_{10}$ supplementation on metabolic profiles of patients with chronic kidney disease: a systematic review and meta-analysis of randomized controlled trials, Curr. Pharm. Des. 24 (2018) 1–14.

[21] Junya Zhai, Yacong Bo, Yan Lu, Chunli Liu, Lishi Zhang, Effects of $CoQ_{10}$ on markers of inflammation: A systematic review and meta-analysis, PLoS One 12 (1) (2019), e0170172, http://dx.doi.org/10.1371/journal.pone.0170172.

[22] Andrew Mc Garry, Michael Mc Dermott, Karl Kieburtz, Elisabeth A. de Blieck, Flint Beal, Karen Marder, et al., A randomized, double-blind, placebo-controlled trial of Coenzyme $Q_{10}$ in Huntington disease, Neurology 88 (2017) 152–159, doi: 10.1212/WNL.000000000000 3478.

[23] Estela Lorza-Gil, Jane C. de Souza, Marta García-Arévalo, Jean F. Vettorazzi, Ana Carolina Marques, Alessandro G. Salerno, Jose Roberto Trigo, Helena C.F. Oliveira, $CoQ_{10}$ protects against β-cell toxicity induced by pravastatin treatment of hypercholesterolemia, J. Cell. Physiol. (2018) 1–13, http://dx.doi.org/10.1002/jcp.27932.

[24] Hua Qu, Yanyan Meng, Hua Chai, Fang Liang, Jiayi Zhang, Zhuye Gao, Dazhuo Shi, The effect of statin treatment on circulating coenzyme $Q_{10}$ concentrations: an updated meta-analysis of randomized controlled trials, Eur. J. Med. Res. 23 (2018) 57, http://dx.doi.org/10.1186/s40001-018-0353-6.

[25] Estela N.B. Busanello, Tiago R. Figueira, Ana C. Marques, Claudia D.C. Navarro, Helena C.F. Oliveira, Anibal E. Vercesi, Facilitation of $Ca^{2+}$-induced opening of the mitochondrial permeability transition pore either by nicotinamide nucleotide transhydrogenase deficiency or statins treatment, Cell Biol. Int. 42 (June (6)) (2018) 742–746, http://dx.doi.org/10.1002/cbin.10949.

[26] Chinese Pharmacopoeia, vol. 2, China Medical Science Press, Beijing, 2015, pp. 1218–1219.

[27] British Pharmacopoeia, vol. II, British Pharmacopoeia Commission, 2018, pp. 1207–1208.

[28] Murali V.N. Kumar Talluri, Pradipbhai D. Kalariya, Shireesha Dharavath, Naeem Shaikh, Prabha Garg, Nageswara Rao Ramisetti, Srinivas Ragampeta, Automated statistical experimental design approach for rapid separation of coenzyme $Q_{10}$ and identification of its biotechnological process related impurities using UHPLC and UHPLC-APCI-MS, J. Sep. Sci. 00 (2016) 1–8.

[29] Yin Zhao, Yan-Hong Sun, Zhi-Yong Li, Chuang Xie, Ying Bao, Zhi-Jian Chen, Jun-Bo Gong, Qiu-Xiang Yin, Wei Chen, Cui Zhang, Solubility measurements and prediction of coenzyme $Q_{10}$ solubility in different solvent systems, J. Solut. Chem. 42 (May (4)) (2013) 764–771.