# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KANEKA CORPORATION, )
)
Plaintiff, )
)
vs. ) Case No. 1:23-cv-07483-SJB
)
)
KANEKA TECHNOLOGY (JIAXING) )
CO. LTD (f/x/a SHANGHAI COCRYSTAL )
PHARMACEUTICAL TECHNOLOGY CO., )
LTD.) and COCRYSTAL HEALTH )
INDUSTRY (ZHEJIANG) CO., LTD., )
)
Defendants. )

DEPOSITION OF TAKAHIRO UEDA

Taken on Behalf of the Defendants

BE IT REMEMBERED That, pursuant to the Federal Rules of Civil Procedure, the deposition of TAKAHIRO UEDA was taken before Cecille A. Flores, a Certified Shorthand Reporter, on Friday, the 18th day of April, 2025, at 9:00 a.m. at the Hilton Guam Resort & Spa, 202 Hilton Road, Tumon Bay, Guam.

APPEARANCES

Appearing on behalf of the Plaintiff:

LEONARDO TRIVIGNO, ESQ.
CARTER LEDYARD & MILBURN, LLP
28 Liberty Street, 41st Floor
New York, NY 10005
Phone: (212) 238-8786

Appearing on behalf of the Defendants:

GARY M. HNATH, ESQ.
MAYER BROWN, LLP
1999 K Street, N.W.
Washington, DC 20006
Phone: (202) 263-5323

ALSO PRESENT

Christopher Fiele, Interpreter; Dong Won Lee, Videographer; Javier Garrido, Videographer

about the analysis was done. How the analysis was done. Therefore, in preparing for this deposition, I also reviewed records of analysis for that particular lot.

Q Do you recall what that lot was, how it was identified?

A It was called FB, as in batch, 01-0001.

Q What does the F stand for?

A Functional foods.

Q And the 01 before the 0001, what does the 01 signify?

A That means bulk Ubiquinol manufactured at Osaka Synthetic Organic Chemistry.

Q And then the 0001 would be what?

A The first batch.

Q The first lot, the first batch?

A Yes. The next batch would have been 0002.

Q When you say that that report described how it compared to your standards and specifications, which standards and specifications?

A The standards or specifications that we submit to our customers, which is the same as USP.

Q All right. So which Ubiquinol standards were you providing to customers at that time?

A I'm sorry to say that I don't remember yet. I don't remember whether in 2005 or '6 those had already been included in the USP or not. They may not have been yet written in it.

Q How would you provide them to your customers if they were not part of the USP?

MR. TRIVIGNO: Objection, form. Go ahead.

A Our thought, at the time, was to apply and register with NDI and sell them as NDI registered product.

BY MR. HNATH: (Continuing)

Q The NDI registration apply to the U.S. or Japan or everywhere in the world?

A It applies only to the US. It's only in the US that the NDI system exists.

Q So when did Kaneka first begin discussing Ubiquinol with customers in the United States?

MR. TRIVIGNO: Objection, I also don't think this is one of his topics.

MR. HNATH: We can consider this to be his individual now.

A I apologize, but I was a researcher at the time so I don't know what companies we were talking to, nor do I know when we started doing that.

BY MR. HNATH: (Continuing)

Q From your personal knowledge, you don't know when Kaneka first began discussing Ubiquinol with U.S. companies; is that correct?

MR. TRIVIGNO: Objection. Go ahead.

A I do not know when that began, but I do remember

reduction, so we did not think -- this had no affect on stability. In other words, the only thing that affects stability is Hydroquinone.

Now, in Figure 1, on the other hand, what this shows is the results for absorption between CoQ9 and CoQ11. We learned that the absorption occurs in the rat, whether it's CoQ9 or CoQ11 that's administered. The reason that -- the reason that absorption is easier with CoQ9 is that CoQ9 exists -- is naturally present in the rat.

So in other words, we can see that there is absorption with CoQ10, which does not exist naturally in the rat. In Figure 2, the absorption of CoQ10 did not change, even when CoQ11 was introduced. In other words, CoQ10 is absorbed whether present with CoQ9 or CoQ11. On the other hand, in talking about stability, the only factor that matters is the Hydroquinone, and there is no difference between whether CoQ9 or CoQ11 is present.

So I believe that looking at this data, one can conclude that since CoQ11, CoQ9 have the same properties, they would have the same stability.

Q Could you look at Claim 5 of the patent on Column 16?

A Yes.

Q So this recites a reduced Coenzyme Q10-containing composition comprising reduced Coenzyme Q10 and one or both of A and B. A is not less than 1.5 wt % to no more than 99 wt %

so I don't know for certain, but I, on the other hand, have not heard that there were any major changes in bacterial strain from '23 to '24. That's my basis for saying that.

Q How about 2022? Do you believe that reduced Q11 existed in the Ubiquinol made by Kaneka in 2022?

MR. TRIVIGNO: Objection; asked and answered.

A I don't know.

BY MR. HNATH: (Continuing)

Q And would your answer "I don't know" be the same for each year from 2007 to 2021? We can go through each one, but would your answer be the same?

MR. TRIVIGNO: Objection, form. Objection, form.

A Yes, I don't know. But as I said earlier, there was a certain timing at which major manufacturing changes occurred and that's where I think there would be a higher probability -- a change.

BY MR. HNATH: (Continuing)

Q Which major changes took place and when did they occur?

A I don't recall the year exactly, but as I said earlier, the first production was done by this Osaka Synthesis Lab. We then switched over, as the next major change, to producing it under our own company either at Takasago plant or the Texas. I don't remember which was first. So that would be the first major change. And the second was a big change

that occurred in the manufacturing process. The second one, as I said, involves the change in the manufacturing method. Let me first talk about the current one.

Q And just for the record, the witness is drawing something on a small pad of paper which I -- I have no objection to, you're welcome to, I'm just noting it for the record.

A I want to explain it to the interpreter.

Q Sure, you're welcome to, I have no objection.

A So in the current method, we first crystallized the oxidized form of Q10 and then conducted a reducing reaction and then crystallized the reduced product. That's the current method. The former method, the old method called for two crystallizations of a oxidized form, and that was followed by reduction and crystallization. In other words, the number of oxidized form of crystallizations is reduced, so that was also one of the major changes. Of course during this period, we were also repeatedly changing the strain. So these things taken together make for big changes in the impurity profile.

Q And when were those changes made?

MR. TRIVIGNO: Objection.

BY MR. HNATH: (Continuing)

Q When was the first change made where you reduced the number of crystallizations of the oxidized form?

A I'm sorry, but I don't really know.

Q Do you recall approximately when it was?
A I can say at least it was not some year like 2008, it was much more recent, but I'm not sure exactly when.
Q After 2020?
A I don't remember.
Q How would that change affect the impurity profile with respect to reduced Q9 or reduced Q11?
MR. TRIVIGNO: Objection.
A I don't know if it would affect it or not, but there's no question that we made sure or that we confirmed that this change or these changes were -- did satisfy our quality assurance standards.
BY MR. HNATH: (Continuing)
Q You mean the USP standards?
A Yes, of course.
Q But apart from satisfying the USP standards, you couldn't say whether that change would increase or decrease the amount of reduced Q11 in the Ubiquinol; is that correct?
MR. TRIVIGNO: Asked and answered.
A I can't say, but I can say, as a general matter, that the normal thing or a general trend is if you reduce the number of crystallizations, you have an increase in impurities.
BY MR. HNATH: (Continuing)
Q Do you have any information as to how much that

(Off the record from 3:09 p.m. to 3:21 p.m.)

VIDEOGRAPHER: We're back on the record at 3:21 p.m.

MR. HNATH: I think we're up to Exhibit 6?

MR. TRIVIGNO: Seven.

MR. HNATH: Seven? We'll mark as Exhibit 7 a document numbered KAN0147865 through 872.

(Exhibit 7 marked for identification.)

BY MR. HNATH: (Continuing)

Q Have you seen this document before, Mr. Ueda?

A Yes, I have.

Q Can you tell us what it is?

A It's a Ubiquinol Prototype Report. And in particular, it's a -- oh, it's a report about the FP01-0001 prototype.

Q Who prepared the report?

A It shows that the people responsible for the report are Kitamura, Ueda and Ono, but I think I was probably the one who drafted it.

Q What was the purpose of the report?

A It describes it on the first line as -- bulk being the production of QH or bulk, which is necessary for selling the QH capsule in bulk.

Q And it indicates that the production would take place in September 2004?

A Yes.
Q Did the production in fact take place in September 2004?
A Yes, it mentions the actual outcome. About three quarters of the way down, it says Plan and then underneath that it says Outcome/Action Result, and that was done in September of 2004.
Q How much was produced in September 2004?
A 73.25 kilograms.
Q And what was done with that?
MR. TRIVIGNO: Objection.
A Again, it says in bold at the top that the purpose of this was to make QH bulk for selling QH capsule bulk, so I think that was the purpose.
BY MR. HNATH: (Continuing)
Q Okay. And so were those capsules then sold?
A That I don't know.
Q Who made the capsules, was that that outside manufacturer that we talked about earlier?
A Yes, it is. Yes, it was. I want to say that in the morning, I mentioned the first production as having occurred in 2005, but I can see from this it was 2004, this is correct.
Q Okay, thank you. Let me mark as Exhibit 8 a document numbered Cocrystal 610 through 619.
(Exhibit 8 marked for identification.)

A I don't remember.
Q Let me mark as Exhibit 11 a document numbered KAN0001341.
(Exhibit 11 marked for identification.)
Mr. Ueda, do you recognize Exhibit 11?
A Yes.
Q And what is it?
A It's stability data for the case where Q11 is present -- reduced Q11 is present and not present.
Q When was this test or experiment performed?
A I think it was 2008.
Q Who performed the test?
A I asked Mr. Takao Yamaguchi that I spoke of this morning to undertake the test.
Q Let me mark another document from 2008. I want to compare them and see if they're the same test or different tests. Let me mark as Exhibit 12 document number KAN000539 and 540. Do you recognize Exhibit 12?
(Exhibit 12 marked for identification.)
A Yes, I do.
Q What is Exhibit 12?
A This is a report of the results what I asked Mr. Yamaguchi to get for me that I mentioned earlier.
Q And why were these tests done in 2008?
A I was aware, as of the time of the application in

and it is not necessarily going to continue in the subsequent crystallization. The reduced form of the Q11 can be excluded during the crystallization, for example, or it can be excluded by other means such as silica gel column or other method. So it does not mean that just because there is oxidized Q11 in the oxidized Q10, there will necessarily be reduced Q11 in the reduced Q10.

Q I understand what you're saying, Mr. Ueda. Is it possible to eliminate every molecule of the Q11? In purifying it in crystallization, is it possible to completely eliminate every molecule of the Q11?

MR. TRIVIGNO: Asked and answered, objection.

A The answer is I've never done it, so I don't know. But for example, in the Lot FB 01-0001, there was no -- there was no Q11 peak detected. What's left to us, in other words, as a result now, is that when we applied the analytical method of the USP, there was no Q11 found.

BY MR. HNATH: (Continuing)

Q No detectible amount of Q11?

MR. TRIVIGNO: Objection.

A I'm saying we did not detect it.

BY MR. HNATH: (Continuing)

Q What was the level of detection at?

MR. TRIVIGNO: Objection.

A What is called for in the USP is to apply the same

analysis can go. That depends on the analytical conditions.
BY MR. HNATH: (Continuing)
Q Let me mark this document as 14, numbered Kaneka 79897 through 79914.
(Exhibit 14 marked for identification.)
Do you recognize this document?
A Yes, yes.
Q And what is this?
A This is the test result documents and HPLC result analysis for the product development -- for the product analysis that was done at the early development stage.
Q Who created this document?
A The person who signed the results report is someone named Onari, O-N-A-R-I. He is the person with quality control, possibly. And the people who actually conducted the experiment or the analysis were Tamaoka and Furukawa.
Q Were you involved in this testing?
A I was not because according to GMP, researchers must not be involved in analysis.
Q And this analysis was done when?
A July of 2006. Actually, it goes further back in -- in that each page represents analysis of --
Q So let's take the second page of the exhibit which is numbered on the bottom right Kaneka 79898, and this was for which lot?

A FB01-0002.
Q And so that would have been for the bulk powder?
A Yes.
Q Do you see the chart on the bottom right of this?
A The bottom right?
Q Yes. It's got a number of entries, one is for R11 of 25.174. Do you see that?
A Yes, I see it.
Q So R11 is reduced CoQ11; is that right?
A Yes.
Q And 25.174 represents the retention time for that R11 impurity; is that right?
A Yes.
Q Let me mark as Exhibit 15 a document numbered KAN79974 through 79993.
(Exhibit 15 marked for identification.)
On the first page, does that show the HPLC results for the testing of batch FB01-0002?
A Yes.
Q And there's a peak at 94.99.977; is that right?
THE INTERPRETER: 94? Sorry.
Q I'm sorry. 24.977.
A Yes. I don't think this is reduced Q11.
Q Well, let's take it one at a time. That peak has a width, right?

A Yes.
Q And that width would include 25.174, wouldn't it?
MR. TRIVIGNO: Objection, document speaks for itself.
A The retention time shown in the previous Exhibit 14 is strictly an anticipated retention time. When actually identifying an impurity, what is used is not the retention time but the relative retention time. The reason for that is that in liquid chromatography, a very minor change in the composition in the middle phase can result in a change in the location of the peak. Here it says that the mobile phase is, up at the top it says the mobile phase is Methanol QU -- with a ratio of 9:10, Methanol to Hexane. Hexane is an extremely volatile solvent. It gives all of the times of the analysis, it says that the first analysis was done at 10:55:41, and then on the second page -- that's on the first page. The second page, the same analysis was done at 13:23:30, approximately 2.5 hours later. With that mere 2.4 hour -- 2.5 hour difference, the peak which had been 24.9 has now moved to 25. I think you can see that after a day, the same mobile phase would have moved even further. This is an analysis of an actual product, but before doing such an analysis, there would first be an analysis performed on a standard Ubiquinone and Ubiquinol. My recollection back then is that the order in which the product analysis was done was to start with

Ubiquinol standard and then the Ubiquinone standard and then the test product. This cycle would be repeated five times to identify the peaks for Ubiquinone and Ubiquinol.

Q Mr. Ueda, I appreciate why you want to give me a long lecture about why you think this supports Kaneka's position, but we're short on time. My question was very simple and we've gone now, you've taken five or ten minutes of my time to -- I know the argument you want to make, I understand that.

A Okay.

Q I'm just trying to be as efficient as possible.

MR. TRIVIGNO: As you know, the witness is entitled to finish his answer.

MR. HNATH: No, he's not entitled to go on and on and on.

MR. TRIVIGNO: He absolutely is entitled to finish his answer.

MR. HNATH: It's not going to count against my time then.

MR. TRIVIGNO: It absolute is --

MR. HNATH: Because it's non-responsive, I can move to strike if I was in court, and the judge would uphold my right to say please answer the question.

MR. TRIVIGNO: You can move to strike, absolutely, that's your right, but he's entitled to answer the question and he's -- and so you gotta let him finish. I think

that's pretty standard.

MR. HNATH: He wants to make your argument, I understand that, I know you guys are concerned about this argument, I understand you've thought a lot about how you want to argue about it. He's just presenting Kaneka's argument about this chart and it's -- my question was very simple, isn't that peak within the range? And he's given me a long explanation about why he thinks this doesn't show the presence of Q11. My concern is that I've got a limited amount of time, he's not responding to my question, he's burning up my time and I'm going to go as long as I need to go today in order to finish my questions and I'm not going to be limited because he's chosen to go on and on and on with speeches about your legal position.

MR. TRIVIGNO: Okay. Respectfully, I disagree. Like I said, you can make any argument you want, you can move to strike later. The witness is entitled to answer the question, the witness is entitled to finish his answer, and you gotta let him finish his answer. That -- I mean --

MR. HNATH: I'll reserve my rights. I'm not going to --

MR. TRIVIGNO: Let's reserve your rights then. You can finish if you're not finished answering.

A I apologize for my explanation becoming so long. The conclusion is just that it depends on the composition of the

mobile phase and time and it would not -- it is not necessarily the case that it will be manifested at the anticipated peak position.

BY MR. HNATH: (Continuing)

Q Okay. It's possible, isn't it, Mr. Ueda, that reduced Q11 is present in this product given these HPLC results?

MR. TRIVIGNO: Objection.

A It is not possible. The reason is that there is no peak at the position which would be understood as RQ11.

BY MR. HNATH: (Continuing)

Q The peak that would be anticipated for RQ11 is 25.174, according to the chart?

MR. TRIVIGNO: Objection, asked and answered and misstates his testimony.

A If RQ11 is detected, it is detected between Ubiquinol and Ubiquinone. So at 25, although this is not complete, I believe that this is the peak for Ubiquinone. Looking at Exhibit 14, page 2 in the lower left table on lines 5 and 6.

THE INTERPRETER: Interpreter will just note that the numbers in this Column N-1 say 24.977 and 25.041, that location?

A This is the point of change appearing for -- relative to what appears in Exhibit 15. Furthermore, in the second N-2, in Table 3 of that same page, the second page of Exhibit

14, we see the Ubiquinone standard liquid and we see the retention time on the HPLC for that standard liquid. And you can see that the time, retention time is between 25.049 and 25.137. So what this shows, in other words, is that Ubiquinone comes up at 25 minutes.

MR. HNATH: Okay, move to strike as non-responsive.

MR. TRIVIGNO: I don't know how that was non-responsive. You asked him if it was possible, he explained to you why it wasn't, but you're entitled to do what you wanna do.

MR. HNATH: He can say yes or no.

MR. TRIVIGNO: He can, but he can also answer properly so the record can properly reflect what his answer is.

MR. HNATH: And I have my right to move to strike as non-responsive.

MR. TRIVIGNO: You can. Go ahead.

MR. HNATH: I understand he wants to present your arguments.

MR. TRIVIGNO: Mr. Hnath, you can't keep attacking the witness. I'm not going to allow it.

MR. HNATH: I'm not attacking the witness.

MR. TRIVIGNO: You are attacking the witness. He's allowed to answer your questions, he's answering your

questions, so please ask him your next question and let him answer and stop pontificating and stop casting aspersions as to how he's answering.

MR. HNATH: Please don't waste my time. You're using my time unnecessarily.

MR. TRIVIGNO: I'm responding to your unnecessary and unprofessional comments is what I'm --

MR. HNATH: They're not unprofessional.

MR. TRIVIGNO: So if you want me to stop doing that, you'll stop using unprofessional or unnecessary comments.

MR. HNATH: They are not unprofessional. I can move to strike, there's nothing unprofessional about moving to strike the answer --

MR. TRIVIGNO: You can do that and I said you can do that and feel free to do that.

BY MR. HNATH: (Continuing)

Q Are you saying that in 2024, you were able to identify a separate peak for Q11?

MR. TRIVIGNO: Objection, misstates the testimony.

A That had already been possible as of 2005. If we had not been able to do so, it wouldn't have been accepted as a USP analysis.

BY MR. HNATH: (Continuing)

Q All right. So has Kaneka tested Q11 as required by the USP?

MR. TRIVIGNO: Objection, lack of foundation and form. I'm sorry.

A I will repeat that I do not know whether we had USP registration as of 2005 or not because we were still applying for an NDI.

BY MR. HNATH: (Continuing)

Q Once you had the USP registration, did you test separately for the different impurities Q8, Q9, Q11, et cetera?

MR. TRIVIGNO: Objection.

A I don't know whether we did separate analyses for those individually, but the USP conditions have not changed between now and the past, neither have our analytical conditions. We have identified reduced Q11 with our current analyses.

MR. HNATH: May I have the court reporter read the question back?

THE REPORTER: "Once you had the USP registration, did you test separately for the different impurities Q8, Q9, Q11, et cetera?"

BY MR. HNATH: (Continuing)

Q Could you just answer that question, Mr. Ueda?

MR. TRIVIGNO: He is answering the question. We

can't keep doing this. You gotta let him answer the question.

MR. HNATH: He's not answering question, that's the problem.

MR. TRIVIGNO: He's not answering the question the way you'd like him to.

MR. HNATH: No, he's not answering the question.

MR. TRIVIGNO: We can agree to disagree.

MR. HNATH: We do.

MR. TRIVIGNO: Finish your answer, please.

A There is no -- there has been no change in the analytical method between today and the past. When we take today's product and apply it -- today's analytical method to it, we are able to detect reduced Q11. Since the analytical method hasn't changed, then that means that if Q11 had been present in the old product, there would be no reason we couldn't detect it.

BY MR. HNATH: (Continuing)

Q You have no way of detecting the presence of .0001% Q11 using HPLC, do you?

MR. TRIVIGNO: Objection.

A We have not investigated the limits of detection, so I don't know.

BY MR. HNATH: (Continuing)

Q Okay, let me mark as Exhibit 16, I think, a document marked Kaneka 19990 through 12995.

Q Let me have marked as Exhibit 20 a document marked KAN013099.
(Exhibit 20 marked for identification.)
Do you know what Exhibit 20 is?
A Yes.
Q And what is it?
A It's the manufacturing method for Kaneka QH or Ubiquinol.
Q At what point in time?
A It's using Kaneka Q10 as a starter, so I would say 2005 or 2006.
Q Do you know who created this document?
A No, I don't.
Q Does this reflect the process that was used to make Kaneka QH in 2005 or 2006?
MR. TRIVIGNO: Objection; form.
A Yes, it is.
BY MR. HNATH: (Continuing)
Q Let me have marked as Exhibit 21 a document numbered KAN0012954 through 12960, please.
(Exhibit 21 marked for identification.)
Do you recognize Exhibit 21?
A Yes, I do, Specification Sheet.
Q For Kaneka QH?
A It's discussing Kaneka QH, yes.