# Exhibit 15

EP Application No. 07 742 687.2
Kaneka Corp.

131 598 m10
October 2015

**Additional data presented in connection with**

**European Patent Application No. 07 742 687.2**

50 mg of the reduced coenzyme $Q_{10}$ (reduced coenzyme $Q_{10}$/oxidized coenzyme $Q_{10}$=99.4/0.6) containing 1.0 wt% of reduced coenzyme $Q_{11}$ or 50 mg of reduced coenzyme $Q_{10}$ (reduced coenzyme $Q_{10}$/oxidized coenzyme $Q_{10}$=99.4/0.6) free of reduced coenzyme $Q_{11}$, was added to 10 g of ethanol and stirred in the air at 25°C. The results of reduced coenzyme $Q_{10}$/oxidized coenzyme $Q_{10}$ ratio after stirring for 6 hr are shown in Table A.

Table A

| | weight ratio of reduced coenzyme $Q_{10}$/oxidized coenzyme $Q_{10}$ |
|---|---|
| reduced coenzyme $Q_{10}$ containing 1.0% of reduced coenzyme $Q_{11}$ | 93.1/0.9 |
| reduced coenzyme $Q_{10}$ free of reduced coenzyme $Q_{11}$ | 87.5/12.5 |