# Exhibit 17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KANEKA CORPORATION,

Plaintiff,

V.

COCRYSTAL TECHNOLOGY (JIAXING) CO. LTD. (F/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.) And COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.,

Defendants.

Case No. 1:23-cv-07483-SJB

*****************************************************
HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
ORAL AND VIDEOTAPED DEPOSITION OF

RONALD M. MARTIN

MAY 7, 2025

*****************************************************

The oral and videotaped deposition of Ronald M. Martin, produced as a witness at the instance of Mr. Gary Hnath, and duly sworn, was taken in the above-styled and numbered cause on Wednesday, May 7, 2025, from 9:02 a.m. to 6:15 p.m., before Cynthia A. Barnsley, Certified Shorthand Reporter and Notary Public in and for the State of Texas, reported by machine shorthand, at the office of Mayer Brown, LLP. Bank of America Center, 700 Louisiana Street, 3400,

Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A. No.

MR. HNATH: Just for the record, I would renew our request for these reports, which we had requested before the deposition.

Q. (BY MR. HNATH) Let me, just for the record, mark the individual notice of deposition as Exhibit 47, Martin 47.

(Exhibit Number 47 marked.)

Q. (BY MR. HNATH) And have you seen your notice of deposition?

A. Yes, I have.

Q. Okay. And you understand you're here today as an individual, not as a corporate representative for Kaneka?

A. Yes.

Q. Okay. Next let me show you what has previously been marked as Funahashi Deposition Exhibit 42.

MR. GRIFFIN: Thank you.

THE WITNESS: Thank you very much.

Q. (BY MR. HNATH) And you mentioned that you had reviewed an e-mail about SupplySide West in preparing for your deposition. Is this the e-mail string that you had reviewed? Take whatever time you need to look at it.

A. Yes, it is.

Q. Are there any other e-mails that you reviewed relating to SupplySide West in October 2023 other than these e-mails in this exhibit?
MR. GRIFFIN: Objection.
A. Not that I recall.
Q. (BY MR. HNATH) Do you know who Ryan Waechter is who is identified at the top of this first page?
A. No, I do not.
Q. When did you first become aware of Cocrystal's sales of Crystal QH?
A. I don't recall the specific date or how I was told about it. I don't remember.
Q. Were you aware in October 2023 that Dr. Funahashi had requested Sid Shastri to contact participants at SupplySide West?
A. Yes, through this e-mail.
Q. Other than through the e-mail, did you have discussions with Sid Shastri about contacting companies at SupplySide West regarding Cocrystal?
A. Yes.
Q. And what discussions did you have with Sid Shastri?
A. I let him know that I didn't agree with the direction that Fuji-san had asked, that he speak to all our brand holders and contact manufacturers and to let

them know about the -- the suit, and in terms of letting them know about the suit and that we would do something against them, I told him that I would handle it with Funahashi-san and Fuji-san, but that that wasn't the direction that he was to take at SupplySide.

Q. Why did you tell him that you didn't agree with that?

A. These are our brand holders and our customers, and I just did not think that was appropriate for us to make any threats against them. You know, it was fine for him to let them know about the -- the lawsuit, but just to leave it at that. And that was my direction to him, as well as anyone else on the team as well.

Q. Did that comment apply to CMOs as well or just brand holders?

A. All customers. CMOs, brand holders.

Q. When did you have that discussion with Sid Shastri?

A. After this e-mail. So if this was a Thursday, I believe probably the very -- the next day or -- it was after the e-mail. I'm copied on the e-mail, so I saw what the direction that Funahashi-san was sharing. And also at the end of the second e-mail Funahashi-san, has a comment to -- to myself, especially the second line, I'd appreciate it if you could understand Fuji-san's

request and accept it.
And so after I saw that and read this, as I stated, this was not the direction I wanted anyone from Kaneka Nutrients to represent the company to move forward with.
Q. So you believe you had that discussion with Sid Shastri after October 5th or before?
MR. GRIFFIN: Objection.
A. I believe it was after.
Q. (BY MR. HNATH) Where did you have that conversation with him?
A. Via a Teams meeting. He's based in California.
Q. Did you confirm your request in writing?
A. No, I did not.
Q. Why not?
MR. GRIFFIN: Objection.
A. It wasn't normal procedure for me to confirm it via writing.
Q. (BY MR. HNATH) What was his response to your request?
A. He said, "Thank you for not agreeing." He didn't feel comfortable having those types of discussions, but definitely was comfortable just letting them know about the lawsuit.
Q. What was the purpose of letting them know about

the lawsuit?
A. Just -- just to let them -- let our customers be aware that we're in a -- in litigation. Since the press release was being issued, they may have questions, so just being proactive.
Q. Was it your hope that that would discourage your customers from buying product from Cocrystal?
MR. GRIFFIN: Objection.
A. There were -- there was no hope. It was purely informational.
Q. (BY MR. HNATH) But there's nothing to memorialize this conversation with Mr. Shastri in writing?
MR. GRIFFIN: Objection.
A. No.
Q. (BY MR. HNATH) What else did you discuss with Mr. Shastri regarding this request from Dr. Funahashi that you can recall?
A. I don't recall if there was anything else.
Or -- I stated that -- for brand holders not to worry about that, that I -- I would handle speaking with the brand holders and letting them know. And he was -- Fuji-san had asked him to speak to the contract manufacturers since he has good relationships with them since he's been in the industry for quite some

holders at SupplySide West about Cocrystal?
A. Yes.
Q. Did you prepare a report regarding those discussions?
A. I don't -- I don't think I prepared a report for it, no.
Q. Is there any written documentation relating to your reports -- or to -- relating to your discussions with brand holders about Cocrystal in SupplySide West --
MR. GRIFFIN: Objection.
Q. (BY MR. HNATH) -- in October 2023?
MR. GRIFFIN: Excuse me. Objection.
A. Not that I recall.
Q. (BY MR. HNATH) Which brand holders did you contact?
MR. GRIFFIN: Objection.
A. I don't know if I -- I don't recall the specific brand holders.
Q. (BY MR. HNATH) How many were there?
A. We -- we met with many. I don't know if I could tell you a number.
Q. More than ten?
A. Yes.
Q. More than 20?
A. Maybe. My best guess is between 10 and 20,

maybe.
Q. And what did you tell them about Cocrystal?
A. I did -- the way I said it was, You may have seen that a press release was put out, but just wanted to let you know that we are in litigation with Cocrystal and -- and that we're defending our patents, and just left it at that.
Q. Why did you want them to know that you were in litigation with Cocrystal?
MR. GRIFFIN: Objection.
A. Just to be transparent in case they saw anything, and if -- if they didn't and I didn't mention anything, just, you know, in case they said, "I just saw you last week. How come you didn't mention this?"
Q. (BY MR. HNATH) To the best of your recollection, did you mention the lawsuit to each brand holder that you met at SupplySide West in October 2023?
A. I can't say for sure.
Q. Are there any brand holders that you can recall meeting at SupplySide West in October 2023 that you did not discuss the Cocrystal lawsuit with?
MR. GRIFFIN: Objection.
A. Possibly. I -- I really don't remember.
Q. (BY MR. HNATH) Why didn't you prepare a report of those discussions?