# Exhibit 18

# Manufacturing flow of Kaneka QH




Raw materials

All raw materials are food or food additives.

Kaneka Q10 : Self-affirmed GRAS

Specifications meet with USP 30