# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KANEKA CORPORATION, )
)
Plaintiff, )
)
vs. ) Case No. 1:23-cv-07483-SJB
)
)
COCRYSTAL TECHNOLOGY (JIAXING) )
CO. LTD (f/x/a SHANGHAI COCRYSTAL )
PHARMACEUTICAL TECHNOLOGY CO., )
LTD.) and COCRYSTAL HEALTH )
INDUSTRY (ZHEJIANG) CO., LTD., )
)
Defendants. )

DEPOSITION OF DR. IWAO FUNAHASHI

Taken on Behalf of the Defendants

BE IT REMEMBERED That, pursuant to the Federal Rules of Civil Procedure, the deposition of IWAO FUNAHASHI was taken before Cecille A. Flores, a Certified Shorthand Reporter, on Friday, the 25th day of April, 2025, at 9:12 a.m. at the Hilton Guam Resort & Spa, 202 Hilton Road, Tumon Bay, Guam.

APPEARANCES

Appearing on behalf of the Plaintiff:

GERALD GRIFFIN, ESQ.
LEONARDO TRIVIGNO, ESQ.
CARTER LEDYARD & MILBURN, LLP
28 Liberty Street, 41st Floor
New York, NY 10005
Phone: (212) 238-8786
griffin@clm.com
trivigno@clm.com

Appearing on behalf of the Defendants:

GARY M. HNATH, ESQ.
MAYER BROWN, LLP
1999 K Street, N.W.
Washington, DC 20006
Phone: (202) 263-5323

ALSO PRESENT

Christopher Fiele, Interpreter; Dong Won Lee, Videographer

Q In the United States, yes.
A Kaneka North America does sell final products over the internet from a website called Q10.com. That is the root after which Kaneka sells -- manufactures and sells the final product.
Q Does Kaneka sell the final product through any other groups in the United States other than on the internet?
A No.
Q Where does Kaneka sell the final softgel products that are manufactured by Kaneka Your Healthcare in Japan?
A There is a headquarter in Osaka called Kaneka where they are doing sales over the internet, mail order.
Q So Kaneka softgel final products are only sold on the internet anywhere in the world; is that right?
MR. GRIFFIN: Objection.
A Yes, that's right.
BY MR. HNATH: (Continuing)
Q Can you tell us when Kaneka first manufactured reduced CoQ10 in Japan?
A Yes, I can.
Q When did Kaneka first manufacture reduced CoQ10?
A Kaneka first manufactured reduced CoQ10 bulk in September 2004.
Q What was done with that bulk product?
MR. GRIFFIN: Objection.

A Yes.
Q How did you become aware of it?
A Because the USP published a monograph on the Ubiquinol.
Q In 2015?
A That's what I think it was.
Q Are you familiar with a USP standard on Ubiquinone or the oxidized form of CoQ10?
A Yes.
Q When did you first become aware of that standard?
A It's quite old. So it might have been around 2002.
Q How did you become aware?
A USP published the monograph about oxidized CoQ10.
Q Okay. Let me have the court reporter show you Exhibit 19 from Mr. Ueda's deposition.
And have you seen this exhibit before?
A Yes.
Q When did you first see it?
A Around March of this year, I think.
Q In connection with the document collection for this litigation?
A Yes, that's correct.
Q Have you had discussions with anyone at Kaneka about this exhibit, any portions of the exhibit?
A I talked about it with Mr. Ueda, but at the time,

there was an attorney -- two attorneys present.

MR. GRIFFIN: I'll just remind you again not to divulge any communications between Kaneka and any of its employees and its counsel.

BY MR. HNATH: (Continuing)

Q And right now I'm just interested in factual information you may have discussed with Mr. Ueda.

Did he have any information about the circumstances relating to these documents?

MR. GRIFFIN: Again, if it's in relation to any conversations which the both of you had with counsel, you're instructed not to answer. To the extent you can answer the question without revealing such communications, please do.

A I'm not able to answer.

BY MR. HNATH: (Continuing)

Q Okay. So the first page is an invoice from Kaneka to be billed to Enzymatic Therapy and shipped to Thermopack. Do you see that?

A Yes.

Q And the date is February 17, 2006. Do you see that?

A Yes.

Q And it indicates that 36 Kaneka QH softgels were being sent to Enzymatic Therapy and Thermopack. Do you see that?

A Yes.

Q And the unit price was $205 per softgel. Do you see that?
A Yes, I see it.
Q And do you know what the purpose was of sending these 36 QH softgels to Thermopack and Enzymatic Therapy in February 2006?
A I don't. However, on page 3, on the third page, it is shown that Kaneka sent to Enzymatic Therapy in addition to the 36 softgels another 91.9 softgels. And I think that these capsules are the first shipment to Enzymatic Therapy capsules. Enzymatic Therapy is a brand holder company primarily having channels to doctors.
I can see that the majority of these first shipment to Enzymatic Therapy, the 91.9 and 36 capsules respectively, was at a price of zero. In other words, this was the early days of their development. So it was being shipped for development purposes. And -- in order to obtain things such as stability data and to carry out bio enzyme therapy, things such as clinical trials. That's it.
I'll say one other thing. So I believe that this shipment that took place in February was not for normal sales purposes, but for experimental purposes to conduct studies, and so forth.
Q What is the basis for your statement that this was for experimental purposes?

MR. GRIFFIN: Objection.
A The major one, which I think is the basic one, is that of the shipment amounts of 91 and 36. The larger amount, 91, was shipped.
BY MR. HNATH: (Continuing)
Q Is there any other basis that you have for believing that this shipment was for experimental purposes?
MR. GRIFFIN: Objection.
A As I said, this Enzymatic Therapy company has primarily a doctor channel that it works with, and the normal practice when supplying to doctor customers, physician customers, is to supply such at no cast for their -- to enable them to try it.
BY MR. HNATH: (Continuing)
Q Any other basis that you have for believing this was for experimental purposes?
MR. GRIFFIN: Objection.
A No.
BY MR. HNATH: (Continuing)
Q Let me follow up with a couple of questions.
First of all, is it true that Enzymatic Therapy was billed for 36 QH softgels?
MR. GRIFFIN: Objection.
A Yes, I think so.

BY MR. HNATH: (Continuing)
Q And as far as you know, Enzymatic Therapy paid for those 36 QH softgels?
MR. GRIFFIN: Objection.
A I don't know.
BY MR. HNATH: (Continuing)
Q Have you found any records to indicate that Enzymatic Therapy did not pay for those 36 softgels in response to Kaneka's invoice?
MR. GRIFFIN: Objection.
A I don't know.
BY MR. HNATH: (Continuing)
Q If you look at the page numbered at the bottom right, I think you're familiar with these Bates numbers, 22589, do you see the packing list from Kaneka?
MR. GRIFFIN: Sorry. 225?
MR. HNATH: 22589.
MR. GRIFFIN: 22589, yes.
BY MR. HNATH: (Continuing)
Q What is a packing list?
THE INTERPRETER: It says packing list?
MR. HNATH: 22589, packing list.
THE INTERPRETER: At the top, I see.
A To my knowledge, it's a list of whatever is being sent or something to be sent.

BY MR. HNATH: (Continuing)

Q So this would indicate that those 36 QH softgels were, in fact, sent by Kaneka to ship to Thermopack and billed to Enzymatic Therapy around February 14, 2006; is that right?

MR. GRIFFIN: Objection.

A It does show that on this document. I just don't -- I have not been able to confirm whether it was 36 softgels that were actually sent or not to Thermopack.

BY MR. HNATH: (Continuing)

Q Do you have any reason to believe they were not sent to Thermopack?

A Just that because this is 2006, and therefore, 20 years ago, I'm not able to now confirm whether that happened or not.

Q And these Kaneka QH softgels were made in Japan; is that your understanding?

A Yes, I think so.

Q Do you have any information as to what Enzymatic Therapy did with those 36 softgels?

A No, I don't.

Q Do you have any information as to what Enzymatic Therapy did with the 91,900 softgels indicated as Line Item 1 on page 3 of this exhibit?

THE INTERPRETER: What who did with it, I'm sorry? Oh, Enzymatic Therapy?

MR. HNATH: Yes.

THE INTERPRETER: You said 91,000?

MR. HNATH: Yes. Let me make sure we're on the same page.

BY MR. HNATH: (Continuing)

Q When you look at the third page, Mr. Funahashi, you pointed out that there was a larger quantity that had no charge?

A Yes.

Q And am I correct that that larger quantity was 91,900 softgels?

A (Witness nodded head.)

Q Is that correct?

A Yes.

MR. GRIFFIN: Are you referring to --

A Yes.

BY MR. HNATH: (Continuing)

Q And the 36, that's actually also 36,000, isn't it?

A I think so, yes.

Q The UOM stands for Unit of Measure; is that right?

A Yes, I think so.

Q And so I asked you before if you knew what Enzymatic Therapy did with the 36,000 softgels. Do you know what Enzymatic Therapy did with the 91,900 softgels?

A So I don't have information on how they used that,

but it was commonly the case, in my experience, that when a company like this who had -- whose normal business was through doctor channels, receives such shipments, they would use it for things such as stability testing and clinical testing.

Therefore, my feeling is that most likely at the beginning stages, what they did with these 120,000 capsules would have been to use them for things such as stability testing and perhaps experimental -- and experimental studies.

Q Do you know what experimental studies were done by Enzymatic Therapy relating to these capsules?

MR. GRIFFIN: Objection.

A Speaking on factual basis, it's more than 20 years now. So I don't recall what the testing was. However, given the fact that this Enzymatic Therapy is a doctor channel based company and that they had requested Kaneka to supply these softgels on a -- no charge basis and Kaneka had gone ahead and done that, tells me that that's probably -- that they were using it for -- most likely using it for experimental studies.

BY MR. HNATH: (Continuing)

Q Do you know whether there were any nondisclosure agreements in place with respect to these experimental studies?

A No, I don't.

Q If there were doctors involved in these experimental studies, do you know whether they were required to keep

information about these studies secret?
A I don't know whether they were obligated to or not, but I think the possibility is there.
Q Do you know one way or the other or is that just speculation?
MR. GRIFFIN: Objection.
A It's speculation.
BY MR. HNATH: (Continuing)
Q Did Enzymatic Therapy report back to Kaneka any information about any studies it might have conducted with respect to these softgels?
A I don't remember.
Q Were any records of these studies kept, that you're aware of, or that Kaneka is aware of?
A There is no record.
Q Do you know what time period -- what time period these studies would have taken place over?
A I don't have a factual basis for knowing. I would say that normally these things take about a half a year.
Q In this case, do you know how long it took?
MR. GRIFFIN: Objection.
A No, I don't remember.
BY MR. HNATH: (Continuing)
Q Do you know how many doctors would have been involved in these studies?

A No, I don't. I don't know that.

Q Do you know how they would have evaluated stability using these capsules?

A Normally, they would have two conditions set up. One would be room temperature or normal storage temperature, and then the other would be an accelerated condition.

Now, I have forgotten details because it's been a long time since I've done this, but the normal conditions would be room temperature of 25 degrees and a 60 percent level relative to humidity. And the accelerated study, that would be raised to 45 degrees CE, the other one was C and 70 percent humidity.

Q In this particular case --

MR. GRIFFIN: I'm sorry, I don't think he was finished.

MR. HNATH: Oh, my bad.

MR. GRIFFIN: Were you finished?

THE WITNESS: No, that's all I have.

MR. GRIFFIN: My fault. Sorry about that.

MR. HNATH: I thought he was.

BY MR. HNATH: (Continuing)

Q Do you know whether in this particular case, these capsules were used for stability studies as opposed to clinical testing?

A I think that they were used for both.

Q And how do you know that?
A Normally, when there is a new product like this, and it is being expected, there is a stability study or stability test carried out. And when I see the size of this shipment, 91,900, I would say there is enough quantity there that it would include a stability test.
Q Are there any documents or records --
A One more thing. One more.
Q Go ahead.
A The other thing I was going to say is that when you add the 36,000 to the 91,000, that's a total of 120,000 capsules, so that this was most likely not simply a stability test, but also a clinical test or a test where the customers actually tried using them out. That would be the normal approach from the standpoint of a brand holder.
Q Would Enzymatic Therapy have had promoting the product as one reason to distribute it to doctors?
MR. GRIFFIN: Objection.
A Yes, I think so. I think that this would be -- when they conducted the assessment or study, they would have it in mind that the first thing of importance is to get the doctors to try using it.
MR. GRIFFIN: We've been going for about an hour and a half.
MR. HNATH: Yeah, let me just finish a couple

questions on this to wrap this document up.

MR. GRIFFIN: Sure.

BY MR. HNATH: (Continuing)

Q Did the stability studies have anything to do with the 080 patent, that you're aware of?

A I don't think so.

Q And on the third page, there's a little handwritten post-it. It says "shipping date equals 2/9/06."

Do you have any idea whose handwriting that is?

A No, I don't.

Q Do you know who Mr. Ojima is, who is listed as the Assistant Sales Manager for Kaneka Nutrients on the first page? Or it could be a Ms. Ojima.

A Yes, I do.

Q Who is that?

A It's a person who was posted from Japan at Sales Manager for Kaneka North America as it's currently called.

Q So is it your understanding, Mr. Funahashi, that the softgels in this document were made by Kaneka in Japan, sent to Kaneka Nutrients, and then sent by Kaneka Nutrients to Enzymatic Therapy and Thermopack?

MR. GRIFFIN: Objection.

A My understanding is that these capsules were manufactured in Japan. As far as I can tell from looking at this document, they were sent directly to Enzymatic Therapy or

Thermopack from Japan.
BY MR. HNATH: (Continuing)
Q Okay. What is Thermopack?
A Thermopack is a capsule packaging company in Illinois.
Q How are you familiar with Enzymatic Therapy's business?
A I don't understand the question. Could you change the wording of it?
Q Sure. Sure. You said Enzymatic Therapy sells to doctor channels. So how do you know that? How are you familiar with that?
A Yes. Well, Enzymatic Therapy had also been a customer for Kaneka's oxide CoQ10, so I knew their name, and I had also been told about what kind of company they were from -- or by a sales person in Kaneka North America.
Q Have you ever had any direct interactions with Enzymatic Therapy yourself?
A No, I haven't.
Q Okay.
MR. HNATH: Thank you very much, Mr. Funahashi. Let's take a lunch break.
A (Witness nodded head.)
VIDEOGRAPHER: We are off the record at 1:03 p.m.
(Off the record from 1:03 p.m. to 2:02 p.m.)

VIDEOGRAPHER: We're back on the record at 2:02 p.m.

BY MR. HNATH: (Continuing)

Q Good afternoon, Mr. Funahashi.

A (Witness nodded head.)

Q Do you still have Exhibit 19 in front of you?

A Yes.

Q Do you know why Enzymatic Therapy was billed for some of these softgels but not others?

A No, I don't.

Q Where were these documents found within Kaneka's files in order to -- what files were they contained in?

A They were found among the Kaneka North America sales documents. Sales documents at Kaneka North America.

Q Which files within Kaneka North America were they found in? In other words, were they found in an individual's files or some central repository?

A My understanding, from what I heard, is that they were kept in -- among sales records of Kaneka North America.

Q When were they found in the sales records of Kaneka North America?

A I don't recall the exact timing, but I think it was February or March of this year.

Q Who found them?

A Ron Martin.

Q What is a Certificate of Analysis? There's an example in this document, but my question is general.
A It is a certificate of an analysis of that product.
Q What are Certificates of Analysis used for at Kaneka, in general?
A It's a document which is attached when products are shipped to customers and the like.
Q This one refers to a master formula. We're on page 22592, and looking at the Certificate of Analysis dated February 8, 2006. And it says, "We hereby certify that the quality of product conforms to master formula."
What is the master formula?
MR. GRIFFIN: Sorry. There's two Certificates of Analysis. So it looks like we have --
MR. HNATH: Sure. Thank you. It's on page 22592.
MR. GRIFFIN: Yeah. So just give him a second.
MR. HNATH: Thank you.
A Master formula would mean what would be referred to in Japanese as the specification for the capsule.
BY MR. HNATH: (Continuing)
Q Have you seen the specification for the capsules, the QH capsules?
A I don't recall.
Q There's a quantity listed on this Certificate of

Analysis of 91,900 capsules. Would that mean the total quantity manufactured for that lot or the total quantity delivered to the customer from that lot?

A I don't know.

Q At the top of that page, there's something written in -- I presume it's Japanese after "from." Can you tell us what that says?

A It says Kaneka Functional Food Division.

Q Were you able to identify any e-mails or other communications with Enzymatic Therapy from the 2006 time period, other than the ones that are included in this exhibit?

MR. GRIFFIN: Objection.

A No.

MR. HNATH: Let me check with the court reporter. What is our next exhibit number?

THE REPORTER: 34.

MR. HNATH: 34. Thank you. Let me mark as Exhibit 34 a document numbered KAN0047697 through 47901.

(Exhibit 34 marked for identification.)

BY MR. HNATH: (Continuing)

Q Mr. Funahashi, this is a document that was produced to us by Kaneka in this litigation. It's a trademark file. And I've included the entire file because that's how it was produced to us, just for completeness.

First of all, I don't think it's necessary to review

present.

BY MR. HNATH: (Continuing)

Q Is your knowledge about whether RQ11 is present in Kaneka's reduced Q10 based on HPLC testing?

A Yes. My recollection is that when analyzed on HPLC, there were occasions when no RQ11 peak was found.

Q And that could mean either that there was no RQ11 or that the amount of RQ11 was less than the measurement sensitivity of the HPLC; is that fair enough?

MR. GRIFFIN: Objection.

A On that point, the USP within the USP standard calls for measurement only of total impurities and says that it is -- to measure only total impurities. Furthermore, the method in USP is the same method that Kaneka uses. So this is the most recommended measurement method called for by USP. And so what that means is that if there is no presence detected by that recommended method, then it isn't there.

BY MR. HNATH: (Continuing)

Q So you're saying that if HPLC doesn't detect reduced Q11, that means there is no reduced Q11 in the sample; is that correct?

MR. GRIFFIN: Objection.

A I think that is the case at the manufacturing level. I think if we are strictly talking about the analytical results at the level of what is being manufactured, that that

is true.
BY MR. HNATH: (Continuing)
Q Did Kaneka attempt to determine the presence of reduced Q11 in the Cocrystal samples using HPLC?
MR. GRIFFIN: Objection.
A You said with HPLC, right?
BY MR. HNATH: (Continuing)
Q Yes.
A No, we have not done that.
Q Has Kaneka ever attempted to determine the presence of reduced Q11 in its reduced CoQ10 sample using LC-MS?
THE INTERPRETER: In its Kaneka samples?
MR. HNATH: Yes.
A No.
BY MR. HNATH: (Continuing)
Q Are you aware that Mr. Garey of Kaneka in the United States tested Kaneka reduced CoQ10 for the presence of impurities, including reduced CoQ9 and reduced CoQ11?
MR. GRIFFIN: Objection.
THE INTERPRETER: Garey, did you say?
MR. HNATH: G-A-R-E-Y, I believe that's his name.
THE INTERPRETER: Tested RQ10 for the presence of RQ11?
MR. HNATH: RQ9 or RQ11.
THE INTERPRETER: Or nine.