# Exhibit 32

# Ubiquinol



$C_{59}H_{92}O_4$ 865.37

2-[(2*E*,6*E*,10*E*,14*E*,18*E*,22*E*,26*E*,30*E*,34*E*)-3,7,11,15,19,23,27,31,35,39-Decamethyltetraconta-2,6,10,14,18,22,26,30,34,38-decaenyl]-5,6-dimethoxy-3-methylbenzene-1,4-diol CAS RN®: 992-78-9.

## DEFINITION

Ubiquinol contains NLT 96.0% and NMT 102.0% of ubiquinol ($C_{59}H_{92}O_4$), calculated on the anhydrous basis.

## IDENTIFICATION

***Change to read:***

- **A.** ▲**SPECTROSCOPIC IDENTIFICATION TESTS** ⟨197⟩, *Infrared Spectroscopy*: **197K**▲ (CN 1-May-2020)
- **B.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

## ASSAY

- **PROCEDURE**

**Mobile phase:** Acetonitrile and alcohol (50:50)
[NOTE—Protect the following solutions from exposure to air after preparation, because ubiquinol is readily oxidized to ubidecarenone when exposed to air.]
**Diluent:** Methanol and *n*-hexane (85:15)
**System suitability solution:** 0.5 mg/mL each of USP Ubiquinol RS and USP Ubidecarenone RS in *Diluent*. Sonicate, if necessary, for complete dissolution.
**Standard solution:** 0.5 mg/mL of USP Ubiquinol RS in *Diluent*. Sonicate, if necessary, for complete dissolution.
**Sample solution:** 0.5 mg/mL of Ubiquinol in *Diluent*. Sonicate, if necessary, for complete dissolution.
**Chromatographic system**
(See *Chromatography* ⟨621⟩, *System Suitability*.)
**Mode:** LC
**Detector:** UV 290 nm
**Column:** 4.6-mm × 10-cm; 3-µm packing L1
**Column temperature:** 35°
**Flow rate:** 1.5 mL/min
**Injection volume:** 20 µL
**System suitability**
**Samples:** *System suitability solution* and *Standard solution*
[NOTE—The relative retention times for ubiquinol and ubidecarenone are about 1.0 and 1.2, respectively.]
**Suitability requirements**
**Resolution:** NLT 2.0 between ubiquinol and ubidecarenone, *System suitability solution*
**Relative standard deviation:** NMT 2.0%, *Standard solution*
**Analysis**
**Samples:** *Standard solution* and *Sample solution*
Calculate the percentage of ubiquinol ($C_{59}H_{92}O_4$) in the portion of Ubiquinol taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response from the *Sample solution*
$r_S$ = peak response from the *Standard solution*
$C_S$ = concentration of USP Ubiquinol RS in the *Standard solution* (mg/mL)
$C_U$ = concentration of Ubiquinol in the *Sample solution* (mg/mL)

**Acceptance criteria:** 96.0%–102.0% on the anhydrous basis

## IMPURITIES

- **RESIDUE ON IGNITION** ⟨281⟩: NMT 0.2%
- **UBIDECARENONE AND OTHER RELATED COMPOUNDS**

**Mobile phase, System suitability solution, Chromatographic system,** and **System suitability:** Proceed as directed in the *Assay*.
**Standard solution:** 0.02 mg/mL of USP Ubidecarenone RS in *Diluent*
**Sample solution:** 1.0 mg/mL of Ubiquinol in *Diluent*
**Analysis**
**Samples:** *Standard solution* and *Sample solution*
[NOTE—Protect the *Sample solution* from exposure to air after preparation, because ubiquinol is readily oxidized to ubidecarenone when exposed to air.]
Calculate the percentage of ubidecarenone in the portion of Ubiquinol taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response of ubidecarenone from the *Sample solution*
$r_S$ = peak response of ubidecarenone from the *Standard solution*
$C_S$ = concentration of USP Ubidecarenone RS in the *Standard solution* (mg/mL)
$C_U$ = concentration of Ubiquinol in the *Sample solution* (mg/mL)

Calculate the percentage of other related compounds in the portion of Ubiquinol taken:

$$\text{Result} = (r_U/r_T) \times 100$$

$r_U$ = peak response of individual related compounds from the *Sample solution*
$r_T$ = sum of all the peak responses from the *Sample solution*

**Acceptance criteria**
**Ubidecarenone:** NMT 2.0%
**Other individual related compounds:** NMT 0.5%
**Sum of other related compounds:** NMT 1.0%

## SPECIFIC TESTS

- **WATER DETERMINATION,** *Method Ic* ⟨921⟩: NMT 0.3%

## ADDITIONAL REQUIREMENTS

- **PACKAGING AND STORAGE:** Preserve in well-closed, light-resistant containers.
- **USP REFERENCE STANDARDS** ⟨11⟩
USP Ubidecarenone RS
USP Ubiquinol RS

Official



www.webofpharma.com

D☐P☐ Exhibit 51
Deponent Alex Meiǒ
Date 21/3/25 Rptr KS