# Exhibit 33

Printed on: Wed Feb 08 2023, 11:41:56 PM(EST)
Printed by: Dang Van Vu
Do Not Distribute

Status: Currently Official on 09-Feb-2023
Official Date: Official as of 01-May-2020
DOI Ref: 8ayb5

DocId: GUID-658E37AD-91B1-44C8-B843-1E6491D234CB_4_en-US
Document Type: DIETARY SUPPLEMENTS
@2023 USPC
DOI: https://doi.org/10.31003/USPNF_M87250_04_01


# Ubidecarenone




$C_{59}H_{90}O_4$ 863.34

2,5-Cyclohexadiene-1,4-dione, 2-[(2*E*,6*E*,10*E*,14*E*,18*E*,22*E*, 26*E*,30*E*,34*E*)-3,7,11,15,19,23,27,31,35,39-decamethyl-2,6,10,14,18,22,26,30,34,38-tetracontadecaenyl]-5,6-dimethoxy-3-methyl;

2-[(*all-E*)-3,7,11,15,19,23,27,31,35,39-Decamethyl-2,6,10,14,18,22,26,30,34,38-tetracontadecaenyl)-5,6-dimethoxy-3-methyl-*p*-benzoquinone CAS RN®: 303-98-0.

## DEFINITION

Ubidecarenone (Coenzyme $Q_{10}$) contains NLT 98.0% and NMT 101.0% of ubidecarenone ($C_{59}H_{90}O_4$), calculated on the anhydrous basis.

## IDENTIFICATION

***Change to read:***

- **A.** ▲**Spectroscopic Identification Tests** ⟨197⟩, *Infrared Spectroscopy*: **197K**▲ (CN 1-May-2020)
- **B.**
  **Analysis:** Dissolve 50 mg of Ubidecarenone in 1 mL of ethyl ether, and add 10 mL of dehydrated alcohol. To 2 mL of this solution add 3 mL of dehydrated alcohol and 2 mL of dimethyl malonate. Add 1 mL of potassium hydroxide solution (1 in 5) dropwise.
  **Acceptance criteria:** A blue color appears.

## ASSAY

- **Procedure**
  **Mobile phase:** Methanol and dehydrated alcohol (65:35)
  **System suitability solution:** 0.5 mg/mL each of USP Ubidecarenone RS and USP Ubidecarenone Related Compound A RS in dehydrated alcohol. Heat at 50° for 2 min, if necessary, for complete dissolution.
  **Standard solution:** 1.0 mg/mL of USP Ubidecarenone RS in dehydrated alcohol. Heat at 50° for 2 min, if necessary, for complete dissolution.
  **Sample solution:** 1.0 mg/mL of Ubidecarenone in dehydrated alcohol. Heat at 50° for 2 min, if necessary, for complete dissolution.
  **Chromatographic system**
  (See *Chromatography* ⟨621⟩, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 275 nm
  **Column:** 4.6-mm × 15-cm; packing L1
  **Column temperature:** 35°
  **Flow rate:** Adjust to obtain a retention time of about 11 min for ubidecarenone.
  **Injection size:** 5 µL
  **System suitability**
  **Sample:** *System suitability solution*
  [Note—The relative retention times for ubidecarenone related compound A and ubidecarenone are about 0.75 and 1.0, respectively.]
  **Suitability requirements**
  **Resolution:** NLT 4 between ubidecarenone related compound A and ubidecarenone
  **Relative standard deviation:** NMT 0.8% for ubidecarenone
  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of ubidecarenone ($C_{59}H_{90}O_4$) in the portion of Ubidecarenone taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

$r_U$ = peak response from the *Sample solution*
$r_S$ = peak response from the *Standard solution*
$C_S$ = concentration of USP Ubidecarenone RS in the *Standard solution* (mg/mL)
$C_U$ = concentration of Ubidecarenone in the *Sample solution* (mg/mL)

**Acceptance criteria:** 98.0%–101.0% on the anhydrous basis

## IMPURITIES

- **Residue on Ignition** ⟨281⟩: NMT 0.1%
- **Chromatographic Purity**
  **Procedure 1: Coenzymes $Q_7$,$Q_8$, $Q_9$, $Q_{11}$, and Related Impurities**
  **Mobile phase, System suitability solution, Sample solution, Chromatographic system,** and **System suitability:** Proceed as directed in the *Assay*.
  **Analysis**
  **Sample:** *Sample solution*
  Calculate the percentage of impurities in the portion of Ubidecarenone taken:

$$\text{Result} = (r_{T1}/r_{T2}) \times 100$$

$r_{T1}$ = sum of all peak responses, other than that for ubidecarenone
$r_{T2}$ = sum of all peak responses

**Acceptance criteria:** NMT 1.0%

**Procedure 2: Ubidecarenone (2*Z*)-Isomer and Related Impurities**
**Mobile phase:** *n*-Hexane and ethyl acetate (97:3)
**System suitability solution:** 1 mg/mL of USP Ubidecarenone for System Suitability RS in *n*-hexane
**Sample solution:** 1 mg/mL of Ubidecarenone in *n*-hexane
**Chromatographic system**
(See *Chromatography* ⟨621⟩, *System Suitability*.)
**Mode:** LC
**Detector:** UV 275 nm
**Column:** 4.6-mm × 25-cm; packing L3
**Flow rate:** 2 mL/min
**Injection size:** 20 µL
**System suitability**
**Sample:** *System suitability solution*
[Note—The relative retention times for ubidecarenone (2*Z*)-isomer and ubidecarenone are about 0.85 and 1.0, respectively.]
**Suitability requirements**
**Resolution:** NLT 1.5 between the ubidecarenone (2*Z*)-isomer and ubidecarenone
**Analysis**
**Sample:** *Sample solution*
Calculate the percentage of impurities in the portion of Ubidecarenone taken:

$$\text{Result} = (r_{T1}/r_{T2}) \times 100$$

$r_{T1}$ = sum of all peak responses, other than that for ubidecarenone
$r_{T2}$ = sum of all peak responses

**Acceptance criteria:** NMT 1.0%
**Total impurities:** NMT 1.5%, obtained from *Chromatographic Purity Procedures 1* and *2*

Official


www.webofpharma.com

D☐P☐ Exhibit 52
Deponent Alex Mei
Date 11/3/25 Rptr KS

**SPECIFIC TESTS**

- **Water Determination,** *Method I* ⟨921⟩**:** NMT 0.2%

**ADDITIONAL REQUIREMENTS**

- **Packaging and Storage:** Preserve in well-closed, light-resistant containers.
- **USP Reference Standards** ⟨11⟩
  USP Ubidecarenone RS
  USP Ubidecarenone Related Compound A RS [coenzyme $Q_9$]
  USP Ubidecarenone for System Suitability RS

Official



www.webofpharma.com