# Exhibit 34

# SPECIFICATIONS FOR KANEKA QH

Date of issue: September 13, 2006

| Analytical Items | Specifications |
| --- | --- |
| Appearance | White to pale yellow solid. |
| Identification | Conforms with a reference spectrum. |
| Ubiquinol | More than 96.0% |
| Ubiquinone | Less than 2.0 % |
| Other Impurities | Less than 1.0 % |
| Residual Solvent (Ethanol) | Less than 100 ppm |
| Water | Less than 0.3 % |
| Residue on Ignition | Less than 0.2 % |
| Heavy Metals | Less than 20 ppm |

**KANEKA CORPORATION**
3-2-4, Nakanoshima, Kita-ku, Osaka 530-8288, JAPAN
Tel: +81-6-6226-5403 Fax: +81-6-6226-5059

# TEST METHODS for KANEKA QH

## I. Test Methods for the Specifications

| | |
|---|---|
| **Appearance**: | *Visual Check* |
| **Identification**: | *Infrared Absorption* |
| **Ubiquinol**: | *HPLC Method* |
| **Ubiquinone**: | *HPLC Method* |
| **Other Impurities**: | *HPLC Method* |
| **Residual Solvent (Ethanol)**: | *Gas Chromatography* |
| **Water**: | *Karl Fisher* |
| **Residue on Ignition**: | *Japanese Pharmacopoeia* |
| **Heavy Metals**: | *Japanese Pharmacopoeia Method IV* |

## II. Detailed Analytical Method for Ubiquinol, Ubiquinone and Related impurities

The HPLC analytical method for Ubiquinol, Ubiquinone and Related impurities is as follows;

### 1.Outline

This procedure may be used to measure the content of the principal component in the bulk product and Related impurities using High-performance liquid chromatography (HPLC). Quantitative analysis is achieved using the absolute calibration curve method for the content of Ubiquinol, Ubiquinone and Related impurities in the bulk product. For accurate quantitative work, high-purity reagents and "HPLC grade" organic solvents must be used.

### 2.Analysis times

n = 5

### 3.Standard substance

Ubiquinone standard

Ubiquinol standard

### 4.Reagents

1) Methanol : HPLC grade

2) Hexane : HPLC grade

### 5.Apparatus and equipment

1) HPLC system (manufactured by Shimadzu Corporation or equivalent goods)

System controller : SCL-10A*VP*
Solvent delivery unit (pump) : LC-10AD*VP*
Auto-injector : SIL-10AD*VP*
Column oven : CTO-10A*VP* (C-TYPE)
Degassing apparatus : DGU-14A
Detector : SPD-10A*VP*, SPD-10AV*VP*
Data processing equipment : CLASS-VP, Version 6.13 SP2

2) Analytical electronic even balance
3) Ultrasonic washing machine
4) Brown volumetric flask : 100 mL
5) Volumetric pipette : 10 mL
6) Pressure-resistant container

< HPLC analytical conditions >

HPLC Column : YMC-Pack Pro C18 AS12S05-1546WT(AS302)
4.6 mm × 150 mm
(normal ODS, particle size 5 µm) (*1)
Column Oven Temperature : 30 ºC (86 ºF)
Mobile Phase : Methanol / Hexane = 90/10 (v/v%)
Flow rate : 1.0 mL/min.
UV Detector : 290 nm (AUX Range: 3)
Analysis time : 30 min.
Sample cooler temperature : 25 °C (77 ºF)
Injection volume : 20 µL
Dilution solvent : Methanol / Hexane = 85/15 (v/v%)

(*1) Be careful about the product number of HPLC column. If a different kind of column is used, Ubiquinol content cannot be analyzed properly. When a brand-new column is used, wash the column with 2-propanol before use (flow rate 0.5 mL/min, 3 hour).

< Data processing condition (waveform processing parameter) >

Width : 5
Slope : 500 (*2)
Drift : 0 (automatic processing) or 1,000 (when the baseline shifts largely)
T.DBL : 0 (automatic processing)
Stop time : 30

Minimum area : 0

(*2) Slope Test (S.TEST) is executed before analyzing, and it is confirmed that the Slope value is 500 or less on each day. S.TEST is recorded in the analysis note, afterwards, Slope = 500 is input. Execute appropriate treatment such as the replacement of the lamp etc., when the S.TEST value exceeds 500.

## 6.Operation sequence

1) Preparation of mobile phase

(When 2L is made)

Methanol 1800 mL and Hexane 200 mL are mixed, and degassed in *vacuo*. The expiration date for use of the mobile phase is assumed to be one week after it makes.

2) Preparation of Dilution solvent

85/15 (v/v%) Methanol / Hexane are mixed, and degassed in *vacuo*.

3) Confirmation of the column performance

Transfer accurately weighed 50 mg of the bulk product (already analyzed; ≥97 % Ubiquinol) to a 100 mL of brown volumetric flask. Dissolve the bulk product in appropriate amount of Dilution solvent with ultrasonication and then dilute with Dilution solvent to volume, and mix. This solution is analyzed by HPLC in amount 20 μL of the injection. Ubiquinol HPLC area proportion is calculated by the following expression, and it is confirmed that the proportion of HPLC area of Ubiquinol exceed 97 %. Execute appropriate treatment such as the isopropyl alcohol-washing of the column etc., when the Ubiquinol HPLC area proportion is less than 97 %.

$$\text{Ubiquinol Peak area proportion (\%)} = \frac{\text{Peak area of Ubiquinol}}{\text{Peak area of Ubiquinol} + \text{Peak area of Ubiquinone}} \times 100$$

4) System suitability examination

Transfer accurately weighed 19.90~20.10 mg of Ubiquinone standard to a 100 mL of brown volumetric flask. Dissolve an accurately weighed Ubiquinone standard in appropriate amount of Dilution solvent with ultrasonication and then dilute with Dilution solvent to volume, and mix. This System suitability solution is analyzed 6 times in amount 20 μL of the injection into the HPLC, and it is confirmed that Cv value (*3) is 1.0 % or less.

(*3) Cv value is the percentage of relative Standard Deviation. (SD / mean value × 100)

5) Confirmation of system origin peak

To detect the injection shock and the peak derived from Dilution solvent, Dilution solvent (20 μL) is injected into the HPLC, and check the system-origin peaks (injection shock and Dilution solvent origin peak etc.).

6) Measurement of coefficient of Ubiquinone

Transfer 10 mL of System suitability solution to another 100 mL of brown volumetric flask with a volumetric pipette, and fill up with Dilution solvent to volume, and mix (Ubiquinone standard solution).

Ubiquinone standard solution is analyzed by HPLC in amount 20 μL of the injection, and coefficient (Factor) of Ubiquinone (QO) is calculated by the next expression. Significant digit is 6. The Ubiquinone Standard solution is analyzed 5 times.

$$\text{QO Factor} = \frac{\text{Ubiquinone concentration in the Ubiquinone standard solution (mg/mL)}}{\text{Peak area of Ubiquinone}} \times 100$$

7) Measurement of coefficient of Ubiquinol

Transfer accurately weighed 49.90~50.10 mg of Ubiquinol standard to a 100 mL of brown volumetric flask. Dissolve an accurately weighed Ubiquinol standard in appropriate amout of Dilution solvent with ultrasonication and then dilute with Dilution solvent to volume, and mix (Ubiquinol standard solution). The Ubiquinol standard solution must be prepared as quickly as possible before each injection because Ubiquinol is readily oxidized (n = 5).

Ubiquinol standard solution is analyzed by HPLC in amount 20 μL of the injection, and coefficient (Factor) of Ubiquinol (QH) is calculated by the next expression. Significant digit is 6.

$$\text{QH Factor} = \frac{\text{Ubiquinol concentration in the Ubiquinol standard solution (mg/mL)}}{\text{Peak area of Ubiquinol}} \times 100$$

8) Analysis of sample

Transfer accurately weighed 49.90~50.10 mg of the bulk product to a 100 mL of brown volumetric flask. Dissolve an accurately weighed the bulk product in appropriate amount of Dilution solvent with ultrasonication, and then dilute with Dilution solvent to volume, and mix. This Sample solution must be prepared as quickly as possible before each injection because Ubiquinol is readily oxidized (n = 5).

**< Ubiquinol content and Ubiquinone content >**

A) Ubiquinol content

Calculate the Ubiquinol content with the QH Factor that is obtained from the Peak area of Ubiquinol standard solution. The QH Factor must be used that is given by Standard, just before each sample injection.

$$\text{Ubiquinol content (\%)} = \frac{\text{Ubiquinol content in the Sample solution (mg)}}{\text{Sample weight (mg)}} \times 100$$

$$= \frac{\text{Peak area of Ubiquinol in the Sample solution} \times \text{QH Factor (mg/mL)} \times 100\ \text{(mL)}}{\text{Sample weight (mg)}} \times 100$$

B) Ubiquinone content

Calculate the Ubiquinone content with the QO Factor that is obtained from the Peak area of Ubiquinone standard solution. The QO Factor must be used that is given by Standard just before each sample injection.

$$\text{Ubiquinone content (\%)} = \frac{\text{Ubiquinone content in the Sample solution (mg)}}{\text{Sample weight (mg)}} \times 100$$

$$= \frac{\text{Peak area of Ubiquinone in the Sample solution} \times \text{QO Factor (mg/mL)} \times 100\ \text{(mL)}}{\text{Sample weight (mg)}} \times 100$$

**< Related impurities except for Ubiquinone >**

Related impurities content is calculated by next expression.

$$\text{Related impurities content (\%)} = \frac{\text{Total Peak area of Related impurities except for Ubiquinone (*4)}}{\text{Peak area of Ubiquinol} + \text{Corrected Peak area of Ubiquinone (*5)} + \text{Total Peak area of Related impurities except for Ubiquinone}} \times 100$$

(*4) Total Peak area of Related impurities except for Ubiquinone

= Peak area of R9 + Peak area of RY + Peak area of U + Peak area of R11

R9, RY, U, and R11 are Related impurities of Ubiquinol. Each relative retention time to Ubiquinol is approximately 0.70, 0.89, 1.38 and 1.74.

(*5) Corrected Peak area of Ubiquinone

= Peak area of Ubiquinone × QO Factor / QH Factor

## 6.Order of samples for HPLC analysis

System suitability solution (6 times) → Dilution solvent
→ QO Standard solution → QH Standard solution 1 → Sample solution 1
→ QO Standard solution → QH Standard solution 2 → Sample solution 2
→ QO Standard solution → QH Standard solution 3 → Sample solution 3
→ QO Standard solution → QH Standard solution 4 → Sample solution 4
→ QO Standard solution → QH Standard solution 5 → Sample solution 5