# Exhibit 35

K/s

RFC

2002

BIOMEDICAL LIBRARY

JAN 0 7 2002

UNIVERSITY OF CALIFORNIA
LOS ANGELES

# USP 25 THE UNITED STATES PHARMACOPEIA

# NF 20 THE NATIONAL FORMULARY

*By authority of the United States Pharmacopeial Convention, Inc., meeting at Washington, D.C., April 12–16, 2000. Prepared by the Council of Experts and published by the Board of Trustees*

*Official from January 1, 2002*

The designation on the cover of this publication, "USP NF 2002," is for ease of identification only. The publication contains two separate compendia: The Pharmacopeia of the United States Twenty-fifth Revision, and the National Formulary, Twentieth Edition.

UNITED STATES PHARMACOPEIAL CONVENTION, INC.
12601 Twinbrook Parkway, Rockville, MD 20852

## NOTICE AND WARNING

*Concerning U.S. Patent or Trademark Rights*

The inclusion in the Pharmacopeia or in the National Formulary of a monograph on any drug in respect to which patent or trademark rights may exist shall not be deemed, and is not intended as, a grant of, or authority to exercise, any right or privilege protected by such patent or trademark. All such rights and privileges are vested in the patent or trademark owner, and no other person may exercise the same without express permission, authority, or license secured from such patent or trademark owner.

*Concerning Use of USP or NF Text*

Use of the USP-NF is subject to the terms and conditions of the USP-NF License Agreement. Attention is called to the fact that the USP-NF is fully copyrighted. Authors and others wishing to use portions of the text or images in any manner not expressly permitted by the License Agreement should request permission to do so from the Secretary of the USPC Board of Trustees.

Copyright © 2001 The United States Pharmacopeial Convention, Inc.
12601 Twinbrook Parkway, Rockville, MD 20852
*All rights reserved.*
ISSN 0195-7996
ISBN 1-889788-10-4
Printed in Canada by Webcom Limited, Toronto, Ontario

QV 738 AA1 U58 2002

# Contents

## USP 25

**Introduction** ........ v

**USP's Public Health Programs** ...... vii

**People** ........ viii

Officers (2000-2005) ........ viii
Board of Trustees (2000-2005) ........ viii
Council of Experts 2000-2005 ........ viii
Council of Experts Executive Committee ........ ix
Complex Actives Division ........ ix
Executive Committee ........ ix
Expert Committees ........ ix
General Policies and Requirements Division ........ ix
Executive Committee ........ ix
Expert Committees ........ ix
Information Division ........ x
Executive Committee ........ x
Expert Committees ........ x
Noncomplex Actives and Excipients Division ........ xii
Executive Committee ........ xii
Expert Committees ........ xii
USP Reference Standards Committee ........ xiii
USP-FDA Antibiotic Monograph Subcommittee ........ xiii
Headquarters Staff ........ xiii
Collaborators During 2000–2002 ........ xv
Members of the United States Pharmacopeial Convention as of June 1, 2001 ........ xix

**Preamble**

Articles of Incorporation ........ xxiii
Constitution and Bylaws ........ xxiv
Rules and Procedures ........ xxxiv
USP Communications Policy ........ xxxix
USP Document Disclosure Policy ........ xl
Proceedings ........ xlii
Preface ........ xlv

**Continuously Updated Standards and Specifications** ........ xlviii

**Admissions** ........ li

Articles Admitted to *USP 25* by Supplement ........ li
Official Titles Changed by Supplement ........ lii
Change in Official Titles ........ lii
Revisions Appearing in *USP 25* That were Not Included in *USP 24* Including Supplements ........ lii
Articles Included in *USP 24* but Not Included in *USP 25* ........ liii

**Commentary** ........ liv

**Notices**
General Notices and Requirements ........ 1831

**Monographs**
Official Monographs for USP 25 ........ 13

Case 1:23-cv-07483-SJB-SDE Document 100-37 Filed 12/01/25 Page 5 of 8 PageID #: 6330

## Notices

## General Chapters

*see page 1831 for detailed contents*
General Tests and Assays . . . . . 1833
General General Requirements for Tests and Assays . . 1833
Apparatus for Tests and Assays . . . . . 1831
Microbiological Tests . . . . . 1831
Biological Tests and Assays . . . . . 1831
Chemical Tests and Assays . . . . . 1831
Physical Tests and Determinations . . . . . 1832
General Information . . . . . 2090

## Reagents

Reagents . . . . . 2275
Indicators and Indicator Test Papers . . . . . 2338
Solutions . . . . . 2340
Buffer Solutions . . . . . 2340
Colormetric Solutions . . . . . 2341
Test Solutions . . . . . 2341
Volumetric Solutions . . . . . 2348

## Tables

Containers for Dispensing Capsules and Tablets . . . . . 2357
Description and Relative Solubility of USP and NF Articles . . . . . 2363
Approximate Solubitilities of USP and NF Articles . . . 2404
Atomic Weights . . . . . 2411
Alcoholometric Table . . . . . 2414
Thermometric Equivalents . . . . . 2418

# Nutritional Supplements

## Monographs

Official Monographs . . . . . 2421

## General Chapters

*see page 1831 for detailed contents*
General Tests and Assays . . . . . 2477

# NF 20

## People

See *USP 25* . . . . . viii

## Preamble

Preface to *NF 20* . . . . . 2494

## Admissions

Articles Official in *NF 19* . . . . . 2495

## Tables

USP and NF Excipients Ingredients, Listed by Categories 2496

## Notices

General Notices and Requirements . . . . . 2500

## Monographs

Official Monographs for *NF 20* . . . . . 2502

## General

*see page 1831 for detailed contents*
General Tests and Assays See *USP 25*, page 1833
General General Information See *USP 25*, page 2090

## Reagents

Reagents *See USP 25*, page 2275
Indicators and Indicator Test Papers *See USP 25*, page 2338
Solutions *See USP 25*, page 2340

## Index

Combined Index to *USP 25* and *NF 20* . . . . . 2647

Case 1:23-cv-07483-SJB-SDE Document 100-37 Filed 12/01/25 Page 6 of 8 PageID #: 6331



*Procedure*—Inject a volume (about 0.1 µL) of the *Assay preparation* into the chromatograph, record the chromatogram, and measure all of the peak areas, excluding the solvent peak. Calculate the percentage of $C_{12}H_{20}O_7$ in the Triethyl Citrate taken by the formula:

$$100(A / B),$$

in which *A* is the triethyl citrate peak response, and *B* is the sum of the responses of all the peaks observed in the chromatogram.

## Trolamine

$C_6H_{15}NO_3$ 149.19
Ethanol, 2,2',2''-nitrilotris-.
2,2',2''-Nitrilotriethanol [*102-71-6*].

» Trolamine is a mixture of alkanolamines consisting largely of triethanolamine [$N(C_2H_4OH)_3$] containing some diethanolamine [$NH(C_2H_4OH)_2$] and monoethanolamine [$NH_2(C_2H_4OH)$]. It contains not less than 99.0 percent and not more than 107.4 percent of alkanolamines, calculated on the anhydrous basis as $N(C_2H_4OH)_3$.

**Packaging and storage**—Preserve in tight, light-resistant containers.
**Identification** —
**A:** To 1 mL add 0.1 mL of cupric sulfate TS: a deep blue color is produced. Add 5 mL of 1 N sodium hydroxide, and concentrate to one-third of the original volume by boiling: the blue color remains.
**B:** To 1 mL add 0.3 mL of cobaltous chloride TS: a carmine-red color is produced.
**C:** Heat 1 mL gently in a test tube: the vapors turn moistened red litmus paper blue.
**Specific gravity** ⟨841⟩: between 1.120 and 1.128.
**Refractive index** ⟨831⟩: between 1.481 and 1.486 at 20°.
**Water,** *Method I* ⟨921⟩: not more than 0.5%, a mixture of 5.0 mL of glacial acetic acid and 20 mL of methanol being used as the solvent.
**Residue on ignition** ⟨281⟩: not more than 0.05%.
**Organic volatile impurities,** *Method I* ⟨467⟩: meets the requirements.
**Assay**—Transfer about 2 g of Trolamine, accurately weighed, to a 300-mL conical flask. Add 75 mL of water and 2 drops of methyl red TS, and titrate with 1 N hydrochloric acid VS: each mL of 1 N hydrochloric acid is equivalent to 149.2 mg of triethanolamine, expressed as $N(C_2H_4OH)_3$.

**Tromethamine**—*see Tromethamine USP*

**Tyloxapol**—*see Tyloxapol USP*

***Add the following:***

## ▲Ubidecarenone




$C_{59}H_{90}O_4$ 863.37
2,5-Cyclohexadiene-1,4-dione, 2-[(2*E*,6*E*,10*E*,14*E*,18*E*,22*E*,26*E*,30*E*,34*E*)-3,7,11,15,19,23,27,31,35,39-decamethyl-2,6,10,14,18,22,26,30,34,38-tetracontadecaenyl]-5,6-dimethoxy-3-methyl.
2-[(*all*-*E*)-3,7,11,15,19,23,27,31,35,39-Decamethyl-2,6,10,14,18,22,26,30,34,38-tetracontadecaenyl)-5,6-dimethoxy-3-methyl-*p*-benzoquinone [*303-98-0*].

» Ubidecarenone (Coenzyme $Q_{10}$) contains not less than 98.0 percent and not more than 101.0 percent of $C_{59}H_{90}O_4$, calculated on the anhydrous basis.

**USP Reference standards** ⟨11⟩—*USP Ubidecarenone RS. USP Ubidecarenone for System Suitability RS.*
**Identification**—
**A:** *Infrared Absorption* ⟨197K⟩.
**B:** Dissolve about 50 mg of Ubidecarenone in 1 mL of ethyl ether, and add 10 mL of dehydrated alcohol. To 2 mL of this solution, add 3 mL of dehydrated alcohol and 2 mL of dimethyl malonate, add 1 mL of potassium hydroxide solution (1 in 5) dropwise, and mix: a blue color appears.
**Water,** *Method I* ⟨921⟩: not more than 0.2%.
**Residue on ignition** ⟨281⟩: not more than 0.1%.
**Heavy metals,** *Method II* ⟨231⟩: 0.002%.
**Chromatographic purity**—
TEST 1: COENZYMES $Q_7$, $Q_8$, $Q_9$, $Q_{11}$ AND RELATED IMPURITIES—
*Mobile phase*—Proceed as directed in the *Assay*.
*Chromatographic system*—Proceed as directed in the *Assay*. To evaluate the system suitability requirements, use the *System suitability preparation*, as prepared in the *Assay*.
*Standard solution* and *Test solution*—Use the *Standard preparation* and the *Assay preparation*, as prepared in the *Assay*.
*Procedure*—Proceed as directed in the *Assay*, measure all the peak areas, and calculate the percentage of impurities in the portion of Ubidecarenone taken by the formula:

$$100(r_i / r_s),$$

in which $r_i$ is the sum of all peak responses, other than that for ubidecarenone, obtained from the *Test solution*; and $r_s$ is the sum of all peak responses. Not more than 1.0% is found.
TEST 2: UBIDECARENONE (2Z)-ISOMER AND RELATED IMPURITIES—
*Mobile phase*—Prepare a filtered and degassed mixture of *n*-hexane and ethyl acetate (97:3).
*System suitability solution*—Prepare a solution of USP Ubidecarenone for System Suitability RS in *n*-hexane having a concentration of about 1 mg per mL.
*Test solution*—Prepare a solution of Ubidecarenone in *n*-hexane having a concentration of about 1 mg per mL.
*Chromatographic system*—The liquid chromatograph is equipped with a 275-nm detector and a 4.6-mm × 25-cm column that contains packing L3. The flow rate is about 2.0 mL per minute. Chromatograph the *System suitability solution*, and record the peak responses as directed for *Procedure*: the relative retention times are about 0.85 for ubidecarenone (2Z)-isomer and 1.0 for ubidecarenone; and the resolution, *R*, between ubidecarenone (2Z)-isomer and ubidecarenone is not less than 1.5.
*Procedure*—Inject a volume of the *Test solution* (about 20 µL) into the chromatograph, record the chromatogram, and measure all the peak responses. Calculate the percentage of impurities in the portion of Ubidecarenone taken by the formula:

CoCrystal_0000697

$$100(r_i/r_s),$$

in which $r_i$ is the sum of all peak responses, other than that for ubidecarenone; and $r_s$ is the sum of all peak responses. Not more than 1.0% is found.

Calculate the percentage of total impurities as the sum of the percentages obtained by *Test 1* and *Test 2:* not more than 1.5% of total impurities is found.

**Assay**—

*Mobile phase*—Prepare a filtered and degassed mixture of methanol and dehydrated alcohol (13:7). Make adjustments if necessary (see *System Suitability* under *Chromatography* ⟨621⟩).

*System suitability preparation*—Dissolve accurately weighed quantities of USP Ubidecarenone RS and coenzyme $Q_9$ in dehydrated alcohol, heating at about 50° for 2 minutes if necessary, to obtain a solution having known concentrations of about 0.5 mg of each per mL.

*Standard preparation*—Dissolve an accurately weighed quantity of USP Ubidecarenone RS in dehydrated alcohol, heating at about 50° for 2 minutes if necessary, to obtain a solution having a known concentration of about 1.0 mg per mL.

*Assay preparation*—Transfer about 50 mg of Ubidecarenone, accurately weighed, to a 50-mL volumetric flask, dissolve in dehydrated alcohol, heating at about 50° for 2 minutes if necessary, cool, dilute with dehydrated alcohol to volume, and mix.

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The liquid chromatograph is equipped with a 275-nm detector and a 5-mm × 15-cm column that contains packing L1, and is maintained at a temperature of 35°. The flow rate is adjusted to obtain a retention time of about 11 minutes. Chromatograph the *System suitability preparation*, and record the peak responses as directed for *Procedure:* the relative retention times are about 0.75 for coenzyme $Q_9$ and 1.0 for ubidecarenone; the resolution, *R*, between coenzyme $Q_9$ and ubidecarenone is not less than 4; and the relative standard deviation for replicate injections is not more than 0.8%.

*Procedure*—Separately inject equal volumes (about 5 µL) of the *Standard preparation* and the *Assay preparation* into the chromatograph, record the chromatograms, and measure the responses for the major peaks. Calculate the quantity, in mg, of $C_{59}H_{90}O_4$ in the portion of Ubidecarenone taken by the formula:

$$50C(r_U/r_S),$$

in which *C* is the concentration, in mg per mL, of USP Ubidecarenone RS in the *Standard preparation;* and $r_U$ and $r_S$ are the peak responses obtained from the *Assay preparation* and the *Standard preparation*, respectively.▲USP26

***Add the following:***

## ▲Ubidecarenone Capsules

» Ubidecarenone Capsules contain not less than 90.0 percent and not more than 115.0 percent of the labeled amount of ubidecarenone ($C_{59}H_{90}O_4$).

**USP Reference standards** ⟨11⟩—*USP Ubidecarenone RS.*

**Identification**—The retention time of the major peak in the chromatogram of the *Assay preparation* corresponds to that in the chromatogram of the *Standard preparation*, as obtained in the *Assay.*

**Disintegration and dissolution** ⟨2040⟩: meet the requirements of the test for *Disintegration* only.

**Weight variation** ⟨2091⟩: meet the requirements.

**Assay**—[NOTE—Conduct this test promptly with minimum exposure to actinic light.]

*Solvent*—Prepare a mixture of dehydrated alcohol and *n*-hexane (2:5).

*Mobile phase*—Prepare a filtered and degassed mixture of acetonitrile, tetrahydrofuran, and water (55:40:5). Make adjustments if necessary (see *System Suitability* under *Chromatography* ⟨621⟩).

*Standard preparation*—Dissolve an accurately weighed quantity of USP Ubidecarenone RS in *Solvent* to obtain a solution having a known concentration of 1.0 mg per mL. Dilute a portion of this solution with dehydrated alcohol to obtain a solution having a known concentration of about 40 µg per mL.

*Resolution solution*—Dissolve an accurately weighed quantity of coenzyme $Q_9$ in *Solvent* to obtain a solution having a concentration of 1.0 mg per mL. Dilute a portion of this solution with dehydrated alcohol to obtain a solution having a concentration of about 40 µg per mL. Mix equal volumes of this solution and the *Standard preparation.*

*Assay preparation 1* (for soft gelatin Capsules)—Using a suitable cutting instrument, open an accurately counted number of Capsules, equivalent to about 200 mg of ubidecarenone. Quantitatively transfer the shells and contents to a suitable container, add 100 mL of *Solvent*, and shake by mechanical means for 30 minutes. Using small portions of *Solvent*, quantitatively transfer this mixture to a 200-mL volumetric flask, dilute with *Solvent* to volume, and mix. Centrifuge a portion of this solution, transfer 1.0 mL of the supernatant to a 25-mL volumetric flask, add 2.5 mL of a 0.1% solution of anhydrous ferric chloride in alcohol, and mix.

*Assay preparation 2* (for hard gelatin Capsules)—Empty and thoroughly mix the contents of not fewer than 20 Capsules. Transfer an accurately weighed portion of the powder, equivalent to about 100 mg of ubidecarenone, to a 100-mL volumetric flask, add 60 mL of *Solvent*, and shake by mechanical means for 30 minutes. Dilute with *Solvent* to volume, and mix. Centrifuge a portion of this solution, transfer 1.0 mL of the supernatant to a 25-mL volumetric flask, add 2.5 mL of a 0.1% solution of anhydrous ferric chloride in alcohol, dilute with alcohol to volume, and mix.

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The liquid chromatograph is equipped with a 280-nm detector and an 8-mm × 10-cm column that contains packing L1. The flow rate is about 2.5 mL per minute. Chromatograph the *Resolution solution*, and record the peak responses as directed for *Procedure:* the resolution, *R*, between ubidecarenone and coenzyme $Q_9$ is not less than 2.5. Chromatograph the *Standard preparation*, and record the peak responses as directed for *Procedure:* the tailing factor is not more than 1.5; and the relative standard deviation for replicate injections is not more than 2.0%.

*Procedure*—Separately inject equal volumes (about 15 µL) of the *Standard preparation* and *Assay preparation 1* or *Assay preparation 2* into the chromatograph, record the chromatograms, and measure the responses for the major peaks. Calculate the quantity, in mg, of ubidecarenone ($C_{59}H_{90}O_4$) in each soft gelatin Capsule taken by the formula:

$$5000(C/N)(r_U/r_S),$$

in which *C* is the concentration, in mg per mL, of USP Ubidecarenone RS in the *Standard preparation; N* is the number of Capsules taken to prepare *Assay preparation 1;* and $r_U$ and $r_S$ are the peak responses obtained from *Assay preparation 1* and the *Standard preparation*, respectively. Calculate the quantity, in mg, of ubidecarenone ($C_{59}H_{90}O_4$) in the portion of hard gelatin Capsules taken by the formula:

$$2500C(r_U/r_S),$$

in which $r_U$ is the peak response obtained from *Assay preparation 2;* and the other terms are as defined herein.▲USP26

***Add the following:***

## ▲Ubidecarenone Tablets

» Ubidecarenone Tablets contain not less than 90.0 percent and not more than 115.0 percent of the labeled amount of ubidecarenone ($C_{59}H_{90}O_4$).

**USP Reference standards** ⟨11⟩—*USP Ubidecarenone RS.*

**Identification**—The retention time of the major peak in the chromatogram of the *Assay preparation* corresponds to that in the chromatogram of the *Standard preparation*, as obtained in the *Assay.*

**Disintegration and dissolution** ⟨2040⟩: meet the requirements of the test for *Disintegration* only.

**Weight variation** ⟨2091⟩: meet the requirements.

**Assay**—[NOTE—Conduct this test promptly with minimum exposure to actinic light.]

*Solvent, Mobile phase, Standard preparation, Resolution solution,* and *Chromatographic system*—Proceed as directed in the *Assay* under *Ubidecarenone Capsules.*

*Assay preparation*—Weigh and finely powder not fewer than 20 Tablets. Transfer an accurately weighed quantity of the powder, equivalent to about 100 mg of ubidecarenone, to a 100-mL volumetric flask, add 60 mL of *Solvent*, and shake by mechanical means for 30 minutes. Dilute with *Solvent* to volume, and mix. Centrifuge a portion of this solution, transfer 1.0 mL of the supernatant to a 25-mL volumetric flask, add 2.5 mL of a 0.1% solution of anhydrous ferric chloride in alcohol, dilute with alcohol to volume, and mix.

*Procedure*—Separately inject equal volumes (about 15 µL) of the *Standard preparation* and the *Assay preparation* into the chromatograph, record the chromatograms, and measure the responses for the major peaks. Calculate the quantity, in mg, of ubidecarenone ($C_{59}H_{90}O_4$) in the portion of Tablets taken by the formula:

$$2500C(r_U / r_S),$$

in which $C$ is the concentration, in mg per mL, of USP Ubidecarenone RS in the *Standard preparation*; and $r_U$ and $r_S$ are the peak responses obtained from the *Assay preparation* and the *Standard preparation*, respectively.▲USP23

# Valerian

» Valerian consists of the subterranean parts of *Valeriana officinalis* Linné (Fam. Valerianaceae) including the rhizome, roots, and stolons. It contains not less than 0.5 percent of volatile oil and not less than 0.05 percent of valerenic acid ($C_{15}H_{22}O_2$), calculated on the dried basis.

**Packaging and storage**—Store in tight containers, protected from light and moisture.

**Labeling**—The label states the Latin binomial name and, following the official name, the parts of the plant contained in the article.

**USP Reference standards** ⟨11⟩—*USP Powdered Valerian RS. USP Valerenic Acid RS.*

**Botanic characteristics**—

*Macroscopic*—Rhizome erect, entire or usually cut longitudinally, up to 5 cm in length and up to 3 cm in diameter, yellowish gray to pale grayish brown, base elongated or compressed, covered by and merging with numerous roots; apex usually bearing a cup-shaped scar from aerial parts, stem bases rarely present; in longitudinal section, pith exhibiting a central cavity traversed by septa. Roots numerous, slender, almost cylindrical, and of the same color as the rhizome, about 10 cm in length and up to 3 mm in diameter; a few filiform, fragile secondary roots; fracture short. Stolon pale yellowish gray, showing prominent nodes separated by longitudinally striated internodes each 2 to 5 cm in length; fracture fibrous.

*Histology*—Root, with piliferous layer, of papillosed cells, some being developed into root hairs; exodermis, or a single layer of quadrangular to polygonal cells with suberized walls and containing globules of volatile oil; outer cortex of two to four layers of resin-containing cells with thin or collenchymatous, sometimes suberized walls; inner cortex of numerous layers of polygonal to rounded cells filled with starch. Starch granules simple or compound; simple granules rounded, 5 to 15 µm in diameter, sometimes showing a cleft or stellate hilum; compound granules with two to six components, up to 20 µm in diameter. Endodermis consisting of a single layer of suberized, tangentially elongated cells, pericycle continuous, starch-filled; parenchyma surrounding the phloem zone; cambium frequently indistinct; vascular bundles forming an interrupted ring surrounding the starch-filled cells. Rhizome in transverse section, different from the root, its structure being complicated by the presence of numerous vascular bundles from root and stolon; epidermis and exodermis partially replaced by poorly developed periderm; central pith wide, including cavities of various sizes, the larger ones being separated by plates of partially sclerified tissue.

**Identification**—

**A:** Transfer about 0.2 g of freshly powdered Valerian to a test tube, add 5 mL of methylene chloride, shake several times, and allow to stand for 5 minutes. Filter, wash the filter with 2 mL of methylene chloride, and combine the filtrate and washings in one container. Heat the combined filtrate and washings on a water bath for the minimum time required to evaporate the solvent, and dissolve the residue in 0.2 mL of methylene chloride. [NOTE—Retain a portion of this solution for use in *Identification* test *B*.] To about 0.1 mL of this solution, add 3 mL of a mixture of equal volumes of glacial acetic acid and 25% hydrochloric acid, and shake several times: a blue color develops within 15 minutes.

**B:** *Thin-Layer Chromatographic Identification Test* ⟨201⟩—

*Adsorbent:* 0.50-mm layer of chromatographic silica gel.

*Test solution:* solution reserved from *Identification* test *A*.

*Standard solution:* prepared similarly to the *Test solution* except to begin with 0.2 g of USP Powdered Valerian RS.

*Application volume:* duplicate 20-µL portions, applied as 20-mm × 3-mm bands.

*Developing solvent system*—Develop the plates twice in a mixture of toluene and ethyl acetate (75:25), each time allowing the solvent front to ascend 10 cm above the line of application. Remove the plate from the developing chamber, mark the solvent front, and allow the plate to air-dry. Spray the plate with a mixture of hydrochloric acid and acetic acid (8:2), and heat at 110° for 10 minutes. Remove the plate from the oven, cool, and visually examine the plate: the chromatogram of each solution shows a blue to blue-black zone due to valtrate and isovaltrate at an $R_f$ value of about 0.75; a light brown to dark brown zone due to didrovaltrate at an $R_f$ value of about 0.65; and a blue to blue-black zone due to acevaltrate at an $R_f$ value of about 0.55.

**C:** The retention time of the valerenic acid peak in the chromatogram of the *Test solution* corresponds to that in the chromatogram of the *Standard solution*, as obtained in the test for *Content of valerenic acid.*

**Total ash** ⟨561⟩: not more than 12.0%.

**Acid-insoluble ash** ⟨561⟩: not more than 5.0%.

**Water content** ⟨561⟩: not more than 12.0%.

**Extractable matter**—Mix 2 g of Valerian, carefully dried at 40° and coarsely powdered, with a mixture of 12 g of alcohol and 8 g of water, and allow to stand for 2 hours, shaking frequently. Filter, evaporate 5 g of the filtrate on a water bath to dryness, and dry the residue at 105°. The weight of the dried residue is not less than 100 mg (20%).

**Volatile oil** ⟨561⟩: not less than 0.5%, 100 g of freshly and coarsely comminuted Valerian being used.

**Pesticide residues** ⟨561⟩: meets the requirements.

**Foreign organic matter** ⟨561⟩: not more than 2.0%.

**Microbial limits** ⟨61⟩—The total bacterial count does not exceed 10,000 per g, the total combined molds and yeasts count does not exceed 100 per g, and it meets the requirements of the tests for absence of *Salmonella* species and *Escherichia coli* and for absence of *Staphylococcus aureus.*

**Content of valerenic acid**—

*Mobile phase*—Prepare a filtered and degassed mixture of methanol and dilute phosphoric acid (1 in 200) (80:20). Make adjustments if necessary (see *System Suitability* under *Chromatography* ⟨621⟩).

*Standard solution*—Dissolve an accurately weighed quantity of USP Valerenic Acid RS in 70 percent alcohol to obtain a solution having a known concentration of about 0.05 mg per mL.

*Test solution*—Transfer about 2 g of Valerian, reduced to a powder and accurately weighed, to a flask, add 40.0 mL of 70 percent alcohol, and shake by mechanical means for 2 hours at room temperature. Centrifuge, and use the clear extract as the *Test solution.*

*Chromatographic system* (see *Chromatography* ⟨621⟩)—The liquid chromatograph is equipped with a 225-nm detector and a 4.6-mm × 25-cm column that contains packing L1. The flow rate is about 1.5 mL per minute. Chromatograph the *Standard solution*, and record the peak responses as directed for *Procedure*: the tailing factor for the valerenic acid peak is not more than 2.0; and the relative standard deviation for replicate injections is not more than 2.0%.