# Exhibit 36

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

----------------------------------x

KANEKA CORPORATION, :
Plaintiff, : Case No.:
v. : 1:23-cv-07483
COCRYSTAL TECHNOLOGY (JIAXING) CO.,:
LTD. (F/K/A SHANGHAI COCRYSTAL :
PHARMACEUTICAL TECHNOLOGY CO., :
LTD.), AND COCRYSTAL HEALTH :
INDUSTRY (ZHEJIANG) CO., LTD., :
Defendants. :

----------------------------------x

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

Videotaped deposition of ALEX MEI
Friday, March 21, 2025
AT:
9:00 a.m.

Taken at:
Mayer Brown
19th Floor, Prince's Building
10 Chater Road
Central, Hong Kong

Court Reporter:
KATHERINE SCHILLING, RPR
CA CSR No. 14163

A P P E A R A N C E S

Appearing for the Plaintiff, KANEKA CORPORATION:

GERALD W. GRIFFIN, PARTNER
LEONARDO TRIVIGNO, PARTNER
CARTER LEDYARD & MILBURN LLP
28 Liberty Street
41st Floor
New York, New York 10005
(212) 238-8657
griffin@clm.com
trivigno@clm.com

Appearing for the Defendants, COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD. (f/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.), and COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.:

GARY M. HNATH, PARTNER
MAYER BROWN
1999 K Street, NW
Washington, D.C. 20006
(202) 263-3040
ghnath@mayerbrown.com

ALSO PRESENT:

Matthieu Leulier, videographer

A. I do not fully understand your phrase. But I will say I already state my opinion: We selectively test the raw material that we purchased for -- for making Crystal QH.

Q. Great.

And you do the same for your final reduced coenzyme Q10 product, which we're calling QH; correct?

A. No. QH is different scenario.

Q. Oh. So tell me what the scenario for that is.

A. The finished product have to be tested each batch. It's not selective.

Q. Ah, great.

So for the final reduced coenzyme Q10 product, the QH, you routinely test every batch that you manufacture; correct?

A. Yes.

Q. Great.

And what testing do you do for the Q10 that you purchase?

A. For the raw material? As I said, we selectively test some of the batch, and usually we just test -- I might be wrong, but I mean, it's QA in charge of the quality.

Q. Yeah, yeah.
A. But usually we should at least selective test the content of Q10, basically the purity --
Q. Understood.
A. -- as a value.
Q. And how do you -- sorry. Were you finished?
A. Yes.
Q. How do you do that?
A. By performing HPLC.
Q. And with respect to the final product, the final QH product that the defendants manufacture and test every batch of, how do you test that product?
A. There are multiple testing that need to be done.
Q. And what are they?
A. Usually appearance, on the assay value of ubiquinol on dry basis by HPLC, which is the USP. I should say modified USP method. And the co-former nicotinamide, water content, as listed here on the CFA. All the parameters that we listed here are tested. Residual, total bacteria. All this.
Q. Great.
And just so the record is clear, you're

referring to what's referenced in plaintiff's deposition Exhibit 31; correct?

A. Yeah. It does not have to be -- any CFA they have this routine testing, yeah.

Q. Okay. Great.

You said one of the tests you do perform is USP HPLC; is that right?

A. Yes.

Q. And what did you mean by USP?

A. USP is US Pharmacopeia.

Q. And does -- sorry, what is USP [sic] Pharmacopeia?

A. It's a Pharmacopeia that published by USP. USP is an organization that is making standards/specifications for drug and also for supplements, for food ingredients. They are in charge of the testing methods, the reference standard, the specification, and so on.

It's a very -- it's almost -- it's not a government, but it's almost like an authority.

Q. Understood.

Does, sorry, so the USP Pharmacopeia, do they set the test methodology for the final QH product?

A. Yes.

Q. Great.

MR. GRIFFIN: Katherine, you're going to kill me. I'm going to go out of order and ask you to mark this document as the next document, even though you premarked earlier ones.

COURT REPORTER: 51, then?

(Exhibit 51 was marked for identification.)

BY MR. GRIFFIN:

Q. So is the test method that we were just discussing, that's set by the USP Pharmacopeia. Is that method accurately reflected in what I have just handed, which is plaintiff's deposition Exhibit 51?

A. Mm-hmm.

Q. I forgot to say another rule.

Try to verbally express your answers with words.

A. Oh, sorry, yeah. You did. Sorry, it's my fault.

Q. So --

A. Yes.

Q. Okay. Great.

So we can put that down for now.

The testing that you have done on -- the selective testing that you do on the raw Q10 material that you purchase from the market, do you

also perform HPLC tests pursuant to USP standard?
A. Say that again, because I don't understand what "pursuant" means.
Q. Why don't we do this. This is going to be 52.
(Exhibit 52 was marked for identification.)
BY MR. GRIFFIN:
Q. So we're talking about how the USP Pharmacopeia sets the testing methodology or standard for ubiquinol.
Do they also do it with respect to Q10, which is the oxidized coenzyme Q10, which is also referred to as ubidecarenone? Is that -- strike it.
Does the USP also set the standard or methodology -- testing methodology for ubidecarenone or Q10?
A. Yes.
Q. And is what I just handed you -- or, what Katherine has handed you, which is now marked as plaintiff's deposition Exhibit 52, does that accurately reflect the USP testing methodology for Q10?
A. I have to check the version. So this was a printout as a current official as 2023?
Q. Yes.

A. Okay. So this is the most current version. Yeah, I think we follow this. But I mean, not all. We don't have -- we just check -- as I said, we selectively test only the assay value. And I'm not sure if we reported all the impurities. Total.

Because as impurities, there is a procedure 1 require the testing of Q7, Q8, Q9 and Q11 as the total. I'm not sure we did that, but we definitely check the assay value.

Q. Great.

A. Because that's what we're concerning about.

Q. Great.

It's 10:15. Why don't we take a short break before we go on to our next topic.

A. Yeah.

THE VIDEOGRAPHER: And we're going off the record. This marks the end of the file No. 1. The time is 10:14 a.m.

(There was a recess in the proceedings.)

THE VIDEOGRAPHER: And we're back on the record. This marks the beginning of the file No. 2. The time is 10:26 a.m.

MR. HNATH: For the record, let me designate