# Exhibit 45

PAID CONTENT

# Patented Kaneka Ubiquinol®

## The only clinically validated, reduced form of CoQ10 in the market today



Natural Products Insider®

In today's hypercompetitive wellness market — with its razor-thin margins and bulk commodities of sometimes dubious quality — brands face necessary decisions. Many inevitably arrive at a familiar crossroads: Do they follow the science or pursue the latest trends?

Fortunately, the choice does not have to be an either/or proposition. Many of the natural product industry's top suppliers offer ingredients that have been rigorously tested for safety and scientifically validated for efficacy across a range of consumer-focused health benefits. The emergence and evolution of branded ingredients — standardized products based on original clinical and scientific research — have helped make the choice even easier.

However, manufacturers and other stakeholders who formulate and market dietary supplements may not fully appreciate the investment and commitment involved in developing and substantiating some of the most well-known branded ingredients available today.

In this case study, we will do a deep dive into Kaneka Ubiquinol®. As the singularly unique, active antioxidant form of coenzyme Q10 (CoQ10), Kaneka Ubiquinol illustrates the depth and breadth of research required to enable supplement brands to confidently make a broad range of structure/function claims across healthy aging, antioxidant protection, heart health, preconception and more.





## Made in the USA

CoQ10 is well known to both brands and consumers these days, but that was not always the case. In 1977, Japan-based Kaneka Corporation first produced CoQ10 through an innovative microbiological fermentation process using proprietary yeast. Other CoQ10 products were, and remain, processed from bacteria or tobacco derivatives. Kaneka's yeast fermentation process allows for the highest purity CoQ10 synthesis of the all-trans configuration molecule (the form that is bioidentical to CoQ10 naturally synthesized in the body). The company was the first to commercialize the ingredient in the United States market more than 35 years ago, and in 2002, launched Kaneka Q10®, one of the earliest branded ingredients.

Then, in 2007, Kaneka unveiled a next-generation CoQ10 product derived from Kaneka Q10 — Kaneka Ubiquinol, a patented reduced form of CoQ10. Kaneka Nutrients, a subsidiary of Kaneka located in Texas, is the sole manufacturer and supplier of Kaneka Ubiquinol in the U.S. Many of the human clinical trials conducted today, including those funded by the National Institutes of Health, use Kaneka Q10 and Kaneka Ubiquinol. The latter alone has been the subject of numerous studies.

"Many consumers look for products made in the USA, and Kaneka Ubiquinol provides that for those consumers," noted Jenn Fernandez, Kaneka Nutrients director of marketing. "These same consumers can also be reassured that both Kaneka Ubiquinol and Kaneka Q10 are produced in compliance with FDA's rigorous good manufacturing practice standards. Kaneka is also committed to truth in advertising and complies with Federal Trade Commission requirements so consumers can trust the validity of our claims regarding the benefits of our products."

## Ubiquinol: The functional flip side of CoQ10

A brief primer, or reminder for those in the know, on the basic functionality of CoQ10 may be in order: Found in high concentrations in energy-intensive organs like the heart, liver and kidneys, CoQ10 is essential to the electron transport chain, a series of protein complexes in the inner mitochondrial membrane that generate energy in the form of adenosine triphosphate (ATP) through a process called oxidative phosphorylation. CoQ10 acts as a courier, shuttling electrons between distinct parts of the mitochondrial machinery involved in ATP energy production. During this electron swap, CoQ10, also known as ubiquinone, gains two electrons and turns into ubiquinol, activating its superpowers as a master antioxidant.

In its reduced, antioxidant form, ubiquinol is involved in neutralizing free radicals, protecting the integrity of the DNA and cellular membranes from damage, and aiding in the regeneration of other antioxidants like vitamin E and vitamin C. Free radicals, which are unstable molecules with unpaired electrons, react readily in the body and potentially cause

**"Many consumers look for products made in the USA, and Kaneka Ubiquinol provides that for those consumers."**

– Jenn Fernandez, Kaneka Nutrients director of marketing

harm. They are a natural byproduct of cellular metabolism, especially in processes like the electron transport chain. As a lipid-soluble antioxidant, ubiquinol is uniquely positioned to neutralize free radicals generated during energy production in the mitochondrial membrane. Ubiquinol is the only lipid-soluble antioxidant made within the body (de novo synthesis).

"Ubiquinol is right there in the mitochondrial membrane. So, one of its primary responsibilities is to mop up all the free radicals being produced there," noted Risa Schulman, Ph.D., senior science and regulatory advisor to Kaneka Nutrients.

Studies have consistently demonstrated that a high ratio of ubiquinol to ubiquinone in blood plasma, as much as 95:5 or more, is associated with health and low oxidative stress. Conversely, an imbalance of more ubiquinone may indicate oxidative stress with damage to cellular components like DNA, proteins and lipids. Oxidative stress is also a biomarker of the aging process. In fact, as we get older, the body struggles to efficiently convert ubiquinone into ubiquinol.

This is where Kaneka Ubiquinol demonstrates yet another benefit compared to conventional CoQ10 — better absorption and bioavailability.

In a comparative study, ubiquinol increased on average two times versus CoQ10 in people taking 200 mg of Kaneka Ubiquinol per day. The comparative crossover study measured uptake of ubiquinol or CoQ10 from identical, oil-based dosage forms in 12 healthy subjects providing 200 mg/day for four weeks and found that Ubiquinol increased plasma total CoQ10 by 3.4 µg/ml ($p<0.001$), while CoQ10 increased it by 1.6 µg/ml ($p<0.001$), making Ubiquinol absorbed 2.1 times as well as CoQ10 in a direct comparison ($p<0.005$).[1]

In another study involving more than 50 healthy males who received 150 mg of ubiquinol per day for two weeks, mean plasma levels of CoQ10 increased 4.8-fold at the end of the supplementation period compared to baseline and the percentage of the reduced form of CoQ10 as ubiquinol increased significantly.[2]

Kaneka was the first company to publish a safety and oral bioavailability study on ubiquinol, which appeared in the Regulatory Toxicology and Pharmacology Journal in 2007,[3] according to Sid Shastri, M.Sc., Kaneka Nutrients director of research.

## New research on mitochondria generates excitement about the role of ubiquinol

New research suggests mitochondria, the "power-houses" of the cell, are involved in important cellular processes beyond energy generation — and ubiquinol could play a role in some of these vital functions.

Some of the latest studies, for instance, highlight how a dynamic process of mitochondrial fission and fusion regulates and maintains underlying cellular processes associated with aging.[11]

Ubiquinol, the reduced form of CoQ10, plays a key role in the mitochondrial processes associated with aging by helping maintain membrane integrity. Ubiquinol also appears to be involved in suppressing programmed cell death and its deficiency is associated with age-related conditions.[12]

"The role of CoQ10/ubiquinol in mitochondrial dysfunction and its implications is a hot and ongoing area of research," noted Risa Schulman, Ph.D., senior science and regulatory advisor to Kaneka Nutrients. Brands should stay tuned for further developments.



"When CoQ10 was originally launched decades ago in natural food stores, the common concentration was 10 mg and 30 mg capsules. Today, ubiquinol is typically marketed in 100 mg softgels, and in a softgel format, can promote higher uptake into the body," he explained. "Brands are cognizant of the inherent low absorption of the nutrient and therefore have applied strategies to enhance uptake. Kaneka has added significantly to this knowledge base on ubiquinol and ubiquinone absorption, based on our own published studies."

**"When CoQ10 was originally launched decades ago in natural food stores, the common concentration was 10 mg and 30 mg capsules. Today, Ubiquinol is typically marketed in 100 mg softgels, and in a softgel format, can promote higher uptake into the body."**

**– Sid Shastri, M.Sc., Kaneka Nutrients director of research**

## At the heart of ubiquinol's many benefits

It is beyond the scope of this case study for the supplement manufacturer to comprehensively narrate the decades-long history of scientific research behind ubiquinol. However, brands should be familiar with key findings across different health categories as they carefully consider formulations and applications. Any such discussion must begin with heart health, one of the deepest areas of published research on ubiquinol.

The heart is one of the most energy-demanding organs in the body and has a high concentration of mitochondria, as noted earlier. Depleted levels of ubiquinol are associated with diminished mitochondrial function, leading to decreased energy production and aerobic capacity crucial for normal heart function. The blood vessels must also perform properly, expanding with increased need for blood (called vasodilation). Low-density lipoprotein cholesterol (LDL) or "bad cholesterol" can compromise the function of the inner layer of cells in a vessel (endothelial cells) when it becomes oxidized and forms plaques, impacting vessel flexibility and reducing circulation and overall function.

In an eight-week clinical trial involving subjects with mild-to-moderately elevated LDL cholesterol who were otherwise healthy, ubiquinol (200mg/day for eight weeks) notably improved endothelial function and reduced the oxidation of LDL.[4]

Ubiquinol has also been studied for its effects in replenishing depleted levels of CoQ10 in people taking statin medications to control cholesterol. A class of lipid-reducing drugs, statins reduce the levels of CoQ10 in the body over time because they inhibit the body's production of mevalonate, the precursor to both cholesterol and CoQ10. This depletion in CoQ10 levels can cause fatigue, muscle weakness and overall muscular discomfort.

Ubiquinol has been shown to effectively replenish CoQ10 levels depleted by statins and promote muscle health in statin users. In a study involving 28 participants who took ubiquinol over a six-month period, blood levels of total CoQ10 increased by nearly 200%. Muscle discomfort decreased on average by almost 54% and muscle weakness dropped by more than 44%.[5]





Ubiquinol is not just an invaluable antioxidant to support healthy aging. It plays a significant role in supporting reproductive health in both men and women.

## Ubiquinol: A supplement for the ages

Many of the benefits of ubiquinol, based on its antioxidant capacity to scavenge free radicals, can be rolled up more generally into the category of healthy aging. The free radical theory of aging, which has been advanced since the 1950s, proposes that organisms age because oxidative stress leads to cumulative changes in cells, tissues and DNA that impact bodily structure and function. A more recent variation on the concept, the mitochondrial theory of aging, focuses on the role of free radical-induced damage to mitochondrial DNA as the key underlying factor in aging.

The link between ubiquinol and healthy aging is well established. One human study involving 127 participants found a statistically significant correlation between the percentage of CoQ10 in blood plasma and biological age. In effect, the researchers could predict age based on the amount of CoQ10 in each person. The authors concluded that the ratio of CoQ10 to ubiquinol is critical in balancing the oxidative stress associated with aging.[6]

Another study suggesting a strong link between aging and lower levels of ubiquinol was published in the prestigious journal PLOS ONE in 2016. The research involved nearly 1,000 subjects, with an average age of 52. Researchers measured hand grip strength, an established indicator of muscle strength that declines with age and is correlated with all-cause cardiovascular mortality. Results showed that lower levels of ubiquinol in the body corresponded to a weaker hand grip.[7]

Ubiquinol is not just an invaluable antioxidant to support healthy aging. It plays a significant role in supporting reproductive health in both men and women.

In males, oxidative stress can negatively impact sperm quality, affecting motility, morphology, and DNA fragmentation, which can lead to difficulty conceiving. A 2019 study in the World Journal of Men's Health involving more than 100 authors from multiple continents acknowledged the overwhelming evidence linking oxidative stress to male inability to conceive.[8]

"[The paper's authors] actually present a clinical guideline where they call for antioxidant supplementation for men with high oxidative stress that has been definitively linked to their inability to conceive, and they mentioned ubiquinol by name in the paper as one of the recommended antioxidants for this," Schulman said. "This is really something we don't get this often in the nutraceutical world where supplementation is carrying over into medical world recommendations."

In females, oxidative stress can cause damage to eggs, which becomes harder to repair over time.[9]

Ubiquinol's antioxidant properties may benefit female reproductive health by reducing oxidative stress in these cells. CoQ10 studies to date have shown improvements in oocyte (egg) quality, fertilization rate and in embryo development in women undergoing assisted reproductive technology, such as in vitro fertilization.[10]

A new, Kaneka-sponsored multi-site clinical trial in Canada is underway to evaluate ubiquinol's effects on female fertility.

"Our efforts to research ubiquinol have spanned a variety of different health applications including cardiovascular health, preconception health, aging, bioenergetics and gene expression," Shastri said. "Kaneka remains committed to advancing the scientific investigation and application of Ubiquinol through ongoing clinical research efforts."

## Standing on science

The market potential for ubiquinol is substantial, with the International Coenzyme Q10 Association estimating a consumer retail value exceeding $1 billion annually, predominantly driven by North America, which accounts for about 80% of global demand. Emerging markets like Japan, China, India and Brazil are also showing rapid growth in demand for CoQ10 supplements, according to the trade organization, of which Kaneka is a founding member.

Nutrition Business Journal (NBJ) reports that CoQ10 is a dominant supplement in various health categories, with significant sales in healthy aging and heart health markets. In the healthy aging sector, CoQ10 is the top-selling ingredient, representing 25% of all sales, while in the heart health market, it accounts for more than 14% of sales. The prenatal and postnatal market presents an opportunity for innovation where vitamins represent 70%, especially as sales have flatlined. Overall, CoQ10 is among the top-five best-selling specialty

## Benefits and structure/ function statements

### Absorption and bioactivity

As the reduced form of Kaneka CoQ10, Kaneka Ubiquinol has been shown to be 2 times better absorbed than conventional CoQ10.

### Antioxidant properties

Ubiquinol provides antioxidant support that protects cells from free radical damage.

### Heart health

Ubiquinol promotes cardiovascular health.

### Preconception health

Ubiquinol supports mitochondrial function essential for healthy eggs and sperm.

### Healthy aging

Ubiquinol supplementation can effectively restore depleted levels caused by aging and conditions marked by high oxidative stress.





## Kaneka Q30 offers a more stable version of ubiquinol for new delivery formats

Kaneka Ubiquinol is finally breaking out of the bottle.

Kaneka Nutrients has introduced Kaneka Q30™, a microencapsulated form of Kaneka Ubiquinol designed to address the molecule's inherent instability due to environmental conditions like heat, light, oxygen and moisture.

Until recently, formulators were constrained to using softgels as the main delivery format for ubiquinol due to these factors. Kaneka worked with a leading pharmaceutical encapsulation company on a proprietary process, based on fluid bed drying technology, to overcome the stability limitation. The outer layer of Kaneka Q30 features a non-GMO, natural carbohydrate polymer that provides a robust oxygen barrier.

The result is an impressive stability profile, with less than a 3% decline over 12 months compared to the significant 80% decline seen in one month in traditional ubiquinol forms when exposed to oxygen. This enhanced stability opens new possibilities for incorporating ubiquinol into various formats like capsules, powders and even bars.

"I think that this Kaneka Q30 is a groundbreaking development and should help brands go beyond the softgel format stage," said Sid Shastri, M.Sc., director of research at Kaneka Nutrients.

Additionally, a polysorbate-free 10% liquid ubiquinol form is also available for those seeking alternative options. This innovative development promises to revolutionize ubiquinol supplementation, offering improved stability and versatility for a range of health and wellness applications.

**"This is really something we don't get this often in the nutraceutical world where supplementation is carrying over into medical world recommendations."**

**– Risa Schulman, Ph.D., senior science and regulatory advisor to Kaneka Nutrients**

supplements tracked by NBJ, with sales in the United States alone expected to be near $800 million by 2026.

The success of CoQ10 and ubiquinol in the mainstream market can be attributed in part to the robust scientific evidence supporting their safety and efficacy. This evidence has resonated with health care professionals; for instance, 71% of cardiologists recommend CoQ10 supplements to their patients, based on a survey by the CoQ10 Association. This endorsement highlights the credibility that well-researched products can gain outside of the dietary supplements industry.

Schulman credits Kaneka's commitment to following the science and not simply pursuing the latest trends. "We spend a lot of time making sure there's proper research," she said. "We don't just want to jump on the latest bandwagon and say that we're good for the trending condition. If we look at a given condition, and we don't feel the science is there yet, we don't go there.

Added Shastri, "Based on our commitment to continued research, [we believe] brands utilizing Kaneka Ubiquinol will remain at the forefront of progress and technology."

1. Langsjoen PH, Langsjoen AM. "Comparison study of plasma coenzyme Q10 levels in healthy subjects supplemented with ubiquinol versus ubiquinone." Clin Pharmacol Drug Dev. 2014 Jan;3(1):13-7.
2. Schmelzer C et al. "Ubiquinol-induced gene expression signatures are translated into altered parameters of erythropoiesis and reduced low density lipoprotein cholesterol levels in humans." IUBMB Life. 2011 Jan;63(1):42-8.
3. Hosoe K et al. "Study on safety and bioavailability of ubiquinol (Kaneka QH™) after single and 4-week multiple oral administration to healthy volunteers." Regulatory Toxicology and Pharmacology Journal. 2007 Feb;47(1):19-28.
4. Sabatinelli J et al. "Ubiquinol Ameliorates Endothelial Dysfunction in Subjects with Mild-to-Moderate Dyslipidemia: A Randomized Clinical Trial." Nutrients. 2020;12(4)1098.
5. Zlatohlavek L et al. "The effect of coenzyme Q10 in statin myopathy." Neuro Endocrinol Lett. 2012;33 Suppl 2:98-101.
6. Wada H et al. "Redox status of coenzyme Q10 is associated with chronological age." J Am Geriatr Soc. 2007 Jul;55(7):1141-2.
7. Fischer et al. "Coenzyme Q10 Status as a Determinant of Muscular Strength in Two Independent Cohorts." PLOS ONE. 2016; 11(12): e0167124.
8. Agarwal A et al. "Male Oxidative Stress Infertility (MOSI): Proposed Terminology and Clinical Practice Guidelines for Management of Idiopathic Male Infertility." World J Men's Health. 2019 Sep;37(3):296-312.
9. Mihalas BP et al. "Molecular Mechanisms Responsible for Increased Vulnerability of the Ageing Oocyte to Oxidative Damage."
10. Xu Y et al. "Pretreatment with coenzyme Q10 improves ovarian response and embryo quality in low-prognosis young women with decreased ovarian reserve: a randomized controlled trial. Reprod Biol Endocrinol. 2018 Mar 27;16(1):29.
11. Adebay M et al. "Mitochondrial fusion and fission: The fine-tune balance for cellular homeostasis." FASEB J. 2021 Jun; 35(6): e21620.
12. Pallotti F et al. "The roles of coenzyme Q in disease: Direct and Indirect Involvement in cellular functions." Int J Mol Sci. 2021 Dec 23;23(1):128.

**New to the world of Ubiquinol CoQ10? Download our FREE Beginner's Guide** </beginners-guide> to Ubiquinol today!



# Ubiquinol CoQ10: What Is It and What Are the Benefits?

Ubiquinol is the active antioxidant form of CoQ10 and plays a key role in producing the cellular energy your organs need to keep functioning.

**Should you take Ubiquinol or CoQ10?** </which-form-of-coq10-quiz>

Written by **Risa Schulman Ph.D** </author/risa-schulman>

4 mins

# Ubiquinol CoQ10: The Powerful Antioxidant Your Body Needs

Ubiquinol is the active antioxidant form of CoQ10 and plays a key role in producing the cellular energy your organs need for healthy functioning. To illustrate, a lamp is powered by electricity. A car is powered by gas. Your heart and other organs are powered by cellular energy.

CoQ10, or Coenzyme Q10, is a popular supplement in America. Although many of us buy the supplement to support heart health, many people may not know there are two forms of this nutrient: Ubiquinone and Ubiquinol. Each exists naturally in the body and plays an essential role, but they function differently.

In simple terms, Ubiquinone is the oxidized version of the nutrient, and Ubiquinol is the active antioxidant form. When Ubiquinone, or conventional CoQ10 is consumed, our bodies naturally convert it to Ubiquinol to transport it to the tissues where it is needed. This process becomes less efficient around age 40. That’s where Ubiquinol supplements come in. When Ubiquinol is consumed, it is readily available to perform its antioxidant functions and help support the body's ability to create the cellular energy that organs need.

Kaneka UBIQUINOL
Active antioxidant form of CoQ10

**For Health Care Professionals** **Shop Now** <https://newq.com/>

# Ubiquinol vs. CoQ10

It's important to understand the **difference between Ubiquinol and CoQ10** <https://ubiquinol.org/ubiquinol-vs-coq10>, so you can decide which supplement is best for you. Healthy young adults can easily convert a conventional CoQ10 supplement into Ubiquinol, because their body's ability to do so has yet to be naturally affected by age. However, as this ability diminishes with aging and increased oxidative stress, blood levels of Ubiquinol may decline after the age of 40.[1] This is why taking the advanced Ubiquinol form of CoQ10 can be a better option for best supporting your heart health.

# Ubiquinol Benefits

CoQ10 has interested researchers for many decades since it was first identified in 1940. The Ubiquinol form of CoQ10 has been commercially available in America since 2007 when Kaneka introduced its

patented Ubiquinol supplement ingredient. In that short time, more than 100 peer-reviewed clinical and research studies have been performed and many additional scientific papers have been published regarding Ubiquinol, its mechanism of action, safety and health benefits.

## Supports Heart Health

Critical in the production of the antioxidant adenosine triphosphate (ATP), the body's primary fuel, Ubiquinol supports heart health by helping to provide the cellular energy needed to power the heart.[2] ATP is used by the heart for three critical heart functions - contraction, relaxation, and molecular synthesis. Each function requires significant amounts of cellular energy to best support heart health.

## Supports the Body's Cellular Energy Production

Found in every cell of your body, Ubiquinol is required for 95% of your cellular energy production, providing your heart, lungs, and other organs with the energy they need for proper function.

## Helps Protect Cells from Damage Caused by Oxidative Stress

Ubiquinol is a powerful antioxidant that helps protect cells against the damaging effects of oxidative stress. It is the only lipid-soluble

antioxidant produced by the body, and acts in the lipid portions of the cell, including the cell membrane.[4,5] It is also attached to low-density lipoprotein cholesterol (LDL) in the blood, where it helps protect LDL cholesterol from oxidation, a critical factor in the maintenance of healthy blood vessels.[6,7]

### Replenishes CoQ10 Blood Levels Depleted By Statin Cholesterol Medicines

Statin medicines inhibit the body's cholesterol production, which is what makes them effective in reducing cholesterol. This can also lead to a reduction in the body's natural levels of both CoQ10 and Ubiquinol, as CoQ10 is formed via the same pathway as cholesterol. Supplementing with Ubiquinol helps replenish the body's reduced CoQ10 levels associated with statin use,[8,9] and its superior absorbability makes it the preferred form for statin drug users.[8]

## Ubiquinol as an Antioxidant

Ubiquinol is a very powerful antioxidant thanks to its extra electrons. Those electrons hold the key to neutralizing substances called free radicals. This protection is crucial as excessive oxygen molecules, commonly known as free radicals or reactive oxygen species, disrupt healthy cells in the body

and, if unchecked, can lead to cellular damage. In short, Ubiquinol helps neutralize and protect the body from these potentially harmful molecules.

## Free Radicals: The Unwanted Guests in Your Body

Free radicals are harmful because they are constantly looking to steal electrons wherever they may be found, including from DNA, proteins and lipids. When this occurs, an electron is removed from the molecule creating oxidation, which can cause damage that ultimately impacts the body's health.

Unlike CoQ10, the unique molecular structure of Ubiquinol contains extra electrons that can neutralize free radicals that might otherwise cause cellular damage.

## A Multitasking Antioxidant: Ubiquinol's Reach in the Body

Additionally, Ubiquinol is one of the few antioxidants that works in the fatty parts of our body such as cell membranes, including the mitochondrial membrane where cellular energy is manufactured in the form of ATP. Like car engines produce exhaust, the mitochondria have their own form of exhaust that is filled with free radicals.

Ubiquinol is the form of CoQ10 capable of neutralizing free radicals and protecting the mitochondria and their lipid membranes from free

radical attack. Ubiquinol plays an important role in supporting healthy mitochondrial function.

> Take the Ubiquinol Quiz: **Are you giving your heart what it needs?** <https://ubiquinol.org/which-form-of-coq10-quiz>

## When to Take Ubiquinol

You can take your daily dose of Ubiquinol in the morning, afternoon, or at night, depending on your preference, but be mindful that some individuals have reported differences in sleep quality when taking it at night. For many people, taking Ubiquinol in the morning works best. When starting a daily Ubiquinol supplement, monitor your sleep and overall well-being, and discuss any changes with your doctor to ensure optimal results.

Read Now: **11 Facts about CoQ10 & Ubiquinol: Dosages & Benefits** <https://ubiquinol.org/blog/11-facts-about-coq10-ubiquinol-dosage-side-effects>

## Ubiquinol Dosage: How Much to take Daily

In general, 100 mg of Ubiquinol per day is recommended on supplement labels for adults.  To determine the right dosage of Ubiquinol for you, however, talk to your doctor or healthcare provider. Only your doctor or healthcare provider can make individualized recommendations for you, taking

into account factors such as age, health status, lifestyle, and other relevant considerations, including whether you are taking a statin. Depending on your individual needs, your healthcare provider may recommend a higher amount of Ubiquinol per day, and adjust the amount over time based on your daily needs.

## Ubiquinol in Food

Although Ubiquinol can be obtained from **certain foods** <https://ubiquinol.org/foods-with-ubiquinol> like chicken, oily fish, whole grains, peanuts, spinach, avocados, and olive oil, the amount found in these foods is relatively small. For these reasons, it's not possible to get the same amount of Ubiquinol from foods as you can get when you take Ubiquinol in supplement form.

## How to Choose a Quality Ubiquinol Supplement

Make sure to look for the **Kaneka Quality Seal** <https://ubiquinol.org/kaneka-seal> when selecting a Ubiquinol supplement, so you can buy with confidence knowing your supplement is made with high-quality Kaneka Ubiquinol. Additionally, take a good look at the supplement's label. If "Ubiquinol" isn't on the front label and/or listed as an ingredient inside the "Supplement Facts" box, you're probably looking at a conventional CoQ10 supplement.

> Get More Tips: **Ubiquinol Buyer's Guide**
> <https://ubiquinol.org/buyers-guide>

## Unlock the Benefits of CoQ10 with the Ubiquinol Form

When comparing the consumption of Ubiquinol to conventional CoQ10, research demonstrates that Ubiquinol is 2x better absorbed by the body than conventional CoQ10.[10] In addition, in a clinical study, Ubiquinol levels increased by about 8 times compared to baseline in healthy younger adults who took 200 mg of Ubiquinol daily for at least 30 days.[11] The amount your body absorbs will vary based on your age and overall health, but studies have shown Ubiquinol to be the preferred form of CoQ10 for enhanced absorption and use by the body.

Turning conventional CoQ10 into Ubiquinol becomes harder and less efficient as we age, which is why "older" adults who take a CoQ10 supplement may prefer to choose Ubiquinol.

Interested in taking Ubiquinol? Shop for Kaneka Ubiquinol and other Ubiquinol products at **NewQ.com** <https://newq.com/>.

**All of our Kaneka Ubiquinol is made in the USA at our facility in Pasadena, TX**



Written by:

## Risa Schulman Ph.D

</author/risa-schulman>

**Tap~Root - Sr. Science and Regulatory Advisor to Kaneka Nutrients**

Risa Schulman, Ph.D. has been helping companies and people build wellness for 25 years.

**Learn more about Risa Schulman Ph.D** </author/risa-schulman>



Fact Checked by:

## Sid Shastri M.Sc.

</author/sid-shastri-msc>

**Director of Research, Kaneka Nutrients**

Sid Shastri, M.Sc., a recognized expert in Ubiquinol, probiotics, and health sciences, currently holds the position of Director of Research at Kaneka Nutrients.

**Learn more about Sid Shastri M.Sc.** </author/sid-shastri-msc>

# About Our Team Here

Ubiquinol is proud to have 9 PH.d's on our advisory board, all of whom are active members of numerous professional associations such as the The American Chemical Society and The American Association for the Advancement of Science.

# Fact Checking

Separating fact from fiction, we rigorously examine claims and provide verified information about Ubiquinol and CoQ10.

## Up-to-Date Content

Our content is up-to-date with the latest fact-checked insights and research.



## Are you taking the right form of CoQ10?

**Take the Quiz** </which-form-of-coq10-quiz>



## Ubiquinol vs. CoQ10



**Read more** </ubiquinol-vs-coq10>




## Download our Quick Heart Healthy Dinners Cookbook

**Download now** </beginners-guide>

# References

1 Wada H, Goto H, Hagiwara S, Yamamoto Y. Redox status of coenzyme Q10 is associated with chronological age. J Am Geriatr Soc. 2007 Jul;55(7):1141-2.

2 Becker WM and Deamer DW. Energy from Chemical Bonds: The aerobic mode. In: The World of the Cell, 2nd Ed., The Benjamin Cummings Publishing Company, Inc, Redwood City , CA., pps. 275-313.

3 Martini FH. Muscle tissue. In: Fundamentals of Anatomy and Physiology, Prentice Hall, Inc, Upper Saddle River, New Jersey, 1999-2000 online version, accessed on June 6, 2011.

4 Frei B, Kim MC, Ames BN. Ubiquinol-10 is an effective lipid-soluble antioxidant at physiological concentrations.
Proc Natl Acad Sci U S A. 1990 Jun;87(12):4879-83.

5 Ernster L, Forsmark-Andrée P. Ubiquinol: an endogenous antioxidant in aerobic organisms. Clin Investig. 1993;71(8 Suppl):S60-5.

6 Forsmark-Andrée P, Lee CP, Dallner G, Ernster L. Lipid peroxidation and changes in the ubiquinone content and the respiratory chain enzymes of submitochondrial particles. Free Radic Biol Med. 1997;22(3):391-400.

7 Sabbatinelli J, Orlando P, Galeazzi R, et al. Ubiquinol Ameliorates Endothelial Dysfunction in Subjects with Mild-to-Moderate Dyslipidemia: A Randomized Clinical Trial. Nutrients. 2020;12(4):1098.

8 Zlatohlavek L, Vrablik M, Grauova B, Motykova E, Ceska R. The effect of coenzyme Q10 in statin myopathy. Neuro Endocrinol Lett. 2012;33 Suppl 2:98-101.

9 Fedacko J, Pella D, Fedackova P, Hänninen O, Tuomainen P, Jarcuska P, Lopuchovsky T, Jedlickova L, Merkovska L, Littarru GP. Coenzyme Q(10) and selenium in statin-associated myopathy treatment. Can J Physiol Pharmacol. 2013 Feb;91(2):165-70.

10 Langsjoen PH and Langsjoen AM. Comparison study of plasma CoQ10 levels in healthy subjects supplemented with ubiquinol versus ubiquinone. Clinical Pharmacol Drug Dev. 2014;3(1):13-17.

11 Hosoe K, Kitano M, Kishida H, Kubo H, Fujii K, Kitahara M. Study on safety and bioavailability of ubiquinol (Kaneka QH) after single and 4-week multiple oral administration to healthy volunteers. Regul Toxicol Pharmacol. 2007 Feb;47(1):19-28.

Case 1:23-cv-07483-SJB-SDE Document 100-47 Filed 12/01/25 Page 23 of 24 PageID #: 6373

## Join Our Mailing List

Filled with valuable tips and helpful advice.

Your Email Address

**Sign Up**

☐ Please keep me updated with heart health tips, recipes, health and wellness news, and more from Ubiquinol. You can always unsubscribe at any time. Read our **privacy policy** </privacy-policy> for details.

## As seen in:

## Connect With Us

v.faceb istagra nterest .twitter outube.



KAN0148070

MEMBER
Council for Responsible Nutrition
*The Science Behind the Supplements*

*** These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.**

**Information on this site is for informational purposes only and is not a substitute for medical advice. Always consult your doctor or licensed healthcare provider with any questions about your health and before starting a new exercise program. Never delay contacting your doctor or disregard medical advice because of something you have read on this website or the internet.**

Copyright © 2025. Kaneka North America LLC. All Rights Reserved.