# Exhibit 46

Languages Sign In Send a Release

PR Newswire Products News Resources Contact Search

Overview Latest Regional Industry Trending Topics Multimedia Other Languages Public Company News

# Kaneka Files Patent Infringement Lawsuit Against CoCrystal

English

Kaneka Corporation
2023-10-10 03:47 2791

Share:

TOKYO, Oct. 10, 2023 /PRNewswire/ -- On October 5, 2023, Kaneka Corporation filed a lawsuit in the United States District Court for the Eastern District of New York against Cocrystal Technology Co. Ltd. and Cocrystal Health Industry Co. Ltd. (collectively "CoCrystal") seeking an injunction and monetary damages for CoCrystal's infringement of Kaneka's U.S. Patent No. 7,829,080 (the "'080 Patent"). Kaneka asserts that CoCrystal uses Kaneka's patented production process to manufacture Crystal QH (the "Accused Product") in China, and then sells or offers to sell the Accused Product in the United States.

The protection of Kaneka's intellectual property stands as a paramount cornerstone of its business. Kaneka's commitment to safeguarding these rights is unwavering, and it will not hesitate to take decisive legal action against anyone who fails to respect Kaneka's intellectual property, including its patents pertaining to reduced coenzyme Q10. In the forthcoming lawsuit against CoCrystal, Kaneka is fully prepared to assertively enforce its patent rights to the fullest extent.

Kaneka is also committed to enforcing its patent rights against any customer who purchases the Accused Product from CoCrystal and subsequently engages in activities such as using, selling, or offering to sell the Accused Product within the United States. This may involve taking legal action against these customers, which could include adding them as additional defendants in the lawsuit against CoCrystal or initiating separate legal proceedings to address their patent infringement.

Case Number: 1:23-cv-07483-APR-SJB

Contact info: Ron Martin, Vice President, Kaneka North America - ronald.martin@kaneka.com

Source: Kaneka Corporation

Keywords: Chemical Health Care/Hospital Medical/Pharmaceuticals Pharmaceuticals Legal Services

Share:

## Related News

Successful Extension of Nucleic Acid Aptamer Pharmacokinetics in Joint...

2025-05-07 08:03



Bispecific vs. Bispecific: Innovent Announces First Patient Dosed in the Phase 2 Clinical Study of Efdamrofusp Alfa...

2025-05-07 08:00

CStone Presents Preclinical Results of CS2011 (EGFR/HER3

Everest Medicines Announces NMPA Full Approval of

rights is unwavering, and it will not hesitate to take decisive legal action against anyone who fails to respect Kaneka's intellectual property, including its patents pertaining to reduced coenzyme Q10. In the forthcoming lawsuit against CoCrystal, Kaneka is fully prepared to assertively enforce its patent rights to the fullest extent.

Kaneka is also committed to enforcing its patent rights against any customer who purchases the Accused Product from CoCrystal and subsequently engages in activities such as using, selling, or offering to sell the Accused Product within the United States. This may involve taking legal action against these customers, which could include adding them as additional defendants in the lawsuit against CoCrystal or initiating separate legal proceedings to address their patent infringement.

Case Number: 1:23-cv-07483-APR-SJB

Contact info: Ron Martin, Vice President, Kaneka North America - ronald.martin@kaneka.com

Source: Kaneka Corporation

Keywords: Chemical Health Care/Hospital Medical/Pharmaceuticals Pharmaceuticals Legal Services

Share:

## Related News

Successful Extension of Nucleic Acid Aptamer Pharmacokinetics in Joint...

2025-05-07 08:03



Bispecific vs. Bispecific: Innovent Announces First Patient Dosed in the Phase 2 Clinical Study of Efdamrofusp Alfa...

2025-05-07 08:00

CStone Presents Preclinical Results of CS2011 (EGFR/HER3 bispecific antibody), CS5007 (EGFR/HER3 bispecific ADC),...

2025-05-07 08:00

Everest Medicines Announces NMPA Full Approval of NEFECON® for the Treatment of Primary Immunoglobulin ...

2025-05-07 07:30 204

Formosa Pharmaceuticals Announces Licensing Agreement with Apotex Inc., for Commercialization of Clobetasol...

2025-05-07 06:30 496

Paradigm Therapeutics, Inc. Announces Investment by Eshelman Ventures, LLC to Support Completion of...

2025-05-06 22:12 1284

PR Newswire

Products
Content Creation
Distribution
Monitoring & Insights
Influencer Database
Falcon
All Products

About PR Newswire
About PR Newswire
About Cision
Careers
Global Sites

Contact PR Newswire
hkcs@prnasia.com
Contact Us

Legal | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings

Copyright © 2025 PR Newswire Asia Ltd. All Rights Reserved.