IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANEKA CORPORATION,<br><br>Plaintiff,<br>v.<br><br>COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD. (f/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.) and COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO. LTD.<br><br>Defendants. | Case No. 1:23-cv-07483-SJB |

**NOTICE OF APPEAL**

Please take notice that Plaintiff Kaneka Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order, entered September 2, 2026, granting Defendants' motion for summary judgment as to invalidity of U.S. Patent No. 7,829,080 (ECF No. 109).

Dated: September 8, 2026

Respectfully submitted,

*/s/ Gerald W. Griffin*

Gerald W. Griffin
Leonardo Trivigno
Meredith B. Spelman
Janice J. Kwon
griffin@clm.com
trivigno@clm.com
spelman@clm.com
kwon@clm.com

**CARTER LEDYARD & MILBURN LLP**
28 Liberty Street, 41st Floor
New York, NY 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

*Attorneys for Plaintiff Kaneka Corporation*