# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 30, 2026

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2026-2333

**Federal Circuit Short Caption:** Kaneka Corporation v. Cocrystal Technology (Jiaxing) Co., Ltd.

**Date of Docketing:** September 30, 2026

**Originating Tribunal:** United States District Court for the Eastern District of New York

**Originating Case No.:** 1:23-cv-07483-SJB-SDE

**Appellants:** Cocrystal Technology (Jiaxing) Co., Ltd., Cocrystal Health Industry (Zhejiang) Co., Ltd.

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

**FEE PAYMENT:** The filing fee has been paid or in forma pauperis status has been granted.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. (Fed. Cir. R. 47.6 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)

- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid.

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed at www.cafc.uscourts.gov/contact/clerks-office/filing-resources.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

Jarrett B. Perlow
Clerk of Court

By: Z. Robinson, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of Forms (to unrepresented parties only):
    - Notice of Unrepresented Person Appearance
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
    - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)

**cc:** United States District Court for the Eastern District of New York

**Official Caption**

**KANEKA CORPORATION,**
*Plaintiff-Appellee*

**v.**

**COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD., COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.,**
*Defendants-Appellants*

**Short Caption**

Kaneka Corporation v. Cocrystal Technology (Jiaxing) Co., Ltd.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

KANEKA CORPORATION,
*Plaintiff,*

v.

COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD. (f/k/a SHANGHAI COCRYSTAL PHARMACEUTICAL TECHNOLOGY CO., LTD.) and COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO. LTD.,

*Defendants.*

Case No. 1:23-cv-07483-SJB

A TRUE COPY
ATTEST
DATE 9/28/ 2026
BRENNA B. MAHONEY
CLERK
BY
DEPUTY CLERK

**NOTICE OF CROSS-APPEAL**

PLEASE TAKE NOTICE that Defendants Cocrystal Technology (Jiaxing) Co., Ltd. (f/k/a Shanghai Cocrystal Pharmaceutical Technology Co., Ltd.) and Cocrystal Health Industry (Zhejiang) Co. Ltd. (collectively, Cocrystal) hereby appeal to the United States Court of Appeals for the Federal Circuit from the judgment entered by the Court on September 10, 2026 (ECF No. 112), and all orders that merged into the judgment, including but not limited to the order on the motions for summary judgment entered by the Court on September 2, 2026 (ECF No. 109); the order overruling Cocrystal's objections to Judge Eichenholtz's order regarding waiver of privilege entered by the Court on November 21, 2025 (ECF No. 96); and the order regarding waiver of privilege entered by Judge Eichenholtz on September 26, 2025 (ECF No. 73).

Dated: September 25, 2026

By: */s/ Gary M. Hnath*
Gary M. Hnath
Jing Zhang
Clark Bakewell
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006



(202) 263-3000
ghnath@mayerbrown.com
jzhang@mayerbrown.com
cbakewell@mayerbrown.com

Gina Parlovecchio
Jessica A. Lehrman
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
gparlovecchio@mayerbrown.com
jlehrman@mayerbrown.com

*Counsel for Defendants Cocrystal Technology (Jiaxing) Co., Ltd. (f/k/a Shanghai Cocrystal Pharmaceutical Technology Co., Ltd.) and Cocrystal Health Industry (Zhejiang) Co. Ltd.*

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:23-cv-07483-SJB-SDE

Kaneka Corporation v. Cocrystal Technology (Jiaxing) Co., Ltd. et al
Assigned to: Judge Sanket J. Bulsara
Referred to: Magistrate Judge Seth D. Eichenholtz
Cause: 35:271 Patent Infringement

Date Filed: 10/05/2023
Date Terminated: 09/10/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Kaneka Corporation** represented by

**Leonardo Trivigno**
Carter Ledyard & Milburn LLP
28 Liberty Street
41st Floor
New York, NY 10005
212-238-8724
Fax: 212-732-3232
Email: trivigno@clm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodutt Marwan Basrawi**
Carter Ledyard & Milburn LLP
28 Liberty St Fl 41
New York, NY 10005
212-238-8767
Email: basrawi@clm.com
*TERMINATED: 02/10/2026*
*ATTORNEY TO BE NOTICED*

**Meredith B. Spelman**
Carter Ledyard & Milburn LLP
28 Liberty Street
41st Floor
New York, NY 10005
212-238-8657
Fax: 212-732-3232
Email: spelman@clm.com
*ATTORNEY TO BE NOTICED*

**Nathan Harp**
Carter Ledyard & Milburn LLP
28 Liberty St. FL 41
New York, NY 10005
212-238-8608
Email: harp@clm.com
*TERMINATED: 02/21/2025*
*ATTORNEY TO BE NOTICED*

A TRUE COPY
ATTEST
DATE 9/28/2026
BRENNA B. MAHONEY
CLERK
BY
DEPUTY CLERK

**Nilima Singh**
Carter Ledyard & Milburn LLP
28 Liberty Street - 41st Floor
New York, NY 10005-1400
212-238-8623
Fax: 212-732-3232
Email: singh@clm.com
*TERMINATED: 04/22/2025*
*ATTORNEY TO BE NOTICED*

**Gerald William Griffin**
Carter Ledyard & Milburn LLP
28 Liberty Street
41st Floor
New York, NY 10005
212-238-8672
Fax: 212-732-3232
Email: griffin@clm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cocrystal Technology (Jiaxing) Co., Ltd.**
*formerly known as*
Shanghai Cocrystal Pharmaceutical
Technology Co., Ltd.

represented by **Gary M. Hnath**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
202-263-3040
Email: ghnath@mayerbrown.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clark Bakewell**
Mayer Brown LLP
1999 K St NW
Washington, DC 20006
202-263-3158
Email: cbakewell@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Gina Marie Parlovecchio**
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
212-506-2522
Email: gparlovecchio@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Jessica Lehrman**
Mayer Brown
1221 Avenue of the Americas
New York, NY 10020

312-720-8327
Email: jlehrman@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jing Zhang**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
202-263-3385
Email: jzhang@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan T. Babcock**
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
212-506-2197
Email: rbabcock@mayerbrown.com
*TERMINATED: 05/08/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cocrystal Health Industry (Zhejiang) Co., Ltd.** represented by **Gary M. Hnath**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clark Bakewell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gina Marie Parlovecchio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lehrman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jing Zhang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan T. Babcock**
(See above for address)
*TERMINATED: 05/08/2024*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cocrystal Health Industry (Zhejiang) Co., Ltd.** represented by **Gary M. Hnath**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Lehrman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jing Zhang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan T. Babcock**
(See above for address)
*TERMINATED: 05/08/2024*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cocrystal Technology (Jiaxing) Co., Ltd.** represented by **Gary M. Hnath**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Lehrman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jing Zhang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan T. Babcock**
(See above for address)
*TERMINATED: 05/08/2024*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Kaneka Corporation** represented by **Leonardo Trivigno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith B. Spelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan Harp**
(See above for address)
*TERMINATED: 02/21/2025*
*ATTORNEY TO BE NOTICED*

**Nilima Singh**
(See above for address)
*TERMINATED: 04/22/2025*
*ATTORNEY TO BE NOTICED*

**Gerald William Griffin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2023 | 1 | COMPLAINT against Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. filing fee $ 402, receipt number ANYEDC-17155853 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Kaneka Corporation. (Attachments: # 1 Exhibit A - US7829080, # 2 Exhibit B - Specification of July 2022 Cocrystal Ubiquinol to Tishcon, # 3 Exhibit C - Analysis of July 2022 Ubiquinol from Cocrystal to Tishcon, # 4 Exhibit D - Innovative Ingredients Coenzyme QH Slide Deck, # 5 Exhibit E - Kaneka Test of Cocrystal Ubiquinol Oct 2022, # 6 Exhibit F - Cocrystal Actives Brochure, # 7 Exhibit G - CoCrystal Letter of Indemnity, # 8 Exhibit H - Crystal QH Results, # 9 Exhibit I - NutraIngredients Advertisement, # 10 Civil Cover Sheet, # 11 Proposed Summons) (Griffin, Gerald) (Entered: 10/05/2023) |
| 10/09/2023 | | Case Assigned to Judge Allyne R. Ross and Magistrate Judge Sanket J. Bulsara. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 10/09/2023) |
| 10/09/2023 | 2 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (KD) (Entered: 10/09/2023) |
| 10/09/2023 | 3 | Summons Issued as to Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (KD) (Entered: 10/09/2023) |
| 10/10/2023 | 4 | Notice of Report on the filing of an action regarding a Patent or Trademark. (Attachments: # 1 complaint, # 2 patent registration) (RC) (Entered: 10/10/2023) |
| 10/10/2023 | | Case Reassigned to Judge Diane Gujarati. Judge Allyne R. Ross no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 10/10/2023) |
| 11/16/2023 | 5 | AMENDED COMPLAINT *for Patent Infringement* against Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd., filed by Kaneka Corporation. (Attachments: # 1 Exhibit A - US7829080, # 2 Exhibit B - Specification of July 2022 Cocrystal Ubiquinol to Tishcon, # 3 Exhibit C - Analysis of July 2022 Ubiquinol from Cocrystal to Tishcon, # 4 Exhibit D -Innovative Ingredients Coenzyme |

| | | |
|---|---|---|
| | | QH Slide Deck, # 5 Exhibit E - Kaneka Test of Cocrystal Ubiquinol Oct 2022, # 6 Exhibit F - Cocrystal Actives Brochure, # 7 Exhibit G - CoCrystal Letter of Indemnity, # 8 Exhibit H - Crystal QH Results, # 9 Exhibit I - NutraIngredients Advertisement) (Griffin, Gerald) (Entered: 11/16/2023) |
| 11/16/2023 | 6 | Proposed Summons. Re 5 Amended Complaint,, by Kaneka Corporation (Griffin, Gerald) (Entered: 11/16/2023) |
| 11/16/2023 | 7 | Proposed Summons. Re 5 Amended Complaint,, by Kaneka Corporation (Griffin, Gerald) (Entered: 11/16/2023) |
| 11/17/2023 | 8 | Summons Issued as to Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (IH) (Entered: 11/17/2023) |
| 12/15/2023 | 9 | WAIVER OF SERVICE Returned Executed by Kaneka Corporation. Cocrystal Health Industry (Zhejiang) Co., Ltd. waiver sent on 11/16/2023, answer due 2/14/2024; Cocrystal Technology (Jiaxing) Co., Ltd. waiver sent on 11/16/2023, answer due 2/14/2024. (Griffin, Gerald) (Entered: 12/15/2023) |
| 01/03/2024 | 10 | SCHEDULING ORDER: A telephonic initial conference will be held at **11:30 A.M. on 3/08/2024** before Magistrate Judge Sanket J. Bulsara. The parties are directed to call the toll-free number **877-336-1274**. The access code is **6534420**. The parties shall dial in five (5) minutes before the conference. Plaintiff is directed to notify defendant of this scheduling order at the time defendant makes an appearance with in this matter. Counsel are also directed to complete the attached Rule 26(f) Report and electronically file same with the Court no later than **3/05/2024**. Should the parties wish to adopt a plan for discovery different from the structure in the Rule 26(f) Report, they may do so only if they file a letter explaining why such a plan is appropriate in this case. Upon receipt of this email counsel shall confirm with each other of the date and time of this telephonic initial conference. So Ordered by Magistrate Judge Sanket J. Bulsara on 1/3/2024. (EM) (Entered: 01/03/2024) |
| 01/03/2024 | 11 | NOTICE of Appearance by Leonardo Trivigno on behalf of Kaneka Corporation (aty to be noticed) (Trivigno, Leonardo) (Entered: 01/03/2024) |
| 01/03/2024 | 12 | NOTICE of Appearance by Meredith B. Spelman on behalf of Kaneka Corporation (aty to be noticed) (Spelman, Meredith) (Entered: 01/03/2024) |
| 01/03/2024 | 13 | NOTICE of Appearance by Nathan Harp on behalf of Kaneka Corporation (aty to be noticed) (Harp, Nathan) (Entered: 01/03/2024) |
| 02/05/2024 | 14 | MOTION to Appear Pro Hac Vice *Gary M. Hnath* Filing fee $ 150, receipt number ANYEDC-17537311 by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Affidavit in Support of Motion, # 2 Certificate of Good Standing, # 3 Certificate of Good Standing, # 4 Certificate of Good Standing) (Hnath, Gary) (Entered: 02/05/2024) |
| 02/05/2024 | 15 | NOTICE of Appearance by Ryan T. Babcock on behalf of Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (aty to be noticed) (Babcock, Ryan) (Entered: 02/05/2024) |
| 02/05/2024 | 16 | MOTION to Appear Pro Hac Vice *Jing Zhang* Filing fee $ 150, receipt number ANYEDC-17538306 by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Affidavit in Support of Motion, # 2 Certificate of Good Standing, # 3 Certificate of Good Standing) (Zhang, Jing) (Entered: 02/05/2024) |
| 02/05/2024 | 17 | MOTION to Appear Pro Hac Vice *Jessica A. Lehrman* Filing fee $ 150, receipt number ANYEDC-17538370 by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal |

| | | |
|---|---|---|
| | | Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Affidavit in Support of Motion, # 2 Certificate of Good Standing) (Lehrman, Jessica) (Entered: 02/05/2024) |
| 02/06/2024 | 18 | Corporate Disclosure Statement by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. identifying Corporate Parent Cocrystal Technology (Jiaxing) Co., Ltd. for Cocrystal Health Industry (Zhejiang) Co., Ltd.. (Hnath, Gary) (Entered: 02/06/2024) |
| 02/07/2024 | | ORDER: The motion for leave to appear pro hac vice 14 by attorney Gary M. Hnath is granted. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Sanket J. Bulsara on 2/7/2024. (AL) (Entered: 02/07/2024) |
| 02/07/2024 | | ORDER: The motion for leave to appear pro hac vice 16 by attorney Jing Zhang is granted. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he or she receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Sanket J. Bulsara on 2/7/2024. (AL) (Entered: 02/07/2024) |
| 02/07/2024 | | ORDER: The motion for leave to appear pro hac vice 17 by attorney Jessica A. Lehrman is granted. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he or she receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Sanket J. Bulsara on 2/7/2024. (AL) (Entered: 02/07/2024) |
| 02/07/2024 | 19 | NOTICE of Appearance by Gary M. Hnath on behalf of Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (notification declined or already on case) (Hnath, Gary) (Entered: 02/07/2024) |
| 02/07/2024 | 20 | NOTICE of Appearance by Jing Zhang on behalf of Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (notification declined or already on case) (Zhang, Jing) (Entered: 02/07/2024) |
| 02/07/2024 | 21 | NOTICE of Appearance by Jessica Lehrman on behalf of Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (notification declined or already on case) (Lehrman, Jessica) (Entered: 02/07/2024) |
| 02/09/2024 | | Case Reassigned to Judge Natasha C. Merle. Judge Diane Gujarati no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (BBM) (Entered: 02/09/2024) |
| 02/14/2024 | 22 | ANSWER to 5 Amended Complaint,, , COUNTERCLAIM against Kaneka Corporation by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Exhibit 1 - Japan Meeting, # 2 Exhibit 2 - Kaneka Letter, # 3 Exhibit 3 - WO2022/188732, # 4 Exhibit 4 - Zhang et al., # 5 Exhibit 5 - Urakami et al., # 6 Exhibit 6 - US6878514, # 7 Exhibit 7 - WO01/52822, # 8 Exhibit 8 - US2009/0087420, # 9 Exhibit 9 - USP, # 10 Exhibit 10 - NDI283, # 11 Exhibit 11 - File History, # 12 Exhibit 12 - PR Newswire) (Hnath, Gary) (Entered: 02/14/2024) |

| | | |
|---|---|---|
| 02/23/2024 | | RE-SCHEDULING ORDER: The telephonic-initial conference originally scheduled for **3/08/2024 is adjourned to 4/12/2024 at 11:00 A.M.** before Magistrate Judge Sanket J. Bulsara. The parties are directed to call the toll-free number **877-336-1274**. The access code is **6534420**. The parties shall dial in five (5) minutes before the conference. Counsel are directed to complete the attached Rule 26(f) Report 10 and electronically file same with the Court no later than **4/09/2024**. Should the parties wish to adopt a plan for discovery different from the structure in the Rule 26(f) Report, they may do so only if they file a letter explaining why such a plan is appropriate in this case. Upon receipt of this email counsel shall confirm with each other of the date and time of this telephonic initial conference. So Ordered by Magistrate Judge Sanket J. Bulsara on 2/23/2024. (EM) (Entered: 02/23/2024) |
| 03/01/2024 | 23 | Letter MOTION to Adjourn Conference by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Hnath, Gary) (Entered: 03/01/2024) |
| 03/04/2024 | 24 | NOTICE of Appearance by Jodutt Marwan Basrawi on behalf of Kaneka Corporation (aty to be noticed) (Basrawi, Jodutt) (Entered: 03/04/2024) |
| 03/04/2024 | | ORDER: The motion to adjourn 23 is granted. The initial conference scheduled for 4/12/2024 is adjourned and will now be held on **4/26/2024 at 11:00 A.M.** before Magistrate Judge Sanket J. Bulsara. The parties are directed to call the toll-free number **877-336-1274**. The access code is **6534420**. The parties shall dial in five (5) minutes before the conference. Counsel are also directed to complete the attached Rule 26(f) Report and electronically file same with the Court no later than **4/24/2024**. Should the parties wish to adopt a plan for discovery different from the structure in the Rule 26(f) Report, they may do so only if they file a letter explaining why such a plan is appropriate in this case. So Ordered by Magistrate Judge Sanket J. Bulsara on 3/4/2024. (AL) (Entered: 03/04/2024) |
| 03/06/2024 | 25 | *Plaintiff/Counterclaim Defendant's* ANSWER to 22 Answer to Amended Complaint,,, Counterclaim,, by Kaneka Corporation. (Griffin, Gerald) (Entered: 03/06/2024) |
| 04/24/2024 | 26 | STIPULATION */Proposed Stipulated Protective Order* by Kaneka Corporation (Griffin, Gerald) (Entered: 04/24/2024) |
| 04/24/2024 | 27 | REPORT of Rule 26(f) Planning Meeting (Griffin, Gerald) (Entered: 04/24/2024) |
| 04/26/2024 | 28 | ORDER: The parties' stipulated protective order 26 is so ordered. To the extent that any portion of the stipulation is inconsistent with this Court's procedures for sealing or limiting the distribution of documents or the standards governing the ability of this Court to permit the sealing of documents, the Court's practices and standards shall be followed by the parties and will govern any dispute. The parties should follow the Individual Practices of the assigned judges in determining filing materials under seal. So Ordered by Magistrate Judge Sanket J. Bulsara on 4/26/2024. (AL) (Entered: 04/26/2024) |
| 04/26/2024 | | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara: A telephonic-initial conference was held on 4/26/2024. Plaintiff's counsel (Gerald Griffin, Meredith Spellman and Leonardo Trivigno) and Defendants' counsel (Gary Hnath, Jessica Lehrman and Ryan T. Babcock) were present. Deadlines set based on parties' submitted joint discovery worksheet and are as follow: Time for amendment of the pleadings or to add additional parties shall be completed by **8/28/2024**; all fact discovery shall be completed by **3/05/2025**; completion of all expert discovery by **4/22/2025**; the last date to take the first step in dispositive motion practice shall be **5/22/2025**. A settlement conference will be held on **8/29/2024 at 10:30 A.M. in Courtroom 13C South** before Magistrate Judge Bulsara. All parties must be present. Parties are to submit their respective ex parte settlement positions via Chamber's email **no later than 8/26/2024**. Counsel are to refer to the Settlement Section of this Court's Individual Rules in |

| | | |
|---|---|---|
| | | preparation for the conference, which is available on the Court's website. So Ordered by Magistrate Judge Sanket J. Bulsara on 4/26/2024. (AT&T Log #11:09-11:20.) (EM) (Entered: 04/29/2024) |
| 05/07/2024 | 29 | MOTION to Withdraw as Attorney by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Babcock, Ryan) (Entered: 05/07/2024) |
| 05/08/2024 | | ORDER: The Motion to Withdraw as Attorney 29 is granted. Attorney Ryan T. Babcock is removed from the civil docket. So Ordered by Magistrate Judge Sanket J. Bulsara on 5/8/2024. (EM) (Entered: 05/08/2024) |
| 05/09/2024 | 30 | MOTION to Appear Pro Hac Vice *Clark S. Bakewell* Filing fee $ 200, receipt number ANYEDC-17859078 by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Affidavit in Support, # 2 DC Certificate of Good Standing, # 3 MD Certificate of Good Standing) (Bakewell, Clark) (Entered: 05/09/2024) |
| 05/13/2024 | | ORDER: The motion for leave to appear pro hac vice 30 by attorney Clark S. Bakewell is granted. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Sanket J. Bulsara on 5/13/2024. (AL) (Entered: 05/13/2024) |
| 05/14/2024 | 31 | STIPULATION / *[Stipulated] Order Re: Discovery, Including Discovery of Electronically Stored Information ("ESI")* by Kaneka Corporation (Griffin, Gerald) (Entered: 05/14/2024) |
| 05/14/2024 | 32 | NOTICE of Appearance by Clark Bakewell on behalf of Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (notification declined or already on case) (Bakewell, Clark) (Entered: 05/14/2024) |
| 05/16/2024 | 33 | ORDER: The parties' stipulated protective order 31 is so ordered. To the extent that any portion of the stipulation is inconsistent with this Court's procedures for sealing or limiting the distribution of documents or the standards governing the ability of this Court to permit the sealing of documents, the Court's practices and standards shall be followed by the parties and will govern any dispute. The parties should follow the Individual Practices of the assigned judges in determining filing materials under seal. So Ordered by Magistrate Judge Sanket J. Bulsara on 5/16/2024. (AL) (Entered: 05/16/2024) |
| 08/29/2024 | | MINUTE ENTRY & ORDER: A settlement conference was held on 8/29/2024 before Magistrate Judge Sanket J. Bulsara. Counsel for Plaintiff (Gerald Griffin and Leonardo Trivigno), client representatives for Plaintiff, counsel for Defendant (Gary Hnath and Jessica Lehrman), and a client representative for Defendant were present. A settlement was not reached. So Ordered by Magistrate Judge Sanket J. Bulsara on 8/29/2024. (MEG) (Entered: 08/29/2024) |
| 09/11/2024 | 34 | NOTICE by Kaneka Corporation / *Joint Claim Construction Prehearing Statement* (Attachments: # 1 Exhibit A - Cocrystal's Preliminary Invalidity Contentions dated July, 25 2024, # 2 Exhibit B - Kaneka's Preliminary Infringement Contentions dated June 10, 2024) (Griffin, Gerald) (Entered: 09/11/2024) |
| 10/11/2024 | 35 | NOTICE by Kaneka Corporation / *Kaneka Corporation's Opening Claim Construction Brief* (Attachments: # 1 Declaration of Gerald W. Griffin in Support of Plaintiff Kaneka Corporation's Opening Claim Construction Brief, # 2 Exhibit 1 - United States Patent No. 7,829,080 B2) (Griffin, Gerald) (Entered: 10/11/2024) |

| | | |
|---|---|---|
| 10/15/2024 | | ORDER: The parties should indicate via joint letter submitted no later than **10/22/2024** proposed dates for conducting a *Markman* hearing in this case, and whether they consent to magistrate judge jurisdiction for the purposes of conducting and issuing a *Markman* ruling. The parties should be aware that this case will be transferred in December 2024 to another magistrate judge for pretrial supervision. Only if the parties consent to magistrate judge jurisdiction for all purposes will Judge Bulsara be able to conduct the *Markman* hearing and retain the case. If all parties do not consent or agree on a course of action with respect to the *Markman* hearing or the entire case, the letter should not indicate who does not consent, and just simply indicate that the parties were unable to reach agreement. So Ordered by Magistrate Judge Sanket J. Bulsara on 10/15/2024. (MPG) (Entered: 10/15/2024) |
| 10/22/2024 | 36 | Letter - *Joint Letter to Schedule Markman Hearing* by Cocrystal Technology (Jiaxing) Co., Ltd., Cocrystal Health Industry (Zhejiang) Co., Ltd. (Hnath, Gary) (Entered: 10/22/2024) |
| 10/23/2024 | | ORDER: The parties are directed to complete the form at docket entry 2 , in light of their decision to consent to magistrate judge jurisdiction. So Ordered by Magistrate Judge Sanket J. Bulsara on 10/23/2024. (MPG) (Entered: 10/23/2024) |
| 10/29/2024 | 37 | CONSENT to Jurisdiction by US Magistrate Judge by Kaneka Corporation. (Griffin, Gerald) (Entered: 10/29/2024) |
| 10/29/2024 | | Case no longer referred to Magistrate Judge Sanket J. Bulsara. (MLR) (Entered: 10/29/2024) |
| 10/29/2024 | 38 | CONSENT to Jurisdiction by US Magistrate Judge. Case reassigned to Magistrate Judge Sanket J. Bulsara for all further proceedings. Judge Natasha C. Merle no longer assigned to case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (AMR) (Entered: 10/30/2024) |
| 10/30/2024 | | SCHEDULING ORDER: An in-person *Markman* hearing will be held on **1/24/2025 at 10:00 A.M.** in Courtroom 13C South before Magistrate Judge Sanket J. Bulsara. So Ordered by Magistrate Judge Sanket J. Bulsara on 10/30/2024. (MPG) (Entered: 10/30/2024) |
| 11/11/2024 | 39 | NOTICE by Cocrystal Technology (Jiaxing) Co., Ltd., Cocrystal Health Industry (Zhejiang) Co., Ltd. *(Defendants' Responsive Markman Brief Concerning Indefiniteness Under 35 U.S.C. 112)* (Attachments: # 1 Declaration of Clark Bakewell, # 2 Exhibit A - U.S. Patent Application Publication No. 2004/021504, # 3 Exhibit B - Japanese Patent Publication PCT/JP02/07143, # 4 Exhibit C - Plaintiff Kaneka Corporations Preliminary Infringement Contentions) (Hnath, Gary) (Entered: 11/11/2024) |
| 11/18/2024 | 40 | NOTICE by Kaneka Corporation */Kaneka Corporation's Reply Claim Construction Brief* (Griffin, Gerald) (Entered: 11/18/2024) |
| 11/21/2024 | 41 | Letter MOTION for Protective Order by Cocrystal Technology (Jiaxing) Co., Ltd., Cocrystal Health Industry (Zhejiang) Co., Ltd.. (Attachments: # 1 Declaration of Clark Bakewell, # 2 Exhibit A) (Hnath, Gary) (Entered: 11/21/2024) |
| 11/26/2024 | 42 | RESPONSE to Motion re 41 Letter MOTION for Protective Order filed by Kaneka Corporation. (Attachments: # 1 Exhibit A - Kaneka Requests, # 2 Exhibit B - 2024-04-08 - Defendants' Responses and Objections to Kaneka's First Set of RFPs, # 3 Exhibit C - 2024-10-23 Cocrystal Supp. R&Os to Kaneka's First Set of RFPs, # 4 Exhibit D - DRAFT Stipulation of Infringement, # 5 Exhibit E - Defendants Edits to Infringement Stipulation) (Griffin, Gerald) (Entered: 11/26/2024) |

| | | |
|---|---|---|
| 12/16/2024 | | ORDER: Defendants have filed a motion for a protective order 41 seeking to avoid the production of documents and discovery they contend are irrelevant to any claim or defense in the case. But the principal basis on which they oppose the production—and from which their burden and other objections emanate—is that they are willing to stipulate to infringement. The parties are free to stipulate to infringement or any other issue. Or not. The parties have not, despite some effort to do so, entered into any stipulation, and thus, they have not mooted out any issue in the case. Defendants, therefore, cannot object to produce plainly relevant discovery to claims and issues in the case. No case stands for the proposition that a party's willingness to narrow the case is a basis to refuse to produce discovery. Nor could any case say such a thing—it is akin to a unilateral willingness to settle a case, and opposing discovery on the grounds that the settlement would be much cheaper than producing discovery. Defendants' position is entirely without merit. The motion for a protective order is denied. Plaintiff has cross-moved to compel production 42 . That motion is denied without prejudice to renewal. The parties are directed to meet and confer about the requests, because any prior attempt at narrowing appears to have been tainted by Defendants' illusions about the unexecuted stipulation. So Ordered by Magistrate Judge Sanket J. Bulsara on 12/16/2024. (MPG) (Entered: 12/16/2024) |
| 01/02/2025 | | Case reassigned to Judge Sanket J. Bulsara. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LF) (Entered: 01/02/2025) |
| 01/10/2025 | | ORDER: The parties are reminded of the in-person *Markman* hearing scheduled for **1/24/2025 in Courtroom 2E North** before District Judge Sanket J. Bulsara. So ordered by District Judge Sanket J. Bulsara on 1/10/2025. (EM) (Entered: 01/10/2025) |
| 01/23/2025 | 43 | Letter MOTION for Extension of Time to Complete Discovery *and requesting the Court schedule a pretrial conference on August 29, 2024* by Kaneka Corporation. (Griffin, Gerald) (Entered: 01/23/2025) |
| 01/24/2025 | | MINUTE ENTRY AND ORDER: An in-person *Markman* hearing was held on 1/24/2025 before District Judge Sanket J. Bulsara. Counsel for Plaintiff (Gerald Griffin, Leonardo Trivigno, and Meredith Spelman) and counsel for Defendant (Gary Hnath, Clark Bakewell, and Jessica Lehrman) were present. The parties' joint motion for extension of time to complete discovery 43 is granted and the deadlines are as follows: the deadline for fact discovery is extended to **5/2/2025**; the deadline for expert discovery is extended to **6/30/2025**; and the final date for the first step in dispositive motion practice is extended to **7/18/2025**. If the parties proceed to dispositive motion practice or a joint proposed pretrial order, they must follow Judge Bulsara's Individual Practices and the Local Rules effective January 2, 2025. (Court Reporter Jamie Stanton.) (MPG) (Entered: 01/24/2025) |
| 02/11/2025 | 44 | NOTICE of Appearance by Nilima Singh on behalf of Kaneka Corporation (aty to be noticed) (Singh, Nilima) (Entered: 02/11/2025) |
| 02/20/2025 | 45 | MOTION to Withdraw as Attorney by Kaneka Corporation. (Harp, Nathan) (Entered: 02/20/2025) |
| 02/21/2025 | | ORDER: The motion to withdraw 45 is granted. Attorney Nathan Harp is removed from the docket. So Ordered by Judge Sanket J. Bulsara on 2/21/2025. (MPG) (Entered: 02/21/2025) |
| 03/12/2025 | 46 | MEMORANDUM AND ORDER: For the reasons stated in the attached Memorandum & Order, the Court concludes that claim 15 of the '080 Patent is not indefinite. The disputed term "composition" in the limitation clause of claim 15 is construed to mean the final, |

| | | |
|---|---|---|
| | | reduced coenzyme Q10-containing composition. So Ordered by Judge Sanket J. Bulsara on 3/12/2025. (MPG) (Entered: 03/12/2025) |
| 03/31/2025 | 47 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on January24, 2025, for hearing type Markman Hearing, before Judge Bulsara. Court Reporter/Transcriber Jamie Stanton, Telephone number (718) 613-2274. Email address: jamiestanton.edny@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 4/21/2025. Redacted Transcript Deadline set for 5/1/2025. Release of Transcript Restriction set for 6/30/2025. (Stanton, Jamie) (Entered: 03/31/2025) |
| 04/21/2025 | 48 | MOTION to Withdraw as Attorney by Kaneka Corporation. (Singh, Nilima) (Entered: 04/21/2025) |
| 04/22/2025 | | ORDER: The motion to withdraw 48 is granted. Attorney Nilima M. Singh is removed from the docket. So Ordered by Judge Sanket J. Bulsara on 4/22/2025. (MPG) (Entered: 04/22/2025) |
| 05/02/2025 | 49 | Letter MOTION for Extension of Time to Complete Discovery */ Joint Letter Requesting Extension of Current Discovery Schedule* by Kaneka Corporation. (Griffin, Gerald) (Entered: 05/02/2025) |
| 05/05/2025 | | ORDER: The motion for extension of time to complete discovery 49 is granted. The deadlines are extended as follows: all fact discovery must be completed by **5/13/2025**; all expert discovery must be completed by **7/11/2025**; and the final date for the first step in dispositive motion practice is **8/11/2025**. So Ordered by Judge Sanket J. Bulsara on 5/5/2025. (MPG) (Entered: 05/05/2025) |
| 06/10/2025 | 50 | Letter MOTION to Seal *and to Set Briefing Schedule for Resolution of Kaneka's Claim of Privilege [Unopposed]* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Hnath, Gary) (Entered: 06/10/2025) |
| 06/11/2025 | | ORDER: The Clerk of the Court is directed to assign a Magistrate Judge to this action to handle all pretrial matters. So Ordered by Judge Sanket J. Bulsara on 6/11/2025. (EM) (Entered: 06/11/2025) |
| 06/12/2025 | | Case assigned to Magistrate Judge Steven Tiscione to handle all pretrial matters. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (AC) Modified on 6/13/2025 (EM). (Entered: 06/12/2025) |
| 06/13/2025 | | ORDER REASSIGNING CASE. Case reassigned to Chief Mag. Judge Vera M. Scanlon to handle all pretrial matters. Magistrate Judge Steven Tiscione no longer assigned to case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Ordered by Chief Judge Margo K. Brodie on 6/13/2025. (LF) Modified on 6/13/2025 (EM). (Entered: 06/13/2025) |
| 06/18/2025 | 51 | Letter MOTION for Extension of Time to Complete Discovery */ Joint Letter Requesting Extension of Current Discovery Schedule* by Kaneka Corporation. (Griffin, Gerald) (Entered: 06/18/2025) |
| 06/18/2025 | 52 | Letter *to Magistrate Judge Vera M. Scanlon regarding Withdrawal of Unopposed Letter Motion to Seal and to Set Briefing Schedule for Resolution of Kaneka's Claim of Privilege* |

| | | |
|---|---|---|
| | | by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (Hnath, Gary) (Entered: 06/18/2025) |
| 06/18/2025 | 53 | Letter MOTION to Seal *Letter Motion for Determination of Privilege* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Letter Motion for Determination of Privilege Under Seal, # 2 Exhibit 1 - KAN0011990 Under Seal, # 3 Exhibit 2 - KAN0011767 Under Seal, # 4 Exhibit 3 - CoCrystal_0010744 Under Seal, # 5 Exhibit 4 - Production Email Under Seal, # 6 Exhibit 5 - EXCERPT Cocrystal Supplemental Invalidity Contentions Under Seal, # 7 Exhibit 6 - EXCERPT Takahiro Ueda 041825 Under Seal, # 8 Exhibit 7 - EXCERPT Expert Report of Douglas Cameron, # 9 Exhibit 8 - EXCERPT Iwao Funahashi 042022 Under Seal, # 10 Exhibit 9 - Kaneka Corporation's Privilege Log Under Seal) (Hnath, Gary) Modified event type from Motion to Seal TO Motion for Leave to Electronically File Document under Seal on 6/20/2025 (NF). (Entered: 06/18/2025) |
| 06/18/2025 | 54 | Letter MOTION to Produce *(Redacted Letter Motion for Determination of Privilege)* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Exhibit 1 - Redacted in Full, # 2 Exhibit 2 - Redacted in Full, # 3 Exhibit 3 - Redacted in Full, # 4 Exhibit 4 - Production Email, # 5 Exhibit 5 - REDACTED EXCERPT Cocrystal Supplemental Invalidity Contentions, # 6 Exhibit 6 - Redacted in Full, # 7 Exhibit 7 - Redacted in Full, # 8 Exhibit 8 - Redacted in Full, # 9 Exhibit 9 - Redacted in Full) (Hnath, Gary) (Entered: 06/18/2025) |
| 06/19/2025 | 55 | Letter MOTION for Extension of Time to File Response/Reply as to 54 Letter MOTION to Produce *(Redacted Letter Motion for Determination of Privilege)* by Kaneka Corporation. (Griffin, Gerald) (Entered: 06/19/2025) |
| 06/20/2025 | 56 | RESPONSE in Opposition re 55 Letter MOTION for Extension of Time to File Response/Reply as to 54 Letter MOTION to Produce *(Redacted Letter Motion for Determination of Privilege)* filed by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Hnath, Gary) (Entered: 06/20/2025) |
| 06/20/2025 | | ORDER granting 55 Motion for Extension of Time to File Response/Reply re 54 Letter MOTION to Produce *(Redacted Letter Motion for Determination of Privilege)*.<br><br>-Plaintiff's opposition to the motion is due 6/30/2025, as Defendants' counsel had previously consented to allowing Plaintiff two weeks to file a response to their motion to produce, see ECF No. 50 . Defendants have not given any reasons for why they have withdrawn their prior consent to a two-week time to respond.<br><br>-Defendants' reply, if any, is due 7/7/2025.<br><br>The Court grants 53 Motion for Leave to Electronically File Document under Seal, as the documents at ECF Nos. 53 and 54 refer to a dispute over allegedly privileged communications. Counsel is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at www.nyed.uscourts.gov.<br><br>The Court finds as moot the motion at ECF No. 50 . Ordered by Chief Mag. Judge Vera M. Scanlon on 6/20/2025. (SH) (Entered: 06/20/2025) |
| 06/20/2025 | 57 | Letter MOTION to Produce *(Sealed Letter Motion for Determination of Privilege(* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Exhibit 1 - KAN0011990 Under Seal, # 2 Exhibit 2 - KAN0011767 Under Seal, # 3 Exhibit 3 - CoCrystal_0010744 Under Seal, # 4 Exhibit 4 - Production Email Under Seal, # 5 Exhibit 5 - EXCERPT Cocrystal Supplemental Invalidity Contentions Under Seal, # 6 Exhibit 6 - EXCERPT Takahiro Ueda 041825 Under Seal, # |

| | | |
|---|---|---|
| | | 7 Exhibit 7 - EXCERPT Expert Report of Douglas Cameron Under Seal, # 8 Exhibit 8 - EXCERPT Iwao Funahashi 042022 Under Seal, # 9 Exhibit 9 - Kaneka Corporation's Privilege Log Under Seal) (Hnath, Gary) (Entered: 06/20/2025) |
| 06/30/2025 | 58 | Letter MOTION for Leave to Electronically File Document under Seal by Kaneka Corporation. (Attachments: # 1 Response in Opposition to Letter Motion for Determination of Privilege Under Seal) (Griffin, Gerald) (Entered: 06/30/2025) |
| 06/30/2025 | 59 | RESPONSE in Opposition re 57 Letter MOTION to Produce *(Sealed Letter Motion for Determination of Privilege(*, 54 Letter MOTION to Produce *(Redacted Letter Motion for Determination of Privilege) (REDACTED)* filed by Kaneka Corporation. (Griffin, Gerald) (Entered: 06/30/2025) |
| 07/01/2025 | | ORDER granting 51 Motion for Extension of Time to Complete Discovery. Expert discovery closes on 7/15/2025. By the same date, the parties must file a joint letter certifying the close of all discovery. Dispositive motion practice must commence on or before 8/14/2025. Ordered by Chief Mag. Judge Vera M. Scanlon on 7/1/2025. (SH) (Entered: 07/01/2025) |
| 07/01/2025 | 60 | Letter MOTION to Compel by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Hnath, Gary) (Entered: 07/01/2025) |
| 07/07/2025 | 61 | Letter MOTION for Leave to Electronically File Document under Seal by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Reply in Support of Letter Motion for Determination of Privilege Under Seal, # 2 Exhibit 10 - KAN0011669 Under Seal, # 3 Exhibit 11 - KAN0011902 Under Seal, # 4 Exhibit 12 - KAN0011902 Under Seal) (Hnath, Gary) (Entered: 07/07/2025) |
| 07/07/2025 | 62 | REPLY to Response to Motion re 57 Letter MOTION to Produce *(Sealed Letter Motion for Determination of Privilege( (REDACTED)* filed by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Exhibit 10 - Redacted in Full, # 2 Exhibit 11 - Redacted in Full, # 3 Exhibit 12 - Redacted in Full) (Hnath, Gary) (Entered: 07/07/2025) |
| 07/07/2025 | 63 | RESPONSE in Opposition re 60 Letter MOTION to Compel filed by Kaneka Corporation. (Griffin, Gerald) (Entered: 07/07/2025) |
| 07/15/2025 | 64 | Letter *Certifying Completion of Discovery* by Kaneka Corporation (Griffin, Gerald) (Entered: 07/15/2025) |
| 07/17/2025 | | Order Certifying Discovery is complete. Dispositive motion practice must commence on or before 8/14/2025; the parties are to refer to the Individual Rules of the District Judge.<br><br>The parties are encouraged to pursue mediation through the Court-annexed mediation program. The parties may request such a referral to the program by filing a joint request on ECF. Ordered by Chief Mag. Judge Vera M. Scanlon on 7/17/2025. (SH) (Entered: 07/17/2025) |
| 07/23/2025 | 65 | Letter *Supplement in Support of Letter Motion to Compel at Docket Entry 60* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (Hnath, Gary) (Entered: 07/23/2025) |
| 07/25/2025 | 66 | NOTICE of Appearance by Gina Marie Parlovecchio on behalf of Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (aty to be noticed) (Parlovecchio, Gina) (Entered: 07/25/2025) |
| 07/28/2025 | 67 | MOTION for Leave to Electronically File Document under Seal by Kaneka Corporation. (Attachments: # 1 Letter Response in Opposition to Defendant's Supplemental Letter in |

| | | |
|---|---|---|
| | | Support of Motion to Compel (ECF # 65) under seal., # 2 Exhibit A - R. Martin Deposition Excerpts) (Griffin, Gerald) (Entered: 07/28/2025) |
| 07/28/2025 | 68 | Letter *Response in Opposition to Defendant's Supplemental Letter in Support of Motion to Compel (ECF # 65) (Redacted)* by Kaneka Corporation (Attachments: # 1 Exhibit A-Ex. A - R. Martin Deposition Excerpts) (Griffin, Gerald) (Entered: 07/28/2025) |
| 08/01/2025 | | Case reassigned to Magistrate Judge Seth D. Eichenholtz. Chief Mag. Judge Vera M. Scanlon no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LF) (Entered: 08/01/2025) |
| 08/05/2025 | | SCHEDULING ORDER: A status conference will be held on **August 22, 2025 at 10:30 AM** before Magistrate Judge Seth D. Eichenholtz in Courtroom 324N to discuss the pending motions at 57 and 60 . Prior to the conference, the parties are encouraged to continue to work in good faith to try to resolve these disputes. The parties shall submit a joint status report by **August 15, 2025.** The status report should indicate if the parties were able to resolve either of these disputes. The August 14, 2025 deadline to begin dispositive motion practice remains in effect. So Ordered by Magistrate Judge Seth D. Eichenholtz on 8/5/2025. (DC) (Entered: 08/05/2025) |
| 08/14/2025 | 69 | Letter *Jointly Proposing Briefing Schedule for upcoming Summary Judgment and Daubert Motions* by Kaneka Corporation (Griffin, Gerald) (Entered: 08/14/2025) |
| 08/15/2025 | 70 | Letter *Joint Status Report Regarding Outstanding Discovery Motions* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (Hnath, Gary) (Entered: 08/15/2025) |
| 08/15/2025 | | ORDER: The Court adopts the parties' proposed briefing schedule 69 . Plaintiff is directed to serve its motion for summary judgment and both parties are directed to serve their opening *Daubert* motions by **10/6/2025 or one week after a ruling on the outstanding discovery motions, whichever is later**; Defendants are directed to serve their opposition to Plaintiff's summary judgment motion and cross-motion for summary judgment, and both parties are to serve their *Daubert* motion oppositions, by **three weeks later**; Plaintiff is directed to serve its reply in support of its summary judgment motion and opposition to Defendants' cross-motion for summary judgment, and both parties are to serve their *Daubert* replies by **three weeks later**; and Defendants are directed to serve their reply in support of their cross-motion for summary judgment by **two weeks later**. The parties should serve the papers on each other by these deadlines, but only file them on the Court's docket following the service of all briefs. The parties are also reminded to follow Judge Bulsara's Individual Practices regarding summary judgment cross-motions. *See* Individual Practices § VI(H)(3). So Ordered by Judge Sanket J. Bulsara on 8/15/2025. (MPG) (Entered: 08/15/2025) |
| 08/25/2025 | | MINUTE ENTRY for Status Conference proceeding held before MJ Eichenholtz on 8/22/2025. Appearance for Plaintiff: Gerald William Griffin. Appearance for Defendant: Gary M. Hnath \ Clark Bakewell \ Gina Marie Parlovecchio. Argument heard on Defendant's Motion 54 , 57 for a determination on waiver of privilege. Decision reserved. Given the parties' agreement that the documents at issue contains privileged information, the parties' pending Motions 58 and 61 to file unredacted versions of their letters and exhibits under seal are GRANTED. Argument heard on Defendant's Motion to Compel 60 . For the reasons stated on the record, the Court held that the parties had not yet exhausted good faith efforts to resolve the dispute. The parties are instructed to meet and confer as soon as possible and, in any event, prior to August 28, 2025. Status letter due on **August 29, 2025.** (FTR: 10:30 - 12:11) (DC) (Entered: 08/25/2025) |

| | | |
|---|---|---|
| 08/29/2025 | 71 | Letter *[Joint Letter Regarding Resolution of Cocrystal's Motion to Compel (Dkt. 60)]* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (Hnath, Gary) (Entered: 08/29/2025) |
| 09/02/2025 | | ORDER: In their status report 71 , the parties report that they have resolved the dispute underlying Defendants' Motion to Compel 60 and request to withdraw the motion. Therefore, Defendants' Motion to Compel 60 is DENIED as moot based on the parties' agreement. Plaintiffs' Motion to File Under Seal 67 its opposition to the Motion to Compel 60 is GRANTED. So Ordered by Magistrate Judge Seth D. Eichenholtz on 9/2/2025. (DC) (Entered: 09/02/2025) |
| 09/17/2025 | 72 | TRANSCRIPT of Proceedings held on 8/22/2025, before Judge EICHENHOLTZ. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc.. Email address: cmfiore17@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 10/8/2025. Redacted Transcript Deadline set for 10/20/2025. Release of Transcript Restriction set for 12/16/2025. (LH) (Entered: 09/17/2025) |
| 09/26/2025 | 73 | MEMORANDUM AND ORDER: For the reasons stated in the attached Memorandum & Order, the Court DENIES Defendant's motion for a determination that Plaintiff waived privilege 54 , 57 . Ordered by Magistrate Judge Seth D. Eichenholtz on 9/26/2025. (NRH) (Entered: 09/26/2025) |
| 10/06/2025 | 74 | STIPULATION *of Infringement and Proposed Order* by Kaneka Corporation (Griffin, Gerald) (Entered: 10/06/2025) |
| 10/07/2025 | 75 | Letter *Certifying Service of Motion Papers* by Kaneka Corporation (Griffin, Gerald) (Entered: 10/07/2025) |
| 10/07/2025 | 76 | Letter *Confirming Service of CoCrystal's Daubert Motion to Strike Certain Damages Opinions of Mr. James J. Donohue and CoCrystal's Motion to Strike Legal Opinions of Dr. Allan S. Myerson Pursuant to FRE 702* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (Hnath, Gary) (Entered: 10/07/2025) |
| 10/07/2025 | 77 | ORDER: The parties' stipulation of infringement 74 is so ordered. So Ordered by Judge Sanket J. Bulsara on 10/7/2025. (RB) (Entered: 10/07/2025) |
| 10/10/2025 | 78 | Letter MOTION for Leave to Electronically File Document under Seal by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Letter Regarding Partial Rule 72 Objections to Report and Recommendation) (Hnath, Gary) (Entered: 10/10/2025) |
| 10/10/2025 | 79 | Letter *Redacted Partial Rule 27 Objections to Report and Recommendation* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (Hnath, Gary) (Entered: 10/10/2025) |
| 10/23/2025 | 80 | Letter MOTION for Extension of Time to File Response/Reply as to 79 Letter */ Plaintiff Kaneka Corporation writes, with the consent of Defendants, to request an extension of the current deadline for Kaneka to oppose Defendants' Partial Rule 27 Objections* by Kaneka Corporation. (Griffin, Gerald) (Entered: 10/23/2025) |
| 10/24/2025 | | ORDER: Plaintiff's request 80 for an extension of time to file a response to Defendants' objections is granted. The deadline to file the response is **10/31/2025**. So Ordered by Judge Sanket J. Bulsara on 10/24/2025. (RB) (Entered: 10/24/2025) |

| | | |
|---|---|---|
| 10/28/2025 | 81 | Letter *Certifying Service of Opposition to Daubert Motion to Strike Certain Damages Opinions* by Kaneka Corporation (Griffin, Gerald) (Entered: 10/28/2025) |
| 10/28/2025 | 82 | Letter *Confirming Service of (1) Opposition Papers to Kaneka's Motion to Exclude Expert Testimony, and (2) Papers in Support of Cocrystal's Motions for Summary Judgment and in Opposition to Kaneka's Motions for Summary Judgment* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd. (Hnath, Gary) (Entered: 10/28/2025) |
| 10/31/2025 | 83 | Letter MOTION for Leave to Electronically File Document under Seal by Kaneka Corporation. (Attachments: # 1 Kaneka's Response to Defendants' Rule 72(a) Objection) (Griffin, Gerald) (Entered: 10/31/2025) |
| 10/31/2025 | 84 | Letter *Redacted Response to Defendants' Rule 72(a) Objection* by Kaneka Corporation (Griffin, Gerald) (Entered: 10/31/2025) |
| 10/31/2025 | 85 | Letter MOTION for Leave to Electronically File Document under Seal , ***SEALED DOCUMENTS***<br>by Kaneka Corporation. (Attachments: # 1 AMENDED Kaneka's Response to Defendants' Rule 72(a) Objection)) (Griffin, Gerald) (Entered: 10/31/2025) |
| 10/31/2025 | 86 | Letter *Redacted Response to Defendants' Rule 72(a) Objection* by Kaneka Corporation (Griffin, Gerald) (Entered: 10/31/2025) |
| 11/17/2025 | 87 | MOTION to Strike *Legal Opinions of Dr. Allan S. Myerson Pursuant to Federal Rule of Evidence 702* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Hnath, Gary) (Entered: 11/17/2025) |
| 11/17/2025 | 88 | Fully Briefed MOTION to Strike *Legal Opinions of Dr. Allan S. Myerson Pursuant to Federal Rule of Evidence 702* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Memorandum in Support of Motion to Strike, # 2 Declaration of Clark Bakewell, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Memorandum in Opposition to Motion to Strike, # 8 Declaration of Gerald W. Griffin, # 9 Exhibit E, # 10 Memorandum in Support Reply in Support of Motion to Strike, # 11 Declaration of Clark Bakewell, # 12 Exhibit F) (Hnath, Gary) (Entered: 11/17/2025) |
| 11/17/2025 | 89 | Letter MOTION for Leave to Electronically File Document under Seal *Fully Briefed Daubert Motion to Strike Certain Damages Opinions of Mr. James J. Donohue (Joint)* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Notice of Motion to Strike Certain Damages Opinions of Mr. James J. Donohue, # 2 Memorandum in Support of Motion to Strike, # 3 Declaration of Clark Bakewell, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Memorandum in Opposition to Motion to Strike, # 17 Declaration of Gerald W. Griffin, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P, # 22 Memorandum in Support Reply in Support of Motion to Strike, # 23 Declaration of Clark Bakewell, # 24 Exhibit Q, # 25 Exhibit R) (Hnath, Gary) (Main Document 89 replaced on 9/2/2026) (NF). (Entered: 11/17/2025) |
| 11/17/2025 | 90 | Fully Briefed MOTION to Strike *Certain Damages Opinions of Mr. James J. Donohue (Redacted)* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Memorandum in Support of Motion to Strike, # 2 Declaration of Clark Bakewell, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Memorandum in Opposition to Motion to Strike, # 16 Declaration of Gerald W. Griffin, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 |

| | | |
|---|---|---|
| | | Exhibit P, # 21 Memorandum in Support Reply in Support of Motion to Strike, # 22 Declaration of Clark Bakewell, # 23 Exhibit Q, # 24 Exhibit R) (Hnath, Gary) (Entered: 11/17/2025) |
| 11/17/2025 | 91 | Letter MOTION for Leave to Electronically File Document under Seal , ***SEALED DOCUMENTS*** by Kaneka Corporation. (Attachments: # 1 Exhibit 1 to Declaration of Gerald W. Griffin in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 2 Exhibit 3 to Declaration of Gerald W. Griffin in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 3 Exhibit 4 to Declaration of Gerald W. Griffin in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 4 Exhibit 5 to Declaration of Gerald W. Griffin in Support of Plainiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 5 Exhibit 6 to Declaration of Gerald W. Griffin in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 6 Exhibit 7 to Declaration of Gerald W. Griffin in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 7 Memorandum in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 8 Exhibit 8 to Declaration of Clark Bakewell in Opposition to Plaintiff's Daubert Motion to Exclude Certain Testimony of Dr. Douglas Cameron and Philip W. Kline, # 9 Exhibit 20 to Declaration of Clark Bakewell in Opposition to Plaintiff's Daubert Motion to Exclude Certain Testimony of Dr. Douglas Cameron and Philip W. Kline, # 10 Exhibit 21 Declaration of Clark Bakewell in Opposition to Plaintiff's Daubert Motion to Exclude Certain Testimony of Dr. Douglas Cameron and Philip W. Kline, # 11 Exhibit 22 to Declaration of Clark Bakewell in Opposition to Plaintiff's Daubert Motion to Exclude Certain Testimony of Dr. Douglas Cameron and Philip W. Kline, # 12 Exhibit 23 to Declaration of Clark Bakewell in Opposition to Plaintiff's Daubert Motion to Exclude Certain Testimony of Dr. Douglas Cameron and Philip W. Kline, # 13 Exhibit 24 to Declaration of Clark Bakewell in Opposition to Plaintiff's Daubert Motion to Exclude Certain Testimony of Dr. Douglas Cameron and Philip W. Kline, # 14 Memorandum in Opposition to Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 15 Exhibit 26 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 16 Exhibit 31 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 17 Exhibit 32 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 18 Exhibit 33 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 19 Exhibit 34 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 20 Exhibit 35 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 21 Exhibit 36 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 22 Exhibit 37 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 23 Exhibit 38 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 24 Exhibit 39 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, # 25 Exhibit 40 to Declaration of Gerald W. Griffin in Further Support of Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline, |

| | | |
|---|---|---|
| | | # 26 Memorandum in Support Plaintiff's Reply Brief in Support of its Motion to Exclude Testimony of Dr. Douglas Camerone and Philip W. Kline) (Griffin, Gerald) (Main Document 91 replaced on 9/2/2026) (NF). (Entered: 11/17/2025) |
| 11/17/2025 | 92 | MOTION to Strike */Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline* by Kaneka Corporation. (Attachments: # 1 Declaration of Gerald W. Griffin in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline, # 2 Exhibit 1 to Declaration of Gerald W. Griffin (REDACTED), # 3 Exhibit 2 to Declaration of Gerald W. Griffin, # 4 Exhibit 3 to Declaration of Gerlad W. Griffin (REDACTED), # 5 Exhibit 4 to Declaration of Gerald W. Griffin (REDACTED), # 6 Exhibit 5 to Declaration of Gerald W. Griffin (REDACTED), # 7 Exhibit 6 to Declaration of Gerald W. Griffin (REDACTED), # 8 Exhibit 7 to Declaration of Gerald W. Griffin (REDACTED), # 9 Memorandum in Support of Plaintiffs Motion to Exclude Testimony of Dr. Douglas Cameron and Philip Kline) (Griffin, Gerald) (Entered: 11/17/2025) |
| 11/17/2025 | 93 | AFFIDAVIT/DECLARATION in Opposition re 92 MOTION to Strike */Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline* filed by Kaneka Corporation. (Attachments: # 1 Exhibit 8 to the Declaration of Clark Bakewell (REDACTED), # 2 Exhibit 9 to the Declaration of Clark Bakewell, # 3 Exhibit 10 to the Declaration of Clark Bakewell, # 4 Exhibit 11 to the Declaration of Clark Bakewell, # 5 Exhibit 12 - to the Declaration of Clark Bakewell, # 6 Exhibit 13 -to the Declaration of Clark Bakewell, # 7 Exhibit 14 to the Declaration of Clark Bakewell, # 8 Exhibit 15 to the Declaration of Clark Bakewell, # 9 Exhibit 16 to the Declaration of Clark Bakewell, # 10 Exhibit 17 to the Declaration of Clark Bakewell, # 11 Exhibit 18 to the Declaration of Clark Bakewell, # 12 Exhibit 19 to the Declaration of Clark Bakewell, # 13 Exhibit 20 to the Declaration of Clark Bakewell (REDACTED), # 14 Exhibit 21 to the Declaration of Clark Bakewell (REDACTED), # 15 Exhibit 22 to the Declaration of Clark Bakewell (REDACTED), # 16 Exhibit 23 to the Declaration of Clark Bakewell, # 17 Exhibit 24 to the Declaration of Clark Bakewell (REDACTED), # 18 Exhibit 25 to the Declaration of Clark Bakewell, # 19 Memorandum in Opposition to Plaintiff Kaneka Corporation's Motion to Exclude Testimony of Dr. Dr. Douglas Cameron and Philip W. Kline) (Griffin, Gerald) (Entered: 11/17/2025) |
| 11/17/2025 | 94 | REPLY in Support re 92 MOTION to Strike */Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline* , AFFIDAVIT/DECLARATION in Support re 91 Motion for Leave to Electronically File Document under Seal,,,,,,,,,,,,,,,,, 1 - Sealed Document CV,,,,,,,,,,,,,,,, filed by Kaneka Corporation. (Attachments: # 1 Exhibit 26 to the Declaration of Gerald W. Griffin (REDACTED), # 2 Exhibit 27 to the Declaration of Gerald W. Griffin, # 3 Exhibit 28 to the Declaration of Gerald W. Griffin, # 4 Exhibit 29 to the Declaration of Gerald W. Griffin, # 5 Exhibit 30 to the Declaration of Gerald W. Griffin, # 6 Exhibit 31 to the Declaration of Gerald W. Griffin (REDACTED), # 7 Exhibit 32 to the Declaration of Gerald W. Griffin (REDACTED), # 8 Exhibit 33 to the Declaration of Gerald W. Griffin (REDACTED), # 9 Exhibit 34 to the Declaration of Gerald W. Griffin (REDACTED), # 10 Exhibit 35 to the Declaration of Gerald W. Griffin (REDACTED), # 11 Exhibit 36 to the Declaration of Gerald W. Griffin (REDACTED), # 12 Exhibit 37 to the Declaration of Gerald W. Griffin (REDACTED), # 13 Exhibit 38 to the Declaration of Gerald W. Griffin (REDACTED), # 14 Exhibit 39 to the Declaration of Gerald W. Griffin (REDACTED), # 15 Exhibit 40 to the Declaration of Gerald W. Griffin (REDACTED), # 16 Exhibit 41 to the Declaration of Gerald W. Griffin, # 17 Memorandum in Support in Further Support of Plaintiff's Motion to Exclude Testimony of Dr. Douglas Cameron and Philip W. Kline) (Griffin, Gerald) (Entered: 11/17/2025) |
| 11/18/2025 | 95 | Letter *Certifying Service of Reply Papers in Support of Motion for Summary Judgment* by Kaneka Corporation (Griffin, Gerald) (Entered: 11/18/2025) |

| | | |
|---|---|---|
| 11/21/2025 | 96 | ORDER: As explained in the attached, Defendants' objections 79 to Judge Eichenholtz's September 26, 2025 Order 73 are overruled, and both parties' motions to seal filed with their objections, 78 , 83 , 85 , are granted. So Ordered by Judge Sanket J. Bulsara on 11/21/2025. (RB) (EM) (Entered: 11/21/2025) (Entered: 11/21/2025) |
| 11/25/2025 | 97 | Letter MOTION to Amend/Correct/Supplement 91 Motion for Leave to Electronically File Document under Seal,,,,,,,,,,,,,,,,, 1 - Sealed Document CV,,,,,,,,,,,,,,,, *(Unopposed Letter Motion to Supplement Record re Daubert Opposition)* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Hnath, Gary) (Entered: 11/25/2025) |
| 11/26/2025 | | ORDER: The Court is in receipt of Defendants' letter 97 . To the extent the parties are considering filing additional papers, or seeking permission to do so, in connection with summary judgment or *Daubert* practice, the requests are denied. So Ordered by Judge Sanket J. Bulsara on 11/26/2025. (RB) (Entered: 11/26/2025) |
| 12/01/2025 | 98 | ***SEALED DOCUMENTS***<br>, Letter MOTION for Leave to Electronically File Document under Seal *Fully Briefed Summary Judgment Motions* by Kaneka Corporation. (Attachments: # 1 Defendants' Memorandum of Law Opposing Plaintiff's Motions for Summary Judgment and in Support of Defendants' Motions for Summary Judgment, # 2 Defendants' Local Rule 56.1 Statement of Material Facts, # 3 Plaintiff's Counter-Statement, Responses and Objections to Defendants' Local Rule 56.1 Statement of Material Facts, # 4 Plaintiff Memorandum of Law in Further Support of its Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment, # 5 Defendants Reply Memorandum of Law in Support of Defendants' Motions for Summary Judgment, # 6 Exhibit 16, # 7 Exhibit 21, # 8 Exhibit 22, # 9 Exhibit 23, # 10 Exhibit 24, # 11 Exhibit 25, # 12 Exhibit 26, # 13 Exhibit 27, # 14 Exhibit 28, # 15 Exhibit 29, # 16 Exhibit 30, # 17 Exhibit 31, # 18 Exhibit 37 - Part One, # 19 Exhibit 37 - Part Two, # 20 Exhibit 37 - Part Three, # 21 Exhibit 38, # 22 Exhibit 39, # 23 Exhibit 40, # 24 Exhibit 41, # 25 Exhibit 42, # 26 Exhibit 43, # 27 Exhibit 44 - Part One, # 28 Exhibit 44 - Part Two, # 29 Exhibit 60, # 30 Exhibit 62, # 31 Exhibit 72, # 32 Exhibit 73, # 33 Exhibit 74, # 34 Exhibit 75, # 35 Exhibit 76, # 36 Exhibit 77, # 37 Exhibit 78, # 38 Exhibit 79, # 39 Exhibit 80, # 40 Exhibit 81, # 41 Exhibit 82, # 42 Exhibit 83, # 43 Exhibit 85, # 44 Exhibit 87, # 45 Exhibit 89, # 46 Exhibit 91, # 47 Exhibit 94, # 48 Exhibit 98, # 49 Exhibit 100, # 50 Exhibit 107, # 51 Exhibit 109) (Griffin, Gerald) (Main Document 98 replaced on 9/2/2026) (NF). (Entered: 12/01/2025) |
| 12/01/2025 | 99 | MOTION for Summary Judgment *on Defendants' Invalidity Defenses and Counterclaims* by Kaneka Corporation. (Griffin, Gerald) (Entered: 12/01/2025) |
| 12/01/2025 | 100 | MEMORANDUM in Support re 99 MOTION for Summary Judgment *on Defendants' Invalidity Defenses and Counterclaims*, 98 Letter MOTION for Leave to Electronically File Document under Seal *Fully Briefed Summary Judgment Motions* filed by Kaneka Corporation. (Attachments: # 1 Rule 56.1 Statement, # 2 Declaration of Gerald W. Griffin in Support of Plaintiff''s Motion for Summary Judgment, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16 - FILED UNDER SEAL, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21 - FILED UNDER SEAL, # 24 Exhibit 22 - FILED UNDER SEAL, # 25 Exhibit 23 - FILED UNDER SEAL, # 26 Exhibit 24 - FILED UNDER SEAL, # 27 Exhibit 25 - FILED UNDER SEAL, # 28 Exhibit 26 - FILED UNDER SEAL, # 29 Exhibit 27 - FILED UNDER SEAL, # 30 Exhibit 28 - FILED UNDER SEAL, # 31 Exhibit 29 - FILED UNDER SEAL, # 32 Exhibit 30 - FILED UNDER SEAL, # 33 Exhibit 31 - FILED UNDER SEAL, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 |

| | | |
|---|---|---|
| | | Exhibit 37 - FILED UNDER SEAL, # 40 Exhibit 38 - FILED UNDER SEAL, # 41 Exhibit 39 - FILED UNDER SEAL, # 42 Exhibit 40 - FILED UNDER SEAL, # 43 Exhibit 41 - FILED UNDER SEAL, # 44 Exhibit 42 - FILED UNDER SEAL, # 45 Exhibit 43 - FILED UNDER SEAL, # 46 Exhibit 44 - FILED UNDER SEAL, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47) (Griffin, Gerald) (Entered: 12/01/2025) |
| 12/01/2025 | 101 | Cross MOTION for Summary Judgment *by Defendants with Respect to Patent Validity, Permissible Damages Theories, and the Relevant Market for Defendants' Antitrust Counterclaims* by Kaneka Corporation. (Griffin, Gerald) (Entered: 12/01/2025) |
| 12/01/2025 | 102 | MEMORANDUM in Opposition re 99 MOTION for Summary Judgment *on Defendants' Invalidity Defenses and Counterclaims*, 98 Letter MOTION for Leave to Electronically File Document under Seal *Fully Briefed Summary Judgment Motions*, 101 Cross MOTION for Summary Judgment *by Defendants with Respect to Patent Validity, Permissible Damages Theories, and the Relevant Market for Defendants' Antitrust Counterclaims and in Support if Defendants' Motions for Summary Judgment* filed by Kaneka Corporation. (Attachments: # 1 Defendants' Response to Plaintiff Kaneka Corporation's Rule 56.1. Statement and Statement of Additional Material Facts in Rebuttal, # 2 Rule 56.1 Statement OF Material Facts, # 3 Declaration of Clark Bakewell in Support of Defendant's Opposition to Plaintiff's Motions for Summary Judgment and in Support of Defendants' Motions for Summary Judgment, # 4 Exhibit 48, # 5 Exhibit 49, # 6 Exhibit 50, # 7 Exhibit 51, # 8 Exhibit 52, # 9 Exhibit 53, # 10 Exhibit 54, # 11 Exhibit 55, # 12 Exhibit 56, # 13 Exhibit 57, # 14 Exhibit 58, # 15 Exhibit 59, # 16 Exhibit 60 - FILED UNDER SEAL, # 17 Exhibit 61, # 18 Exhibit 62 - FILED UNDER SEAL, # 19 Exhibit 63, # 20 Exhibit 64, # 21 Exhibit 65, # 22 Exhibit 66, # 23 Exhibit 67, # 24 Exhibit 68, # 25 Exhibit 69, # 26 Exhibit 70, # 27 Exhibit 71, # 28 Exhibit 72 - FILED UNDER SEAL, # 29 Exhibit 73 - FILED UNDER SEAL, # 30 Exhibit 74 - FILED UNDER SEAL, # 31 Exhibit 75 - FILED UNDER SEAL, # 32 Exhibit 76 - FILED UNDER SEAL, # 33 Exhibit 77 - FILED UNDER SEAL, # 34 Exhibit 78 - FILED UNDER SEAL, # 35 Exhibit 79 - FILED UNDER SEAL, # 36 Exhibit 80 - FILED UNDER SEAL, # 37 Exhibit 81 - FILED UNDER SEAL, # 38 Exhibit 82 - FILED UNDER SEAL, # 39 Exhibit 83 - FILED UNDER SEAL, # 40 Exhibit 84, # 41 Exhibit 85 - FILED UNDER SEAL, # 42 Exhibit 86, # 43 Exhibit 87 - FILED UNDER SEAL, # 44 Exhibit 88, # 45 Exhibit 89 - FILED UNDER SEAL) (Griffin, Gerald) (Entered: 12/01/2025) |
| 12/01/2025 | 103 | REPLY in Support re 99 MOTION for Summary Judgment *on Defendants' Invalidity Defenses and Counterclaims*, 98 Letter MOTION for Leave to Electronically File Document under Seal *Fully Briefed Summary Judgment Motions*, 101 Cross MOTION for Summary Judgment *by Defendants with Respect to Patent Validity, Permissible Damages Theories, and the Relevant Market for Defendants' Antitrust Counterclaims and in Opposition to Defendants' Motion for Summary Judgment* filed by Kaneka Corporation. (Attachments: # 1 Plaintiff's Counter-Statement, Responses, and Objections to Defendants' Local Rule 56.1 Statement of Material Facts, # 2 Reply Declaration of Gerald W. Griffin in Further Support of Kaneka Corporation's Motion for Summary Judgment, # 3 Exhibit 90, # 4 Exhibit 91-FILED UNDER SEAL, # 5 Exhibit 92, # 6 Exhibit 93, # 7 Exhibit 94 - FILED UNDER SEAL, # 8 Exhibit 95, # 9 Exhibit 96, # 10 Exhibit 97, # 11 Exhibit 98 - FILED UNDER SEAL, # 12 Exhibit 99, # 13 Exhibit 100 - FILED UNDER SEAL, # 14 Exhibit 101, # 15 Exhibit 102, # 16 Exhibit 103, # 17 Exhibit 104, # 18 Exhibit 105, # 19 Exhibit 106, # 20 Exhibit 107 - FILED UNDER SEAL) (Griffin, Gerald) (Entered: 12/01/2025) |
| 12/01/2025 | 104 | REPLY in Support re 101 Cross MOTION for Summary Judgment *by Defendants with Respect to Patent Validity, Permissible Damages Theories, and the Relevant Market for Defendants' Antitrust Counterclaims and in Opposition to Kaneka's Opposition* filed by Kaneka Corporation. (Attachments: # 1 Declaration of Clark Bakewell in Support of |

| | | |
|---|---|---|
| | | Defendants' Motion Reply Memorandum for Summary Judgment, # 2 Exhibit 108, # 3 Exhibit 109 - FILED UNDER SEAL) (Griffin, Gerald) (Entered: 12/01/2025) |
| 12/02/2025 | 105 | Letter *to the Court re: ECF 103-4* by Kaneka Corporation (Griffin, Gerald) (Entered: 12/02/2025) |
| 12/16/2025 | 106 | Letter MOTION to Redact Transcript 72 Transcript,, , ***SEALED DOCUMENTS*** by Kaneka Corporation. (Attachments: # 1 Exhibit A - Redacted Transcript, # 2 Exhibit B - Unredacted Transcript) (Griffin, Gerald) (Entered: 12/16/2025) |
| 12/19/2025 | | ORDER: The Court will hold a phone conference on **12/23/2025 @ 12:00 PM** to address Plaintiffs motion 106 to seal and redact portions of the August 22, 2025 hearing transcript. The conference will proceed via CISCO conference call. To access this conference, the parties are directed to call the number 571-353-2301, enter the call ID number 154-822-487, and then press #.<br><br>If the parties are not available on 12/23/2025, they shall file a letter by **12/22/2025** proposing other dates they are available. So Ordered by Magistrate Judge Seth D. Eichenholtz on 12/19/2025. (NRH) (Entered: 12/19/2025) |
| 12/23/2025 | | Minute Entry and Order: for Telephone Conference held on 12/23/2025 before Magistrate Judge Seth D. Eichenholtz. Appearance for Plaintiff: Gerald William Griffin. Appearance for Defendant: Clark Bakewell / Gina Marie Parlovecchio. Argument heard on Plaintiff's Motion to Redact Transcript 106 . As detailed on the record, the motion is GRANTED in part and DENIED in part. On consent of the parties, Page 46, line 20 through Page 47, line 10 of the transcript will be redacted as it contains confidential and potentially privileged information. Plaintiff withdrew its request to redact other portions of the transcript. The original transcript 72 will be sealed, and Plaintiff shall file a new copy of the transcript with the relevant section redacted by 1/9/2026.(Time Log #12:02-12:13.) (SG) (Entered: 12/29/2025) |
| 01/09/2026 | 107 | REDACTION *of Transcript of August 22, 2025 Hearing before Magistrate Seth D. Eichenholtz* by Kaneka Corporation (Griffin, Gerald) (Entered: 01/09/2026) |
| 01/28/2026 | 108 | MOTION to Withdraw as Attorney by Kaneka Corporation. (Basrawi, Jodutt) (Entered: 01/28/2026) |
| 02/10/2026 | | ORDER granting 108 : Attorney Jodutt Marwan Basrawi's motion to withdraw is GRANTED. So Ordered by Magistrate Judge Seth D. Eichenholtz on 2/10/2026. (NRH) (Entered: 02/10/2026) |
| 09/02/2026 | 109 | ORDER: For the reasons explained in the attached Memorandum and Order, Cocrystal's motion for summary judgment 101 is granted. Kaneka's motion for summary judgment 99 is granted insofar as Cocrystal's tortious interference and antitrust counterclaims are dismissed; Cocrystal's voluntarily withdrawn unfair competition counterclaim is also dismissed. Kaneka's motion is otherwise denied. The parties' *Daubert* motions 87 , 88 , 90 , 92 , are denied as moot. The motions to seal 89 , 91 , 98 are denied. The parties are directed to file a renewed motion for sealing that comports with *Lugosch* by **September 16, 2026**. Despite the denial of the motions to seal, the exhibits associated with the motions shall provisionally remain under seal, pending the disposition of any renewed motion to seal. However, the Clerk is directed to unseal docket entries 89 , 91 , and 98 , which are the letter motions to seal themselves. Because no claims remain, the Clerk is directed to enter judgment consistent with this opinion and close this case. So Ordered by Judge Sanket J. Bulsara on 9/2/2026. (BEM) (Entered: 09/02/2026) |

| | | |
|---|---|---|
| 09/08/2026 | 110 | NOTICE OF APPEAL as to 109 Order on Motion to Strike,,,,,,,,,,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,,,,,, by Kaneka Corporation. Filing fee $ 605, receipt number ANYEDC-20608362. (Griffin, Gerald) (Entered: 09/08/2026) |
| 09/09/2026 | | APPEAL SENT TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT VIA EMAIL, Notice of Appeal 110 , CERTIFIED COPIES OF THE MEMORANDUM & ORDER 109 and a CERTIFIED COPY OF THE COURTS DOCKET. Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 09/09/2026) |
| 09/09/2026 | 111 | NOTICE OF DOCKETING OF APPEAL FROM THE FEDERAL CIRCUIT: A notice of appeal has been filed and assigned theFederal Circuit case number 26-2246.The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202)275-8055. 9/9/2026. USCAFC- 26-2246. (VJ) (Entered: 09/09/2026) |
| 09/10/2026 | 112 | CLERK'S JUDGMENT: It is ORDERED AND ADJUDGED that Defendant Cocrystals motion for summary judgment is granted; that Kanekas motion for summary judgment; that Kanekas motion for summary judgment is granted insofar as Cocrystals tortious interference and antitrust counterclaims are dismissed; that Cocrystals voluntary withdrawn unfair competition counterclaim is dismissed; that Kanekas motion is otherwise denied; that the parties Daubert motions are denied as moot; that the motions to seal are denied; and that this case is closed. Ordered by Clerk of Court on 9/10/2026. (JC) (Entered: 09/10/2026) |
| 09/10/2026 | 113 | Notice of Report on the filing of an action regarding a Patent or Trademark. (Attachments: # 1 Clerks Judgment) (JC) (Entered: 09/10/2026) |
| 09/16/2026 | 114 | Letter MOTION for Leave to Electronically File Document under Seal *(Joint)* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56) (Hnath, Gary) (Entered: 09/16/2026) |
| 09/16/2026 | 115 | Letter MOTION for Leave to File Document *Under Seal (Joint) (Redacted)* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 |

| | | |
|---|---|---|
| | | Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56) (Hnath, Gary) (Entered: 09/16/2026) |
| 09/17/2026 | 116 | EXHIBIT 5 *(Redacted)* by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. Related document: 115 Letter MOTION for Leave to File Document *Under Seal (Joint) (Redacted)* filed by Cocrystal Technology (Jiaxing) Co., Ltd., Cocrystal Health Industry (Zhejiang) Co., Ltd.. (Hnath, Gary) (Entered: 09/17/2026) |
| 09/23/2026 | | ORDER granting 114 - 115 : Having reviewed the renewed motions to seal, the Court finds they are "narrowly tailored." *Lugosch. E.g., Susquehanna Int'l Grp. Ltd. v. Hibernia Express (Ir.) Ltd.*, 21-CV-0207, 2021 WL 3540221, at *4 (S.D.N.Y. Aug. 11, 2021). Accordingly, the motions to seal are GRANTED. The parties are instructed to file public, redacted versions of the relevant documents for the public docket. So Ordered by Magistrate Judge Seth D. Eichenholtz on 9/23/2026. (DC) (Entered: 09/23/2026) |
| 09/25/2026 | 117 | AMENDED NOTICE OF APPEAL as to 112 Clerk's Judgment,, 109 Order on Motion to Strike, Order on Motion for Summary Judgment, by Kaneka Corporation *Amended Notice of Appeal to The United States Court of Appeals for The Federal Circuit*. (Griffin, Gerald) Modified on 9/25/2026 (KS). (Entered: 09/25/2026) |
| 09/25/2026 | | Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 117 Subsequent Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (KS) (Entered: 09/25/2026) |
| 09/25/2026 | 118 | NOTICE OF CROSS APPEAL as to 96 Order on Motion for Leave to Electronically File Document under Seal,,,,, 73 Order on Motion to Produce,,, 112 Clerk's Judgment,, 109 Order on Motion to Strike,,,,,,,,,,,,,,,,,, Order on Motion for Summary Judgment,,,,,,,,,,,,, by Cocrystal Health Industry (Zhejiang) Co., Ltd., Cocrystal Technology (Jiaxing) Co., Ltd.. Filing fee $ 605, receipt number ANYEDC-20679585. (Hnath, Gary) (Entered: 09/25/2026) |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
**KANEKA CORPORATION,**

Plaintiff,

- against -

**COCRYSTAL TECHNOLOGY (JIAXING) CO., LTD.** ***formerly known as*** **Shanghai Cocrystal Pharmaceutical Technology Co., Ltd., COCRYSTAL HEALTH INDUSTRY (ZHEJIANG) CO., LTD.,**

Defendants.
---------------------------------------------------------X

**JUDGMENT**
CV 23-7483 (SJB) (SDE)

A TRUE COPY
ATTEST
DATE 9/28/ 20 26
BRENNA B. MAHONEY
CLERK
BY [signature]
DEPUTY CLERK

A Memorandum and Order of the Honorable Sanket J. Bulsara, United States District Judge, having been filed on September 2, 2026, granting Cocrystal's motion for summary judgment; granting Kaneka's motion for summary judgment insofar denying Cocrystal's tortious interference and antitrust counterclaims; dismissing Cocrystal's voluntarily withdrawn unfair competition counterclaim and otherwise denying Kaneka's motion; denying the parties' *Daubert* motions 87, 88, 90, 92, as moot; denying the motions to seal 89, 91, 98; and directing the Clerk to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Defendant Cocrystal's motion for summary judgment is granted; that Kaneka's motion for summary judgment; that Kaneka's motion for summary judgment is granted insofar as Cocrystal's tortious interference and antitrust counterclaims are dismissed; that Cocrystal's voluntary withdrawn unfair competition counterclaim is dismissed; that Kaneka's motion is otherwise denied; that the parties' *Daubert* motions are denied as moot; that the motions to seal are denied; and that this case is closed.

Dated: September 10, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: /S/ JAZMIN M. CUBANO
DEPUTY CLERK